E-FILED
Friday, 28 February, 2025  05:03:54 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# In The Matter Of:

*NEFF v.*
*CHAMPAIGN UNIT 4 SCHOOL*

---

*DEBORAH NEFF*
*May 20, 2024*

---

*Area Wide Reporting and Video Conferencing*
*www.areawide.net*
*scheduling@areawide.net*
*301 W. White Street*
*Champaign, IL  61820*

Original File 0520NEFD.txt
**Min-U-Script® with Word Index**

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                  STATE OF ILLINOIS

 3

 4   DEBORAH NEFF,

 5          Plaintiff,

 6     -vs-                    No. 2:23-cv02205

 7   CHAMPAIGN UNIT 4 SCHOOL
     DISTRICT,
 8
            Defendants.
 9

10

11              DEPOSITION OF DEBORAH NEFF
12                    May 20, 2024
                        9:30 AM
13                 502 W. Windsor Road
                     Champaign, IL
14

15

16            Reported In Person By:

17

18      Deann K. Parkinson:  CSR 84-002089
19      Area Wide Reporting & Video Conferencing
                301 West White
20          Champaign, Illinois  61820
                 (800) 747-6789
21

22

23

24

25
```

Page 2

```
 1   APPEARANCES:

 2

 3              IN PERSON FOR THE DEFENDANTS:

 4              MS. CAROLINE KANE
                Franczek PC
 5              300 South Wacker Drive Suite 3400
                Chicago, IL  60606
 6              312-986-0300
                ckk@franczek.com
 7

 8   BY ZOOM:

 9
                FOR THE PLAINTIFF:
10
                MR. TRAVIS LAMPERT
11              SULAIMAN LAW GROUP LTD.
                2500 S. Highland Avenue Suite 200
12              Lombard, IL  60148
                tlampert@sulaimanlaw.com
13

14   Also Present:    Ken Kleber

15                  *   *   *   *

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                     INDEX

 2   WITNESS:  DEBORAH NEFF

 3   Examination by Ms. Kane.............page 6

 4

 5                 EXHIBIT INDEX

     Exhibit No. 1........................page 27
 6   (application)

 7   Exhibit No. 2........................page 24
     (Mellon correspondence)
 8
     Exhibit No. 3........................page 29
 9   (job posting)

10   Exhibit No. 4........................page 26
     (Human resources document)
11
     Exhibit No. 5........................page 46
12   (5:185 Family and Medical Leave document)

13   Exhibit No. 6........................page 49
     (email chain)
14
     Exhibit No. 7........................page 50
15   (email chain)

16   Exhibit No. 8........................page 56
     (email chain)
17
     Exhibit No. 9........................page 57
18   (email chain)

19   Exhibit No. 10.......................page 60
     (email chain)
20
     Exhibit No. 11.......................page 72
21   (email chain)

22   Exhibit No. 12.......................page 75
     (email chain)
23
     Exhibit No. 13.......................page 81
24   (email chain)

25   Exhibit No. 14.......................page 86
```

Page 4

```
 1              EXHIBIT INDEX CONTINUED

 2

 3   Exhibit No. 15.......................page 92
     (email chain)
 4
     Exhibit No. 16.......................page 100
 5   (email chain)

 6   Exhibit No. 17.......................page 104
     (AESOP email)
 7
     Exhibit No. 18.......................page 105
 8   (AESOP email)

 9   Exhibit No. 19.......................page 114
     (EEOC filing)
10
     Exhibit No. 20.......................page 135
11   (email chain)

12   Exhibit No. 21.......................page 142
     (5:10 EEOC document)
13
     Exhibit No. 22.......................page 142
14   (CBA)

15   Exhibit No. 23.......................page 147
     (Termination letter)
16
     Exhibit No. 24.......................page 157
17   (text messages)

18   Exhibit No. 25.......................page 156
     (answers to interrogatories)
19
     Exhibit No. 26.......................page 156
20   (request for production of documents)

21   Exhibit No. 27.......................page 179
     (Integris Health letter)
22
     Exhibit No. 28.......................page 180
23   (text messages)

24

25
```

**Page 5**

```
1                    DEPOSITION
2
3
4
5            The Deposition of DEBORAH NEFF, a
6   citizen of the State of Illinois, a witness of lawful
7   age; produced, sworn, and examined upon her corporeal
8   oath, at 502 W. Windsor Road, Champaign, Illinois, on
9   May 20, 2024, before Deann K. Parkinson, CSR, Notary
10  Public in and for the County of Champaign and State
11  of Illinois, as a witness in a certain suit and
12  matter now pending and undetermined in the United
13  States District Court for the Central District of
14  Illinois.
15          CSR License No. 84-002089.
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

```
1            (The time is 9:36 a.m.)
2            DEBORAH NEFF,
3   the deponent herein, called as a witness, after
4   having been first duly sworn, testified as follows:
5            EXAMINATION BY
6   MS. KANE:
7       Q.   This is the deposition of Deborah Neff in
8   the case Neff V Champaign Community School District
9   Number 4.  Case number 23CV02205.  Currently pending
10  in the US District Court For the Central District of
11  Illinois.  This deposition is taken pursuant to
12  notice and agreement of the parties, in accordance
13  with the applicable provisions of the federal rules
14  of civil procedure.  The deposition is being taken in
15  person at Champaign Community School District by the
16  agreement of the parties.
17          Miss Neff, if you could please state and
18  spell your name for the record.
19      A.   Deborah Lee Neff.  D-E-B-O-R-A-H.  Lee,
20  L-E-E.  Neff, N-E-F-F.
21      Q.   Have you gone by any other legal names?
22      A.   Yes.
23      Q.   Could you please state those for the record.
24      A.   Deborah Feinberg.
25      Q.   Could you spell Feinberg, please?
```

**Page 7**

```
1       A.   F-E-I-N-B-E-R-G.  Deborah Kallman.
2   K-A-L-L-M-A-N.  And then Deborah Wresinski.
3   W-R-E-S-I-N-S-K-I.
4       Q.   Okay.  Miss Neff, my name is Caroline Kane.
5   I'm one of the attorneys and I represent Champaign
6   Community School District in this lawsuit that you
7   filed against the district.  For clarity in the
8   record, I'm going to refer to Champaign Community
9   School District as the District, so every time I say
10  the District, I'm referring to Champaign and I'm the
11  defendant in this case.  Do you understand?
12      A.   Yes.
13      Q.   Okay.  And as previously stated, we're here
14  today to take your deposition.  Have you ever given a
15  deposition before today?
16      A.   I can't remember.
17      Q.   Okay.
18      A.   I don't think so but --
19      Q.   Okay.  So, I guess before we begin then I'll
20  go over a couple ground rules.  So, if you don't hear
21  me, or if you don't understand my question, please
22  just tell me that I didn't hear you or I didn't
23  understand you.  Otherwise, I'm going to assume that
24  you heard, you understood, and you're able to answer
25  my question.
```

**Page 8**

```
1           I'll be asking you a series of questions
2   throughout this deposition and you will be providing
3   answers.  And the court reporter who is here today is
4   going to be recording those, and it's important for
5   you to answer out loud and verbally, and not like
6   shake your head or nod your head or kind of say
7   uh-huh or uh-uh, because it's difficult for the court
8   reporter to take down those gestures.  And it's hard
9   to figure out how you answered your question when we
10  go back and look at the transcript.
11          So, please just remember to be clear and
12  answer out loud and verbally.
13          Also, we have to try our best, both of us,
14  to try not to speak over each other.  Because again,
15  the court reporter needs to be able to take down
16  everything I say and everything you say as well.
17          So, please just wait until I finish a
18  question before responding.  And your attorney, who
19  is here today, may make objections to some of my
20  questions.  You can still answer the question, but
21  your attorney needs to get his objection on the
22  record.
23          So, I guess as soon as you hear your
24  attorney, just try not to speak over him.
25          And then you can request a break at any time
```

Page 9

1  today.  But, the general rule is if there's a
2  question pending, just answer the question and then
3  we can take a break as soon as you need one.  And we
4  can take as many breaks as you might need today.
5          So, before we proceed, is there anything
6  about the ground rules that we just discussed that
7  you don't understand?
8  **A.  No.**
9  Q.  Okay.  So, the purpose of today's deposition
10 is to get your understanding of the facts related to
11 your lawsuit and your claim against the District.
12         So, do you recall the court reporter
13 swearing you in under oath before the deposition
14 began?
15 **A.  Yes.**
16 Q.  Do you understand that you're currently
17 under oath?
18 **A.  Yes.**
19 Q.  Do you understand that means that you are
20 expected to testify truthfully today?
21 **A.  Yes.**
22 Q.  Is there any reason that you would not be
23 able to answer my questions truthfully today?
24 **A.  If I don't remember, but no.**
25 Q.  Okay.  And if you don't remember, just

Page 10

1  say-so, as long as that's the truth.
2  **A.  Okay.**
3  Q.  Okay.  The next set of questions I'm going
4  to ask you are questions that we ask everyone prior
5  to the deposition, so I ask that you please don't
6  take offense to these questions.  I do have to ask
7  them.
8          So, are there any mental or physical
9  problems that prevent you from testifying fully,
10 completely and truthfully today?
11 **A.  No.**
12 Q.  Did you take any medications prior to your
13 deposition today that would prevent you from
14 answering my questions truthfully today?
15 **A.  No.**
16 Q.  Are you on any medications that would affect
17 your memory?
18 **A.  No.**
19 Q.  Have you had any alcohol or other substances
20 that would impact your ability to testify truthfully
21 today?
22 **A.  No.**
23 Q.  Do you have any known memory issues?
24 **A.  No.**
25 Q.  Are there any reasons that you could not

Page 11

1  testify fully, accurately and truthfully today?
2  **A.  No.**
3  Q.  Did you do anything to prepare for your
4  deposition?
5  **A.  Yes.**
6  Q.  What did you do to prepare?
7  **A.  I met via Zoom with Travis for maybe 40**
8  **minutes on Friday.**
9  Q.  Okay.
10         MR. LAMPERT:  Just to interject, don't
11 discuss what we talked about.
12 Q.  Other than your attorney, did you discuss
13 this case or the underlying facts with anybody else
14 in preparation for deposition today?
15 **A.  No.**
16 Q.  Did you review any documents in preparation
17 for your deposition today?
18 **A.  What was sent to me.**
19 Q.  What was sent to you?
20 **A.  Um, pretty much papers that look like what**
21 **you're writing on.  A letter.  And I think that's**
22 **about it.**
23 Q.  Okay.  And did you bring any copies with you
24 of the documents you reviewed today?
25 **A.  No.**

Page 12

1  Q.  Did you do anything else to prepare for the
2  deposition?
3  **A.  No.**
4  Q.  When you say letter, what are you referring
5  to?
6  **A.  A letter my daughter wrote was part of the**
7  **document.**
8  Q.  Can you remember specifically any other
9  documents you reviewed?
10 **A.  Basically, just what the lawsuit was about.**
11 **So -- and just skimming over what's already been**
12 **said.  And --**
13 Q.  Okay.  Are you referring to documents that
14 have been produced in discovery?
15 **A.  No.**
16 Q.  What are you referring to then?
17 **A.  I am not sure.**
18 Q.  Okay.  Where do you currently live?
19 **A.  903 Hartwell Drive, Apartment 5, Savoy,**
20 **Illinois.**
21 Q.  How long have you lived there?
22 **A.  About three years.**
23 Q.  Where did you live before that?
24 **A.  260 -- I was going to say 230 East Franklin**
25 **Drive, Paxton, Illinois.**

Page 13

1  Q.  And how long did you live at that address?
2  A.  Pretty much during COVID.  And maybe a year
3  after until we got this apartment.
4  Q.  And who lives with you at your current
5  residence?
6  A.  My husband.
7  Q.  Have you ever been involved in a lawsuit in
8  any capacity before?
9  A.  Divorce.
10  Q.  Okay.  Any other lawsuits that you can think
11  of?
12  A.  I can't remember.
13  Q.  Okay.  What is your highest level of
14  education?
15  A.  A Master's degree in school counseling and
16  education policy.
17  Q.  And where did you attend?
18  A.  The University of Illinois for my Master's.
19  School counseling I was actually one semester shy,
20  that was Lindenwood University.  And my bachelor's
21  from Bradley University in Peoria.
22  Q.  So you mentioned your bachelor's; what kind,
23  or I guess what's the bachelor's degree in?
24  A.  Global ethics.
25  Q.  Okay.  And then your Master's degree; that

Page 14

1  was in school psych counseling you said?
2  A.  Educational policy.  And I almost double
3  mastered.  The double master would have been school
4  counseling.
5  Q.  So you didn't get the double master?
6  A.  No.  Close but -- life circumstances.
7  Q.  Do you maintain any like licenses for the
8  purpose of employment?
9  A.  I have my sub certificate.
10  Q.  Okay.  Any others?
11  A.  Just my degrees, but not -- yeah, not
12  certificates per se.
13  Q.  Okay.  And then just going back to the
14  lawsuits, have you ever sued an employer before?
15  A.  No.
16  Q.  I'd like to kind of go through some of your
17  job history.  So let's start with your employer
18  immediately after you left the District.
19      I guess where did you work after you left
20  Champaign School District?
21  A.  Urbana District 116.
22  Q.  Is that a school district?
23  A.  Yes, yeah.  I guess Urbana Schools District
24  116.
25  Q.  Okay.  And what was your position at Urbana

Page 15

1  School District?
2  A.  Substitute teacher.
3  Q.  Was this a full time or part-time position?
4  A.  Right now it's full time.  But I'll just say
5  part time since school is coming out and it started
6  part time.  So, it just varies.  I'm pretty sure I'm
7  considered part time.
8  Q.  Okay.  And when you say part time, do you
9  know like can you estimate how many hours that is a
10  week or --
11  A.  Anywhere from three to -- a week, never
12  mind.  That would be nine to -- and they really don't
13  do it by hours.  They do it by days, so it's hard to
14  convert.
15  Q.  However you can best answer my question.
16  What does part time mean?
17  A.  So, nine hours a week, I should say zero
18  hours a week because of the summertime, to, let's
19  see, every day would be 25, given lunch breaks and
20  things like that.
21  Q.  Okay.  And you said at some point you were
22  full time?
23  A.  No.
24  Q.  You were not full time?
25  A.  No.

Page 16

1  Q.  Okay.  And then do you get paid by an hourly
2  wage or salary?
3  A.  Just by the day.
4  Q.  Okay.  And how much do you earn a day?
5  A.  $160 for full day.  $80 for half day.
6  Q.  And when did you first start working at
7  Urbana?
8  A.  Like, September 12th.
9  Q.  Of what year?
10  A.  2023.
11  Q.  When did you first apply for your employment
12  at Urbana?
13  A.  Probably the beginning of August, before,
14  but they said that I needed to wait until everyone
15  applies, which was the beginning of August.  So
16  that's when I fully applied.
17  Q.  So, beginning of August, is that 2023?
18  A.  Yes.
19  Q.  Okay.  And are you currently employed with
20  Urbana School District?
21  A.  Yes.
22  Q.  Have you had any other employers after you
23  left your employment at the District, and I mean
24  Champaign?
25  A.  No.

Page 17

1   Q.  Okay.  So, I guess we're moving backwards.
2   So when you first applied, when did you first apply
3   for employment at Champaign School District?
4   **A.  Probably, like, 2015.**
5   Q.  Okay.  And what position did you apply for
6   at that time?
7   **A.  For AVID teacher, or AVID, teaching AVID and**
8   **a substitute teacher.**
9   Q.  And were you hired?
10  **A.  Yes.**
11  Q.  Was that in 2015?
12  **A.  Probably 2016.**
13  Q.  Okay.  And was that position full time or
14  part time?
15  **A.  Part time.**
16  Q.  And what did that mean for this position as
17  far as hours?  How many hours or how many days did
18  you work?
19  **A.  I did AVID I think on Tuesdays and**
20  **Thursdays.  And maybe like five classes a day, which**
21  **was maybe 20 dollars a class.**
22  Q.  Okay.
23  **A.  And then I can't remember what the sub rates**
24  **were then.  Maybe like $100 or something.**
25  Q.  Is that $100 --

Page 18

1   **A.  Dollars a day.**
2   Q.  Okay.  So, did you both sub and you were an
3   AVID teacher?
4   **A.  Yes.**
5   Q.  Okay.
6   **A.  And it even could have been 2017, 'cuz I**
7   **know, I'm pretty sure I got hired at Kenwood in 2018,**
8   **in April full time.  So -- yeah.**
9   MS. KANE:  Okay.  I guess, Travis, how do you
10  want me to do this, 'cuz I have paper exhibits.
11  MR. LAMPERT:  Tell me what the Bates numbers
12  are.
13  **BY MS. KANE:**
14  Q.  Yeah, this one is kind of -- let me see if I
15  can just e-mail it to you quickly.  They all have
16  Bates numbers, but this one is kind of mixed because
17  it's her application materials.
18  But it should be coming through to you now.
19  Miss Neff, I'm going to have you take a look at that.
20  And then my next question for you, once
21  you've been able to review, is do you recognize what
22  this document is?  And if you could go through and
23  identify it for the record for me when you're ready.
24  **A.  An application for the school district is**
25  **what I'm thinking this is.**

Page 19

1   Q.  Okay.  And is this your application?
2   **A.  Um, it looks like it, yes.**
3   Q.  Okay.  And starting on the first page of the
4   exhibit, so Travis, for your reference it's District
5   000144.
6   Is this a fair and accurate copy of your
7   application and supporting materials that you
8   submitted to the District, it looks like in September
9   of 2017?
10  **A.  Yes.**
11  Q.  And was this the AVID program?  It looks
12  like AVID Program Tutor is the title, is that
13  accurate?
14  **A.  Yes.  I'm thinking I applied for different**
15  **multiple positions here.  But that's the one I did**
16  **end up working is the AVID to begin with.**
17  Q.  Okay.  Then moving through the document, I'm
18  not sure what page I'm on, but I'm looking at here, I
19  believe it's District 000156.  Is this a fair and
20  accurate copy of your resume?
21  **A.  I'm actually not sure what page you're**
22  **looking at.**
23  Q.  It's about halfway through the document and
24  the bottom is Bates stamped District 000156.
25  **A.  Are you asking if this whole thing is my**

Page 20

1   resume or just --
2   Q.  No, specifically the document with the Bates
3   stamp 156?
4   **A.  Yes.**
5   Q.  Okay.  And does this resume accurately
6   reflect your experience prior to accepting employment
7   at Champaign school District?
8   **A.  I would say so, yes.**
9   Q.  So, I just want to -- I don't want to go too
10  far into detail with these.  But, if you could just
11  take me through, working down the document, take me
12  through your prior employers, and let me know the
13  position you held, and how much you earned.
14  **A.  Okay.  So, starting with Echelon Services?**
15  Q.  Yeah?
16  **A.  Okay.  So, that would have been probably**
17  **like $25 an hour.**
18  Q.  Okay.
19  **A.  Campus Property, maybe -- I got commission**
20  **there as well.  So, I really can't remember --**
21  Q.  Okay.
22  **A.  -- with Campus Property.  I actually can't**
23  **remember exactly with Town Place Suites or Hilton**
24  **Garden Inn.  And Flying Dutchman and Kemah Bay, I**
25  **couldn't tell you either.  Almost all of these I**

Page 21

1 couldn't say exactly what I made. The landscape, I
2 could not. National Storm Water Center, that
3 included travel and things like that. But, really I
4 can't remember my salary of any of these here as I'm
5 looking back.
6    Q.  Okay.  And then let's go through why you
7 left each employer, starting with Echelon?
8    A.  They moved to Indiana.  They quit serving
9 Illinois.
10    Q.  How About Campus Property?
11    A.  Oh.  Because I -- oh, I went to the school
12 District from Campus Property.
13    Q.  And by the school District, do you mean
14 Champaign?
15    A.  Yes.
16    Q.  Okay.  How about Town Place Suites?
17    A.  It looked like Campus Property paid a lot
18 more, and it looked like that it would be a better
19 position just daytime hours, which I actually did,
20 and pay was a pretty big increase. So, that's why I
21 left Town Place Suites.
22    Q.  And how about Hilton Garden Inn?
23    A.  That was in Laramie, Wyoming, and we moved.
24 That was a temporary, we lived there only
25 temporarily.

Page 22

1    Q.  Okay.  And the next one, Flying Dutchman?
2    A.  Same; only lived there temporarily.
3    Q.  How about a Dora Belles Landscaping?
4    A.  That was just my business, and it just --
5 the partners moved that I was doing it with, and we
6 moved. We started in St. Louis. Then came here.
7 And we just didn't have the equipment and things like
8 that to continue.
9    Q.  Okay.  How about national Storm Water
10 Center?
11    A.  That was more of a gig on -- I found it on
12 Craig's List. I mean, it was a good gig. But, I
13 think COVID might have been -- I can't remember why I
14 left that. Probably just too much travel, and
15 different expectations that I wasn't -- I didn't
16 realize that were in the job.
17    Q.  And then the next one?
18    A.  That Parkway School District?
19    Q.  Yeah.
20    A.  That was -- why did I leave it?
21    Q.  Yeah?
22    A.  That was because of a divorce.
23    Q.  Okay.
24    A.  And I made a pretty decent amount there.
25 That was a pretty good school District.

Page 23

1    Q.  Do you remember the amount?
2    A.  I can't, but I remember it was higher than,
3 at that time, higher than others.
4    Q.  How about the next one?
5    A.  My children both went to school there, and
6 it was after I graduated from -- with my education
7 degree, and when they stopped going to school there,
8 it really wasn't that -- I didn't have a husband, and
9 it wasn't, the pay wasn't substantial. If I was
10 married, it would have been. But, so basically --
11 once my kids graduated, I pursued other interests.
12    Q.  Okay.  Have you ever been terminated from a
13 job before?
14    A.  Yes.
15    Q.  What job?
16    A.  Unit 4.
17    Q.  Any others?
18    A.  Campus Property Management, they let me go.
19 It was like seasonal, so I could say there too. But
20 other than that, not --
21    Q.  And then Campus Property Management, did you
22 say you were like it was seasonal or was it for other
23 reasons?
24    A.  It was probably mixed. Yeah.
25    Q.  And what was the reasons?

Page 24

1    A.  There was already another manager on the
2 property, and I really don't think they needed two at
3 the time. And other issues that I didn't know about,
4 and just going on underneath that I was not aware of.
5    Q.  What are you referring to?
6    A.  I really can't remember, and I really don't
7 know, if I did remember.
8    Q.  Okay.  Was it performance based?
9    A.  No.
10    Q.  Okay.
11    A.  And with that answer, I actually don't know
12 the why, why. So, it could have been performance
13 based. But, since we're not knowing well, what does
14 that --- not to disclose why you get fired, state?
15 Yeah, so I should just say, I don't know. I don't
16 remember why.
17    Q.  Did you sign like a nondisclosure agreement?
18 Is that what you're referring to?
19    A.  I'm not sure.
20    Q.  Did you sign any contract saying you would
21 keep information relating to your employment
22 confidential?
23    A.  I don't think so.
24    Q.  Travis, next I'm going to be referring to
25 what I've marked as Neff Deposition Exhibit 2 and

Page 25

1    it's Bates stamped District 000110.
2         And then Ms. Neff, when you're done with an
3    exhibit, if you could just give it to the court
4    reporter.  We're done asking questions about that
5    one.
6         Ms. Neff, do you recognize Neff Deposition
7    Exhibit 2?
8    A.  Yes.
9    Q.  Can you please identify this for the record.
10   A.  Defendant's Exhibit 2.
11   Q.  Can you tell me what this is though?
12   A.  It's EH Mellon Administrative Center Human
13   Resource.
14   Q.  Is this your offer letter that you received?
15   A.  Yes.
16   Q.  And is this a fair and accurate copy of the
17   offer letter you received it looks like in March of
18   2018 regarding a teacher aide position?
19   A.  Yes.  I think.
20   Q.  Okay.  Does this accurately reflect your job
21   title as being teacher's aide?
22   A.  Yes.
23   Q.  And was your start date April 3rd, 2018?
24   A.  Yes.
25   Q.  Was your pay rate when you first started in

Page 27

1    A.  Yes.  I think that's right.
2    Q.  Does that refresh your memory on what your
3    pay rate was for the 2022 to 2023 school year?
4    A.  Well, it does.  I know in January we
5    received another letter where my pay went up again.
6    And I worked there from January 1st to, I think maybe
7    the 13th or 14th or so.  So, I think it might have
8    been like two dollars more than this.
9    Q.  Okay.
10   A.  You could probably get that information I'm
11   assuming.
12   Q.  Okay.
13   A.  Could have been 23 even.  We were getting
14   pretty big pay increases here after COVID.
15   Q.  All right.  That's all I have on that one
16   for now.  If you could hand me the exhibit please,
17   and I'm going to go back really quick to dep exhibit
18   1.  Travis, I'm moving back to dep exhibit 1.  I have
19   some follow-up questions.
20        And we're going to move like halfway through
21   the exhibit, Travis, for your reference, I'm going to
22   be asking questions about District 000096 through the
23   end of the exhibit.  It goes to 104.
24        So backtracking a little bit, Ms. Neff, it
25   looks like while you were employed at the District as

Page 26

1    this position $12.84?
2    A.  Yes.
3    Q.  Did it ever go up?
4    A.  Yes.
5    Q.  Do you know what your pay rate was as of
6    January 2023?
7    A.  Probably like 22 dollars and something.
8    Q.  Okay.  All right.  We're done with this
9    exhibit for now.
10   A.  I'm not exactly, but I'm guessing between 22
11   and 24.
12   Q.  Okay.  We're going to jump to Neff
13   Deposition Exhibit 4.  Travis, this is District
14   000089.  Here you go.  You want to hand me back that
15   one.
16        Ms. Neff, can you identify what this
17   document is?
18   A.  Administrative Center Human Resources.
19   Q.  Okay.  Is this the letter you received from
20   human resources?
21   A.  Probably.
22   Q.  Okay.  Is it regarding your pay rate for
23   the 2022 to 2023 school year?
24   A.  Yes.
25   Q.  And was your pay rate it looks like $20.10?

Page 28

1    the AVID tutor, you submitted another application in
2    January 18th, 2018; was this application submitted
3    for the teacher aide position?
4    A.  I think it was just any of these I put down.
5    Q.  Okay.  And are you referring to the
6    positions, employment desired positions in District
7    96?
8    A.  Right, I don't think there was one specific.
9    Q.  Okay.  So, is this an accurate, I guess
10   application, that you submitted in January of 2018?
11   A.  Yes.
12   Q.  Okay.  And were you hired then based on the
13   documents I showed you as the teacher aide position?
14   A.  Yes.  I was working for them before, and
15   yeah.  And then this is when I went to the teacher
16   aide position.
17   Q.  Okay.
18   A.  And it was actually April, but -- so I can't
19   remember the exact date I was hired where I made the
20   switch.
21   Q.  When you said made the switch, when you
22   started I guess performing as a teacher's aide, did
23   you stop being the AVID tutor?
24   A.  Originally I would AVID tutor for two days a
25   week.  And then that was the agreement until AVID was

1  over.  And then I was an aide full time after that
2  and didn't do AVID.
3      Q.  As in a teacher's aide, or are you referring
4  to substitute teacher?
5      A.  After I received the teacher's aide position
6  I did not substitute teach.
7      Q.  Okay.
8      A.  Or after the 3rd, I didn't do AVID.  There
9  might have been a little overlap.  But, pretty much
10  after April 15th I was solely a teacher's aide.
11     Q.  Okay.  And before when you were an AVID
12  program tutor, were you substituting --
13     A.  Yes.
14     Q.  -- at the same time?  I think that's all I
15  had on this one.  I'll take that back.
16         Moving on to Neff dep Exhibit 3, Travis,
17  this is District page one of our production.
18         Ms. Neff, can you review this and then let
19  me know what this document reflects.
20     A.  That I'm able to be a teacher's aide.
21     Q.  All right.  Is this the job description for
22  the teacher's aide position?
23     A.  Yes.
24     Q.  Looking at the performance responsibilities,
25  does this accurately reflect what your

1  responsibilities were when you were serving as a
2  teacher's aide for Champaign School District?
3      A.  Yes.
4      Q.  That's all I have on that one.  Who were
5  your supervisors, let's start when you were an AVID
6  tutor, when you were a substitute teacher?  Who were
7  your supervisors at that time?
8      A.  The AVID tutor, what was her name?  Maybe
9  something Jackson.  I can't -- I can't think of her
10  name off the bat.  But, I think Jackie somebody.
11  Anyway, and the supervisor when I was subbing was, I
12  just assumed the principal on duty was my supervisor.
13     Q.  Okay.  When you were AVID, when you were the
14  AVID tutor, the substitute, were you at a certain
15  school or would you move to different schools in the
16  District?
17     A.  When I was an AVID tutor, I worked at
18  Jefferson, Edison and Franklin only; only the middle
19  schools.  And when I was a substitute teacher, I
20  worked anywhere.  All over the District.
21     Q.  And then how about when you were a teacher's
22  aide?  Where were you assigned to?
23     A.  Kenwood only.
24     Q.  Kenwood only?  And is Kenwood an elementary
25  school?

1      A.  A what --
2      Q.  Is Kenwood an elementary school?
3      A.  Elementary, yes.
4      Q.  Who were your supervisors when you were at
5  Kenwood working as a teacher's aide?
6      A.  Trevor Nadrozny.  I would say he would be
7  the main one.  And then the vice principal at the
8  time, who that varied.  So, the first year was Mrs.
9  Burks.  The second year I know it begins with a K.
10  And then another year Jennifer Tee.  Might have been
11  Coleman the second year.  And then Jennifer Tee.  And
12  then so Trevor, the vice principals, and then Tracy
13  Wright, or any special ed teacher above me.  Mainly,
14  Tracy Wright.
15     Q.  Okay.  And just for the record, is Trevor
16  Nadrozny the principal?
17     A.  Yes.  Should I give you the other supervisors
18  too?
19     Q.  Yeah.
20     A.  Okay.  Parks, Mr. Parks.  Mrs. Van Camp.
21  Tami Windom.  And those would be the special ed
22  teachers.
23     Q.  Okay.
24     A.  That I've been, there was one more.  But
25  he's left for a while.

1      Q.  Okay.
2      A.  Killean or something.
3      Q.  Was he a SPED teacher?
4      A.  Yes.
5      Q.  Okay.  Did you have good relationships with
6  the individuals you just identified as your
7  supervisors?
8      A.  Yes.  All but Mrs. Wright, I would say.
9      Q.  Okay.
10     A.  And it was a little bit toxic, that one.
11     Q.  And why do you say that you did not have a
12  good relationship with Mrs. Wright, or that it was
13  toxic?
14     A.  Oh, whenever I had a solution for a
15  behavioral child or something, and it was working,
16  she would cut it down.  And then the kid would become
17  violent again and run away.  And just -- and just
18  little things; actually they're not little things.
19  One child had, oh, on his schedule he could go for
20  breakfast.  That's what he saw.  And he never went
21  for breakfast.  But when he decided to go for
22  breakfast, she said oh, he can't do that.  And it
23  would be like, she would pick on me, where other
24  people she wouldn't care.  Like, she wouldn't drill
25  them like she would -- it was like she drilled me, or

Page 33

1  say oh, he can't put his folder here 'cuz it will get
2  in the way. But that's actually the most practical
3  place for him, this boy to put it, so he can just
4  pick it up, walk to class. Just stuff like that.
5      And people did notice that, they would say
6  -- in private conversations, that they noticed that
7  Mrs. Wright would pick on me more than the other
8  people. And it was a pretty well known fact. But, I
9  didn't realize how mentally hard it was until I
10  stepped away and this happened. And now I thought
11  wow, I can't even believe I lasted as long as I did
12  in that environment.
13      And during COVID she was fine. First year
14  was great 'cuz she wasn't my only supervisor. I had
15  other supervisors. And she wasn't my main one.
16  Yeah, we probably should have been removed from each
17  other. Or not worked so much with each other.
18  Q. And I guess what years was Ms. Wright like
19  your supervisor, or had supervisory authority?
20  A. Okay. The problem here is the first year
21  was fine 'cuz I saw so little of her it didn't
22  matter. It was probably the second, third year, not
23  the COVID years. She was great. And the year after
24  COVID  is when it was -- where it got to the point
25  where, yeah, I was not a good mental situation.

Page 34

1  Q. Okay. And just --
2  A. Or physical.
3  Q. And just to be clear, when you say COVID
4  year, are you referring to 2020, or does that bleed
5  into 2021 as well?
6  A. The year where we worked on-line, or we went
7  to school half a day, and then the other half was
8  on-line. I thought she was a completely different
9  teacher then.
10  Q. Then the year after COVID, is that 2022
11  then?
12  A. When we went back in school full person.
13  That was the year.
14  Q. Okay. And do you not recall what exact year
15  that was?
16  A. Yeah, I would say 2022. Since my grandson
17  was born in 2023.
18  Q. Okay. And then other than what you
19  identified as like the student lunch issue or the
20  like, I think you mentioned like documents or papers
21  with the student, can you think of anything else
22  specifically as to why you didn't have a good
23  relationship with Ms. Wright?
24  A. Oh, it's not that we didn't have a good
25  relationship. It was just, just policies that would

Page 35

1  seem to work were thrown out the window. And one
2  child, he ended up leaving, and they took him to be
3  home schooled because some of the strict policies
4  there.
5      And he was always getting in trouble, but it
6  really wasn't just his fault. So, 'cuz we were
7  supposed to have communication with the mother
8  anyway. So I mentioned, you know, it's not, if you
9  watch, he's provoked, he's triggered. It's not just
10  him. And she eventually did pull him out of the
11  school because of the -- they wouldn't let her go in
12  and watch her kid and things like that. And she's
13  happy she did, and he's doing really well right now.
14      But, there would be issues like that where I
15  would just let him read, chill out, chill after lunch
16  on a bean bag instead of causing a huge commotion,
17  just let him read on his little bean bag while the
18  other kids did their story. And she wouldn't let me
19  do that. So when she -- when things like that work,
20  and then you can't do them, then you actually get in
21  physical harm's way with a child who becomes
22  aggressive.
23      And anyway, there's some stories and stories
24  and stories. I probably have a lot of them written
25  down. But --

Page 36

1  Q. Okay. You mentioned like policies that
2  didn't seem to work. Are you referring to, like,
3  policies related to special ed students or what are
4  you referring to?
5  A. Yeah, I could say that.
6  Q. Okay.
7  A. And I could list another -- I probably
8  shouldn't say names, right, of the students?
9  Q. Of the students, I'd prefer to keep it vague
10  just for student confidentiality.
11  A. Okay. So one, she wouldn't let me -- she
12  had, we had a deal, the student and I, he could get
13  on my cell phone and do the alphabet for two minutes,
14  then he would work. Then he would do his work. And
15  he was really happy, excited to do his work when this
16  happened. And another aide let him use her cell
17  phone too. For some reason she just said that I
18  couldn't. So then she wouldn't let him.
19      So then he started throwing everything.
20  Then he starts throwing bricks and she's yelling,
21  you're not supposed to let him do that. And I said
22  well, I don't want to let him do that. I actually
23  just had a solution so he wouldn't do this. And then
24  the following year, he was really good with the
25  students. It was just, authority, and the following

Page 37

1  year she basically took him out of the classroom
2  fully.  He just laid there sleeping.  And I'm
3  thinking, you know, I have these little policies that
4  actually worked.
5        So just stuff like that happened all the
6  time.  But I swear if I was Mrs. -- Mrs. Russell, or
7  probably Miss Sullivan, or Miss Abby; or not Miss
8  Abby, Miss Robby, she would have seen them with the
9  cell phone and she wouldn't have had an issue with
10  it.  I don't know why, but it was always, she had
11  something with me.  And I really couldn't tell you
12  the reason.
13  Q.  Okay.  Did you get along with your other
14  colleagues at work?
15  A.  Yes.
16  Q.  Did you receive performance evaluations?
17  A.  Yes.
18  Q.  How often would you be evaluated?
19  A.  Oh, maybe once, I did once an AVID, and once
20  every couple years, I think.
21  Q.  Who completed your evaluations?
22  A.  The vice principals, or the woman who taught
23  AVID.
24  Q.  Okay.  Would Ms. Wright complete any of your
25  evaluations?

Page 38

1  A.  She had something to do with them, yes, as
2  far as I know.
3  Q.  Did you receive good performance
4  evaluations?
5  A.  Overall, yes.
6  Q.  Did you generally agree with your
7  evaluations?
8  A.  To a point.  I mean, I just signed it.  It
9  was no big deal.
10  Q.  Were you ever disciplined?
11  A.  Yes.
12  Q.  When were you disciplined?
13  A.  Probably the time I'm telling you about was
14  one of the times where I had the solution for Mikai
15  where it worked, where I could give him the cell
16  phone for two minutes and he would do the alphabet.
17  And then he would do his work.  I had to go into the
18  office and sign something for that one.
19        And then another time when I wrote a letter,
20  and I just -- we were told to write communication
21  letters to the mom every day.  So I wrote the letter
22  to the mom saying that whenever JW, I'll just call
23  him JW, was provoked, or did bite somebody, it wasn't
24  in meanness.  It was usually people, a lot of times
25  people made a bigger deal than it was.  And I would

Page 39

1  explain the situation that angered him, you know;
2  like it wasn't just him out of no reason.  And I got
3  disciplined for that.
4  Q.  Okay.  And so you mentioned two separate
5  incidents where you were disciplined.
6        The first one we'll call it the cell phone
7  issue; who disciplined you?
8  A.  Ms. Wright.
9  Q.  And what was the form of discipline?
10  A.  Just meeting with the vice principal and
11  signing whatever I had to sign.
12  Q.  Okay.  And then the second issue you
13  mentioned with the communications to a parent; who
14  disciplined you for that?
15  A.  Mrs. Wright.
16  Q.  And what was the form of discipline?
17  A.  Same.  Going into the office, the vice
18  principal, and her name was Kohler.
19  Q.  Vice principal Kohler?
20  A.  Yea, that was the one who all these
21  disciplines were written up by, Kelly Kohler.
22  Q.  Sorry, I interrupted you.  Any other
23  instances where you were disciplined?
24  A.  I can't recall.
25  Q.  Okay.  Were you part of a union when you

Page 40

1  were employed at the District?
2  A.  Yes.
3  Q.  Which union represented you?
4  A.  Whichever one you use.
5  Q.  Okay.  Was this during your employment as a
6  teacher's aide?
7  A.  Yes.
8  Q.  Were you part of the union the entire time
9  that you were employed as a teacher's aide at the
10  District?
11  A.  Yeah.  I'm pretty sure everybody is.  You
12  don't have a choice.  That was my understanding.
13  Q.  Okay.  All right.  Have you seen the
14  complaint that was filed in this case?
15  A.  I'm not sure.
16  Q.  Okay.  So, I guess in this lawsuit you
17  allege that your rights were violated under the
18  Family Medical Leave Act, is that your recollection?
19  A.  Yes.
20  Q.  Can you tell me in your own words the basis
21  for your claim that your rights were interfered with
22  under the Family Medical Leave Act?
23  A.  Well, my daughter, we didn't realize -- my
24  daughter was pregnant.  I knew I was going to see
25  her, I didn't know how long, when her baby came.  And

Page 41

1  it turned out she had a much more difficult pregnancy
2  and delivery than expected. And she was in labor for
3  over 48 hours, and then they had to do a C-section.
4  And when I saw her she was swollen, she couldn't get
5  out of bed. I don't know if this had anything to do,
6  but she just had the flu and COVID like a week or two
7  before so she wasn't feeling well at all.
8      And so I went to help her, and I applied for
9  FMLA. And they said I couldn't get FMLA. And so
10  then I applied for a leave of absence, which I was
11  denied. And I had a sub cover me for the length of
12  time that I thought I would be gone; it was for a
13  month.
14      But anyway, because I had switched some days
15  out, 'cuz I could have stayed longer 'cuz I was
16  leaving later, I only wanted the sub position to
17  cancel for the two days 'cuz I would be there. But
18  they canceled the whole job, the three weeks. And
19  for some reason they could have put it back in. And
20  if I would have known that, I would not have even
21  messed with my two days and I just would have left
22  it.
23      Yes, so, I was denied both FMLA on the leave
24  of absence.
25  Q.  Okay. And you mentioned somebody told you

Page 42

1  you couldn't apply for FMLA leave, I believe that was
2  your words. Who was that?
3  A.  I can't remember. It was just a secretary,
4  I think I talked to at human resources.
5  Q.  Okay.
6  A.  Ira maybe, but I can't remember.
7  Q.  When did you first seek FMLA? And when I
8  say FMLA, I'm referring to the Family Medical Leave
9  Act?
10  A.  Well, it's funny, because in August, this is
11  where I said okay, well, make sure you get it in the
12  sub plan. Then the principal, Mrs. Tee, said well,
13  make sure you apply for FMLA. And this was in
14  October. And I said okay, you know. And I asked her
15  how to do that. She said well, you call human
16  resources, and you apply.
17      And she said I do have to let you know,
18  though, that you're not going to get paid. And I
19  said well, yeah, I've already realized that I wasn't
20  going to get paid. But, what I didn't realize is
21  that I couldn't get a leave of absence or FMLA.
22      But like the vice principal made it sound
23  like there would be no problem, even Mrs. Wright made
24  it sound like there would be no problem if I just put
25  it in and had AESOP cover. But everyone was acting

Page 43

1  like there wouldn't be a problem.
2      So, it was -- it was -- then it got blurry.
3  Then I thought what? Then just things were getting
4  fadey and things weren't -- things weren't coming
5  together like I thought they should have been.
6  Q.  Okay. And you said August or October; to be
7  clear, was that in 2022 then?
8  A.  Of which one?
9  Q.  You mentioned you spoke with Ms. Wright in
10  August, and I just wanted to clarify the year.
11  A.  Yes, 2022.
12  Q.  Okay. Same thing for October; you said you
13  spoke with Ms. Tee. Was that in October of 2022?
14  A.  Yes.
15  Q.  Okay. And when you told them you were
16  seeking leave, I guess what did you tell them about
17  the reasons that you were seeking leave?
18  A.  Well, actually Trevor said to me, well, you
19  can put in for a leave of absence. I'm pretty sure
20  he said there were other ways when you can -- this
21  was a time where my mind, I needed to take like
22  anti-depressants, all this stuff, anti-anxiety. And
23  like but this -- Trevor said, oh, this is after the
24  meeting. He said well, I think there's other ways
25  to, so call human resources.

Page 44

1      So I called human resources, and so I
2  thought one of the other ways was oh, apply for a
3  leave of absence. So I got pretty excited. I said
4  oh, okay, I can apply for a leave of absence. And
5  the person I spoke with said no, I don't know how she
6  said it. It was something, but you can -- my option
7  was to resign and become a sub. And that was where I
8  would have lost all my benefits.
9      And one of the reasons why I actually went
10  from becoming a sub to an aide was so I would have
11  benefits. And I was also pretty close to my pension,
12  which had not kicked in.
13  Q.  When would your pension kick in?
14  A.  Probably in August I was thinking.
15  Q.  Of what year?
16  A.  I'm thinking. I mean, I have to look this
17  up exact. But I think if you're there six or seven
18  years. And I was there, if you count my AVID year,
19  '17, '18, '19, '20, '21, '22, '23, so it would have
20  been this year maybe in April, if you count my AVID
21  year. Yeah, but anyway, I was close to my pension.
22  I'm not sure exactly how close.
23  Q.  Okay.
24  A.  But, it was like within months.
25  Q.  Okay. Were you considering retiring?

1  **A. No. No. Even resigning, I'm like, why**
2  **would I resign and become a sub? Even that's what**
3  **I'm doing now at Urbana.**
4  Q. Okay. Just to unpack a little bit. Do you
5  remember, you referenced a conversation you had with
6  Trevor where he mentioned leave of absence. Do you
7  remember when that was?
8  **A. I think it was through e-mail. I probably**
9  **have it on the e-mail.**
10  Q. Okay. And then going back, the question I
11  asked was what basis did you provide for needing
12  leave? Like, what did you say when you said I need
13  leave? What was the reasoning?
14  **A. Oh, because, well, my daughter was going to**
15  **have a baby. That was a known in August. I just**
16  **didn't know how long at the time I would be gone for.**
17  Q. Okay. So you mentioned that you first
18  talked to Ms. Wright about it and she told you to
19  call HR. So did you call HR?
20  **A. No, actually she just said get it into**
21  **AESOP, which means get it covered by a sub. She**
22  **didn't think HR or anything would get into it.**
23  Q. Who told you to reach out to HR, anybody?
24  **A. That was Mrs. Tee to find out how to get my**
25  **FMLA, because she said oh, you might want to apply to**

1  **FMLA.**
2  Q. Okay. And did you follow-up with MR after
3  you talked to Miss Tee?
4  **A. Yes.**
5  Q. Who did you submit your request for FMLA
6  leave to, if you remember?
7  **A. Well, they actually said I was not eligible.**
8  Q. Who said that?
9  **A. The secretary. So she didn't give me a**
10  **form.**
11  Q. Okay. So you didn't submit any
12  documentation with your FMLA leave request?
13  **A. So, say that one more time?**
14  Q. Sure. My question was, did you ever submit
15  any documentation with your FMLA leave request?
16  **A. No. I was never given any to submit.**
17  Q. So, at this point in time, I think we're
18  talking about fall 2022, had you ever applied for
19  FMLA leave before at the District?
20  **A. No.**
21  Q. Have you ever applied for FMLA leave at
22  other employers?
23  **A. No.**
24  Q. I'm going to show you what's been previously
25  marked as Neff dep exhibit 5. Travis, this is

1  District 000076.
2  Can you tell me what this is, Ms. Neff?
3  **A. It looks like 5185 Family Leave and Medical**
4  **Leave, General Personnel.**
5  Q. Okay. Is this the Champaign School
6  District's FMLA leave policy?
7  **A. I'm not sure.**
8  Q. Did you talk about your request for FMLA
9  leave with anybody else?
10  **A. Not really. I think just Mrs. Tee. That**
11  **was the -- she said to apply, I think, and then call**
12  **the HR. And that was it. That I can remember.**
13  Q. And who did you speak to at HR?
14  **A. I think her name begins with a "T". But, I**
15  **can't even be sure of that.**
16  Q. Okay. We can be done with this document for
17  now unless you want to look at it more.
18  **A. Did you just ask me --**
19  Q. I guess, I'm done asking questions about
20  this exhibit unless you can identify it for the
21  record.
22  **A. Did you want this back?**
23  Q. Yeah. Once you're done with it. Okay.
24  Thank you.
25  And when you talked to HR with the person

1  you said her name starts with a "T"?
2  **A. I can't even -- it was just one of the**
3  **secretaries that answered.**
4  Q. Okay. What did you say to her on that phone
5  call?
6  **A. Oh, believe me, this was my mental time when**
7  **I was having this mental episode in October. I think**
8  **I said, I asked her about FMLA. I asked her about**
9  **the leave of absence because I got excited about**
10  **that. And then she said that I couldn't do a leave,**
11  **but that I could become a sub; resign and sign up for**
12  **the sub.**
13  **I don't know if she said I couldn't do the**
14  **leave. I said I would rather do the leave then come**
15  **back as a sub and resign. And I think that was about**
16  **it. But, I know I didn't want to resign and become a**
17  **sub.**
18  Q. So when you talked to this person, you were
19  talking about the leave of absence, is that accurate?
20  **A. Yes.**
21  Q. Okay. On that phone call did you mention
22  anything about FMLA, or were you focused on the leave
23  of absence?
24  **A. Well, they told me I couldn't get FMLA.**
25  Q. Who told you that?

Page 49

1    A.   The secretary.  And I don't know why.  But,
2    I never -- I never had, I never received a form to
3    fill one out.  Or she just said, I couldn't get FMLA.
4    And it could have been the age or something.
5    Q.   And what are you referring to there, that it
6    could have been the age?
7    A.   Of my daughter.
8    Q.   Okay.  How old is your daughter?
9    A.   30 -- she was born in '87.  July.
10   Q.   Okay.  All right.  I'm going to show you
11   what I've marked as Neff dep exhibit 6.  Travis, this
12   exhibit is District 000485 through 488.
13   A.   Okay.  So, this was to the union rep.
14   Q.   Okay.  So, are these e-mails that you sent
15   to your union rep?
16   A.   Yes, I'm sure.
17   Q.   Or I guess, if I could just rephrase the
18   question, sorry, it was a bad question.  Is this like
19   an e-mail thread where you and the union rep are
20   corresponding with one another?
21   A.   Yes.
22   Q.   Okay.  And is this a fair and accurate copy
23   of the e-mails that were exchanged between you and
24   the union rep?
25   A.   Are these like multiples?

Page 50

1    Q.   This is one thread.  So, because it's a
2    thread there might be repeats in it.
3    A.   Okay.  Yes, so actually I think I'm asking
4    him, is it FMLA, personal leave, etc.?  So I was
5    asking him how should I proceed.
6    Q.   Okay.  And so I guess is Aedan Murphy, is
7    that the union rep you just referred to or
8    identified?
9    A.   This one, but this was the original one I
10   think that I texted or e-mailed.
11   Q.   So, this, by that do you mean this was your
12   first time reaching out to somebody about leave?
13   A.   Yes.  I mean, I reached out to my, to Mrs.
14   Wright and told her probably first.  This was early
15   in the conversation.  September 3rd.
16   Q.   Okay.
17   A.   So, yes.  I would say that's when I tried to
18   start the ball rolling, so they.
19   Q.   Okay.  That's all I got on this one.  I'm
20   going to show you what I marked as Neff dep exhibit
21   7.  Travis, it's District 000511 to 512.
22        Ms. Neff, can you tell me what this is?
23   A.   Basically saying that I'm not entitled to
24   FMLA.  If you're not going to be providing care for
25   the child, which I was, but you may need to take

Page 51

1    other accrued benefit leave, vacation, personal,
2    however I'd reach out to H4's department, if you can
3    ask them -- basically to see if I could take accrued
4    sick leave, and vacation for some time, etc.
5    Q.   Okay.  So, just to back up a little bit.
6    Are these emails that you exchanged with somebody
7    named Dylan Swank?
8    A.   Yes.
9    Q.   Are these fair and accurate copies of
10   e-mails that were exchanged between you and Dylan
11   Swank?
12   A.   Yes.
13   Q.   Who is Dylan Swank?
14   A.   He is or he was a union rep for this case.
15   One of them.
16   Q.   Did you have a good relationship with him?
17   A.   I mean, it's like a boss, or like you have
18   with your employer.  Typical.  It wasn't good or bad.
19   Q.   Okay.  And in this e-mail, I think you read
20   it out loud; it looks like Dylan expressed that you
21   were not entitled to FMLA leave, but there might be
22   other leave available?
23   A.   Yes.
24   Q.   Okay.  Such as vacation or personal time?
25   A.   Uh-huh.

Page 52

1    Q.   Okay.  Was that a yes?
2    A.   Oh, sorry.  Yes.
3    Q.   Okay.  Just for the record.  And Dylan
4    recommended that you reach out to human resources, is
5    that right?
6    A.   Yes.
7    Q.   You can take a look if you need to.
8    A.   Yes.
9    Q.   Okay.  So, after this conversation with
10   Dylan, did you reach out to -- I guess did you
11   proceed to seek other non-FMLA leave, like vacation
12   or personal leave?
13   A.   Yes.
14   Q.   And who did you submit that request to?
15   A.   I just figured I could use it.  I didn't
16   submit it because I didn't know my daughter was going
17   to be sick.  So, I was waiting 'cuz you can -- you
18   can do the personal or sick leave the day of.  But, I
19   had the person fulfill my absence on AESOP.  So I
20   pretty much put it in for AESOP, which was approved.
21   So, the sick leave would have been approved through
22   AESOP.
23   Q.   Can you just tell me what AESOP is?
24   A.   Oh, my gosh.  I'm not sure what it stands
25   for.

Page 53

1   Q. Or just what it does?

2   A. Okay. What you do is you put -- let's say
3 if I'm -- oh, I'm going to be sick for the next few
4 days, or have a doctor's whatever. So, well, I'll
5 just do what I did, tell you what I did. Okay.

6   I didn't think I would be there from
7 January, I'll just say 13th, through February 2nd.
8 So I just put in my request, I need a sub, I need a
9 sub all those days. And then a sub took, said okay,
10 I can step in, an aide, for the period that you're
11 gone.

12   So, basically AESOP you use your sick days,
13 put them into AESOP if you're sick, and then AESOP
14 says it's approved or not approved. In this case, it
15 said I was approved.

16   And the only glitch here is when I -- I put
17 in my general days that I would be gone, and I said
18 oh, well, I'm not going to leave this early, I'm
19 going to -- I'm leaving the 17th, or the 16th, so I
20 just wanted to take those two days out of AESOP.

21   And the secretary of Kenwood took the whole
22 thing out. And then she couldn't put it back in.
23 But, if I would have known my whole absence was going
24 to be wiped out, I would have just -- not, I would
25 have just left it in, even though I wouldn't have

Page 54

1 been here those two extra days. I had no idea it
2 would have made the whole thing go blank. But
3 originally it was approved, my sickness and absence
4 was approved.

5   Q. Okay. Is AESOP like a computer-generated
6 program?

7   A. Pretty much. I mean, you can put in your
8 days, and they -- you can say when you can work,
9 don't want to work, basically like I can look up
10 right now available assignments, put them in. It's
11 computer generated. But let's say if you want to
12 change a job, like in Urbana, or if somebody else
13 requests you, and you say yeah, sure, I'll whatever,
14 teach for this teacher, the person can put it in,
15 Nicky in my case in Urbana, she just changes it and
16 sticks in the right dates. Or it may be another
17 teacher wants me or something like that.

18   So, it's computer generated, but humans can
19 get into it and change it.

20   Q. Okay. Okay. So, I guess at this point in
21 time when you were initially seeking leave after
22 talking to Dylan to use your personal vacation days,
23 you mentioned you had, your initial request was
24 broader, right? Like, you had certain dates in mind,
25 like January 13th to February?

Page 55

1   A. To February 2nd, I'm pretty sure.

2   Q. So was that your initial, before you changed
3 it I guess, January 13th to February 2nd?

4   A. Then I changed it to January 18th to
5 February 2nd. And that's when it, the whole thing --

6   Q. And this is all 2023?

7   A. That's 2023 now, yes.

8   Q. Okay. All right.

9   A. The request saying hey, I can fill in, it
10 happened in December though. Like, they approved,
11 the person who filled in said hey, I can step in, the
12 aide, it was an approved aide working for the
13 District. And he was approved to fill all of my days
14 that I was absent. And that was like in December.

15   Q. Okay. And you said that this was something
16 you just plugged in AESOP so you didn't have to put
17 like a reason of why you were seeking a leave?

18   A. This might be a reason, but you could say
19 sick, family sick, something like that.

20   Q. Do you remember --

21   A. I probably said sick family.

22   Q. Okay.

23   A. I don't, yeah, I don't think you can leave
24 it blank.

25   Q. So your recollection is that you said sick

Page 56

1 family?

2   A. I mean, it makes the most sense.

3   Q. Okay. Moving on to Neff dep Exhibit 8.
4 Travis, I have this Bates stamp District 241 to 243.

5   Can you tell me what this is, Ms. Neff?

6   A. Basically it's saying that my daughter is
7 expecting my grandson January 11th. She lives in
8 Stillwater. They asked if I could take care of
9 Emmit, or her husband, he had to travel at that time,
10 and he was working quite a bit. I said I wanted to
11 leave the 7th, which actually I didn't need to leave
12 that soon. That was why the confusion. And stay
13 until the end of January, beginning of February. Do
14 I put my time in AESOP, are there any other
15 requirements?

16   And basically I ended up putting my time in
17 AESOP. And then I think his name was Mark Freeman,
18 was the person who said he would cover me.

19   Q. Okay. So, is this an e-mail thread between
20 you and it looks like Taryn Wilson?

21   A. I think it says Nancy on the second page.
22 Oh, okay. So she must have forwarded it to Nancy.
23 Or to Taryn.

24   Q. I guess, yeah, it looks like you sent an
25 e-mail on October 18th, 2022, to Nancy Whitehouse?

Page 57

1    A.  Yeah.
2    Q.  An administrative assistant at human
3  resources, is that correct?
4    A.  Yes.
5    Q.  Okay.  And it looks like Taryn Wilson, a
6  human resources administrative assistant, responded
7  to you on October 18th, 2022?
8    A.  Yes.
9    Q.  Okay.  And are these accurate e-mails that
10  were exchanged between you and HR?
11    A.  Yes.
12    Q.  Okay.  And it looks like Taryn told you, you
13  have 28 hours available personal leave to use?
14    A.  Yes.
15    Q.  Okay.  That is all I got.  Thank you.
16  Moving on to Neff dep exhibit 9.  Travis, this is
17  District 418 to 426.
18    A.  Basically, this is just when I requested the
19  leave of absence and they said there was no form I
20  needed to fill out.  All I needed to do was request
21  it.
22    Q.  Okay.  So, it looks like this request was
23  sent to HR directly, and with Trevor, the principal,
24  cc'd to it, is that accurate?
25    A.  Yes.

Page 58

1    Q.  Okay.  So, looks like just starting on the
2  first page, it says you kind of set, you kicked off
3  the e-mail string on November 3rd, 2022, and
4  requested a leave of absence for second semester.  Is
5  that correct?
6    A.  Yes.
7    Q.  Okay.  And when you were referring to a
8  leave of absence, I guess what is that?
9    A.  That's after I had my phone conversation
10  with the secretary and she said I could resign and
11  become a sub, or request for a leave of absence and
12  it would have to be three months leave of absence.
13  You would have to be gone for three months.
14    Q.  Okay.  Do you know why that is?
15    A.  I have no idea.
16    Q.  Kind of moving through this thread.  I'm
17  moving to page three of documents Bates stamp
18  District 420.
19       It looks like you submitted a reason for
20  your leave being that I committed to my daughter and
21  son-in-law that I would help them for three weeks for
22  the birth of my grandson, Emmit, in Stillwater,
23  Oklahoma.  And this is the only way I can come back
24  to being an aide at Kenwood?
25    A.  Yes.

Page 59

1    Q.  Is that correct?
2    A.  Yes.  They said then why are you submitting,
3  and basically 'cuz I wanted to come back to Kenwood
4  as an aide.
5    Q.  Okay.  Okay.  Moving through the thread, it
6  looks like you said you understand if you're denied?
7    A.  Sure.  I don't see where you are but --
8    Q.  I'm sorry, page four of the document,
9  District 421.  In the e-mail that you sent to HR on
10  November 3rd, 2022 at 3:04PM.
11    A.  I still don't see it.  What page?
12    Q.  That was page four of the document.  But
13  it's Bates stamped 421 on the bottom.
14    A.  I don't see it.  But, it would make sense,
15  but it doesn't make sense to me now because they
16  never fulfilled my position, like for three plus
17  months.  But, I would understand it when I wrote
18  that, 'cuz if they could fill my position.  But I
19  don't see where I wrote that.
20    Q.  Sure.  It's on page four out of nine.  If
21  you're looking at the bottom right-hand corner of the
22  page.
23    A.  Yeah, I'm looking at four out of nine.
24    Q.  It's like a quarter of the way down the
25  page.

Page 60

1    A.  I totally don't see that part of it.
2    Q.  I can point it out to you if you give it to
3  me.
4    A.  Okay.
5    Q.  Thank you.  Right here.
6    A.  Oh, on the top paragraph.  Oh, okay.
7    Q.  Do you see where I am now?
8    A.  Yes, I see it.
9    Q.  Then I'm moving to page eight of nine.  And
10  Trevor, or Travis, sorry, for our reference this is
11  District 425.  I'm halfway down the page, Ms. Neff.
12  It looks like in an e-mail to HR you said, in any
13  case, if denied I'd like to volunteer at Kenwood.
14  How long will it take before you decide?  Is that an
15  accurate e-mail that you sent to HR?
16    A.  Yes.
17    Q.  Okay.
18    A.  Or did I send that to HR or Trevor?
19    Q.  It looks like it was sent to --
20    A.  HR, okay.
21    Q.  HR.
22    A.  Okay.
23    Q.  I'm done asking questions about that one.
24  Moving on to Neff dep exhibit 10, this is District
25  547 to 550.

Page 61

1    And do you recognize this document, Ms.
2    Neff?
3    A.   Yes.
4    Q.   Okay.  And could you tell me what it is?
5    A.   This was at a meeting that still was called
6    before fall break, like the day of fall break.  And
7    they said that we would have to meet after fall
8    break.  This is when I started going even more crazy.
9    And they called a meeting.  I had no idea why.  Of
10   why I was waiting there all break thinking why, at
11   least why couldn't they have held the meeting before
12   the break?
13       And then it turned out that this meeting was
14   called because they said that I missed a meeting,
15   which I was there at this meeting.  But, they accused
16   me of missing a meeting that really didn't even
17   pertain to me.
18       And so basically the reason they held this
19   meeting was supposedly I missed a meeting that I was
20   there.  I left early and I texted why I left early.
21   That week it was really hot.  There were no breaks.
22   I wasn't feeling well.  But they were accusing me of
23   not being at the meeting.
24       And then when I told them how the meeting
25   started, they were like oh, 'cuz I know what they

Page 62

1    said.  I knew who was there.  I said you should have
2    seen me at the meeting.  But anyway, so basically
3    this was the e-mail pertaining to pretty much I call
4    it a bogus meeting.  Like accusing me of some -- even
5    a co-teacher said they would never call me for a
6    meeting like that.  She said I miss meetings all the
7    time and they don't care.
8        So, this is actually a point where, like, I
9    was being picked on more so than other employees
10   there.  And she said I can't even believe, like a lot
11   of people were, even the union rep, said I can't
12   believe they called this meeting either for this.
13   Q.   All right.  So let's unpack that a little
14   bit.  Is this an e-mail string between you and Dylan
15   Swank?
16   A.   Yes.  That's what it looks like.
17   Q.   Okay.  And he's the union rep you identified
18   earlier, is that correct?
19   A.   Yes.
20   Q.   Then you mentioned a meeting that was, I
21   guess called, that you were at.  Who called that
22   meeting?
23   A.   It was just the school, after school
24   meeting.  Everybody, or, yeah, it was early day on a
25   Monday, where kids got out early for teachers'

Page 63

1    meetings.
2    Q.   Okay.  But, what meeting is being referenced
3    in your e-mail to Dylan where you felt like you were
4    defending your character?
5    A.   Oh, the meeting where they said I wasn't
6    there, and I was there.
7    Q.   No, the meeting after that.  Where you
8    talked about the meeting that you weren't --
9    A.   Okay.  Well, because they were accusing me
10   of lying.  And so I feel like for a while I just felt
11   like I had to defend my character.  And this isn't
12   actually the first time.  But, I had to defend that I
13   was -- that I was actually at the meeting that they
14   accused me of not being at.  And then they said I was
15   lying.
16       So, I just -- I was actually getting tired
17   of feeling like I had to defend my character all the
18   time.  And this was a huge example.  And this wasn't
19   the first time.  Like, it was Mrs. Wright.  She said
20   I wasn't there.  I'm sure no one else, they could
21   have cared less.
22   Q.   All right.  It looks like there was a
23   meeting that Dylan attended on your behalf, is that
24   correct?
25   A.   Yeah, this was this meeting that I didn't

Page 64

1    know what it was about.  Like, he didn't know what it
2    was about.  Nobody knew what it was about.  And I
3    said, I really have no idea what it was about.  And
4    they said -- he said well, what did they say that it
5    was about?  And I said, well, they said it was 'cuz I
6    missed a meeting.  But, I was at that meeting.  And
7    he said well, then that's why this meeting has to be
8    called.  'Cuz if that's what they said, there can be
9    no other reason.
10       But, in my mind I was thinking, well, like
11   what could this meeting be about?  And in my wildest
12   dreams I didn't think the meeting would actually be
13   about this.
14       So I was thinking, you know, maybe I did
15   this.  Maybe I did that.  But, yeah.  It was -- the
16   meeting was about me not being at a meeting that I
17   was at.
18   Q.   And who was at the meeting that you were at
19   with Dylan?
20   A.   Trevor, Dylan, me, Mrs. Tee.  I can't
21   remember if Mrs. Wright was there or not.  I almost
22   think she was not at this meeting.
23   Q.   Okay.
24   A.   But she could have been.
25   Q.   And you mentioned that the purpose of the

Page 65

1  meeting was to discuss your absence on, at a
2  different meeting in September?
3     **A.  A meeting that I was there, yes.**
4     Q.  Okay.
5     **A.  That had nothing to do with me.**
6     Q.  And what did that meeting have to do with?
7     **A.  Teachers, and I was an aide.**
8     Q.  Were the other aides at the meeting?
9     **A.  One of them might have been late. I'm sure**
10 **the other ones were. But, some of the teachers, one**
11 **of the teachers, she was late. 'Cuz that was one of**
12 **the things I remember she coming in late, then when**
13 **she came in Trevor introduced her because she was a**
14 **new teacher.**
15        **But, yeah, another teacher, she said to me,**
16 **she's like Deb, she said do you know how many**
17 **meetings I missed? Do you know how many meetings**
18 **I've been called about missing? None.**
19    Q.  Who is that teacher you're referring to?
20    **A.  Privileged. I would say I don't want to say**
21 **right now. I mean, I could say, but I don't feel**
22 **like disclosing a name.**
23    Q.  I do need you to answer the question 'cuz I
24 need to know what you're referring to as being
25 treated differently.

Page 66

1     **A.  Is that okay?**
2        **MR. LAMPERT:** You can disclose the name.
3     **A.  Okay. I hate doing this. But Abby Donovan.**
4     Q.  Is she a teacher's aide?
5     **A.  No.**
6     Q.  What is her position?
7     **A.  Teacher.**
8     Q.  And how old is Abby Donovan?
9     **A.  She was born June 15th of 1989, so that**
10 **would make her how old? She's my son's age. I know**
11 **that.**
12    Q.  Okay. That's sufficient to answer my
13 question. Thank you.
14       **MR. LAMPERT:** Is now a good time to take a
15 break?
16       **MS. KANE:** We can take a break. Sure.
17       **MR. LAMPERT:** Let's take ten minutes.
18       (The time is 11:18 a.m.)
19       (The time is 11:32 a.m.)
20          CONTINUED EXAMINATION BY
21 **MS. KANE:**
22    Q.  Back on the record. Mrs. Neff, before the
23 break do you recall we were talking about a meeting
24 that you said you were in attendance with, with your
25 union rep Dylan and then Trevor and Jen Tee. Can you

Page 67

1  just tell me what you recall, like what happened
2  during that meeting?
3     **A.  They said that I was not at a meeting,**
4  **whatever date that was before break. And I said I**
5  **was at that meeting. And they said no, you're lying.**
6  **You weren't there. And I said yes, I was there. And**
7  **then I said, and you were there and you were there,**
8  **and I talked about what they started to talk about,**
9  **which was having a new nurse. And Trevor said we**
10 **don't have a nurse. And I said well, a teacher, a**
11 **new teacher then. He said oh, yes, it was for the**
12 **new program they have for life skills that she was a**
13 **nurse/teacher.**
14    **So, he started the meeting like that. And**
15 **then I described what we did next. And then, I can't**
16 **remember, but I do remember that part. Then he just**
17 **looked at me, or they looked at each other, oh, I**
18 **guess she was there. I wasn't there for the whole**
19 **meeting. 'Cuz then I went and did, 'cuz as aides you**
20 **have responsibilities, so then I went and did my**
21 **books and all those responsibilities, which take**
22 **about, with Ms. Wright and me, about half an hour of**
23 **just matching the books up and all that.**
24    **And then I hadn't had my lunch. And it was**
25 **very, very hot and I hadn't been feeling well. So,**

Page 68

1  basically I left that meeting, I did leave early, but
2  I was there.
3     **And so that was what this, the meeting was**
4  **about, that we called Dylan for my union rep to be**
5  **part of 'cuz I -- it was funny. It took us about**
6  **five or ten minutes. He's like well, what did they**
7  **say it was for? I said, well, nothing. Just that I**
8  **said they said I missed this meeting. And then he**
9  **said oh, well, that's what it has to be about. I**
10 **didn't realize that you couldn't throw in things that**
11 **maybe you did months and months ago. So, that was a**
12 **learning experience.**
13    Q.  Were you disciplined as a result of the
14 meeting?
15    **A.  No. Because there was nothing grounded.**
16    Q.  Okay. Turning back to dep exhibit 10, I'm
17 looking at page two of four, it's Bates stamped
18 District 548.
19       There's an e-mail that you sent to Dylan,
20 and it says, anyway, I do understand implicit bias,
21 prejudices exist, extended much further than the
22 African American and other obvious cultures. I'm
23 pretty sure that is what I have been the victim of
24 the last few years. Also, if I'm being asked to
25 resign my position, and I reapply, that says a lot.

Page 69

1  What are you referring to there?
2    A.  Oh, the school's always talking about
3  implicit biases.  Like you might not know you're
4  prejudiced against someone or something or cultural.
5  And me being brought up in a totally not American,
6  you know, Jewish, but -- both my parents are Jewish
7  home, I felt like, and Ms. Wright is like, our styles
8  were so different 'cuz it's even the culture,
9  everything.  But you don't know that there's a
10  difference.  And I felt like that was the only
11  implicit biases that they usually pull out is the
12  African American bias and maybe some others.
13       But there was so many others that they don't
14  even know, and even when they pull out the African
15  American bias it's still -- there's still that bias
16  in there that's just stuck.  And that you just can't
17  get out of no matter what the bias is.
18       So that's what I was referring to 'cuz we
19  were, in our implicit bias session, and that could
20  have been some of what the meeting was about too.
21    Q.  Okay.  The meeting that you had with Trevor
22  and Dylan?
23    A.  No, the school meeting that the aides went
24  to.  Because there was always something about that
25  the implicit biases that people have.

Page 70

1    Q.  Well, did Dylan Swank ever follow-up with
2  you regarding, I guess your concerns with implicit
3  bias?
4    A.  No.  It was just a random e-mail.  I said
5  something to Trevor once about it too.  He said oh,
6  I'm really sorry.  I do understand how that can
7  happen.
8    Q.  When you say I have been a victim of the
9  last few years, what do you mean there?
10    A.  Just being constantly poked or pointed out
11  by Ms. Wright.  Even two of the other teachers, they
12  said, one said to me, we were just talking about that
13  today.  This one was Abby and Sarah, since I said the
14  last one, we were talking about how much Mrs. Wright
15  just picks on you.  Like if somebody else would have
16  done the same thing, it would have been fine.  But
17  for some reason, whenever you do it, Mrs. Wright has
18  such a big issue.
19       And it really -- I didn't get it.  Like,
20  Mrs. Teresa, she would have a toy or something, that
21  worked with Mikai, he could hold the toy.  But if I
22  would take a toy or do something like that, oh, you
23  can't do that.  He's not supposed to, that's someone
24  else's toy; just constant, constant like that,
25  always.

Page 71

1       I mean, and she's -- I really don't know.
2  And it's not like we didn't not get along.  We had
3  our days.  It's just under all, the underlying --
4    Q.  Are you a friend of Mrs. Wright when you say
5  that?
6    A.  No, I'm not a friend of Mrs. Wright.  No I
7  think back, why did I deal with that for so long?
8    Q.  And then when you said, like, you were at
9  the meeting, but you recall leaving early to do that
10  book organization, or that -- I forgot how you
11  described it.  But you left the meeting early.  Did
12  you seek permission to do that?
13    A.  I texted Mrs. Wright.  I said I'm having
14  lunch, because I stayed extra with the kids.  'Cuz
15  the kids weren't there.  Oh, you can just leave the
16  kids.  That's what they would tell me.  I'm thinking
17  some kids you can't leave, you know.  It's dangerous.
18       So I just thought to myself, okay, I'm not
19  going to have my lunch, I'm just going to sit here
20  until the kids go.  The kids left.  And so then after
21  I sat through the meeting, and did all my book things
22  and all the data they have to deal with, then I
23  just -- I mean, I can't go back into that meeting.
24  And I just said, and I hadn't been feeling good all
25  week, it was really hot.

Page 72

1       And I said, I haven't been feeling well all
2  week.  I haven't had lunch.  Probably haven't had
3  lunch all week.  But, I'm just going to take my lunch
4  now.  And that's pretty much all I said.
5    Q.  Okay.  That's all I have for that exhibit.
6    A.  And that came into me never even showing up
7  at the meeting.  Oh, never mind.
8    Q.  Okay.  Moving on to Neff dep exhibit 11.
9  This is District 540 to 546.
10       Can you tell me what this is, Ms. Neff,
11  after you've had the chance to review it.
12    A.  It looks like it's just about the meeting
13  again.
14    Q.  And is this an e-mail string between you and
15  Dylan Swank, the union rep?
16    A.  Yes.
17    Q.  Is this a fair and accurate copy of the
18  e-mails that both you and Dylan sent to each other?
19    A.  It looks like it.  I mean, I'm sure it is.
20    Q.  Just starting at the top of the exhibit page
21  one, District 540, were you considering resigning at
22  this point?
23    A.  No.
24    Q.  And then looking at the e-mail that Dylan
25  sent in response to your e-mail still on page one, it

Page 73

1 looks like Dylan says, I do not believe ageism is an
2 issue here. Do you see that?
3 A. Yes.
4 Q. Did you raise that to Dylan as potentially
5 being an issue?
6 A. I really don't remember.
7 Q. Okay. And then Dylan wrote in the next
8 paragraph, to be clear they are NOT, in all caps,
9 asking for your resignation.
10 A. Okay.
11 Q. And clarified, they did say that if you were
12 taking two months of time and didn't have accrued
13 vacation or personal leave to cover that time, then
14 they might pursue disciplinary action. They're
15 entitled to do that even if it's a crappy decision.
16 Is that an accurate reflection of what Dylan told you
17 at that time?
18 A. Yes.
19 Q. So, was that discussed with you at a
20 meeting?
21 A. No.
22 Q. So, what is -- I guess when was that
23 discussed with you?
24 A. Actually, it could have been discussed at a
25 meeting. I don't remember exactly.

Page 74

1 Q. Do you remember who discussed it with you?
2 A. Maybe Dylan. But, I really don't remember.
3 Q. And it looks like Dylan recommended that if
4 you still need to take time off in January, February,
5 apply for an unpaid leave of absence for the days
6 that your accrued personal leave won't cover.
7 Did you, I guess, take any action pursuant
8 to his recommendation?
9 A. Yes. I think that was already discussed.
10 Q. Okay.
11 A. In another document.
12 Q. What did you do after Dylan recommended that
13 you seek unpaid leave of absence?
14 A. I just, that's what I did.
15 Q. Okay. And it looks like his recommendation
16 was tied to Section 11 of the Collective Bargaining
17 Agreement. Is that your understanding as well?
18 A. I'm not sure where Section 11 is.
19 Q. I'm just working off his e-mail. So if we
20 go to the next page, it says Section 11, leave of
21 absence. Dylan says relevant language from the CBA.
22 So did you seek a leave of absence under the CBA?
23 A. I just requested a leave of absence.
24 Q. Okay. And was that human resources or
25 elsewhere?

Page 75

1 A. I think Trevor just said I could text it to
2 him.
3 Q. Okay.
4 A. And probably Trevor and to human resources.
5 I'm pretty sure that was the, one of the papers we
6 used before, requesting a leave of absence.
7 Q. The papers that we looked at today?
8 A. Yes. That's what I'm thinking.
9 Q. Okay. For the record, I'm handing you
10 defendant's dep exhibit 9. Is this the document
11 you're referring to where you requested the leave of
12 absence?
13 A. Yes.
14 Q. Okay. I think we're done with Neff dep
15 exhibit 11 for now.
16 We're done. I don't have any more
17 questions. Thank you.
18 I'm going to hand you Neff dep exhibit 12,
19 this is Bates stamped District 427 through 433.
20 Once you've had the chance to review, if you
21 could please tell me what this is.
22 A. It's a leave request.
23 Q. Is it an e-mail string between you and Ken
24 Kleber?
25 A. Yes.

Page 76

1 Q. And it looks like there's a cc'd as well,
2 including Trevor Nadrozny, HR, and Dan Casillas. Is
3 that accurate?
4 A. Yes, I'm not sure who Dan is.
5 Q. Okay. Is this a fair and accurate copy of
6 e-mails that you exchanged with HR?
7 A. Sure.
8 Q. I'm going to start at the top of page one,
9 and it looks like Ken sent you an e-mail saying he
10 spoke with Dr. Nadrozny regarding your request for
11 the second semester. And that the request was
12 ultimately denied. Is that a fair statement?
13 A. Yes. But the reason -- I never got the
14 reason. But, yes. That's fair.
15 Q. It looks like Ken references, I don't know
16 if it was a meeting or discussion. But it looks like
17 something occurred between Dr. Nadrozny, Ms. Tee and
18 you. Was that a meeting or did you have a discussion
19 with them at any point regarding your request for a
20 leave of absence for second semester?
21 A. All I can remember is meeting with them, the
22 three of them. And Mrs. Tee saying that there is a
23 good chance your leave of absence won't be paid.
24 But, none -- and I said well, I expected not to get
25 paid. But that's all I remember from the meeting

Page 77

1    that the three of us had. And my union rep may have
2    been in that one, but I almost think he wasn't. I
3    think we were -- just met at the table.
4        Q. And it says, we are willing to hire you on
5    to our substitute list if you resign from your
6    current position, and then Ken lays out the steps for
7    doing so. Is that accurate?
8        A. Yes. And it was shared that my position
9    would still be open, but I would have to come back as
10   a sub in my same position. Where I would lose all my
11   benefits.
12       Q. Okay. It looks like you responded to Ken's
13   e-mail. I'm still on page one. Saying my daughter's
14   husband is not able to be there due to conferences,
15   my sister is there this week because -- is that
16   pronounced --
17       A. Ozgur or something.
18       Q. Ozgur, my son-in-law, is out of town for the
19   week and my son-in-law doesn't want my daughter to be
20   alone. This is the same reason they want me to stay
21   a couple weeks. Is that an accurate copy of your
22   e-mail?
23       A. Yes.
24       Q. Moving through the string, I just moved to
25   page two of the exhibit.

Page 78

1            You sent another e-mail saying Trevor never
2    mentioned why I couldn't come back. The reason why
3    I'm seeking a few weeks is because my son-in-law has
4    to be away for conferences. Is that an accurate copy
5    of your e-mail that I'm reading from?
6        A. Yes.
7        Q. And you say PS, my sub license is valid now.
8        A. Now I'm not sure why that -- I think there
9    was an issue; I think that has nothing to do with
10   this conversation.
11       Q. What are you referring to when you say --
12       A. For some reason when I applied to the job, I
13   applied on my sub license. And I didn't realize
14   that. And I went in one day as an aide and Mrs. Tee
15   said oh, you can't -- my sub license has expired.
16   This was before any of this. Here, come into my
17   office and we redid my sub license. And I probably
18   just got a statement saying that it's valid 'cuz I
19   think they're valid for five years.
20       Q. And then moving to the bottom of the page,
21   it looks like Ken responded to you and said I have
22   asked Trevor to connect with you regarding the denial
23   of your leave request. And please follow below if
24   you want to be a sub.
25           Did Trevor ever connect with you regarding

Page 79

1    the denial of your leave request?
2        A. Not, he never really gave me a reason why
3    not. Or why it was denied.
4        Q. Those are all the questions I have with this
5    exhibit.
6        A. This is when I had my doctor's note.
7    Because when I was going, when I was having so much
8    anxiety, the next paragraph, Trevor also shared a
9    doctor's note you provided. I am sorry to hear
10   you've been struggling. We need a bit more detail
11   from the doctor regarding the amount of time you need
12   to spend away from your assigned area. Which I
13   didn't really need. But, I just needed -- and how
14   frequently as well this will occur. This will allow
15   us to determine how we might be able to support your
16   needs. I will have Taryn send you a form your doctor
17   can fill out. Please try to get it back as soon as
18   possible.
19           But at that time this was causing so much
20   anxiety that -- and I would never have walked away
21   where -- if there's kids. But it just said hey, if I
22   need to step away for a second for a breather, I
23   think that was like right after all, before this all
24   occurred too.
25       Q. Okay.

Page 80

1        A. And I was kind of surprised that I even had
2    to send it to HR, the doctor's note. I just thought
3    it could just be a little blip where hey, you take
4    it, two seconds of air, even if that's opening the
5    window, which I did anyway.
6        Q. Did you send a form from your doctor to HR
7    after that?
8        A. Yeah. I did. My doctor just wrote me a
9    note. I don't even know if I asked. But just 'cuz I
10   was having all the anxiety at the time because of all
11   of this going on. And I was surprised when Lori, the
12   secretary, said I should send a copy to ER, or to HR.
13   Because I thought it was just hey, stick my head out
14   the window. Like, I wasn't going to take huge
15   advantage of it. That's why I was surprised that it
16   was made into something bigger than, that I felt it
17   was necessary. But they definitely needed the
18   doctor's note.
19       Q. And were you permitted to take time, or what
20   did you request in relation to that?
21       A. Just fresh air. Like, if nobody was doing
22   anything in the classroom and it was totally
23   contained, I would walk out for maybe five seconds
24   just to get some fresh air and come back in. I had a
25   key to the building.

Page 81

1    Q.  So you were permitted to do that?
2    **A.  I'm sure I was.  Yeah.  I mean -- I really**
3    **didn't take too much advantage of it.**
4    Q.  Moving on to Neff dep exhibit 13.
5        Travis, this is District 489 to 510.
6        Ms. Neff, once you've had the chance to
7    review, you can tell me what this is.
8    **A.  Basically it's my union rep saying I could**
9    **file a grievance.  But it didn't make sense to file a**
10   **grievance.**
11   Q.  So, this is an e-mail string between you and
12   your union rep, Dylan Swank, is that accurate?
13   **A.  Yes.**
14   Q.  And is this a fair and accurate copy of
15   e-mails that were exchanged between you and Dylan
16   Swank?
17   **A.  I'm sure it is.**
18   Q.  And you mention that this had to do with you
19   potentially filing a grievance related to the denial
20   of your leave request.  Is that accurate?
21   **A.  Yes.  Dylan Swank said I could file a**
22   **grievance, but it sounded like it was -- like I said,**
23   **my anxiety was pretty high at the time.  And just, I**
24   **didn't want to add to it.**
25   Q.  I'm going to ask you some questions about an

Page 82

1    e-mail Dylan sent on page five of 22.  I believe
2    that's page five of the exhibit as well.  Bates
3    stamped District 000493.  It looks like Dylan
4    referred to filing a grievance as a Hail Mary.
5    **A.  Yes.**
6    Q.  Is that correct?
7    **A.  Yes.**
8    Q.  Did you end up ever filing a grievance
9    related to your leave?  The denial of your leave of
10   absence request?
11   **A.  No.**
12   Q.  Going to page seven of 22, Bates stamped
13   District 000495, it looks like you responded to Dylan
14   and said, thank you for your response.  I'm still
15   wondering FMLA laws since I will be the only
16   caregiver for a good part of those three weeks.
17       Is that an accurate e-mail that you sent to
18   Dylan?
19   **A.  What page are you on?**
20   Q.  Page seven of 22, Bates stamped District
21   000495.
22   **A.  The very top part, thank you for your**
23   **response?**
24   Q.  Yes.
25   **A.  Okay.  Yes.**

Page 83

1    Q.  It says, I'm still wondering if FMLA laws,
2    since I will be the only caregiver for a good part of
3    those three weeks, is that correct?
4    **A.  Yes.**
5    Q.  And it looks like Dylan responded to you on
6    page nine of 22, District 000497.  And he said, here
7    are the guidelines for leave under FMLA.  I do not
8    believe you qualify, but feel free to look.
9        Is that accurate?
10   **A.  Where are you again?  Nine of 22?**
11   Q.  Yep.  It's page nine of 22.  And it's Bates
12   stamped District --
13   **A.  Okay.  Sure.  It's the link?**
14   Q.  Yeah.
15   **A.  Okay.**
16   Q.  Is that accurate?
17   **A.  Yes.**
18   Q.  Did you look at that link after Dylan sent
19   it to you?
20   **A.  I may have glanced at it.  I still felt like**
21   **I should have qualified though after I looked at it.**
22   Q.  What did you say about after you looked at
23   it?
24   **A.  Oh, I still think I should have qualified.**
25   **I'm pretty sure I still had that in my mind, that I**

Page 84

1    **should qualify.**
2    Q.  And then I'm going to move on to page 12 of
3    22.  It's Bates stamped District 000500.  And it
4    said, I'm looking at an e-mail you sent to Dylan.
5    It's halfway down the page.  January 10th, 2023.
6    Everything seemed like it was covered but now it
7    isn't.  Reason, no coverage.  I had coverage before,
8    so I'm not sure why I can't get coverage again.
9        What are you referring to there?
10   **A.  That was the AESOP, where a substitute**
11   **stepped in and said that he could cover my job.  But**
12   **then when I went to Lori, our secretary, I said hey,**
13   **I don't need to be gone this long.  I'm going to be**
14   **here like the 9th, the 10th, the 11th, or whatever**
15   **days.  But, so can you take those days out.  Those**
16   **three days.**
17   **But for some reason, she took the whole**
18   **coverage out.  And I'm not sure why, 'cuz I would**
19   **have just said, I'll keep all of the days 'cuz I**
20   **already had a person covered.  And I don't know why**
21   **they couldn't have called, Mark Freeman was the**
22   **person's name, and said hey, do you mind covering,**
23   **you don't need to cover these three days, but can you**
24   **go ahead and cover everything else?**
25   **It was just, like, why did they have to go**

Page 85

1  without anybody until they replaced somebody?
2  Instead of taking him out and not letting me come
3  back; both. Because I think my position wasn't
4  covered for at least three months, and it could have
5  been totally covered.
6      Q.  So you were referring to sub coverage in
7  that e-mail?
8      A.  Yes.
9      Q.  Okay. And then you mentioned that even
10  though Dylan told you, I don't believe you qualify,
11  you felt like you qualified. Is that correct?
12      A.  Yes. I felt like there were clauses in
13  there like if you're taking care of your -- a family
14  member. But, if it is age, that seems like that that
15  would be kind of a -- what's that word?
16  Discriminatory, if you don't qualify because of age.
17      Q.  And when you say that if you don't qualify
18  because of age, whose age are you referring to?
19      A.  My daughter's.
20      Q.  Okay. So, are you referring to the FMLA
21  being discriminatory if it refers to age?
22      A.  If that was the case. 'Cuz I think it did.
23  But, then I think there was another sentence where if
24  it's a family member. Really, I can't remember what
25  it all said. But -- that could have been an issue.

Page 86

1      Q.  And other than talking to Dylan about it,
2  did you talk to anybody else about it? And by that
3  I mean, like potentially FMLA?
4      A.  I mean, like, professional people?
5      Q.  Yes.
6      A.  Just I think I called the EEOC, Equal
7  Employment, I think it's EEOC. They just gave me a
8  letter that said that you had a right to sue. And
9  other than that, like that would be the only other
10  professional.
11      Q.  Anybody at the District?
12      A.  No. I can't remember.
13      Q.  Okay. I think we're all set with District
14  13 for now.
15          I'm going to move on to District exhibit 14
16  next. Bates stamped District 405 to 415. There you
17  go.
18          And once you've had the chance to review,
19  can you tell me what this is, please?
20      A.  This is basically saying that I could work
21  from January 9th through the 17th, because originally
22  my leave of absence was approved for a longer time.
23  And I was trying to shorten it in AESOP.
24          I can't figure out how to cancel my AESOP
25  absence January 9th through the 17th. I will be in

Page 87

1  Champaign and able to work January 9th through the
2  17th. Basically I said January 6th, I couldn't
3  because of a doctor's appointment.
4          So, I was just trying to figure out how to
5  shorten my time of absence.
6      Q.  So, is this an e-mail exchange between you
7  and it looks like Trevor Nadrozny, is that Lori Earl,
8  Elizabeth Barnett and Jennifer Tee?
9      A.  Yes. And Elizabeth Barnett and Lori Earl
10  were the two secretaries that I thought knew how to
11  make it. So if I couldn't put it in, I figured they
12  could put it in.
13      Q.  And is this a fair and accurate copy of the
14  e-mails that were exchanged in the thread?
15      A.  Yes.
16      Q.  So, I'm starting on the first top of the
17  first page, District 405. It looks like you sent
18  this e-mail on January 3rd, 2023, saying that you
19  booked your ticket to Stillwater, Oklahoma, for
20  January 18th. Is that correct?
21      A.  Yes.
22      Q.  And what was the significance of January
23  18th?
24      A.  So they would know when I was leaving so
25  they could cancel my AESOP through the 9th, through

Page 88

1  the 17th. Except for the 6th when I had a doctor's
2  appointment.
3      Q.  So, at this point you planned to be absent
4  from work from January 18th, was that through a
5  certain date?
6      A.  Probably whenever I had it an AESOP. I
7  mean, I have it on AESOP. Originally it was January
8  -- so, originally my absence I think was January 9th
9  through the end of maybe February 2nd. And so I was
10  saying hey, I can work the 9th through the 18th.
11  Yeah.
12          So, this was basically saying when I was
13  going to be gone. And shortening the length of my
14  absent time.
15      Q.  Why did you shorten the length of your
16  absent time?
17      A.  Because I shouldn't have, number one. But
18  number two, because my Emmit was born the 14th, and
19  he -- he was, they were in the hospital until the
20  18th. So, I was just going to go there when they got
21  out of the hospital.
22      Q.  What did you know on the 3rd?
23      A.  On the 3rd?
24      Q.  It looks like you sent this e-mail on the
25  3rd. Did you know Emmit was going to be born on the

Page 89

1 14th, on the 3rd?
2 A. No. I think on the 3rd, I thought maybe he
3 was going to be born on the 12th, and they wanted
4 some time at home for a few days; that I didn't know
5 that he was going to be born the 14th, like two days
6 after.
7 And I didn't know that they would be in the
8 hospital -- I didn't know that it was going to be
9 that tough of a delivery and birth on the 3rd.
10 Q. Does that complete your answer?
11 A. Yes.
12 Q. When you said they wanted time at home,
13 who's "they"?
14 A. My daughter and her husband. They didn't
15 know they were going to have that difficult of a
16 birth either.
17 Q. Moving through the document, I'm going to go
18 to page three of 11. Bates stamped District 000407.
19 It's an e-mail that you sent to Jennifer Tee
20 saying I just spoke with Ozgur, my son-in-law. He
21 will be back Saturday, February 12th. It looks like
22 my return will be Monday, February 14th or Tuesday
23 the 15th. When we leave on Sunday, February 14th,
24 possibly driving. So, I can plan for Tuesday the
25 15th. Is that an accurate e-mail?

Page 90

1 A. Yes.
2 Q. So, does this refresh your recollection
3 about when you anticipated potentially returning to
4 work?
5 A. Originally, it was like the 1st or 3rd of
6 February. And then my son-in-law had a conference,
7 and so he asked me to stay through this date. So, it
8 wasn't set in stone until it was set in stone.
9 Q. Okay. Where was your son-in-law's
10 conference?
11 A. Either Maryland or New Jersey.
12 Q. Do you know what conference it was?
13 A. Something with batteries.
14 Q. Was it work related?
15 A. Yes.
16 Q. What was his job?
17 A. He's something engineer that does batteries,
18 that makes more efficient batteries. So he's an
19 engineer of some sort.
20 Q. So, at this point when you were
21 communicating with the District on January 3rd, 2023,
22 your leave of absence had not been approved at that
23 point, is that correct?
24 A. Can you say that one more time?
25 Q. No problem. At this point when you were

Page 91

1 sending these e-mails on January 3rd, 2023, your
2 leave of absence had not been approved, is that
3 correct?
4 A. Yes. AESOP approved it. But, this is where
5 the mixed messages were coming in.
6 Q. But, the District did not approve your leave
7 of absence, is that correct?
8 A. I didn't know.
9 Q. And yet, you booked your trip to Oklahoma
10 anyway, is that correct?
11 A. Yes. Well, I knew I was approved three days
12 for sure. And when I booked my trip, I didn't know.
13 I thought possibly I would be back in those three
14 days. I didn't know the difficulty of the birth and
15 what came after. And I also knew that on AESOP, it
16 was approved.
17 Q. And when you say three days was approved,
18 are you referring to that personal time that you had
19 to use?
20 A. Yes.
21 Q. Okay.
22 A. And possibly sick time. But, I definitely
23 know the personal time said I could take the three
24 days. Which I wasn't even given that time before I
25 got my termination letter. Or a chance to say, hey.

Page 92

1 Q. And when you booked your tickets to
2 Stillwater, did you book round trip or one way?
3 A. One way.
4 Q. Okay. So at this point did you just book
5 the January 18th ticket?
6 A. Yes. My son-in-law did.
7 Q. Okay. That's all I have on this exhibit for
8 now.
9 Going to look at Neff dep exhibit 15 next,
10 which is Bates stamped District 462 to 463. Once
11 you've had the chance to review exhibit 15, please
12 let me know if you can identify it for the record.
13 A. It's funny, 'cuz it says that not having any
14 coverage for 20 days is a problem. But I did have
15 coverage for the 20 days.
16 Q. So is this a fair and accurate copy of
17 e-mails that were exchanged between Trevor Nadrozny
18 and you and Jennifer Tee on early January? January
19 6th through the 9th?
20 A. Yes.
21 Q. Okay. And you were reading from an e-mail
22 that Trevor sent on January 6th, 2023, is that
23 correct?
24 A. Right now, yes.
25 Q. So looking at that e-mail, it looks like you

Page 93

1  had a conversation with Principal Nadrozny in person
2  about your planned absences moving forward.  Can you
3  tell me what you recall about that conversation, if
4  anything.
5    A.  I don't think we had a conversation.
6    Q.  He also references a meeting with Miss Tee
7  and your union rep.  Do you recall that meeting?
8    A.  Which one are you --
9    Q.  The same e-mail, I'm reading from the second
10  sentence.  It says the last time we met with Mrs. Tee
11  and your union rep and yourself I had indicated that
12  you need to consider returning to a substitute
13  position to accommodate your lengthy absence.
14    A.  Yes.
15    Q.  Do you recall that meeting?
16    A.  Yes.
17    Q.  Can you tell me what you recall about that
18  meeting?
19    A.  That it was the three of us.  Pretty much
20  that I remember more the scenario than any of it;
21  that we were in the front room, the three of us.  And
22  Mrs. Tee sitting there.
23       They may have mentioned subbing, because I
24  know that that came -- was that reflected?  I thought
25  that was more from Ken though; resigning, becoming a

Page 94

1  sub.  So, maybe -- I don't remember the exact
2  conversation we had.
3    Q.  And it looks like when you indicated that
4  you needed a reason for the denial of coverage,
5  Principal Nadrozny said I can share that your
6  continued absences throughout the year have been an
7  issue, and not having any coverage for 20 days is a
8  problem.
9    A.  Okay.
10    Q.  If you go on your leave you will be
11  terminated from your position and you will not be
12  eligible to be hired back from the District.  If you
13  resign, and you become a substitute aide, you will be
14  able to come back without any issues.  Is that
15  accurate?
16    A.  It sounds accurate.  But where is it?  Where
17  did you read that in?
18    Q.  I'm still within the same e-mail.
19    A.  Yes, that's accurate.  I totally remember
20  that.
21    Q.  Okay.  It looks like you responded to that
22  e-mail on January 9th, 2023, and you reference a
23  leave of absence clause in your e-mail.  Are you
24  referring to the CBA there?  Or what are you
25  referring to?

Page 95

1    A.  I don't know.  There must have been a leave
2  of absence clause somewhere, that if you needed to
3  leave.  Then I asked if he could get the original sub
4  for three weeks to sign up on the 18th.  And the
5  reason, one of the reasons why I was absent, maybe he
6  mentioned, I was absent a lot that semester was
7  because this was going on.  But I never overdid my
8  absent days.  Yes.  So there must be a leave of
9  absence clause.
10    Q.  When you referred to your other absences
11  throughout the year, do you recall being absent?
12    A.  Yeah, I recall a few times.  One, my cat was
13  dying.  Another, I just was having a really bad year
14  because of this and the anxiety provoking.  Like I --
15  pretty much went into a panic attack for a week, and
16  that was the week of fall break.
17       Yeah, I mean, pretty much all of this, the
18  whole semester was one cause of my high -- probably
19  unusually high absent, is this semester.  And also
20  being back from COVID.
21       And what I told you about with the children
22  and the students.  If I would have some type of
23  solution that would work to ease up the violence or
24  whatever, it was always rejected.  There was a lot of
25  stuff, is probably why I had such a high absent rate

Page 96

1  this semester.
2       Plus, I was going through, like, very heavy,
3  heavy, like hot flash issues.  Everything issues.
4  Like kids would say to me, Mrs. Neff, why is your
5  face so red?  What's wrong, what's wrong, noticeably
6  hot.  Noticeably.  And plus, I probably had these --
7  well, I won't get into the rest of it, but -- that's
8  good for now.
9    Q.  Going back to the e-mail we were just
10  talking about, you referenced, is there any way you
11  can get the original sub who signed up for the three
12  weeks.
13    A.  Yes.
14    Q.  So, had the sub canceled at that point, or
15  what happened to the original sub where he wasn't
16  available?
17    A.  Basically, when I asked to change the days,
18  Lori, the secretary, took everything out of the
19  system.  But, I had that e-mail where he would have
20  fulfilled my absence.
21    Q.  The original absence?
22    A.  Uh-huh.
23    Q.  And you said his name was Mark Freeman?  Do
24  you know him?
25    A.  No.  I tried to look him up.  I may have

Page 97

1  known him as subbing.  Like I might have run into
2  him.  But I tried to look him up on Facebook or
3  something.  I don't think I found him.  And it's
4  either F-R-E-E-M-A-N, or F-R-E-E-D-M-A-N.  I'm not
5  sure which one.  I think it might be without the "D".
6  But --
7      Q.  So, he was no longer available to cover the
8  absence once it was changed or shortened?
9      A.  He was never asked.  They never tried to put
10  him in.  That's why I regret saying that I should
11  have just taken that time off and it would have been
12  completely covered.
13      Q.  Once the absence was shortened, did you
14  reenter it into AESOP?
15      A.  I couldn't.  Lori totally took the whole
16  thing out.  And then -- and I couldn't get it back.
17  Where I could get another, where he could sign up
18  again.  That's why I wish I had just -- I'm sure,
19  like in Urbana, she can directly respond to me.  So
20  I'm sure somebody could have, the sub coordinator,
21  could have gotten ahold of this Mark Freeman, and
22  said hey, can you make this absence the 18th through,
23  I guess February 15th now?  Instead of, or at least
24  through the end of January.
25      But, I'm sure there's somebody in Unit 4

Page 98

1  that could have done that.
2      Q.  Going back to that same e-mail we were just
3  looking at, you say I want to be there close to the
4  birth of Emmit.  Ozgur wants me to be there when he
5  is gone.  Who knows, maybe I'll drive back midway and
6  go back when Ozgur has to leave.  Is that correct?
7      A.  Where are you reading now?
8      Q.  This was the same e-mail string that we were
9  referring to.  I'm on page one, it's about halfway
10  down.  And it starts off, I want to be there close to
11  the birth of Emmit.
12      A.  Okay.  Is there any way you can get the
13  original sub who signed up for the three weeks to sub
14  the 18th.  I'm not sure hindsight -- okay.  I want to
15  be there close to the birth of Emmit.  Okay.  Yeah.
16  So, Ozgur wanted me there when he was gone.
17      Q.  Gone where?
18      A.  Out for his conference 'cuz he didn't want
19  Alicia alone.
20      Q.  Do you know when his conference was?
21      A.  I mean, probably those dates I said earlier.
22  When I said I was coming back the 15th.  So, probably
23  that week.
24      Q.  Was it a week long conference?
25      A.  He went on two.  I can't remember exactly.

Page 99

1  But, yeah, he went on two of them.
2      Q.  Okay.  So, you told me about the one in
3  Maryland, I believe you said it was.
4      When was that one?
5      A.  Probably in February.
6      Q.  Okay.
7      A.  And then the one maybe in New Jersey, I
8  think might have had one in Boston.  They were all
9  about the same time.  But, I think he maybe
10  consolidated some.  I can't remember the exact
11  details.
12      Q.  Do you remember, or when the New Jersey one
13  was?
14      A.  Maybe the beginning of February.  I mean,
15  they were all close together.  That's all I know.
16      Q.  You mentioned one in Boston.  So was there
17  three conferences?
18      A.  Yes.  I think he combined the New Jersey and
19  Boston one.
20      Q.  And other than being away for those
21  conferences in you said early February and I guess
22  end of February, was Ozgur present in Oklahoma?
23      A.  Yes.  Except for when he worked.  And he
24  worked a lot.  But he came home.
25      Q.  I think I'm done with that exhibit for now.

Page 100

1  Can you give me the exhibit, please.  Thank you.
2      Going to move on to Neff dep exhibit 16.
3  This is Bates stamped District 434 through 439.  Once
4  you've had the chance to review, if you could take a
5  look at that.  Can you identify what this exhibit is?
6      A.  Pretty much leave request, and e-mails from
7  me to Trevor and --
8      Q.  And are these fair and accurate copies of
9  e-mails exchanged between you and Trevor?
10      A.  Yes.
11      Q.  I'm on page one of the exhibit.  Trevor
12  indicated that there was no sub for you, and no one
13  lined up or available on January 12th, 2023.  Is that
14  correct?
15      A.  I don't see where you're reading.
16      Q.  I'm reading from the first e-mail on the top
17  of the page.  We do not have a sub for you as there
18  is no one lined up or available.
19      A.  Okay.  And then I asked him, did you receive
20  the AESOP information.  Mark Freeman, I'm pretty sure
21  is the person's name who signed up for me January 9th
22  to February 2nd.  Anyway, someone could get him back.
23  No response.  And there was a way.  But just that was
24  completely ignored.
25      Q.  All right.  I see that e-mail that you're

Page 101

1 referring to, but I'm up here at Trevor's initial
2 e-mail. So Trevor indicated that there wasn't a sub
3 for you and there was no one lined up or available.
4 And that he reiterated several times that this leave
5 was not approved. Is that accurate?
6 **A. I would say no.**
7 Q. I'm asking you if that's what the e-mail
8 says?
9 **A. Oh, the e-mail, yes.**
10 Q. Okay. So, he also lines up some steps,
11 alternative steps you could take about resigning, and
12 potentially being terminated -- well, strike that.
13 Trevor indicates that if you choose not to
14 resign prior to your leave with the District, the
15 District will proceed with termination. Is that
16 correct?
17 **A. If I choose not to resign, yes.**
18 Q. And he also indicates if you are terminated
19 you will not be eligible to work at the District. Is
20 that correct?
21 **A. Yes.**
22 Q. Okay. But he said, if you resign you can
23 continue to work, is that correct?
24 **A. Right. As a substitute immediately upon**
25 **returning.**

Page 102

1 Q. Further down the chain it looks like you
2 asked Trevor why was my leave request denied. I'm
3 still on page one. Do you see that e-mail?
4 **A. Yes.**
5 Q. And it looks like Trevor responded to that
6 e-mail on page two of the exhibit, saying that your
7 leave of absence request was denied because a leave
8 for the reason you stated is not authorized. Is that
9 correct?
10 **A. Yes. That's what it says.**
11 Q. And he again says if you choose to
12 substitute, you would be able to do so without
13 discipline, is that correct?
14 **A. Yes.**
15 Q. And it looks like you responded, asking if
16 you would have to start at level one, or would your
17 past five years of service count?
18 **A. Yes.**
19 Q. And you also asked about FMLA in that
20 e-mail?
21 **A. Yes. So, I was still unclear with FMLA.**
22 **'Cuz when I read it, I felt like I should be able to**
23 **qualify.**
24 Q. And what was that based on?
25 **A. Just the link that I was reading on FMLA.**

Page 103

1 **And that's why I questioned it.**
2 Q. And was this the first time that you had
3 mentioned FMLA to somebody at the District outside of
4 your union rep?
5 **A. No.**
6 Q. When was, or when did you mention it before?
7 **A. Probably in September with Jennifer Tee, the**
8 **vice principal. And with HR.**
9 Q. Is that when you spoke with Taryn Wilson in
10 those e-mails we reviewed?
11 **A. Probably. And the vice principal thought I**
12 **could qualify too. She said well, make sure you get**
13 **your papers for FMLA.**
14 Q. And I'm moving through the thread now. I'm
15 on page four of six.
16 And Trevor said your previous experience
17 would be recognized. Is that correct?
18 **A. Yes.**
19 Q. And just now you mentioned like Jennifer Tee
20 talking to you about FMLA, right?
21 **A. Yes.**
22 Q. And she told you that to go to HR?
23 **A. She said that I should be able to get it.**
24 **And she said just call, and I said well, how? She**
25 **said well, just call HR.**

Page 104

1 Q. Did you tell Jennifer Tee why you were
2 seeking FMLA leave at that time?
3 **A. Well, she knew. And she knew I was**
4 **intending to be away from -- for Emmit's birth, and**
5 **so basically she knew. I didn't have to tell her.**
6 Q. Did she know from you, or how did she know?
7 **A. I'm sure from me.**
8 Q. Okay. And you said you told her that you
9 wanted to be away for Emmit's birth?
10 **A. Well, I said that I would have to take some**
11 **time when he's born. I didn't realize to the degree**
12 **of, or the difficulty of how much the birth was going**
13 **to be on Alicia.**
14 Q. Is Alicia your daughter's name?
15 **A. Yes.**
16 Q. I'm going to show you, we're done with that
17 exhibit. Neff dep exhibit 17. This is marked
18 District 464 through 473.
19 And can you tell me what this is?
20 **A. It looks like when Mark Freeman, he said he**
21 **could fulfill my absence from January 9th to February**
22 **3rd.**
23 Q. It looks like you sent this to your union
24 rep, Dylan Swank, is that correct?
25 **A. I don't think so.**

Page 105

1   Q.  You don't think so?
2   A.  Or I don't remember if I did.
3   Q.  I'm going to have you look at page three of
4   18 and let me know if that refreshes your
5   recollection.
6   A.  Oh, okay.  Yes.
7   Q.  It looks like when you sent it to Dylan
8   Swank, you said this is the person who was going to
9   sub for me.  I'm hoping he still can.  When my dates
10  changed he was erased completely from subbing.  Is
11  that correct?
12  A.  Yes.  That's what Lori Earl, the secretary,
13  did.  And that's why I think like there could have
14  been, the District sub, like there is in Urbana,
15  Nicky, she could have totally fixed this.
16      So I feel like there should have been
17  someone at Unit 4 that could have fixed it too.
18  Q.  And when you say Urbana, are you referring
19  to a separate school District?
20  A.  The school District I work at now.
21  Q.  So, Nicky is at Urbana school District?
22  A.  Yes.  And she can change everything from --
23  what we can't change, she can.
24  Q.  Okay.  We're done with that exhibit for now.
25  Thank you.  Going to move on to Neff dep exhibit 18,

Page 106

1   which is District 464 through 481.  And I'm going to
2   ask you some questions about the e-mail on page 14
3   and 15 of 18.  Bates stamped District 000477 and 478.
4       So, is this a fair and accurate copy of
5   e-mails that were exchanged between you and Dylan
6   Swank?
7   A.  Yes.
8   Q.  And in Dylan Swank's e-mail on January 17th,
9   2023, it says that he called you and left a voice
10  mail.  Again, while I do not believe you're eligible
11  for FMLA, you can certainly try filing and see what
12  happens.  If you will be serving as the primary
13  caregiver for a portion of the time, you may be
14  eligible for that time only.
15      Is this a accurate copy of an e-mail that
16  Dylan sent you?
17  A.  Probably.  At this time I didn't really have
18  as much access to my computer.  I was in Oklahoma.
19  But, I did have access.  But, yes, it's -- I'm not
20  sure if I remember reading it, but yes.
21  Q.  So you in Oklahoma on January 17th?
22  A.  Yes.  Actually I was getting ready to go to
23  Oklahoma.  So yes, I probably did not read this until
24  at least a few days later.  I left the 18th, and my
25  mind, this is actually when Alicia was in the middle

Page 107

1   of her really hard labor, so I probably did not read
2   this for sometime, if I even read it.  A few days
3   after this, I was fired.
4   Q.  And when was Emmit born again?
5   A.  January 14th.
6   Q.  Okay.  So by the 17th was Alicia out of
7   labor?
8   A.  Let's see; Thursday night.  Yes.
9   Q.  Okay.  And Dylan said -- I guess when you
10  got to Oklahoma on the 18th, what did you do from
11  there?
12  A.  I arrived in the morning.  Or maybe 11
13  o'clock.  Alicia and Ozgur picked me up.  Alicia was
14  really super, super swollen.  She couldn't really
15  walk.  I saw my little grandson.  And they were
16  actually, I think almost on the way home from the
17  hospital when they picked me up.  And then we went to
18  Alicia and Ozgur's and Emmit's house.
19  Q.  So, Ozgur was there?
20  A.  Yes.  There's no way could Alicia drive.
21  Q.  He was driving?
22  A.  Yes.
23  Q.  Okay.  And they were home from the hospital
24  at that point?
25  A.  Or just on their way home maybe.  I don't

Page 108

1   even know if they had been home yet.
2   Q.  Going back to the e-mail, and I'm now on
3   page 15, it's the same e-mail thread.  But, on a
4   separate page.  Dylan Swank says the District
5   exercised its right to deny your petition and time
6   line to file a grievance over that decision has
7   elapsed.  Unfortunately, the District does have the
8   right to hold you accountable for only using accrued
9   leave that you actually have, and they have been
10  pretty clear about the consequences for exceeding
11  that time.
12      Is that an accurate reflection of what Dylan
13  wrote to you?
14  A.  Honestly, I probably didn't even read this.
15  But I don't even know if I took my accrued time or
16  anything.  All I know is I got the termination letter
17  pretty much, it was written the same day that I got
18  ahold of the office.  Which was maybe the 18th, maybe
19  the 19th.  Because I was so wrapped up in here, in
20  like my daughter and grandson, and like I couldn't
21  really even think about this at this time.
22  Q.  Okay.  And at this point you didn't apply
23  for FMLA leave, right?
24  A.  I wasn't given the chance.  Not that I would
25  have.  If I was given the chance, I would have.

Page 109

1    Q.   And at this point you didn't reach out to
2  the District about FMLA leave?
3    **A.   Oh, I had a few times.**
4    Q.   On the 17th?
5    **A.   Not, on the 17th it was all done.  It was**
6  **over.  But way before the 17th.**
7    Q.   And going back a page, to page 14 of 18.  It
8  looks like you responded to Dylan and said, can I
9  call you now on January 17th.  Do you recall talking
10 to Dylan on January 17th?
11   **A.   Maybe.**
12   Q.   Do you recall talking to him when you were
13 in Oklahoma?
14   **A.   I recall maybe e-mailing him late at night.**
15 **I don't recall.  I probably didn't call him.  Or if I**
16 **did, I probably didn't talk to him.**
17   Q.   And after you sent this e-mail, you said you
18 didn't apply for FMLA leave or submit any
19 documentation to HR regarding FMLA, is that correct?
20   **A.   No, I never received any document to apply.**
21 **They just didn't think I was eligible.**
22   Q.   And tell me about your time in Oklahoma.
23 What kind of things did you do?
24   **A.   I mainly helped Alicia and my grandson.**
25 **Like, she needed help getting out of bed.  Her feet**

Page 110

1  **were really swollen.  And just helping her do things**
2  **like that.  Simple things.  And helping with the**
3  **feeding at night and things.**
4    Q.   Is that feeding the baby at night?
5    **A.   Yes.**
6    Q.   Okay.
7    **A.   Or getting it ready for her; she would try**
8  **to feed.**
9    Q.   What other sorts of things did you do, if
10 anything?
11   **A.   Oh, clean.  Take walks with them.  When he**
12 **needed to walk.  Or just played with the baby.  If**
13 **they had to go to a doctor's appointment or something**
14 **like that.  Mainly just general stuff that you would**
15 **expect.**
16   Q.   And when you said you would take walks, is
17 that with Alicia or with Emmit?
18   **A.   Alicia, and Emmit when Alicia could.  Like,**
19 **she was -- they told her to try to walk and things**
20 **like that.**
21   Q.   And you said you would play with the baby
22 when they were gone?
23   **A.   Well, if they like -- if they weren't gone**
24 **very much.  But like if they -- well, for sure when**
25 **Oscar was gone on his trips, or his conferences, and**

Page 111

1  **when Alicia was taking a shower and things, or when**
2  **Ozgur was at work and Alicia had to do things and**
3  **whatnot, that's when I spent time with the baby.  Or**
4  **I spent more than that time, but that was some of the**
5  **time.**
6    Q.   Was Ozgur there other than the trips you
7  mentioned?
8    **A.   He worked a lot.**
9    Q.   Does he work out of the home?
10   **A.   Yes.  He works in the home too.  But he did**
11 **both.**
12   Q.   Anything else that you did?
13   **A.   That I did?**
14   Q.   Uh-huh?
15   **A.   I mean, not that I can really remember.**
16 **Just kind of basics.**
17   Q.   Okay.  I think we're done with that exhibit
18 for now.  Do you recall filing a charge of
19 discrimination with the EEOC?
20   **A.   I think my attorney may have done that.**
21   Q.   Was that on your behalf?
22   **A.   Yes.  I can't remember.  I did or he did.**
23 **Or their firm did.**
24   Q.   And when you say your attorney, are you
25 referring to Travis Lampert?

Page 112

1    **A.   Yes.**
2    Q.   And did Travis represent you throughout the
3  EEOC investigation?
4    **A.   I'm pretty sure the law firm did and Travis.**
5    Q.   When did you -- when did you decide to file
6  the EEOC charge?
7    **A.   Probably back in September.**
8    Q.   Is that September of 2022 or 2023?
9    **A.   I don't think it could have been '22.  So,**
10 **probably 2023.**
11   Q.   And without telling me what you said, when
12 did you first reach out to an attorney regarding any
13 potential claims that you had against the District?
14   **A.   I really don't remember.**
15   Q.   Did you consult with any other attorneys
16 besides Mr. Lampert or his law firm?
17   **A.   Not really.**
18   Q.   When did you retain Mr. Lampert or his law
19 firm?
20   **A.   Probably in September of 2023.**
21   Q.   How did you hear of Mr. Lampert or his law
22 firm?
23   **A.   Really, I was just looking on-line.  And I**
24 **wrote something and I got a call back from one of his**
25 **agents explaining the situation.  And they said that**

Page 113

1   they would take cases if they thought --
2       MR. LAMPERT: Just don't talk about anything
3   that you discussed in particular with anyone from my
4   office.
5       A.  Okay.
6       Q.  Well, was it an attorney or was it somebody
7   else?
8       A.  I'm not sure.
9       Q.  What was the name of the person you spoke
10  to?
11      A.  Can I say that?
12      MR. LAMPERT: If you recall the name, that's
13  fine.
14      A.  Began with "H".  I honestly can't think of
15  it right now.  But I have it in my phone or in my
16  e-mails.
17      Q.  Okay.  So other than knowing that the name
18  starts with an "H", you don't remember who it was?
19      A.  No.  It was kind of a nice name.  And
20  believe me, the second I walk out I'll remember.
21      Q.  And you said that that person actually
22  reached out to you?
23      A.  Yes.
24      Q.  Okay.  Do you know if they were an attorney?
25      A.  I wasn't sure.  I mean, I just went on-line,

Page 114

1   and filled, looked up cases.  And found -- and
2   someone returned my call.  So, at first I was a
3   little bit wondering if it was or not.  And it turns
4   out that it is.
5       Q.  Okay.  Are you referring to something you
6   wrote to a law firm or are you referring to something
7   else?
8       A.  Probably something I wrote to the law firm.
9       Q.  Okay.  I'm going to show you Neff dep
10  exhibit 19.  This is the EEOC charge.  It's Neff 001.
11      And do you recognize this, Ms. Neff?
12      A.  Yes.
13      Q.  And is this a fair and accurate copy of the
14  EEOC charge you filed in this case?
15      A.  Yes.
16      Q.  And at the bottom of the exhibit is that
17  your signature reflected on the page?
18      A.  Yes.
19      Q.  And it says that you signed this document on
20  June 20th, 2023, under penalty of perjury that the
21  above is true and accurate.  Is that accurate?
22      A.  Yes.
23      Q.  Did you write this document or did your
24  attorney write this document?
25      A.  My attorney.

Page 115

1       Q.  Before you signed this document, did you
2   read it to confirm that the information reflected in
3   the charge was true and correct?
4       A.  Yes.
5       Q.  And do you recall being placed under oath
6   today before providing your testimony in this case?
7       A.  Yes.
8       Q.  And you understood that by that you promised
9   to tell the truth today under penalty of perjury?
10      A.  Yes.
11      Q.  And do you understand what penalty of
12  perjury means?
13      A.  I don't know if I exactly understand.
14      MS. KANE:  Okay.  Travis, do you want to
15  advise your client on what penalty of perjury means?
16      MR. LAMPERT: Well, I can advise her off the
17  record.  I don't think it needs to be done now.  If
18  you want to take a break we can.
19      MS. KANE:  Sure.  We can do that.  Maybe
20  this is a good time for us to break for lunch and
21  then you can talk to your client.
22      MR. LAMPERT: That's fine.  30 minutes.  Do
23  you want to meet back here at 1:30?
24      MR. LAMPERT: Yeah.  Let's do 1:35.
25      MS. KANE:  1:35 is fine.

Page 116

1       (The time is 1:02 p.m.)
2       (The time is 1:37 p.m.)
3       CONTINUED EXAMINATION BY
4   MS. KANE:
5       Q.  Back on the record.  Before we took a break,
6   Ms. Neff, we were looking at Neff dep exhibit 19.  I
7   believe my last question to you was do you know what
8   penalty of perjury means.  Are you able to answer
9   that question?
10      A.  Yes.
11      Q.  Can you tell me what it means?
12      A.  That if you're under oath, you shouldn't --
13  it's illegal to say something that you don't think is
14  true.
15      Q.  So in your view if you could review
16  defendant's exhibit 19, the charge of discrimination,
17  and is it still your sworn, I guess statement, or
18  testimony, that each of the allegations here is true
19  and correct under penalty of perjury?
20      A.  Yes.
21      Q.  In your charge, you state that in September
22  2022 I requested FMLA leave for a future period to
23  take care of my sick daughter.  Was your daughter
24  sick in September of 2022?
25      A.  For future period.

Page 117

1    Q.   So you were referring to --
2    A.   She was pregnant then.  She wasn't sick.
3  But, yeah, for a future period to take care of my
4  sick daughter.  I didn't know she was going to be as
5  sick as she was.
6    Q.   And then you state, my request was
7  immediately denied leaving me with few options.
8        Who are you referring to there as denying
9  your request?
10   A.   HR.  They didn't give me the form or
11  anything to even fill out.
12   Q.   Who specifically from HR?
13   A.   I don't know.  I believe it was the
14  secretary.  One of the secretaries.  I don't know
15  which one.
16   Q.   Okay.  Did you request the forms?
17   A.   Yes.
18   Q.   How did you request the forms?
19   A.   I just asked, may I please have the FMLA
20  forms.
21   Q.   Was that --
22   A.   Over the phone.
23   Q.   Okay.  And then what else did you say over
24  the phone?
25   A.   Pretty much that.  And she didn't think I

Page 118

1  was eligible to receive them.  So it was kind of like
2  my hands were tied.
3    Q.   Did you reference your daughter?
4    A.   I can't remember.  I probably did.
5    Q.   What do you remember about your reasoning at
6  that time?
7    A.   I think I just said I spoke with Mrs. Tee,
8  and she told me to call HR to get FMLA forms.  And
9  that was it.  Because my daughter, 'cuz I'll need,
10  because I plan to see my daughter when she has the
11  baby.
12   Q.   And then looking back at the charge, it says
13  in January 2023, faced with an emergency situation
14  concerning my daughter's health, I urgently requested
15  FMLA once again.  Who did you, who are you referring
16  to there as like, who did you request FMLA from once
17  again?
18   A.   I'm not sure.
19   Q.   Do you remember how you requested FMLA?
20   A.   Probably within all the notes.  Like,
21  e-mails back and forth.  Either FMLA or leave of
22  absence.  And there was an e-mail to my principal
23  saying I still think I can get FMLA.  Like, the ones
24  that we reviewed so far.
25   Q.   Okay.  So you're referring to the e-mails

Page 119

1  that we went over today?
2    A.   Some of it.  Yes.
3    Q.   Okay.
4    A.   And I probably called again too.
5    Q.   Do you remember who you spoke to?
6    A.   Just a secretary.  I'm pretty sure it was
7  not Nancy because I used to always really like
8  talking to Nancy.  And so I don't think it was her.
9  It was someone other than Nancy.
10   Q.   And then it says, despite my pleas and
11  urgency of the situation, HR representative Ken
12  Kleber, C-L-E-B-E-R, denied my request.  Who are you
13  referring to there?
14   A.   Ken.  Right here.
15   Q.   Okay.  And so it's --
16   A.   For HR.  Because I thought he was -- I still
17  think so, the head of HR.
18   Q.   Okay.  And just for the record, it's not
19  Cleber.
20   A.   I know, I saw that actually.  I reread it, I
21  signed it, and again my mind was just everywhere.
22  And then I just signed it.  And then after I signed
23  it, I read it more carefully and I said oh, yeah, his
24  name isn't spelled right.
25   Q.   Okay.  So I just want to make it clear for

Page 120

1  the record that Kleber is K-L-E-B-E-R.
2    A.   Okay.
3    Q.   So, tell me about when you talked to HR
4  representative Ken and he denied your request?
5    A.   I think it was just the secretaries.  I
6  don't think I ever actually talked to Ken.
7    Q.   Okay.  So you didn't talk to Ken?
8    A.   No.  I think it was through him.
9    Q.   Okay.  Then it says, I was compelled to
10  explain the seriousness of my daughter's illness and
11  the need for my presence to care for her.
12        What are you referring to there?
13   A.   Where are you reading?  So, despite my --
14   Q.   It's the sentence that says, I was compelled
15  to explain the seriousness of my daughter's illness
16  and the need for my presence to care for her.
17   A.   Probably in the e-mails to the principal.
18  Like I was saying, she really needs me there.  The
19  baby couldn't get out, blah, blah, blah.  She wasn't
20  dilated enough.
21   Q.   And then it says, unfortunately I was denied
22  this critical time simply because my daughter was
23  deemed, quote, "too old", to require my assistance.
24   A.   That's what the person at HR said.  They
25  said that she was too old.

Page 121

1    Q.   And when was that?
2    A.   Just when I was trying to get the FMLA
3  through the secretary.  They said how old is she, and
4  I told her, and she said she was too old.
5    Q.   Are you referring to September of 2022?
6    A.   Yes.
7    Q.   Moving down to the next paragraph, there's a
8  sentence that says, during this time HR Kleber
9  repeatedly asked about my retirement plan, suggesting
10  a bias based on my age and potentially contributing
11  to the denial of my FMLA request.
12       Can you tell me what you're referring to
13  there?
14    A.   Actually, I said that it wasn't retirement.
15  It was resignation.
16    Q.   Okay.  So instead of retirement there,
17  you're referring to resignation?
18    A.   Yes.  And like I was repeatedly told I could
19  resign and become a sub.  I don't have retirement
20  yet.  That was the other thing that was upsetting,
21  because I was just months from receiving my pension.
22  And I was surprised that that was my only option to
23  resign and become a sub.
24    Q.   So, since you meant resignation instead of
25  retirement, your allegation is that HR Kleber

Page 122

1  repeatedly asked about my resignation plans
2  suggesting a bias based on age.  What do you mean by
3  that?
4    A.   Because if I was younger, I guarantee I
5  would not be put in this situation; if I was 30.
6  Possibly even 40.
7    Q.   Why do you believe that?
8    A.   Because I've seen it in the school.  And I
9  am what you call, I say the perfect throw-away
10  employee.  My rate, my pay was getting higher, my
11  health was going down.  I was like in
12  between pension/no pension.  And so I feel that well,
13  they hired someone that was much younger than me,
14  stronger than me, probably the second aide as well.
15       I don't think they would have hired an aide
16  my age.  And just like I've seen them giving, they
17  gave options to for leave of absences for teachers
18  who were like 40.  And they didn't even give me an
19  opportunity to get a leave of absence.  And because
20  my health was going down and that note, which I
21  didn't even think anything of the note.
22       But in our conversation it was suggested
23  that my leave of absence, my absences were more
24  frequent than they should have been.  Then I had the
25  doctor's note saying I needed some air.  Which, I

Page 123

1  didn't think of a big thing at the time.  But now
2  that I'm thinking back on it, that probably was
3  another contributing factor.  And that I was getting
4  just so high -- I just believe like the more I think
5  of it, age was definitely and health were definite
6  reason for my termination.
7    Q.   And so unpacking that a bit.  You said you
8  referenced a teacher, or I guess employee, I'm not
9  sure if they were teachers, employees in their
10  thirties and forties were permitted to take a leave
11  of absence.  Who are those teachers?
12    A.   I'm pretty sure Miss Bailey.
13    Q.   Anyone else?
14    A.   I think maybe Miss Bishop.  But she's not
15  there any more.  And I know with maternity leave, but
16  that's -- I guess in the law.  But, they would never
17  take a woman of a mother's age, like 20, 30, whatever
18  the age, and say hey, you can't come back here.  They
19  would let her come back from every situation that
20  I've seen.
21    Q.   And are you referring to --
22    A.   Younger women.
23    Q.   Who?  Okay.  Are you referring to younger
24  women who come back from giving birth?
25    A.   Yes.  And having maternity leave, and this

Page 124

1  would never be an issue, even if somebody has to take
2  care of a parent or a child.
3    Q.   So, Miss Bailey, what's her position?
4    A.   She was a third grade teacher.
5    Q.   And why did she take a leave of absence?
6    A.   Mental.  She needed a mental break.  I don't
7  think she came back.  But her choice, not the
8  District's.
9    Q.   And do you know if that was a medical leave,
10  or do you think, I guess do you know what kind of
11  leave?
12    A.   Just a leave of absence.  She just needed a
13  break.
14    Q.   How long was she gone for?
15    A.   She never came back.  Her choice.
16    Q.   And then --
17    A.   It would have been three months. The same as
18  mine.  But I was denied it.
19    Q.   And then you mentioned Miss Bishop.  What
20  was her position?
21    A.   5th grade teacher.
22    Q.   And what was her leave of absence request?
23    A.   She just left and came back and she was able
24  to come back.  I don't know what all the details are.
25  She's since left again.

Page 125

1    Q.  And you don't know the reason behind her
2  leave?
3    A.  I'm not sure, no.  But I know she was able
4  to come back.
5    Q.  Do you know her age?
6    A.  Probably thirties.
7    Q.  Do you know Ms. Bailey's age?
8    A.  Forties.
9    Q.  I think we're done with the charge for now.
10  So put this aside.
11      So you referenced conversations you had with
12  Ken Kleber regarding your resignation.  Can you tell
13  me about those?
14    A.  I don't think we ever spoke directly.  I
15  think it was more through the principal, or through
16  the secretaries.
17    Q.  So, your charge that we just looked at, it
18  says that you were discriminated against, harassed
19  and retaliated against based on your age.  And so
20  because this is based on your age, can you tell me
21  when your birthday is?
22    A.  7-3-1966.
23    Q.  And why do you believe that you were
24  discriminated against based on your age?
25    A.  Because with age, goes health.  Goes a lot

Page 126

1  of other things that I was definitely experiencing.
2  Whereas a younger person would not have been
3  experiencing the things I was experiencing.  And they
4  could probably see that decline.
5      And, just because I have not, I didn't reach
6  my benefit points.  Like I was in that window of the
7  pension.  It was just probably cheaper to get rid of
8  me and hire somebody 30 that was stronger.  And
9  probably it was more advantageous for everybody
10  involved, except probably the students.
11    Q.  And you mentioned a younger person would not
12  have experienced what you experienced or declined.
13  What specifically are you referring to there?
14    A.  Just the emotional anxiety, where, when
15  you're younger your body can deal with it better.
16  And due to my age, I couldn't, if I didn't have the
17  healthy response to emotion, anxiety, hot, whatever
18  menopause causes, and all that is age related.  Even
19  how I handled stress.  Like when I was younger, I
20  could have totally handled without flipping out and
21  -- yeah, it's just way different.  And I think they
22  see that.  You know.  Probably especially after
23  hiring me.
24    Q.  And who do you believe was treated better
25  than you?

Page 127

1    A.  Probably everybody, honestly.  And that's
2  only because of Mrs. Wright.  Other than Mrs. Wright,
3  it probably didn't make as much of a difference.
4    Q.  So do you claim that Mrs. Wright treated
5  everybody better than you?
6    A.  Yes.  Maybe not the person who replaced me.
7  But I have no idea about that.
8    Q.  And do you know Ms. Wright's age?
9    A.  Like my age.  Maybe a little older actually.
10  Like two years.  But, I wouldn't say she
11  discriminated me against age.  It's just the circular
12  of the District.  She probably had the impact, and
13  everybody else didn't realize like that implicit
14  bias; but with me, age.
15    Q.  So just to clarify, who do you believe
16  discriminated against you based on your age?
17    A.  Whoever fired me.  Whoever was that
18  controlling factor of me being terminated.  And
19  whoever got the notes of me, like, the doctor's
20  notes, me like seeing, looking how many of these huge
21  hot flashes, like abnormally huge.  So, I think
22  everybody involved.  And the ones who terminated me.
23  That would be the bottom line.
24    Q.  Okay.  Do you know who specifically you're
25  referring to, or just --

Page 128

1    A.  I don't know who actually terminated me.
2  I'm thinking Ken was the main one.  And he probably
3  got all this information and decided, okay.
4    Q.  So, other than the decision to terminate
5  you, do you claim that there was any other conduct
6  that was discriminatory based on your age?
7    A.  Probably what I've already said.
8    Q.  And what are you referring to there?
9    A.  Just that my deterioration of health.
10  People probably noticed.  And I'm sure that was it.
11  Age and discriminatory decision for being fired.
12    Q.  Okay.  So other than the decision to
13  terminate you, and your claim that this was based on
14  a deterioration in your health?
15    A.  Due to age.  Because it's age
16  discrimination.  That is the only reason why I say
17  due to age.
18    Q.  Okay.  So my question is, other than the
19  decision to terminate you based on your allegation
20  that that was based on the deterioration in your
21  health due to your age, is there any other instances
22  that you claim that you were discriminated against
23  based on your age?
24    A.  Probably not.
25    Q.  Okay.  Are you aware of others at the

Page 129

1 District who took FMLA leave?
2    A.  Miss Zillis.  Miss Flodstrom.  Abby Donovan.
3 Miss Bishop.  I'm sure there's others.  There was a
4 period in there where a lot of people were pregnant
5 and still are.
6    Q.  Were any of those related to caring for an
7 adult child related to child birth?
8    A.  No.  They were caring for their own child.
9    Q.  They were not?
10    A.  They were.  They were mothers who just had
11 babies.
12    Q.  They just had babies?
13    A.  Yeah.  So regular maternity leave.  And I
14 wasn't taking maternity leave.
15    Q.  Is it your contention that these people, I
16 believe it was four individuals you just identified,
17 were treated more favorably than you?
18    A.  Definitely.
19    Q.  And why is that?
20    A.  Probably because they're young teachers.
21    Q.  Are they all teachers?
22    A.  Yes.
23    Q.  I believe you give me Miss Bishop's age.
24 Did you say she was in her thirties?
25    A.  Probably early thirties.  Maybe later

Page 130

1 thirties now.
2    Q.  And then Miss Donavan?
3    A.  Thirties.
4    Q.  Was that the one, did you give me her
5 birthday?
6    A.  June 15th, '89.
7    Q.  How did you know her exact birthday?
8    A.  Because we were close, and I kind of have
9 good memory for certain birthdays.
10    Q.  How about Miss Flodstrom's age?
11    A.  She's younger than Miss Donavan.  Her
12 birthday is like August 12th or August 14th of -- but
13 she's definitely younger.  Years, I don't remember as
14 well.
15    Q.  So, in her thirties and younger?
16    A.  She just hit 30 a couple years ago.  So,
17 yeah, I would say early thirties.
18    Q.  Then Miss Zilis?
19    A.  Z-I-L-I-S.
20    Q.  What was her age?
21    A.  The same as Miss Flodstrom.  So, maybe I
22 think they're pretty much identical in age.
23    Q.  And in what ways were they treated more
24 favorably than you?
25    A.  Well, I won't say who this teacher is, but

Page 131

1 one gave, it was an under-the-table agreement with
2 the mother and the teacher that they gave the
3 mother's son medicine.  Which the mother wanted her
4 to because she didn't want the kid to run to the
5 office and all of this 'cuz it would be too
6 complicated.
7    And the nurse found out because the father
8 didn't know about this agreement.  The nurse came and
9 said he doesn't get any medicine.  And he did.  They
10 didn't know about the agreement.  And then they found
11 out.  And it was completely brushed under the table.
12 And I saw all this happen.  Just, like, not say
13 anything.  If that would have happened to me, like if
14 I would have done that, I would have been -- no
15 question.
16    Other times is also meetings, like I was
17 really reprimanded and caused like one or two weeks
18 of stress in waiting for this meeting where I was at
19 a meeting, where they said I wasn't.  Whereas other
20 teachers, I said her name, but where she said, I miss
21 meetings all the time, and they don't even -- I tell
22 them, I assume she tells them, and they are fine with
23 it.
24    So, that's another area.  And this one isn't
25 as much age discriminatory, but if I had an idea to

Page 132

1 help a child which worked, it was always, I got in
2 trouble for it.  The kid couldn't do it.  The kid
3 would start screaming again.  So, that was more just
4 whatever discrimination.  I don't even know Mrs.
5 Wright.  And there was e-mails to the principal like,
6 maybe you should switch Mrs. Wright and I because --
7 and that was the semester I was taking so many days
8 off because of my -- because of Alicia's situation,
9 Mrs. Wright's situation, the whole thing.  My cat
10 just died.
11    Q.  Okay.  And who was the teacher who you claim
12 gave meds?
13    A.  I'm not going to say.
14    Q.  I do need to know if it's the basis of your
15 claim.  I need to know that name of the teacher you
16 referred to.
17    A.  Will she find out?
18    Q.  I'm not going to tell her so --
19    A.  Is that okay to disclose?
20    MR. LAMPERT:  Yes.
21    A.  Mrs. Donavan.  I mean, nothing will come
22 back to her, will it?
23    Q.  I'm not going to say anything to Miss
24 Donavan.
25    A.  I mean, could she get in trouble?

Page 133

1    Q.   I don't know that I can answer that.  I
2    can't answer that.
3    A.   But, I mean, those were -- those examples
4    happened all the time.  Those were the main ones that
5    stuck out in my head more than others.
6    Q.   Okay.
7    A.   And just watching that, you know, watching
8    them brushing that under the table.  This was the
9    same time when they were, I couldn't go to a meeting,
10   or I was -- I couldn't do anything right, to watch
11   them laughing about a situation like this; like
12   that's huge discrimination.
13   Q.   And okay.  Who brushed it under the rug that
14   you're referring to?
15   A.   Mrs. Tee and Trevor Nadrozny.  They were all
16   just like laughing about it.  Like whoosh, whoosh.
17   And you know this as being an aide.  You just see it.
18   You see a lot.
19   Q.   And then you mentioned like you felt that
20   the meeting we talked about earlier was
21   discriminatory.  You felt, I guess the meeting that
22   you were actually at.  Do you recall saying that?
23   A.   I couldn't believe that they held a meeting.
24   And like waited a month or the whole break for a
25   meeting that I didn't even know -- that they said I

Page 134

1    wasn't there, and I was there.  Like, all week of
2    break.  That time was a three-week break actually.
3    So all these three weeks I'm thinking, what could
4    they want to meet me about?  So my whole break was
5    not knowing why they would want to meet me.  And like
6    for a meeting that was to keep saying I wasn't at the
7    meeting?  I don't know what that was.  Basically they
8    knew about my situation in January and probably just
9    wanted an excuse to --
10   Q.   And you were never disciplined for that
11   meeting, correct?
12   A.   No.  'Cuz I was there, number one.  I mean,
13   in my head I was, like, going crazy for three months
14   or three weeks, the whole break.  Not disciplined,
15   but pretty much ruined my whole three-week break.
16   Q.   And then going back to the issue with Miss
17   Donavan and the medication, did you ever similarly
18   give a child medication?
19   A.   No.
20   Q.   Your answer was no, right?
21   A.   Definitely not.
22   Q.   Did you ever engage in similar misconduct?
23   A.   No.
24   Q.   Then the next thing you mentioned was if you
25   had an idea to help a child, you felt that you were

Page 135

1    discriminated against.  How does that support your
2    claim for age discrimination?
3    A.   Like I said, I don't know if that was age
4    discrimination.  But it was like mental abuse.
5    Q.   Anything else that supports your claim for
6    age discrimination that we haven't talked about?
7    A.   Not, I mean, no; mainly just I was fired.
8    Q.   I'm going to show you what's been marked as
9    Neff dep exhibit 20.  This is Bates stamped District
10   563 to 582.
11        And once you've had the chance to review
12   this, can you let me know if this is a fair and
13   accurate copy of e-mails that were exchanged between
14   you and Dylan Swank and Aedan Murphy?
15   A.   Yes, I'm sure it was.
16   Q.   I'd like to go to Bates stamp District 571,
17   it's page nine of 20.
18   A.   Oh, this was -- blah, blah, blah.  (Witness
19   reading.)
20        COURT REPORTER:  Keep your voice up, please.
21   Q.   I'm going to start with that e-mail on top
22   of district 571.  It's an e-mail from you to Aedan
23   Murphy.  And like within the third line down it says,
24   honestly I'm thinking it's age discrimination.  And
25   maybe they want someone younger who just follows

Page 136

1    orders blindly.
2        And then going on a little bit further it
3    says, it seems that the institution, school,
4    whatever, doesn't understand my thinking.  And like I
5    said, they probably want someone younger, and I'm
6    pretty strong, but stronger than somebody that's a
7    really good soldier that really isn't me.  Hitler
8    would have fired me quickly, thank God, or killed me;
9    sorry, I'm just babbling.  But, I definitely want to
10   pile grievances because I think that all of the work
11   I've done without being paid I should be paid too,
12   and my reasoning was for the kid.  And just two days
13   ago I told, I was told, but if he didn't have 100
14   percent coverage the school could get in legal
15   trouble.
16        Is that an accurate recitation of your
17   e-mail that was sent to the union, Aedan Murphy, on
18   September 20th, 2022?
19   A.   From what I can see.
20   Q.   Did the union ever respond to your claim
21   that you were subject to age discrimination?
22   A.   Not that I can see.
23   Q.   Did you ever end up filing a grievance?
24   A.   No.
25   Q.   Based on age discrimination?

Page 137

1    A.  No.
2    Q.  Did you ever report any claim to age
3  discrimination to human resources?
4    A.  No.
5    Q.  All right.  That's all I have for that
6  exhibit.  Let me know when you're ready to move on.
7    A.  I'm just looking like they kept changing
8  their mind about how much, what I should do.  When I
9  should have my lunch, da, da, da.  But then they
10  would get really angry if it took -- I'm just
11  rereading what was happening.
12    Q.  So in your complaint or your charge of
13  discrimination, you also claim that you were subject
14  to age-based harassment.
15      Can you tell me why you believe that you
16  were based on -- I guess why you believe you were
17  harassed based on your age?
18    A.  Actually I would have just said harassment.
19  I think my attorney used age based.
20    Q.  Okay.  So, I guess, what's the difference?
21    A.  Because Mrs. Wright harassed me in
22  particular for like my ideas and things like that.
23  Whereas I mean, Miss Teresa Russell, she's only --
24  not that much younger than me.  But she's more of a
25  soldier mentality, and just does whatever she's told.

Page 138

1  So, those situations were just more like,
2  think-out-of-the-box harassment.
3    Q.  Who was the person you identified as being
4  like a soldier?
5    A.  Well, she just agrees with everything.
6  Teresa Russell.  She's really sweet.  But she would
7  never -- she would just do whatever she's told, you
8  know, whether or not if it might work for her.  But
9  some things that work for her didn't work for me.
10  And she actually got a broken leg because of this and
11  had to be out for, I don't know how many months.
12  Because of the same student that I referred to
13  earlier.
14    Q.  What is Teresa Russell's job title?
15    A.  Teacher's aide.
16    Q.  What is her age, if you know?
17    A.  February 15th or 25th of 1968, I think
18  February 25th.  And I remember that 'cuz she's my
19  sister's age.
20    Q.  So, is it your claim that you were harassed
21  unrelated to your age?
22    A.  Yeah.  I mean, more just basic harassment
23  through, not with -- the firing I think age.  But,
24  just at the school District, more maybe thinking a
25  little differently.  Things like that.  For solutions

Page 139

1  and things.
2    Q.  So, it was based on you thinking differently
3  and not based on --
4    A.  Yeah, thinking out of the box.  I mean, Mrs.
5  Wright was -- I can't even describe her.  But, yeah,
6  I don't know what she -- like I said, I wasn't the
7  only person noticing.  Like Sarah Sullivan, Abby,
8  would talk about how Mrs. Wright would pretty much
9  pick on me.  And they would say other people could do
10  the same thing and Mrs. Wright would not get mad.
11  So, it was like a personality with Mrs. Wright.
12    Q.  Other than what you just identified, any
13  other incidents that you claim are harassing?
14    A.  No.  Not that I can think of.
15    Q.  Okay.  And then in your charge you also
16  allege that you felt retaliated against.
17      Can you please tell me why you believe that
18  you were retaliated against?
19    A.  Well, that was also my attorney's words,
20  retaliated against.  And so how I took that as
21  because I left where I didn't know, I mean I didn't
22  plan for my daughter to have such a hard labor.  Like
23  that was -- like, they terminated me within a day of
24  me landing in Oklahoma forever.  And like, that
25  language I felt was, that was in retaliation of me

Page 140

1  leaving.  Of having such a harsh termination.  And
2  like not use me, like a lot of aides, like so
3  undervalued.  So underappreciated.
4      And I'm not sure what else retaliation.  Oh,
5  maybe because Mrs. Wright, I wouldn't follow her
6  orders correctly.  So, it was -- but that's how I
7  took that language, retaliation.  Like -- the meeting
8  of, should have been a non-meeting.  Me stressing out
9  for three weeks.  Like, I feel like that was all in
10  retaliation of something.
11    Q.  As far as what you just referenced, Mrs.
12  Wright retaliating against you by having that
13  meeting, why do you believe, or I guess what was that
14  in retaliation for?
15    A.  For her thinking I left, or for her thinking
16  I didn't go to a meeting that didn't have anything to
17  do with me.
18    Q.  And then you also referenced your
19  termination.  Why do you believe, what was that in
20  retaliation for?
21    A.  For flying to Oklahoma to see my grandson
22  and help my daughter.
23    Q.  Did you make a report of, I guess let's
24  start with Mrs. Wright in the meeting.  Did you ever
25  report her to HR?

Page 141

1  A.  No.  I would write a lot of e-mails to the
2  principal.
3  Q.  And how did the principal respond?
4  A.  Oh, I mean, he was nice, apologetic and
5  things.  But, once I said, I don't think we should
6  always -- like maybe I should have other students
7  besides Mrs. Wright's students, because she was the
8  only one that I felt, like, really picked on me.  And
9  I don't think he ever really did anything about that.
10 But that's why it was so good during COVID because I
11 could work with other SPED teachers, and the first
12 year when I didn't solely work with Mrs. Wright.
13     But, I mean, he said I was sorry,
14 apologetic.
15 Q.  And by being sorry or apologetic, was that
16 about the meeting, or what was that sorry for?
17 A.  Just that -- Mrs. Wright and I had so much
18 issues, I guess.  Mainly that.  By the meeting time I
19 think he was about ready to fire me.
20 Q.  Are you referring to the meeting you had
21 regarding the, I guess investigation into whether or
22 not you appeared for another meeting?
23 A.  Yes.
24 Q.  Why do you believe that?
25 A.  Oh, because just the expression on his face

Page 142

1  and everything.  He was just like, I'm over this.
2  Q.  Did he ever say anything to indicate that he
3  wanted to fire you?
4  A.  No.  And actually he said that he really
5  appreciated me a few times.
6  Q.  We're talking about Principal Nadrozny,
7  right?
8  A.  Yes.
9  Q.  All right.  I'm going to have you look at
10 Neff Deposition Exhibit 21.  This is District 70 to
11 75.  Actually, can I have that back?  I got to fix
12 this exhibit.  We'll come back to that after I fix
13 it.
14     We'll go to Neff dep Exhibit 22.  This is
15 District Bates stamped 2 to 69.
16     Ms. Neff, I'm just going to ask you
17 generally is this the -- do you recognize this
18 document?
19 A.  Probably.
20 Q.  Can you tell me what it is?
21 A.  Actually, I don't ever -- I don't think I've
22 ever gotten one in my hand.  But, okay; Collective
23 Bargaining Agreement Between the Champaign
24 Educational Support Professionals and the Champaign
25 Community Schools, Unit District Number 4, Board of

Page 143

1  Education for 2022 through basically -- 2022 to 2026.
2  Q.  Is this the union that represented you
3  during your employment at Champaign School District?
4  A.  What is the name of the union?
5  Q.  Champaign Educational Support Professionals.
6  A.  As far as I know.
7  Q.  Okay.  And to your knowledge, is this a fair
8  and accurate copy of the Collective Bargaining
9  Agreement between the union and the District?
10 A.  I'm sure it is.
11 Q.  Okay.  I'm going to direct you to page 14 of
12 the Collective Bargaining Agreement.  Go to section
13 six, there's a nondiscrimination provision.  Is that
14 correct?
15 A.  What page?
16 Q.  14.  It's page 14, of the agreement.  It's
17 Bates stamped District 15.  Section six.
18 A.  Yes.
19 Q.  Okay.  And that says that neither the board
20 nor the union will discriminate against an employee
21 by reason of, and it lists a bunch of reasons, but
22 age is one of those reasons.  Is that correct?
23 A.  Yes.
24 Q.  Okay.  I think we'll take a quick break so I
25 can fix that other exhibit.  Maybe just ten minutes.

Page 144

1  Is that okay with you, Travis?
2     MR. LAMPERT:  Yeah, that's fine.
3     MS. KANE:  Okay.  Off the record.
4     (The time is 2:23 p.m.)
5     (The time is 2:34 p.m.)
6     CONTINUED EXAMINATION BY
7  MS. KANE:
8  Q.  Going back now to Neff Exhibit 21.  For the
9  record, it's District 70 to 72, as well as District
10 645 to 647.  Here you go.
11     Ms. Neff, there's two separate documents
12 within Exhibit 21.  Can you tell me what each of them
13 is?
14 A.  5:10, equal employment opportunity and
15 recruitment of a diverse work force.  And general
16 personnel.
17 Q.  So, is this the -- are these, I guess,
18 copies of the District's equal employment opportunity
19 and harassment policies that were in place during
20 your employment?
21 A.  Probably.
22 Q.  And you received training on harassment,
23 discrimination and retaliation?
24 A.  For sure, sexual harassment.  And now that
25 you're saying it, I think retaliation too.

Page 145

1    Q.   And that was while you were employed at
2  Champaign School District?
3    A.   Yes.  I can't remember the exact, what
4  retaliation is though.  But I do remember being
5  trained in it.
6    Q.   And did that training occur every year?
7    A.   Yes.
8    Q.   That's all I have on that exhibit.
9         So, let me know when you're ready to move
10  forward.  Okay.
11         Other than what we have already discussed
12  today, are there any other claims that you intend to
13  pursue in this lawsuit?
14    A.   I can't think of any.
15    Q.   Are there any other than what we already
16  discussed today, are there any other instances in
17  which you feel that you are either discriminated
18  against, harassed or retaliated against in any way?
19    A.   What does retaliated against mean again?
20    Q.   I would have to have your attorney advise
21  you.  Be happy to take a break so you can do so.
22    A.   What does retaliation mean?
23         MR. LAMPERT:  Just answer the best you can.
24    A.   Okay.
25    Q.   I can restate the question.  So the question

Page 146

1  was, other than what we already talked about today,
2  are there any instances in which you feel that you
3  were discriminated against, harassed or retaliated
4  against in any way?
5    A.   Detail, probably yes.  But it's enough for
6  today.
7    Q.   You did not submit any complaints to human
8  resources regarding any alleged discrimination,
9  harassment or retaliation, is that correct?
10    A.   Yes.
11    Q.   And you did not submit any complaints to the
12  union grievance procedure, is that correct?
13    A.   Yes.  Except for the ones you have.
14    Q.   And are you referencing the discussions with
15  your union representative, Dylan Swank, where you
16  talked about filing a grievance?
17    A.   Yes.  I never filed a grievance.
18    Q.   Okay.  And the filing of your EEOC charge
19  was the first time you complained regarding
20  discrimination, harassment or retaliation, is that
21  correct?
22    A.   Yes.
23    Q.   And it was the first time you complained
24  regarding the denial of your leave request, is that
25  correct?

Page 147

1    A.   No.  That was in a lot of e-mails.
2    Q.   So you're referring to your e-mails that --
3  are those the e-mails we went through today, or
4  separate e-mails?
5    A.   Probably the ones that we went through
6  today.
7    Q.   I'm going to show you what's been marked as
8  Neff dep exhibit 23.  This is Bates stamped District
9  80.
10         Do you recognize this document?
11    A.   I do recognize this.
12    Q.   Can you identify what it is for the record?
13    A.   Termination letter.
14    Q.   And is this a fair and accurate copy of the
15  termination letter you received from the District?
16    A.   This is, yes.  This is what I received.
17    Q.   It says on the third paragraph down, it
18  starts off, on January 17th you did not report to
19  work as scheduled.  Did you not report to work --
20  well, I guess did you report to work on January 17th?
21    A.   It was, I put it on AESOP.  It was recorded
22  that I wasn't coming in.
23    Q.   So my question was, did you report to work
24  on January 17th?
25    A.   I wasn't supposed to.  But no, I didn't.

Page 148

1  But I wasn't supposed to.
2    Q.   And when you said you weren't supposed to?
3    A.   I was on AESOP.  It was, I already had
4  requested it off.  And it was, what I thought, it was
5  approved.  And I informed Trevor.  I informed the
6  secretaries that I was not going to be there.  It's
7  not like I just left without notice.
8    Q.   And it says that you were terminated on
9  January 20th, 2023, 'cuz you didn't report to work as
10  scheduled.  Is that right?
11    A.   That's when I was in Oklahoma and seeing my
12  grandson for the first time.  And my very swollen
13  daughter on that day.
14    Q.   Are you referring to January 20th?  What day
15  are you referring to?
16    A.   January 18th.
17    Q.   Okay.  And you did not resign from your
18  position, is that correct?
19    A.   No.  I did not.
20    Q.   So, the District acted consistent with what
21  it told you would happen if you did not report to
22  work?
23    A.   I would say no.  I got a lot of mixed
24  messages.
25    Q.   And why do you say that you got a lot of

Page 149

1  mixed messages?
2  A.  Because why would they approve someone to
3  work for me while I was off, number one.  Number two,
4  even now when I look at my sub, the secretary
5  messages, I don't even know how I got them the other
6  day on my e-mail; Deb Neff, absent, Deb Neff, absent.
7  And that was after I got this letter.  So, that's
8  inconsistent with this letter; like, they still had
9  me working there on the secretary.  Which, I mean, I
10 didn't even know until just recently when the e-mails
11 popped up oddly.
12     Mrs. Wright told me at the beginning of the
13 year, just make sure you get it in AESOP.  And I hate
14 to hear that.  I know, I talk badly about Mrs.
15 Wright, but we also did have a good relationship,
16 that it was one of those love/hate, or whatever.  I
17 won't get into it.
18     But she told me, make sure you put it in
19 AESOP.  I'm really sorry to hear that you have to
20 leave in January.  Mrs. Tee told me, just put it for
21 FMLA.  So I would say this is pretty inconsistent.
22 And even when I got my three day, I could have three
23 days.  They didn't even give me a chance in this
24 letter to take my three personal days.  It was dated
25 the 20th.  Like, they didn't even ask me, are you

Page 150

1  going to take three personal days or are you going to
2  return?  So, that's completely inconsistent, this
3  letter.
4  Q.  Then it says in that same paragraph, it
5  starts out on January 17th that Taryn Wilson
6  attempted to contact you?
7  A.  I was on the plane.
8  Q.  And Dr. Nadrozny also contacted you to tell
9  you it was imperative that you speak with HR.  You
10 told Dr. Nadrozny that you did not see any missed
11 calls but did not attempt to contact HR following
12 this text message.
13 A.  Actually I did.  That was like the day after
14 I got pretty much to Oklahoma.  My phone was on
15 airport.  I didn't see anything.  And then when I saw
16 this, the message was the first one from Trevor, said
17 to please contact HR.  And as you can see the date,
18 from the 18th to the 20th, not that much time has
19 gone by; I contacted, or they may have contacted me
20 first.
21     But I did try to call, and I can't remember
22 who got ahold of whom first.  But, pretty much he
23 asked me, did you go to Oklahoma.  I said yes.  And
24 the next day, this was in the mail.  My husband read
25 it to me.

Page 151

1  Q.  So, the letter says you answered and
2  informed Taryn that you did not intend to resign and
3  become a substitute.  Is that the phone call that
4  you're referring to?
5  A.  Probably.  'Cuz I never was going to resign
6  and become a sub.  I mean, honestly, I would've said
7  if I sub, I'll go over to Urbana.
8  Q.  And I just didn't catch what you just said.
9  Can you --
10     (Whereupon the answer was read back by
11 the court reporter.)
12 Q.  You said that to Taryn?
13 A.  No; in my head.  Like when they were asking
14 me this whole time to resign and become a sub.
15 Q.  You said it in your head when you were
16 talking to Taryn?
17 A.  No.  I was shocked.  I'm thinking, what do
18 you mean?  Like, my plane is on airplane mode.  I'm
19 like, it's the first time I saw my daughter and my
20 grandson.  And my daughter was like -- her foot was
21 about up to here.  And like, even when I talked to
22 them to this day how bad Ozgur makes the birth sound,
23 I get -- inside, I just can't believe it.  Like 'cuz
24 she downplays it now, my daughter.  But Ozgur is
25 like, Alicia, like he thought she was almost dead

Page 152

1  basically.  And she could see him herself from the
2  corner of the room because she was in labor for so
3  long.  Like, when I came to -- I couldn't believe her
4  foot.  And so for me to even have this letter on that
5  day, I can't -- I really don't -- my words are not
6  there.
7  Q.  It says that Taryn said that the District
8  would be sending you this letter.  Do you recall
9  that?
10 A.  She said a letter.  She said, you will be
11 receiving a letter.
12 Q.  And you had been warned that your employment
13 would be terminated if you did not report to work as
14 scheduled, is that right?
15 A.  I don't remember that.  And if I did get an
16 e-mail, it was probably in this whole culmination of
17 my daughter, waiting for her to have birth, two days
18 later I still haven't had the news.  So my mind right
19 at this moment, that I've been terminated, probably
20 last thing on my mind.
21 Q.  After your employment with the District
22 ended, when did you start applying for other jobs?
23 A.  I don't know.  Probably on-line.  Like just
24 on Indeed, things like that.
25 Q.  Do you know when that was?

Page 153

1    A.   Probably February.
2    Q.   Is that February of 2023?
3    A.   Yes.
4    Q.   And what jobs do you recall applying to on
5    Indeed?
6    A.   A lot.  There were quite a few.  But the
7    ones that I had interviewed were University of
8    Illinois, Cunningham, a hotel, and that one just, I
9    think didn't pay enough.  Cunningham.  I subbed for
10   them, but I don't even know what happened with that
11   position.  But that's one of the schools connected to
12   Urbana.
13       And then I called Urbana, and they said to
14   apply in August for subbing.  And there may -- I'm
15   sure there were others here and there, like a teacher
16   for giving mouth to mouth.  Just random calls would
17   come in.  And I still have huge amounts of e-mails
18   from applying for jobs.
19   Q.   Okay.  And then did you receive any offers
20   besides Urbana?
21   A.   Maybe the hotel.  But, it wasn't -- it was
22   the pay wasn't there.
23   Q.   Did you decline to take that position?
24   A.   No.  I think it just kind of fizzled.  It
25   was like an offer on that day.  And then no one got

Page 154

1    back to each other.
2    Q.   So you got an offer and then didn't respond
3    to it?
4    A.   No, I think we tried to respond but it just
5    fizzled out.  It was like minimum wage.
6    Q.   Do you remember when you interviewed or
7    received that offer?
8    A.   From Urbana?
9    Q.   No, from the hotel.
10   A.   It was just verbal.
11   Q.   Do you remember when it was?
12   A.   No.
13   Q.   Was it in spring or summer?
14   A.   Probably spring.
15   Q.   And do you know how much the pay was?
16   A.   Probably not what I was willing to take.  It
17   was, like, in the hotel, I've worked in hotels.  And
18   I could just kind of tell it wasn't really -- I think
19   she mentioned the pay.  And I don't remember what it
20   was.  But it was too low.
21   Q.   Other than income you received from Urbana,
22   did you have any other sources of income after you
23   left the Champion school District?
24   A.   No.
25   Q.   So, Urbana was the first time?

Page 155

1    A.   Yes.
2    Q.   That you received income?
3    A.   Uh-huh.  Yes.
4    Q.   Did you apply for unemployment?
5    A.   Yes.
6    Q.   And were those benefits granted or denied?
7    A.   Denied because Unit 4 said that I quit,
8    instead of was terminated.  But I was actually in my
9    mind terminated.  But, according to Unit 4 I quit.
10   Q.   And was there a hearing related to
11   unemployment benefits?
12   A.   There was supposed to be, and I got my
13   buttons mixed up on my phone.  And I accidentally had
14   airplane mode because it was red, so I thought it was
15   off.  But, I accidentally had it off and I was
16   waiting and waiting and waiting for the call.  And
17   then about half an hour later I realized, so I called
18   unemployment back.  And then I requested a rehearing
19   right away and they denied me my rehearing, so I
20   really couldn't even have a hearing.
21   Q.   Do you maintain any social media accounts?
22   A.   Facebook.
23   Q.   Is that all?
24   A.   Yes.
25   Q.   Did you have your Facebook account when you

Page 156

1    were employed for the District?
2    A.   Yes.
3    Q.   Did you post anything regarding your
4    employment at the District on your Facebook account?
5    A.   Yes.
6    Q.   Do you recall reviewing and answering
7    interrogatory requests and requests for production in
8    this lawsuit?
9    A.   No.
10   Q.   I'm marking this as Neff dep exhibit 25 and
11   26.  Travis, I'm just showing her, her responses to
12   interrogatories and request for production, just so
13   you can pull them up.
14       MR. LAMPERT:  Okay.
15   Q.   25 is the interrogatories.  Here's 26.  Ms.
16   Neff, do you recognize, we'll start with exhibit 25.
17   Do you recognize this document?
18   A.   Probably.
19   Q.   Take your time to review it and let me know
20   once you've had the chance to review it whether or
21   not you recognize it.
22   A.   Is this what we just did or --
23   Q.   This is what I was just asking you about.
24   So I was asking you if you recall answering our
25   document request and request for interrogatories.

Page 157

1    A. Yes.
2    Q. Okay. So, I'll ask you to review 25 and 26,
3 and let me know if these are your responses to the
4 District's interrogatory requests and request for
5 production of documents?
6    A. You mean this is 25 and this is 26?
7    Q. Yes. We can do it one by one too if that's
8 easier.
9    A. Okay. I recognize this one.
10    Q. Okay. And by, "this one", you mean exhibit
11 25?
12    A. Exhibit 25.
13    Q. Okay. Thank you.
14    A. I recognize this one.
15    Q. And that's exhibit 26.
16    A. Yes.
17    Q. Okay. Did you conduct a search of your
18 Facebook account as part of answering these
19 questions?
20    A. Like which question?
21    Q. Any of them. I mean, did you conduct a
22 search of your Facebook account in relation to this
23 litigation?
24    A. No.
25    Q. Okay. I think we're done with those for

Page 158

1 now. I'm going to show you Neff dep exhibit 24.
2 This is Bates stamped District 627 to 644.
3        And once you've had the chance to review,
4 Ms. Neff, if you could let me know if these comments
5 tie to the name Deborah Feinberg-Neff.
6    A. Yes.
7    Q. Are those your --
8    A. Yes.
9    Q. -- comments? Okay. And is that your
10 Facebook profile?
11    A. Yes.
12    Q. I'd like to start off on District, it's
13 Bates stamped at the bottom District 000633.
14        Let me know once you're there.
15    A. Are you done or should I read --
16    Q. I wanted to ask you about the page that's
17 Bates labeled District 000633.
18    A. Where is it?
19    Q. 633?
20    A. Okay.
21    Q. I have Bates numbers on each of the bottom
22 pages?
23    A. I see it.
24    Q. Okay. So on 633 there's a comment from you
25 saying, you would think that should be the case,

Page 159

1 especially morally. However, there is a loophole.
2 Do you see that?
3    A. Yes.
4    Q. What are you referring to there as a
5 loophole?
6    A. Probably my daughter being 36. Too old for
7 FMLA.
8    Q. Moving on to District 635. It's two pages
9 after that. There's a comment from you to Garron
10 Anders that says I do have an attorney working on
11 the case dot, dot, dot, very hard to find one. I did
12 find one. Also probably hard to win anything when
13 you're dealing with large corporations. They don't
14 take money unless we win. Such a drawn out process.
15 And this goes on to the next page. Like I said, hard
16 to win anything when large corporations are involved,
17 dot, dot, dot. Who are you referring to there as
18 large corporations?
19    A. Unit 4. Because I feel like they spent so
20 much money on attorneys instead of things that are
21 more important in the school District. And I was
22 actually surprised when I got this attorney because I
23 kept trying to find, not really, but like I'd have a
24 conversation, and they would be oh, well, you need to
25 do this, this, and this.

Page 160

1        MR. LAMPERT: Don't talk about any of your
2 conversations that you have had with other attorneys.
3    A. Actually, I really hadn't had any. You were
4 the first main ones that I would even consider.
5    Q. Okay. So, Travis was your first contact
6 with an attorney?
7    A. Yes.
8    Q. Okay. So, what are these other
9 conversations that you are referring to?
10    A. Which ones?
11    Q. You just mentioned some that you were
12 having.
13    A. Oh, just none, going no where conversations.
14 That were, forget it. Not worth it.
15    Q. Do you remember who they were with?
16    A. No. I mean, I actually asked the union rep
17 if there was an attorney he would recommend. And he
18 didn't know. But he referred to one, that they gave
19 names to. But, it wasn't the case. It was not --
20 so. Yeah. Non-conversations.
21    Q. And what do you mean by -- well, I guess is
22 there anybody else that you spoke to regarding your
23 allegations?
24    A. No.
25    Q. Against the District?

Page 161

1    A.  No.
2    Q.  And what do you mean by your statement that
3  I just read out loud about it being hard to win when
4  you're dealing with large corporations?
5    A.  Well, like unemployment.  That was a huge
6  example.  Like, they just cut me off like that.
7  Like, I couldn't even talk.  I couldn't do anything.
8  And I have received unemployment before with a
9  smaller person.  And it was not an issue.  Just it was
10  so easy.  And I couldn't believe what I had to go
11  through to even -- I couldn't even get a hearing.
12  And that's what I mean by dealing with larger
13  corporations.
14    Q.  So you're referring to the unemployment --
15  the Illinois unemployment agency?
16    A.  Yes.  Like, I said, I'd had unemployment
17  before and it was simple, with a small man or the
18  small person.
19    Q.  And then you said they don't take money
20  unless we win.  Who are you referring to there?
21    A.  The attorney.
22    Q.  Okay.  What attorney?
23    A.  The one -- Travis.
24    Q.  Okay.  I'd like to move forward to District
25  000638.

Page 162

1       And to Amanda Hopper you say 90 days, 90
2  days, 90 days, forever 90 days, ridiculous.  Won't
3  explain that part.  Anyway, enjoy your break.
4    A.  Somehow she responded, I don't even know why
5  she responded.  She's a teacher I used to work with.
6  She said I'm getting so sick of hearing about this.
7  I'm thinking I never even talk about this.  Who are
8  you hearing it from?  And the reason why I even
9  posted this is 'cuz I kept getting letters, like with
10  the unemployment, with everything.  It was taking so
11  long.
12       So I was responding to her is why I'm even
13  posting this, because she's like, I'm so sick of
14  hearing about it.  And I never -- I'm like, who is
15  talking to her about it?  It's not me.  90 days, 90
16  days, 90 days.  And I just wanted to stop talking to
17  her.
18       So I'm just like, whatever.  Because she was
19  just like oh, they gave you a chance to resign and
20  become a sub, blah, blah, blah, blah.  Whenever you
21  get on these Urbana Champaign posts you always get --
22  anyway, certain comments.
23    Q.  Did you work with Amanda Hopper at Champaign
24  School District?
25    A.  Yes.

Page 163

1    Q.  Is she still with the District?
2    A.  Yes.
3    Q.  And then what are you referring to as 90
4  days, 90 days, 90 days?
5    A.  Everything takes 90 days.  Like,
6  unemployment.  I'm thinking that would be like how
7  can you even survive?  Luckily I have my husband and
8  my parents.  But, it's like waiting 90 days, 90 days,
9  90 days, are we going to have a hearing?  Are you
10  even eligible for a hearing?
11       And so basically, I'm like -- by this time I
12  would be in the streets if it wasn't for my husband
13  and parents.
14    Q.  And then moving forward to 640.  Strike
15  that.
16       Sorry, I had the wrong page number, it's
17  District 642.
18       In the comments on the top, to Colleen
19  Leinart.  You say, study the details and you may be
20  surprised.  What are you referring to there?
21    A.  Oh, probably FMLA.
22    Q.  What details?
23    A.  I have to refer.  I mean, I don't see the
24  e-mail before.  Oh, hold on.
25    Q.  Feel free to take a look.

Page 164

1    A.  It's probably referring to the text before.
2  Oh, she's actually giving me that I still qualified
3  for FMLA.  Basically, she's telling me I probably
4  could have -- probably I could get FMLA.  And I
5  think, yeah.  So she's saying that I probably could
6  get it.
7    Q.  Okay.
8    A.  So I'm not sure what I was referring to.
9    Q.  You say, study the details, you may be
10  surprised?
11    A.  Yeah, I'm not sure what I'm referring to.
12    Q.  Okay.  A little bit further down you also
13  left a comment for the same person, Colleen Leinart,
14  and it just has a question mark.  It says that was
15  never an issue.  What are you referring to there?
16    A.  I think I was referring to like, I never
17  thought age would be an issue with my health.  Like,
18  I never thought like I would, 'cuz I was always
19  really strong and healthy.  And I think I was
20  referring to like when I was younger, I would never
21  think that an issue like this could have happened at
22  one time in my life.
23    Q.  I think we're done with that exhibit for
24  now.
25       Thank you.  And what damages are you seeking

Page 165

1  in this case?
2      A.  Travis?
3          MR. LAMPERT:  Answer to the best of your
4  ability.
5      A.  Oh, boy.  Like mental damage.  I don't know
6  how that even figures out.  Like, I'm not even sure
7  how to answer.  Maybe money from what I couldn't get,
8  you know, from like all the months that I wasn't
9  working.  And then, oh, I really don't know.  Then I
10  can't work, and I think a lot of it does have to do
11  with all of my health in Unit 4 and putting up,
12  putting up, putting up.
13          Like, and it's September 17th or 18th, it
14  was a Sunday, I had like a massive heart attack.  And
15  where I had to have like four stents in me and
16  possibly a fifth.  And I -- that also, I think had a
17  lot to do with unemployment, you know.  Like trying
18  to appeal.  Really, I don't know what damages.  Just
19  wear, tear, health, body, mental.
20          And I still suffer PTSD even when I work in
21  sub classes.  Like, they asked me to work for early
22  childhood all my available days for the rest of the
23  year, but I wouldn't give up high school.  Because
24  high school is way easier.  So my high school days I
25  still kept.

Page 166

1          And I still, like when I run into a
2  situation that reminds me of Mrs. Wright, I start
3  to -- 'cuz I'm in the SPED classroom actually.  And I
4  get -- anyway, I'm just glad that I'm not stuck
5  there, you know.  Like, it's not a permanent
6  position, put it that way.  And I really, it's not
7  worth the $20 extra a day even for the remaining four
8  days that I said I'd sign up for.
9      Q.  Are you referring to at Champaign?
10      A.  No, this is like the PTSD, I'm working in
11  this classroom right now, that's a SPED classroom,
12  that they just asked me to work there.  And they pay
13  me like 20 dollars extra a day.  And it's not even a
14  very long assignment, but in my head tomorrow, I'm
15  thinking, like next time I wouldn't even sign up for
16  it even if they asked me with the additional pay.
17  And that's a huge effect.
18          The just having that -- yeah, there's a lot
19  of damage there, that I didn't even realize that was
20  happening until I just stepped away and looked back.
21  I thought, I can't even believe I put up with that
22  for as long as I did, and mainly that person.  But --
23      Q.  Are you referring to Mrs. Wright?
24      A.  Yes.
25      Q.  And when you say 20 extra dollars a day, is

Page 167

1  that something that Urbana is offering you?
2      A.  Yeah, just because for -- and I thought
3  okay, I can do it.  And in my head, like three days,
4  two-and-a-half days is absolutely all I can handle
5  for early childhood.  And this week I'll do three.
6  Luckily I'm finishing up in high school.  Last week I
7  did three.  That third, Tuesday, Wednesday, Thursday,
8  the third day I -- you don't even -- but, like, I
9  can't even describe how physically mentally drained I
10  was.  And then Friday I did high school.  And luckily
11  it revived me.
12          And all of that because of working with the
13  SPED kids in this classroom that they just stick me
14  in, that they said, half the day I'm going to be in
15  there.  The other half somewhere else.  But, it's
16  turning out that I'm in that classroom all day.
17          And so I'm definitely having PTSD issues
18  from SPED and with Mrs. Wright.  Even just talking
19  about it, my heart is -- it's kind of ridiculous.
20  But --
21          MR. LAMPERT:  The camera was knocked off
22  center.  Can you please center it?
23      A.  Sorry.
24      Q.  Is the $20 extra a day, is that tied to SPED
25  or is that tied to --

Page 168

1      A.  Just tied because they needed someone to
2  fill in.
3      Q.  For SPED or for early childhood?
4      A.  Early childhood, but it turns out that
5  they're putting me in the SPED class every day for
6  both halves of the day.
7      Q.  So you're doing SPED?
8      A.  Yes.  I mean, yeah.  Hopefully these next
9  three days they will put me in SPED half of the day
10  and not the other half.
11      Q.  Going back, you mentioned that you were
12  seeking money for the months that you weren't working
13  after your employment with the District.  How much
14  are you claiming in, I guess, lost wages?
15      A.  I guess I have to ask Travis, maybe a
16  private conversation, because like off my head, I'm
17  not -- so I guess I have to have a private
18  discussion.
19      Q.  Okay.  Do you get benefits at Urbana?
20      A.  No.
21      Q.  Okay.
22      A.  Unless -- not as a sub, no.
23      Q.  Do you have benefits through your husband?
24      A.  Health benefits I do right now.
25      Q.  And did you have those after your employment

Page 169

1  with the District terminated?
2     A.  Yes.  When I started with the District I did
3  not have those.
4     Q.  Health benefits?
5     A.  Yes.  It was too high, and now he has a
6  different job where he has better benefits.
7     Q.  And then you mentioned that your parents
8  helped you after your employment with the District
9  ended.  Can you tell me how they helped you?
10    A.  They just gave me, like, a couple hundred
11  dollars here and there.  Just, I mean, I will
12  probably pay them back.  I'm intending to.
13    Q.  Do you know how much in total they gave you?
14    A.  No.
15    Q.  Do you know how much you're going to pay
16  them back?
17    A.  No.
18    Q.  And you mentioned that you had a heart
19  attack as well.  When was that?
20    A.  September either 17th or 18th on Sunday of
21  2024.  No, yeah.  It's 2024.
22    Q.  Okay.  Is it '23?
23    A.  What was that?
24    Q.  Are you sure it's 2024?
25    A.  Yes.

Page 170

1     Q.  Do you mean September of 2023?
2     A.  For my heart attack?
3     Q.  Yeah.
4     A.  Yes.  I do.
5     Q.  Thank you.  Are you claiming any other
6  damages in this case?
7     A.  I need to talk to my attorney.
8     Q.  Okay.  Are you claiming attorney's fees?
9     A.  Well, yes.
10    Q.  Okay.  Do you know how many fees you have
11  paid to date?
12    A.  None.
13    Q.  Okay.  I think I'm close to wrapping up,
14  Travis.  I just need a break to review my notes and
15  see if I have any other questions.  If we could take
16  ten minutes.  Then I should be close.
17        (The time is 3:20 p.m.)
18        (The time is 3:43 p.m.)
19        CONTINUED EXAMINATION BY
20  MS. KANE:
21    Q.  When you worked as a teacher's aide at
22  Champaign, did you ever work over the summer?
23    A.  No.
24    Q.  Did you receive any pay over the summer?
25    A.  Yes.

Page 171

1     Q.  And what was that for?
2     A.  Because I had my check where it was all
3  year, you have the choice.  So I just picked that
4  option.
5     Q.  Okay.  So you received pay for the time I
6  guess you worked during the regular school year?
7     A.  Yes.
8     Q.  Okay.  It was spread out to cover the
9  summer, is that correct?
10    A.  Yes.
11    Q.  As a substitute at Urbana, do you have the
12  ability to work long-term sub assignments?
13    A.  No.
14    Q.  Why not?
15    A.  I think health issues.
16    Q.  So you chose not to apply for those?
17    A.  I mean, if she sends some -- she sends them
18  once in a while.  But, I never apply for them.
19    Q.  Okay.  Did your son-in-law, Ozgur, take FMLA
20  leave?
21    A.  No.  I don't think he could have.  He's a
22  professor.
23    Q.  Do you know if he applied?
24    A.  I don't even think he could have.  My
25  daughter, she did.  But -- for something for

Page 172

1  professors, and I could double-check with him.  But,
2  yeah, I'm pretty sure he didn't.  He was always
3  working, put it that way.
4     Q.  And then you mentioned some individuals, you
5  mentioned a Miss Russell.  Do you know her age?
6     A.  She was born in '68.  February.  So, she's
7  probably like 56.  Is that right?
8     Q.  I don't know.  But, I think that's
9  sufficient to answer my question.  Was she a teacher
10  or what was Miss Russell's position?
11    A.  A teacher's aide.
12    Q.  Okay.  How about Miss Sullivan?  What was
13  her position and age?
14    A.  Teacher's aide, and she's probably forties.
15  I think she just turned 40, I think a year or two
16  ago.
17    Q.  How about Miss Roberts?  What was her
18  position and age?
19    A.  Miss Roberts?
20    Q.  I think that's what you said.  Miss Robby?
21    A.  She's a substitute teacher.  So, she's
22  retired.  But, she's retired, so she just -- she's
23  not like a benefit employee.
24    Q.  Okay.  Do you know her age?
25    A.  Probably 60 something.

Page 173

1    Q.   Okay.
2    A.   And then the new aide, she was in her
3  thirties that replaced me. And the other said he's
4  probably 30-ish. That would be Andy. I'm sure he's
5  still there. And the aide that just replaced River,
6  who took my spot, and the new aide, she's probably in
7  her thirties. And then Kelsey is probably in her
8  thirties.
9    Q.   Who's Kelsey?
10   A.   Another aide.
11   Q.   And how do you know Kelsey's age?
12   A.   Just by looking at her and talking to her.
13  I don't know for sure. But that would be my guess.
14   Q.   How do you know --
15   A.   Upper thirties.
16   Q.   How do you know Andy's age?
17   A.   Because I remember when he had his 30th
18  birthday.
19   Q.   Okay. How about, you mentioned a new aide.
20  It was a female in her thirties. Who was that by
21  name, if you know?
22   A.   I don't know. I know River the one who
23  replaced me. And she was in her thirties and now
24  someone has replaced her.
25   Q.   So, how do you know River is in her

Page 174

1  thirties?
2    A.   River? Just like description, acting. She
3  was like -- she referred themselves to a "them". So
4  even just that --
5    Q.   Are you referring to her, River's pronouns,
6  as being "them"?
7    A.   Them. Yes.
8    Q.   Okay. And you mentioned that you believe
9  that River replaced you?
10   A.   She did. They left my position open for
11  quite a long time.
12   Q.   How do you know that River replaced you?
13   A.   Because someone told me. A teacher. And
14  the kids would say oh, Deb, they meant Ms. Neff, they
15  miss you so much, you know, Raphela, Abby; like a lot
16  of the people would tell me how much they missed me.
17   Q.   Did you ever meet River?
18   A.   No.
19   Q.   Do you recall your testimony with somebody,
20  and it wasn't clear if it was an attorney or not, but
21  the name began with the letter "H". Do you recall
22  who that is?
23   A.   She was the one who took my -- she pretty
24  much documented what I told her that happened. And
25  she was the one who said the case was definitely

Page 175

1  worth pursuing.
2    Q.   Do you remember that person's name at this
3  point in time?
4    A.   I mean, I could look it up. Can I look it
5  up? Is that okay, Travis? I mean, it's your firm.
6         MR. LAMPERT: What name are you asking
7  about?
8    A.   The one who just originally contacted me,
9  and asked me about my case.
10         MR. LAMPERT: I mean, you're asking about my
11  staff. Is that correct?
12         THE WITNESS: I guess so, yeah.
13         MR. LAMPERT: Why do you need to know their
14  name?
15         MS. KANE: Are you talking to me?
16         MR. LAMPERT: Yes.
17         MS. KANE: I'm trying to figure out if she
18  talked to an attorney or not.
19         MR. LAMPERT: It was someone from my office.
20         MS. KANE: Do you know who she's referring
21  to?
22         MR. LAMPERT: I think someone on the staff
23  who works here. Regardless, she was talking to
24  someone from my office.
25         MS. KANE: Yeah, but if it's not an attorney,

Page 176

1  then it's not privileged.
2         MR. LAMPERT: I mean, I would disagree with
3  you. She's talking to someone from my office as a
4  representative of my law firm.
5         MS. KANE: Okay. Are you instructing your
6  client not to answer a question about her
7  communications with a non-attorney?
8         MR. LAMPERT: I'm instructing her not to
9  answer your question. Yes.
10         MS. KANE: Okay. We can follow-up with that
11  if needed. It's our position that that's not
12  privileged. If we need to supplement, we can. But,
13  yeah. My position is that wouldn't be privileged.
14         Ms. Neff, just for the record, you said you
15  still have those communications that you're referring
16  to with the staff member with Travis's office. Is
17  that correct?
18   A.   Which communications?
19   Q.   The ones that you just testified to with the
20  staff member from Travis's office?
21   A.   A lot of it was through phone. Initially it
22  was through phone.
23   Q.   But you were just going to look it up on
24  your phone, is that correct?
25   A.   Oh, for the e-mails?

Page 177

1  Q.  Yeah.
2  A.  I mean, I can.
3  Q.  You don't have to now.  I'm just going to
4  tell you that we will be supplementing our request
5  with that.  So please don't delete them.
6  A.  So basically it's just, I just e-mail
7  everybody, 'cuz I don't know which -- the person is.
8  So everybody is on the e-mail.
9  Q.  Okay.
10  A.  Like the attorneys --
11  Q.  Okay.  As I said, I'm just telling you that
12  we're going to request them so please don't delete
13  them as part of this lawsuit 'cuz we will be
14  requesting them.
15  A.  Okay.  She usually doesn't answer anyway.
16  It's usually an attorney.
17  Q.  Okay.  You also during your testimony
18  mentioned e-mails with a secretary, I believe it was.
19  Yeah, I guess I'm going to ask you not to delete any
20  of your e-mails because I will be following up once I
21  get the transcript and I can identify which documents
22  haven't been provided in discovery.  So any documents
23  that you testified to today, please don't delete
24  them.
25  A.  Okay.  I usually don't delete those e-mails

Page 178

1  anyway.
2  Q.  So those are ones that we're going to
3  request.  As well as the ones I mentioned with
4  Travis's office being the staff person.  As well as
5  you testified to e-mails related to job applications.
6  Please keep those.  Those have not been provided to
7  us yet.
8  A.  Actually, I probably don't have those.  I
9  get like 50 -- or hundreds from Indeed every single
10  day.  There's no way I could get those.
11  Q.  Okay.  To the extent they still exist,
12  please don't take any action after this deposition to
13  delete them.
14  A.  Okay.  I mean, I get literally like 500 job
15  things a day.  And I just hit delete, delete, delete.
16  Q.  And I'm referring to the ones when you were
17  applying for jobs after your employment with the
18  District.
19  A.  Yeah, and those probably are hard to find
20  because they're in Indeed.
21  Q.  And then other than the Facebook posts we
22  talked about today, were there other posts where you
23  discussed either your employment with the District or
24  your claims against the District?
25  A.  I might have, not -- they weren't nothing

Page 179

1  untrue.  But a couple of those posts.
2  Q.  We will be requesting those as well.  So
3  please don't take any action after this deposition to
4  delete any posts that exist on your Facebook.
5  A.  I think you have them.
6  Q.  We do not.  You did not produce any.  So we
7  will be following up with those.  And then do you
8  have any text messages or e-mails where you talked to
9  the District with anybody who is not an attorney?
10  A.  Well, I mean probably with Trevor.  I mean,
11  we used to e-mail a lot.
12  Q.  Anybody who's not an attorney?
13  A.  No.  Not that I am aware of.
14  Q.  Okay.
15  A.  But, those, the e-mail posts I think you
16  already have.  The Facebooks.
17  Q.  Okay.  Got a couple more documents I'm going
18  to ask you about.  This is District exhibit 27.  You
19  can take a look at that.  And if you could, please
20  identify what it is for the record.  Travis, it's
21  District 399.
22      What is that document?
23  A.  Basically from my -- Alicia's physician.  It
24  is my medical opinion that Alicia delivered her
25  C-section 1/14/23.  As a result it is requested of

Page 180

1  her mom, Deborah Neff, act as a primary caregiver for
2  Alicia's post partum, emotional and physical care,
3  starting on 1-18-2023 to 2-2-23.
4      And originally, that's when I was supposed
5  to come back to school.
6  Q.  And who did you provide this note to?
7  A.  Probably my attorney.
8  Q.  Did you provide it to the District?
9  A.  I think that was after I was fired.  This
10  was, that way I didn't know there was going to be an
11  issue.  Like, I had no idea.
12  Q.  That is all I have on that one.  This is the
13  last one I'm going to ask you about.  This is exhibit
14  28.  Bates stamped District 250 to 252.  If you could
15  take a chance to review and then let me know what
16  these are.  Can you tell me what these are?
17  A.  I have no idea.
18  Q.  Do you recall sending these text messages?
19  A.  I mean, maybe.  I mean, it talks about my
20  family and --
21  Q.  Do you know who you sent them to?
22  A.  Can you tell me?
23  Q.  I can't.  If you know, please answer.  But
24  otherwise, let me know.
25  A.  The only one I could think of, the person

Page 181

1  who was probably responsible for letting me go.
2  Q.  And who?
3  A.  Which could be the principal.
4  Q.  Okay.  So you believe that these were text
5  messages to the principal?
6  A.  I'm not sure.  But, I know I was really
7  upset when I was fired.
8  Q.  Okay.
9  A.  So all I could think of is someone in the
10 school District.
11 Q.  Okay.
12 A.  That had a connection to me being fired.
13 Q.  Okay.
14 A.  Oh, right here.  I just checked my e-mails
15 and missed calls.  Did not see anything from ER.  So
16 it was probably when I was freaking out going to see
17 my daughter and getting fired, or possibly being
18 terminated at the same time.  So, the only thing I
19 can think of is maybe Trevor.  Because he was the
20 only contact I had while I was going through this.
21 Q.  Okay.  Thank you.  That's all I have for
22 that exhibit.
23    And then to go back to my question before, I
24 asked you did you have any non-privileged
25 conversations with anybody who was not an attorney

Page 182

1  regarding your claims against the District?  Did you
2  have any non-privileged conversations with anybody
3  that you can recall?
4     MR. LAMPERT:  Object to that form.  It calls
5  for a legal conclusion.  She is not an attorney.  She
6  doesn't know what non-privileged communications are.
7  BY MS. KANE:
8  Q.  I can rephrase.  Did you have any
9  conversations about your claims against the District
10 with anybody who was not an attorney?
11 A.  Not really.  I kind of keep it private.
12 Q.  Did you talk to your family about it?
13 A.  This much.  (Indicating.)  Like, hardly at
14 all because it just probably upsets them and they
15 just have a negative.  So -- yeah.  I pretty much
16 keep it under the table.
17 Q.  Okay.  Okay.  So, just to wrap up, I guess,
18 do you believe other than the ones that I indicated
19 that we're going to ask for, for you to produce, any
20 other documents that you believe are relevant that
21 needs to be produced to the District?
22 A.  I can't think of any.
23 Q.  Other than what you've already testified to
24 today, are there any other facts known to you that
25 you believe are related to your claims against the

Page 183

1  District?
2     MR. LAMPERT:  Objection to form.  You can
3  answer if you can.
4  A.  I don't think I can.
5  Q.  You can't answer my question?
6  A.  Say it again.
7  Q.  Sure.  Other than what you've already talked
8  about with me today, are there any other facts known
9  to you, to support your claims against the District?
10 A.  Probably.
11 Q.  And what are those?
12 A.  I can't recall.  I used to have a diary of
13 like my daily events that would go on.  I guess I can
14 produce that, if I can find it.
15 Q.  Yeah; we will be asking for the diary as
16 well, Travis.  Please preserve.
17 A.  If I have it, if I can even find it.  I
18 would just randomly write things down when I would
19 get really frustrated.
20 Q.  Okay.  We're going to ask you to supplement
21 that.  So as I said, as with the rest of the
22 documents, do not destroy or delete any diary
23 entries.  We will supplement our request.
24    So to the best of your knowledge, do you
25 believe you have told me everything related to your

Page 184

1  claims against the District today?
2  A.  To the best of my knowledge.
3  Q.  Is that a yes?
4  A.  Yes.
5  Q.  Okay.  Thank you.  As I mentioned before,
6  please do not delete any documents we talked about
7  today.  Please don't empty your trash to the extent
8  they were deleted.  And that's all the questions I
9  have for you today.
10    MR. LAMPERT:  We don't have any questions.
11 And we will waive signature.
12    COURT REPORTER:  Do you want me to prepare
13 this, Miss Kane?
14    MS. KANE:  Yes, etran.  PDF.  I like PDF.
15    COURT REPORTER:  Travis, do you get a copy?
16    MR. LAMPERT:  Not right now.  I'll let you
17 know.
18    (The time is 4:07 p.m.)

Page 185

1  STATE OF ILLINOIS     )
                          )     SS
2  COUNTY OF CHAMPAIGN    )

3           I, DEANN K. PARKINSON, a Notary Public in
   and for the County of Champaign State of Illinois, do
4  hereby certify that DEBORAH NEFF, the deponent
   herein, was by me first duly sworn to tell the truth,
5  the whole truth and nothing but the truth in the
   aforementioned cause of action.
6           That the foregoing deposition was taken on
   behalf of the Defendant on May 20, 2024.
7           That said deposition was taken down in
   stenographic notes and afterwards reduced to
8  typewriting under my instruction and said
   transcription is a true record of the testimony
9  given; and that it was agreed by and between the
   witness and attorneys that said signature on said
10 deposition would be waived.
            I do hereby certify that I am a
11 disinterested person in this cause of action; that I
   am not a relative of any party or any attorney of
12 record in this cause, or an attorney for any party
   herein, or otherwise interested in the event of this
13 action, and am not in the employ of the attorneys for
   either party.
14          In witness whereof, I have hereunto set my
   hand and affixed my notarial seal June 3rd, 2024.
15

16
                        DEANN K. PARKINSON, CSR
17                      NOTARY PUBLIC

18

19

20

21

22

23

24

25

**NEFF v.**
**CHAMPAIGN UNIT 4 SCHOOL**

**DEBORAH NEFF**
May 20, 2024

**$**

**$100 (2)**
17:24,25
**$12.84 (1)**
26:1
**$160 (1)**
16:5
**$20 (2)**
166:7;167:24
**$20.10 (1)**
26:25
**$25 (1)**
20:17
**$80 (1)**
16:5

**A**

**Abby (8)**
37:7,8;66:3,8;70:13;
129:2;139:7;174:15
**ability (3)**
10:20;165:4;171:12
**able (15)**
7:24;8:15;9:23;
18:21;29:20;77:14;
79:15;87:1;94:14;
102:12,22;103:23;
116:8;124:23;125:3
**abnormally (1)**
127:21
**above (2)**
31:13;114:21
**absence (54)**
41:10,24;42:21;
43:19;44:3,4;45:6;
48:9,19,23;52:19;
53:23;54:3;57:19;58:4,
8,11,12;65:1;74:5,13,
21,22,23;75:6,12;
76:20,23;82:10;86:22,
25;87:5;88:8;90:22;
91:2,7;93:13;94:23;
95:2,9;96:20,21;97:8,
13,22;102:7;104:21;
118:22;122:19,23;
123:11;124:5,12,22
**absences (5)**
93:2;94:6;95:10;
122:17,23
**absent (12)**
55:14;88:3,14,16;
95:5,6,8,11,19,25;
149:6,6
**absolutely (1)**
167:4
**abuse (1)**
135:4
**accepting (1)**
20:6
**access (2)**

106:18,19
**accidentally (2)**
155:13,15
**accommodate (1)**
93:13
**accordance (1)**
6:12
**according (1)**
155:9
**account (4)**
155:25;156:4;
157:18,22
**accountable (1)**
108:8
**accounts (1)**
155:21
**accrued (6)**
51:1,3;73:12;74:6;
108:8,15
**accurate (42)**
19:6,13,20;25:16;
28:9;48:19;49:22;51:9;
57:9,24;60:15;72:17;
73:16;76:3,5;77:7,21;
78:4;81:12,14,20;
82:17;83:9,16;87:13;
89:25;92:16;94:15,16,
19;100:8;101:5;106:4,
15;108:12;114:13,21,
21;135:13;136:16;
143:8;147:14
**accurately (4)**
11:1;20:5;25:20;
29:25
**accused (2)**
61:15;63:14
**accusing (3)**
61:22;62:4;63:9
**Act (4)**
40:18,22;42:9;180:1
**acted (1)**
148:20
**acting (2)**
42:25;174:2
**action (4)**
73:14;74:7;178:12;
179:3
**actually (48)**
13:19;19:21;20:22;
21:19;24:11;28:18;
32:18;33:2;35:20;
36:22;37:4;43:18;44:9;
45:20;46:7;50:3;56:11;
62:8;63:12,13,16;
64:12;73:24;106:22,
25;107:16;108:9;
113:21;119:20;120:6;
121:14;127:9;128:1;
133:22;134:2;137:18;
138:10;142:4,11,21;
150:13;155:8;159:22;
160:3,16;164:2;166:3;
178:8

**add (1)**
81:24
**additional (1)**
166:16
**address (1)**
13:1
**Administrative (4)**
25:12;26:18;57:2,6
**adult (1)**
129:7
**advantage (2)**
80:15;81:3
**advantageous (1)**
126:9
**advise (3)**
115:15,16;145:20
**Aedan (4)**
50:6;135:14,22;
136:17
**AESOP (28)**
42:25;45:21;52:19,
20,22,23;53:12,13,13,
20;54:5;55:16;56:14,
17;84:10;86:23,24;
87:25;88:6,7;91:4,15;
97:14;100:20;147:21;
148:3;149:13,19
**affect (1)**
10:16
**African (3)**
68:22;69:12,14
**again (18)**
8:14;27:5;32:17;
72:13;83:10;84:8;
97:18;102:11;106:10;
107:4;118:15,17;
119:4,21;124:25;
132:3;145:19;183:6
**against (28)**
7:7;9:11;69:4;
112:13;125:18,19,24;
127:11,16;128:22;
135:1;139:16,18,20;
140:12;143:20;145:18,
18,19;146:3,4;160:25;
178:24;182:1,9,25;
183:9;184:1
**age (60)**
49:4,6;66:10;85:14,
16,18,18,21;121:10;
122:2,16;123:5,17,18;
125:5,7,19,20,24,25;
126:16,18;127:8,9,11,
14,16;128:6,11,15,15,
17,21,23;129:23;
130:10,20,22;131:25;
135:2,3,6,24;136:21,
25;137:2,17,19;138:16,
19,21,23;143:22;
164:17;172:5,13,18,24;
173:11,16
**age-based (1)**
137:14

**ageism (1)**
73:1
**agency (1)**
161:15
**agents (1)**
112:25
**aggressive (1)**
35:22
**ago (4)**
68:11;130:16;
136:13;172:16
**agree (1)**
38:6
**agreement (12)**
6:12,16;24:17;28:25;
74:17;131:1,8,10;
142:23;143:9,12,16
**agrees (1)**
138:5
**ahead (1)**
84:24
**ahold (3)**
97:21;108:18;150:22
**aide (40)**
25:18,21;28:3,13,16,
22;29:1,3,5,10,20,22;
30:2,22;31:5;36:16;
40:6,9;44:10;53:10;
55:12,12;58:24;59:4;
65:7;66:4;78:14;94:13;
122:14,15;133:17;
138:15;170:21;172:11,
14;173:2,5,6,10,19
**aides (4)**
65:8;67:19;69:23;
140:2
**air (4)**
80:4,21,24;122:25
**airplane (2)**
151:18;155:14
**airport (1)**
150:15
**alcohol (1)**
10:19
**Alicia (17)**
98:19;104:13,14;
106:25;107:6,13,13,18,
20;109:24;110:17,18,
18;111:1,2;151:25;
179:24
**Alicia's (3)**
132:8;179:23;180:2
**allegation (2)**
121:25;128:19
**allegations (2)**
116:18;160:23
**allege (2)**
40:17;139:16
**alleged (1)**
146:8
**allow (1)**
79:14
**almost (6)**

14:2;20:25;64:21;
77:1;107:16;151:25
**alone (2)**
77:20;98:19
**along (2)**
37:13;71:2
**alphabet (2)**
36:13;38:16
**alternative (1)**
101:11
**always (12)**
35:5;37:10;69:2,24;
70:25;95:24;119:7;
132:1;141:6;162:21;
164:18;172:2
**Amanda (2)**
162:1,23
**American (4)**
68:22;69:5,12,15
**amount (3)**
22:24;23:1;79:11
**amounts (1)**
153:17
**Anders (1)**
159:10
**Andy (1)**
173:4
**Andy's (1)**
173:16
**angered (1)**
39:1
**angry (1)**
137:10
**answered (3)**
8:9;48:3;151:1
**anti-anxiety (1)**
43:22
**anticipated (1)**
90:3
**anti-depressants (1)**
43:22
**anxiety (7)**
79:8,20;80:10;81:23;
95:14;126:14,17
**Apartment (2)**
12:19;13:3
**apologetic (3)**
141:4,14,15
**appeal (1)**
165:18
**appeared (1)**
141:22
**applicable (1)**
6:13
**application (7)**
18:17,24;19:1,7;
28:1,2,10
**applications (1)**
178:5
**applied (10)**
16:16;17:2;19:14;
41:8;10;46:18,21;
78:12,13;171:23

NEFF v.
CHAMPAIGN UNIT 4 SCHOOL

**applies (1)**
16:15
**apply (18)**
16:11;17:2,5;42:1,
13,16;44:2,4;45:25;
47:11;74:5;108:22;
109:18,20;153:14;
155:4;171:16,18
**applying (4)**
152:22;153:4,18;
178:17
**appointment (3)**
87:3;88:2;110:13
**appreciated (1)**
142:5
**approve (2)**
91:6;149:2
**approved (19)**
52:20,21;53:14,14,
15;54:3,4;55:10,12,13;
86:22;90:22;91:2,4,11,
16,17;101:5;148:5
**April (5)**
18:8;25:23;28:18;
29:10;44:20
**area (2)**
79:12;131:24
**arrived (1)**
107:12
**aside (1)**
125:10
**assigned (2)**
30:22;79:12
**assignment (1)**
166:14
**assignments (2)**
54:10;171:12
**assistance (1)**
120:23
**assistant (2)**
57:2,6
**assume (2)**
7:23;131:22
**assumed (1)**
30:12
**assuming (1)**
27:11
**attack (4)**
95:15;165:14;
169:19;170:2
**attempt (1)**
150:11
**attempted (1)**
150:6
**attend (1)**
13:17
**attendance (1)**
66:24
**attended (1)**
63:23
**attorney (30)**
8:18,21,24;11:12;
111:20,24;112:12;

113:6,24;114:24,25;
137:19;145:20;159:10,
22;160:6,17;161:21,
22;170:7;174:20;
175:18,25;177:16;
179:9,12;180:7;
181:25;182:5,10
**attorneys (5)**
7:5;112:15;159:20;
160:2;177:10
**attorney's (2)**
139:19;170:8
**August (21)**
16:13,15,17;42:10;
43:6,10;44:14;45:15;
130:12,12;153:14
**authority (2)**
33:19;36:25
**authorized (1)**
102:8
**available (9)**
51:22;54:10;57:13;
96:16;97:7;100:13,18;
101:3;165:22
**AVID (24)**
17:7,7,7,19;18:3;
19:11,12,16;28:1,23,
24,25;29:2,8,11;30:5,8,
13,14,17;37:19,23;
44:18,20
**aware (3)**
24:4;128:25;179:13
**away (11)**
32:17;33:10;78:4;
79:12,20,22;99:20;
104:4,9;155:19;166:20

**B**

**babbling (1)**
136:9
**babies (2)**
129:11,12
**baby (8)**
40:25;45:15;110:4,
12,21;111:3;118:11;
120:19
**bachelor's (3)**
13:20,22,23
**back (68)**
8:10;14:13;21:5;
26:14;27:17,18;29:15;
34:12;41:19;45:10;
47:22;48:15;51:5;
53:22;58:23;59:3;
66:22;68:16;71:7,23;
77:9;78:2;79:17;80:24;
85:3;89:21;91:13;
94:12,14;95:20;96:9;
97:16;98:2,5,6,22;
100:22;108:2;109:7;
112:7,24;115:23;
116:5;118:12,21;

123:2,18,19,24;124:7,
15,23,24;125:4;
132:22;134:16;142:11,
12;144:8;151:10;
154:1;155:18;166:20;
168:11;169:12,16;
180:5;181:23
**backtracking (1)**
27:24
**backwards (1)**
17:1
**bad (4)**
49:18;51:18;95:13;
151:22
**badly (1)**
149:14
**bag (2)**
35:16,17
**Bailey (2)**
123:12;124:3
**Bailey's (1)**
125:7
**ball (1)**
50:18
**Bargaining (4)**
74:16;142:23;143:8,
12
**Barnett (2)**
87:8,9
**based (21)**
24:8,13;28:12;
102:24;121:10;122:2;
125:19,20,24;127:16;
128:6,13,19,20,23;
136:25;137:16,17,19;
139:2,3
**basic (1)**
138:22
**Basically (27)**
12:10;23:10;37:1;
50:23;51:3;53:12;54:9;
56:6,16;57:18;59:3;
61:18;62:2;68:1;81:8;
86:20;87:2;88:12;
96:17;104:5;134:7;
143:1;152:1;163:11;
164:3;177:6;179:23
**basics (1)**
111:16
**basis (3)**
40:20;45:11;132:14
**bat (1)**
30:10
**Bates (30)**
18:11,16;19:24;20:2;
25:1;56:4;58:17;59:13;
68:17;75:19;82:2,12,
20;83:11;84:3;86:16;
89:18;92:10;100:3;
106:3;135:9,16;
142:15;143:17;147:8;
158:2,13,17,21;180:14
**batteries (3)**

90:13,17,18
**Bay (1)**
20:24
**bean (2)**
35:16,17
**become (13)**
32:16;44:7;45:2;
48:11,16;58:11;94:13;
121:19,23;151:3,6,14;
162:20
**becomes (1)**
35:21
**becoming (2)**
44:10;93:25
**bed (2)**
41:5;109:25
**began (3)**
9:14;113:14;174:21
**begin (2)**
7:19;19:16
**beginning (6)**
16:13,15,17;56:13;
99:14;149:12
**begins (2)**
31:9;47:14
**behalf (2)**
63:23;111:21
**behavioral (1)**
32:15
**behind (1)**
125:1
**Belles (1)**
22:3
**below (1)**
78:23
**benefit (3)**
51:1;126:6;172:23
**benefits (10)**
44:8,11;77:11;155:6,
11;168:19,23,24;169:4,
6
**besides (3)**
112:16;141:7;153:20
**best (6)**
8:13;15:15;145:23;
165:3;183:24;184:2
**better (5)**
21:18;126:15,24;
127:5;169:6
**bias (10)**
68:20;69:12,15,15,
17,19;70:3;121:10;
122:2;127:14
**biases (3)**
69:3,11,25
**big (5)**
21:20;27:14;38:9;
70:18;123:1
**bigger (2)**
38:25;80:16
**birth (14)**
58:22;89:9,16;91:14;
98:4,11,15;104:4,9,12;

123:24;129:7;151:22;
152:17
**birthday (5)**
125:21;130:5,7,12;
173:18
**birthdays (1)**
130:9
**Bishop (2)**
123:14;124:19;129:3
**Bishop's (1)**
129:23
**bit (11)**
27:24;32:10;45:4;
51:5;56:10;62:14;
79:10;114:3;123:7;
136:2;164:12
**bite (1)**
38:23
**blah (10)**
120:19,19,19;
135:18,18,18;162:20,
20,20,20
**blank (2)**
54:2;55:24
**bleed (1)**
34:4
**blindly (1)**
136:1
**blip (1)**
80:3
**blurry (1)**
43:2
**Board (2)**
142:25;143:19
**body (2)**
126:15;165:19
**bogus (1)**
62:4
**book (4)**
71:10,21;92:2,4
**booked (6)**
87:19;91:9,12;92:1
**books (2)**
67:21,23
**born (10)**
34:17;49:9;66:9;
88:18,25;89:3,5,
104:11;107:4;172:6
**boss (1)**
51:17
**Boston (3)**
99:8,16,19
**both (9)**
8:13;18:2;23:5;
41:23;69:6;72:18;85:3;
111:11;168:6
**bottom (8)**
19:24;59:13,21;
78:20;114:16;127:23;
158:13,21
**box (1)**
139:4
**boy (2)**

NEFF v.
CHAMPAIGN UNIT 4 SCHOOL

DEBORAH NEFF
May 20, 2024

33:3;165:5
**Bradley (1)**
13:21
**break (27)**
8:25;9:3;61:6,6,8,10,
12;66:15,16,23;67:4;
95:16;115:18,20;
116:5;124:6,13;
133:24;134:2,2,4,14,
15;143:24;145:21;
162:3;170:14
**breakfast (3)**
32:20,21,22
**breaks (3)**
9:4;15:19;61:21
**breather (1)**
79:22
**bricks (1)**
36:20
**bring (1)**
11:23
**broader (1)**
54:24
**broken (1)**
138:10
**brought (1)**
69:5
**brushed (2)**
131:11;133:13
**brushing (1)**
133:8
**building (1)**
80:25
**bunch (1)**
143:21
**Burks (1)**
31:9
**business (1)**
22:4
**buttons (1)**
155:13

## C

**call (22)**
38:22;39:6;42:15;
43:25;45:19,19;47:11;
48:5,21;62:3,5;103:24,
25;109:9,15;112:24;
114:2;118:8;122:9;
150:21;151:3;155:16
**called (17)**
6:3;44:1;61:5,9,14;
62:12,21,21;64:8;
65:18;68:4;84:21;86:6;
106:9;119:4;153:13;
155:17
**calls (4)**
150:11;153:16;
181:15;182:4
**came (12)**
22:6;40:25;65:13;
72:6;91:15;93:24;

99:24;124:7,15,23;
131:8;152:3
**camera (1)**
167:21
**Camp (1)**
31:20
**Campus (7)**
20:19,22;21:10,12,
17;23:18,21
**can (129)**
8:20,25;9:3,4;12:8;
13:10;15:9,15;18:15;
25:9,11;26:16;29:18;
33:3;34:21;40:20;
43:19,20;44:4,6;47:2,
12,16,20;50:22;51:2;
52:7,17,18,23;53:10;
54:7,8,8,9,14,18;55:9,
11,23;56:5;58:23;60:2;
64:8;66:2,16,25;70:6;
71:15;72:10;76:21;
79:17;81:7;84:15,23;
86:19;88:10;89:24;
90:24;92:12;93:2,17;
94:5;96:11;97:19,22;
98:12;100:1,5;101:22;
104:19;105:9,22,23;
106:11;109:8;111:15;
113:11;115:16,18,19,
21;116:11;118:23;
121:12;125:12,20;
126:15;133:1;135:12;
136:19,22;137:15;
139:14,17;142:11,20;
143:25;144:12;145:21,
23,25;147:12;150:17;
151:9;156:13;157:7;
163:7;167:3,4,22;
169:9;175:4;176:10,
12;177:2,21;179:19;
180:16,22;181:19;
182:3,8;183:2,3,4,13,
14,17
**cancel (3)**
41:17;86:24;87:25
**canceled (2)**
41:18;96:14
**capacity (1)**
13:8
**caps (1)**
73:8
**care (11)**
32:24;50:24;56:8;
62:7;85:13;116:23;
117:3;120:11,16;
124:2;180:2
**cared (1)**
63:21
**carefully (1)**
119:23
**caregiver (4)**
82:16;83:2;106:13;
180:1

**caring (2)**
129:6,8
**Caroline (1)**
7:4
**case (19)**
6:8,9;7:11;11:13;
40:14;51:14;53:14;
54:15;60:13;85:22;
114:14;115:6;158:25;
159:11;160:19;165:1;
170:6;174:25;175:9
**cases (2)**
113:1;114:1
**Casillas (1)**
76:2
**cat (2)**
95:12;132:9
**catch (1)**
151:8
**cause (1)**
95:18
**caused (1)**
131:17
**causes (1)**
126:18
**causing (2)**
35:16;79:19
**CBA (3)**
74:21,22;94:24
**cc'd (2)**
57:24;76:1
**cell (5)**
36:13,16;37:9;38:15;
39:6
**Center (6)**
21:2;22:10;25:12;
26:18;167:22,22
**Central (1)**
6:10
**certain (5)**
30:14;54:24;88:5;
130:9;162:22
**certainly (1)**
106:11
**certificate (1)**
14:9
**certificates (1)**
14:12
**chain (1)**
102:1
**Champaign (22)**
6:8,15;7:5,8,10;
14:20;16:24;17:3;20:7;
21:14;30:2;47:5;87:1;
142:23,24;143:3,5;
145:2;162:21,23;
166:9;170:22
**Champion (1)**
154:23
**chance (16)**
72:11;75:20;76:23;
81:6;86:18;91:25;
92:11;100:4;108:24,

25;135:11;149:23;
156:20;158:3;162:19;
180:15
**change (5)**
54:12,19;96:17;
105:22,23
**changed (4)**
55:2,4;97:8;105:10
**changes (1)**
54:15
**changing (1)**
137:7
**character (3)**
63:4,11,17
**charge (13)**
111:18;112:6;
114:10,14;115:3;
116:16,21;118:12;
125:9,17;137:12;
139:15;146:18
**cheaper (1)**
126:7
**check (1)**
171:2
**checked (1)**
181:14
**child (12)**
32:15,19;35:2,21;
50:25;124:2;129:7,7,8;
132:1;134:18,25
**childhood (4)**
165:22;167:5;168:3,
4
**children (2)**
23:5;95:21
**chill (2)**
35:15,15
**choice (4)**
40:12;124:7,15;
171:3
**choose (3)**
101:13,17;102:11
**chose (1)**
171:16
**circular (1)**
127:11
**circumstances (1)**
14:6
**civil (1)**
6:14
**claim (15)**
9:11;40:21;127:4;
128:5,13,22;132:11,15;
135:2,5;136:20;137:2,
13;138:20;139:13
**claiming (3)**
168:14;170:5,8
**claims (8)**
112:13;145:12;
178:24;182:1,9,25;
183:9;184:1
**clarified (1)**
73:11

**clarify (2)**
43:10;127:15
**clarity (1)**
7:7
**class (3)**
17:21;33:4;168:5
**classes (1)**
17:20;165:21
**classroom (7)**
37:1;80:22;166:3,11,
11;167:13,16
**clause (3)**
94:23;95:2,9
**clauses (1)**
85:12
**clean (1)**
110:11
**clear (7)**
8:11;34:3;43:7;73:8;
108:10;119:25;174:20
**Cleber (1)**
119:19
**C-L-E-B-E-R (1)**
119:12
**client (3)**
115:15,21;176:6
**Close (11)**
14:6;44:11,21,22;
98:3,10,15;99:15;
130:8;170:13,16
**Coleman (1)**
31:11
**colleagues (1)**
37:14
**Collective (4)**
74:16;142:22;143:8,
12
**Colleen (2)**
163:18;164:13
**combined (1)**
99:18
**coming (7)**
15:5;18:18;43:4;
65:12;91:5;98:22;
147:22
**comment (3)**
158:24;159:9;164:13
**comments (4)**
158:4,9;162:22;
163:18
**commission (1)**
20:19
**committed (1)**
58:20
**commotion (1)**
35:16
**communicating (1)**
90:21
**communication (2)**
35:7;38:20
**communications (5)**
39:13;176:7,15,18;
182:6

**Community (5)**
6:8,15;7:6,8;142:25
**compelled (2)**
120:9,14
**complained (2)**
146:19,23
**complaint (2)**
40:14;137:12
**complaints (2)**
146:7,11
**complete (2)**
37:24;89:10
**completed (1)**
37:21
**completely (7)**
10:10;34:8;97:12;
100:24;105:10;131:11;
150:2
**complicated (1)**
131:6
**computer (3)**
54:11,18;106:18
**computer-generated (1)**
54:5
**concerning (1)**
118:14
**concerns (1)**
70:2
**conclusion (1)**
182:5
**conduct (3)**
128:5;157:17,21
**conference (6)**
90:6,10,12;98:18,20,
24
**conferences (5)**
77:14;78:4;99:17,21;
110:25
**confidential (1)**
24:22
**confidentiality (1)**
36:10
**confirm (1)**
115:2
**confusion (1)**
56:12
**connect (2)**
78:22,25
**connected (1)**
153:11
**connection (1)**
181:12
**consequences (1)**
108:10
**consider (2)**
93:12;160:4
**considered (1)**
15:7
**considering (2)**
44:25;72:21
**consistent (1)**
148:20
**consolidated (1)**

99:10
**constant (2)**
70:24,24
**constantly (1)**
70:10
**consult (1)**
112:15
**contact (5)**
150:6,11,17;160:5;
181:20
**contacted (4)**
150:8,19,19;175:8
**contained (1)**
80:23
**contention (1)**
129:15
**continue (2)**
22:8;101:23
**CONTINUED (5)**
66:20;94:6;116:3;
144:6;170:19
**contract (1)**
24:20
**contributing (2)**
121:10;123:3
**controlling (1)**
127:18
**conversation (12)**
45:5;50:15;52:9;
58:9;78:10;93:1,3,5;
94:2;122:22;159:24;
168:16
**conversations (8)**
33:6;125:11;160:2,9,
13;181:25;182:2,9
**convert (1)**
15:14
**coordinator (1)**
97:20
**copies (4)**
11:23;51:9;100:8;
144:18
**copy (19)**
19:6,20;25:16;49:22;
72:17;76:5;77:21;78:4;
80:12;81:14;87:13;
92:16;106:4,15;
114:13;135:13;143:8;
147:14;184:15
**corner (2)**
59:21;152:2
**corporations (5)**
159:13,16,18;161:4,
13
**correctly (1)**
140:6
**corresponding (1)**
49:20
**co-teacher (1)**
62:5
**counseling (4)**
13:15,19;14:1,4
**count (3)**

44:18,20;102:17
**couple (7)**
7:20;37:20;77:21;
130:16;169:10;179:1,
17
**Court (10)**
6:10;8:3,7,15;9:12;
25:3;135:20;151:11;
184:12,15
**cover (10)**
41:11;42:25;56:18;
73:13;74:6;84:11,23,
24;97:7;171:8
**coverage (10)**
84:7,7,8,18;85:6;
92:14,15;94:4,7;
136:14
**covered (2)**
45:21;84:6,20;85:4,
5;97:12
**covering (1)**
84:22
**COVID (11)**
13:2;22:13;27:14;
33:13,23,24;34:3,10;
41:6;95:20;141:10
**Craig's (1)**
22:12
**crappy (1)**
73:15
**crazy (1)**
61:8;134:13
**critical (1)**
120:22
**C-section (2)**
41:3;179:25
**culmination (1)**
152:16
**cultural (1)**
69:4
**culture (1)**
69:8
**cultures (1)**
68:22
**Cunningham (2)**
153:8,9
**current (2)**
13:4;77:6
**Currently (4)**
6:9;9:16;12:18;
16:19
**cut (2)**
32:16;161:6
**cuz (43)**
18:6,10;33:1,14,21;
35:6;41:15,15,17;
52:17;59:3,18;61:25;
64:5,8;65:11,23;67:19,
19;68:5;69:8,18;71:14;
78:18;80:9;84:18,19;
85:22;92:13;98:18;
102:22;118:9;131:5;
134:12;138:18;148:9;

151:5,23;162:9;
164:18;166:3;177:7,13

## D

**da (3)**
137:9,9,9
**daily (1)**
183:13
**damage (2)**
165:5;166:19
**damages (3)**
164:25;165:18;170:6
**Dan (2)**
76:2,4
**dangerous (1)**
71:17
**data (1)**
71:22
**date (7)**
25:23;28:19;67:4;
88:5;90:7;150:17;
170:11
**dated (1)**
149:24
**dates (4)**
54:16,24;98:21;
105:9
**daughter (29)**
12:6;40:23,24;45:14;
49:7,8;52:16;56:6;
58:20;77:19;89:14;
108:20;116:23,23;
117:4;118:3,9,10;
120:22;139:22;140:22;
148:13;151:19,20,24;
152:17;159:6;171:25;
181:17
**daughter's (6)**
77:13;85:19;104:14;
118:14;120:10,15
**day (36)**
15:19;16:3,4,5,5;
17:20;18:1;34:7;38:21;
52:18;61:6;62:24;
78:14;108:17;139:23;
148:13,14;149:6,22;
150:13,24;151:22;
152:5;153:25;166:7,
13,25;167:8,14,16,24;
168:5,6,9;178:10,15
**days (61)**
15:13;17:17;28:24;
41:14,17,21;53:4,9,12,
17,20;54:1,8,22;55:13;
71:3;74:5;84:15,15,16,
19,23;89:4,5;91:11,14,
17,24;92:14,15;94:7;
95:8;96:17;106:24;
107:2;132:7;136:12;
149:23,24;150:1;
152:17;162:1,2,2,2,15,
16,16;163:4,4,4,5,8,8,

9;165:22,24;166:8;
167:3,4;168:9
**daytime (1)**
21:19
**dead (1)**
151:25
**deal (6)**
36:12;38:9,25;71:7,
22;126:15
**dealing (3)**
159:13;161:4,12
**Deb (4)**
65:16;149:6,6;
174:14
**DEBORAH (8)**
6:2,7,19,24;7:1,2;
158:5;180:1
**D-E-B-O-R-A-H (1)**
6:19
**December (2)**
55:10,14
**decent (1)**
22:24
**decide (2)**
60:14;112:5
**decided (2)**
32:21;128:3
**decision (6)**
73:15;108:6;128:4,
11,12,19
**decline (2)**
126:4;153:23
**declined (1)**
126:12
**deemed (1)**
120:23
**defend (3)**
63:11,12,17
**defendant (1)**
7:11
**Defendant's (3)**
25:10;75:10;116:16
**defending (1)**
63:4
**definite (1)**
123:5
**definitely (10)**
80:17;91:22;123:5;
126:1;129:18;130:13;
134:21;136:9;167:17;
174:25
**degree (5)**
13:15,23,25;23:7;
104:11
**degrees (1)**
14:11
**delete (12)**
177:5,12,19,23,25;
178:13,15,15,15;179:4;
183:22;184:6
**deleted (1)**
184:8
**delivered (1)**

179:24
**delivery (2)**
41:2;89:9
**denial (7)**
78:22;79:1;81:19;
82:9;94:4;121:11;
146:24
**denied (16)**
41:11,23;59:6;60:13;
76:12;79:3;102:2,7;
117:7;119:12;120:4,
21;124:18;155:6,7,19
**deny (1)**
108:5
**denying (1)**
117:8
**dep (26)**
27:17,18;29:16;
46:25;49:11;50:20;
56:3;57:16;60:24;
68:16;72:8;75:10,14,
18;81:4;92:9;100:2;
104:17;105:25;114:9;
116:6;135:9;142:14;
147:8;156:10;158:1
**department (1)**
51:2
**deponent (1)**
6:3
**deposition (20)**
6:7,11,14;7:14,15;
8:2;9:9,13;10:5,13;
11:4,14,17;12:2;24:25;
25:6;26:13;142:10;
178:12;179:3
**describe (2)**
139:5;167:9
**described (2)**
67:15;71:11
**description (2)**
29:21;174:2
**desired (1)**
28:6
**despite (2)**
119:10;120:13
**destroy (1)**
183:22
**detail (3)**
20:10;79:10;146:5
**details (5)**
99:11;124:24;
163:19,22;164:9
**deterioration (3)**
128:9,14,20
**determine (1)**
79:15
**diary (3)**
183:12,15,22
**died (1)**
132:10
**difference (3)**
69:10;127:3;137:20
**different (8)**

19:14;22:15;30:15;
34:8;65:2;69:8;126:21;
169:6
**differently (3)**
65:25;138:25;139:2
**difficult (3)**
8:7;41:1;89:15
**difficulty (2)**
91:14;104:12
**dilated (1)**
120:20
**direct (1)**
143:11
**directly (3)**
57:23;97:19;125:14
**disagree (1)**
176:2
**disciplinary (1)**
73:14
**discipline (3)**
39:9,16;102:13
**disciplined (10)**
38:10,12;39:3,5,7,14,
23;68:13;134:10,14
**disciplines (1)**
39:21
**disclose (3)**
24:14;66:2;132:19
**disclosing (1)**
65:22
**discovery (2)**
12:14;177:22
**discriminate (1)**
143:20
**discriminated (8)**
125:18,24;127:11,
16;128:22;135:1;
145:17;146:3
**discrimination (16)**
111:19;116:16;
128:16;132:4;133:12;
135:2,4,6,24;136:21,
25;137:3,13;144:23;
146:8,20
**Discriminatory (6)**
85:16,21;128:6,11;
131:25;133:21
**discuss (3)**
11:11,12;65:1
**discussed (10)**
9:6;73:19,23,24;
74:1,9;113:3;145:11,
16;178:23
**discussion (3)**
76:16,18;168:18
**discussions (1)**
146:14
**District (141)**
6:8,10,10,15;7:6,7,9,
9,10;9:11;14:18,20,21,
22,23;15:1;16:20,23;
17:3;18:24;19:4,8,19,
24;20:7;21:12,13;

22:18,25;25:1;26:13;
27:22,25;28:6;29:17;
30:2,16,20;40:1,10;
46:19;47:1;49:12;
50:21;55:13;56:4;
57:17;58:18;59:9;
60:11,24;68:18;72:9,
21;75:19;81:5;82:3,13,
20;83:6,12;84:3;86:11,
13,15,16;87:17;89:18;
90:21;91:6;92:10;
94:12;100:3;101:14,
15,19;103:3;104:18;
105:14,19,20,21;106:1,
3;108:4,7;109:2;
112:13;127:12;129:1;
135:9,16,22;138:24;
142:10,15,25;143:3,9,
17;144:9,9;145:2;
147:8,15;148:20;
152:7,21;154:23;
156:1,4;158:2,12,13,
17;159:8,21;160:25;
161:24;162:24;163:1,
17;168:13;169:1,2,8;
178:18,23,24;179:9,18,
21;180:8,14;181:10;
182:1,9,21;183:1,9;
184:1
**District's (4)**
47:6;124:8;144:18;
157:4
**diverse (1)**
144:15
**Divorce (2)**
13:9;22:22
**doctor (4)**
79:11,16;80:6,8
**doctor's (10)**
53:4;79:6,9;80:2,18;
87:3;88:1;110:13;
122:25;127:19
**document (25)**
12:7;18:22;19:17,23;
20:2,11;26:17;29:19;
47:16;59:8,12;61:1;
74:11;75:10;89:17;
109:20;114:19,23,24;
115:1;142:18;147:10;
156:17,25;179:22
**documentation (3)**
46:12,15;109:19
**documented (1)**
174:24
**documents (15)**
11:16,24;12:9,13;
28:13;34:20;58:17;
144:11;157:5;177:21,
22;179:17;182:20;
183:22;184:6
**dollars (7)**
17:21;18:1;26:7;
27:8;166:13,25;169:11

**Donavan (5)**
130:2,11;132:21,24;
134:17
**done (24)**
25:2,4;26:8;47:16,
19,23;60:23;70:16;
75:14,16;98:1;99:25;
104:16;105:24;109:5;
111:17,20;115:17;
125:9;131:14;136:11;
157:25;158:15;164:23
**Donovan (3)**
66:3,8;129:2
**Dora (1)**
22:3
**dot (6)**
159:11,11,11,17,17,
17
**double (3)**
14:2,3,5
**double-check (1)**
172:1
**down (18)**
8:8,15;20:11;28:4;
32:16;35:25;59:24;
60:11;84:5;98:10;
102:1;121:7;122:11,
20;135:23;147:17;
164:12;183:18
**downplays (1)**
151:24
**Dr (4)**
76:10,17;150:8,10
**drained (1)**
167:9
**drawn (1)**
159:14
**dreams (1)**
64:12
**drill (1)**
32:24
**drilled (1)**
32:25
**Drive (4)**
12:19,25;98:5;
107:20
**driving (2)**
89:24;107:21
**due (5)**
77:14;126:16;
128:15,17,21
**duly (1)**
6:4
**during (10)**
13:2;33:13;40:5;
67:2;121:8;141:10;
143:3;144:19;171:6;
177:17
**Dutchman (2)**
20:24;22:1
**duty (1)**
30:12
**dying (1)**

**Donavan (5)**
95:13
**Dylan (52)**
51:7,10,13,20;52:3,
10;54:22;62:14;63:3,
23;64:19,20;66:25;
68:4,19;69:22;70:1;
72:15,18,24;73:1,4,7,
16;74:2,3,12,21;81:12,
15,21;82:1,3,13,18;
83:5,18;84:4;85:10;
86:1;104:24;105:7;
106:5,8,16;107:9;
108:4,12;109:8,10;
135:14;146:15

---

### E

**Earl (3)**
87:7,9;105:12
**earlier (4)**
62:18;98:21;133:20;
138:13
**early (17)**
50:14;53:18;61:20,
20;62:24,25;68:1;71:9,
11;92:18;99:21;
129:25;130:17;165:21;
167:5;168:3,4
**earn (1)**
16:4
**earned (1)**
20:13
**ease (1)**
95:23
**easier (2)**
157:8;165:24
**East (1)**
12:24
**easy (1)**
161:10
**Echelon (2)**
20:14;21:7
**ed (3)**
31:13,21;36:3
**Edison (1)**
30:18
**education (4)**
13:14,16;23:6;143:1
**Educational (3)**
14:2;142:24;143:5
**EEOC (8)**
86:6,7;111:19;112:3,
6;114:10,14;146:18
**effect (1)**
166:17
**efficient (1)**
90:18
**EH (1)**
25:12
**eight (1)**
60:9
**either (9)**
20:25;62:12;89:16;

90:11;97:4;118:21;
145:17;169:20;178:23
**elapsed (1)**
108:7
**elementary (3)**
30:24;31:2,3
**eligible (8)**
46:7;94:12;101:19;
106:10,14;109:21;
118:1;163:10
**Elizabeth (2)**
87:8,9
**else (19)**
11:13;12:1;34:21;
47:9;54:12;63:20;
70:15;84:24;86:2;
111:12;113:7;114:7;
117:23;123:13;127:13;
135:5;140:4;160:22;
167:15
**else's (1)**
70:24
**elsewhere (1)**
74:25
**e-mail (70)**
18:15;45:8,9;49:19;
51:19;56:19,25;58:3;
59:9;60:12,15;62:3,14;
63:3;68:19;70:4;72:14,
24,25;74:19;75:23;
76:9;77:13,22;78:1,5;
81:11;82:1,17;84:4;
85:7;87:6,18;88:24;
89:19,25;92:21,25;
93:9;94:18,22,23;96:9,
19;98:2,8;100:16,25;
101:2,7,9;102:3,6,20;
106:2,8,15;108:2,3;
109:17;118:22;135:21,
22;136:17;149:6;
152:16;163:24;177:6,
8;179:15
**e-mailed (1)**
50:10
**e-mailing (1)**
109:14
**emails (1)**
51:6
**e-mails (34)**
49:14,23;51:10;57:9;
72:18;76:6;81:15;
87:14;91:1;92:17;
100:6,9;103:10;106:5;
113:16;118:21,25;
120:17;132:5;135:13;
141:1;147:1,2,3,4;
149:10;153:17;176:25;
177:18,20,25;178:5;
179:8;181:14
**emergency (1)**
118:13
**Emmit (10)**
56:9;58:22;88:18,25;

98:4,11,15;107:4;
110:17,18
**Emmit's (3)**
104:4,9;107:18
**emotion (1)**
126:17
**emotional (2)**
126:14;180:2
**employed (6)**
16:19;27:25;40:1,9;
145:1;156:1
**employee (4)**
122:10;123:8;
143:20;172:23
**employees (2)**
62:9;123:9
**employer (4)**
14:14,17;21:7;51:18
**employers (3)**
16:22;20:12;46:22
**employment (21)**
14:8;16:11,23;17:3;
20:6;24:21;28:6;40:5;
86:7;143:3;144:14,18,
20;152:12,21;156:4;
168:13,25;169:8;
178:17,23
**empty (1)**
184:7
**end (8)**
19:16;27:23;56:13;
82:8;88:9;97:24;99:22;
136:23
**ended (4)**
35:2;56:16;152:22;
169:9
**engage (1)**
134:22
**engineer (2)**
90:17,19
**enjoy (1)**
162:3
**enough (3)**
120:20;146:5;153:9
**entire (1)**
40:8
**entitled (3)**
50:23;51:21;73:15
**entries (1)**
183:23
**environment (1)**
33:12
**episode (1)**
48:7
**Equal (3)**
86:6;144:14,18
**equipment (1)**
22:7
**ER (2)**
80:12;181:15
**erased (1)**
105:10
**especially (2)**

126:22;159:1
**estimate (1)**
15:9
**etc (2)**
50:4;51:4
**ethics (1)**
13:24
**etran (1)**
184:14
**evaluated (1)**
37:18
**evaluations (5)**
37:16,21,25;38:4,7
**even (76)**
18:6;27:13;33:11;
41:20;42:23;45:1,2;
47:15;48:2;53:25;61:8,
16;62:4,10,11;69:8,14,
14;70:11;72:6;73:15;
80:1,4,9;85:9;91:24;
107:2;108:1,14,15,21;
117:11;122:6,18,21;
124:1;126:18;131:21;
132:4;133:25;139:5;
149:4,5,10,22,23,25;
151:21;152:4;153:10;
155:20;160:4;161:7,
11,11;162:4,7,8,12;
163:7,10;165:6,6,20;
166:7,13,15,16,19,21;
167:8,9,18;171:24;
174:4;183:17
**events (1)**
183:13
**eventually (1)**
35:10
**everybody (9)**
40:11;62:24;126:9;
127:1,5,13,22;177:7,8
**everyone (3)**
10:4;16:14;42:25
**everywhere (1)**
119:21
**exact (7)**
28:19;34:14;44:17;
94:1;99:10;130:7;
145:3
**exactly (7)**
20:23;21:1;26:10;
44:22;73:25;98:25;
115:13
**EXAMINATION (5)**
6:5;66:20;116:3;
144:6;170:19
**example (2)**
63:18;161:6
**examples (1)**
133:3
**exceeding (1)**
108:10
**Except (4)**
88:1;99:23;126:10;
146:13

**exchange (1)**
87:6
**exchanged (11)**
49:23;51:6,10;57:10;
76:6;81:15;87:14;
92:17;100:9;106:5;
135:13
**excited (3)**
36:15;44:3;48:9
**excuse (1)**
134:9
**exercised (1)**
108:5
**exhibit (71)**
19:4;24:25;25:3,7,
10;26:9,13;27:16,17,
18,21,23;29:16;46:25;
47:20;49:11,12;50:20;
56:3;57:16;60:24;
68:16;72:5,8,20;75:10,
15,18;77:25;79:5;81:4;
82:2;86:15;92:7,9,11;
99:25;100:1,2,5,11;
102:6;104:17,17;
105:24,25;111:17;
114:10,16;116:6,16;
135:9;137:6;142:10,
12,14;143:25;144:8,
12;145:8;147:8;
156:10,16;157:10,12,
15;158:1;164:23;
179:18;180:13;181:22
**exhibits (1)**
18:10
**exist (3)**
68:21;178:11;179:4
**expect (1)**
110:15
**expectations (1)**
22:15
**expected (3)**
9:20;41:2;76:24
**expecting (1)**
56:7
**experience (3)**
20:6;68:12;103:16
**experienced (2)**
126:12,12
**experiencing (3)**
126:1,3,3
**expired (1)**
78:15
**explain (4)**
39:1;120:10,15;
162:3
**explaining (1)**
112:25
**expressed (1)**
51:20
**expression (1)**
141:25
**extended (1)**
68:21

**extent (2)**
178:11;184:7
**extra (6)**
54:1;71:14;166:7,13,
25;167:24

### F

**face (2)**
96:5;141:25
**Facebook (9)**
97:2;155:22,25;
156:4;157:18,22;
158:10;178:21;179:4
**Facebooks (1)**
179:16
**faced (1)**
118:13
**fact (1)**
33:8
**factor (2)**
123:3;127:18
**facts (4)**
9:10;11:13;182:24;
183:8
**fadey (1)**
43:4
**fair (18)**
19:6,19;25:16;49:22;
51:9;72:17;76:5,12,14;
81:14;87:13;92:16;
100:8;106:4;114:13;
135:12;143:7;147:14
**fall (5)**
46:18;61:6,6,7;95:16
**Family (11)**
40:18,22;42:8;47:3;
55:19,21;56:1;85:13,
24;180:20;182:12
**far (6)**
17:17;20:10;38:2;
118:24;140:11;143:6
**father (1)**
131:7
**fault (1)**
35:6
**favorably (2)**
129:17;130:24
**February (24)**
53:7;54:25;55:1,3,5;
56:13;74:4;88:9;89:21,
22,23;90:6;97:23;99:5,
14,21,22;100:22;
104:21;138:17,18;
153:1,2;172:6
**federal (1)**
6:13
**feed (1)**
110:8
**feeding (2)**
110:3,4
**feel (10)**
63:10;65:21;83:8;

105:16;122:12;140:9;
145:17;146:2;159:19;
163:25
**feeling (6)**
41:7;61:22;63:17;
67:25;71:24;72:1
**fees (2)**
170:8,10
**feet (1)**
109:25
**Feinberg (2)**
6:24,25
**F-E-I-N-B-E-R-G (1)**
7:1
**Feinberg-Neff (1)**
158:5
**felt (15)**
63:3,10;69:7,10;
80:16;83:20;85:11,12;
102:22;133:19,21;
134:25;139:16,25;
141:8
**female (1)**
173:20
**few (12)**
53:3;68:24;70:9;
78:3;89:4;95:12;
106:24;107:2;109:3;
117:7;142:5;153:6
**fifth (1)**
165:16
**figure (4)**
8:9;86:24;87:4;
175:17
**figured (2)**
52:15;87:11
**figures (1)**
165:6
**file (5)**
81:9,9,21;108:6;
112:5
**filed (4)**
7:7;40:14;114:14;
146:17
**filing (8)**
81:19;82:4,8;106:11;
111:18;136:23;146:16,
18
**fill (8)**
49:3;55:9,13;57:20;
59:18;79:17;117:11;
168:2
**filled (2)**
55:11;114:1
**find (8)**
45:24;132:17;
159:11,12,23;178:19;
183:14,17
**fine (8)**
33:13,21;70:16;
113:13;115:22,25;
131:22;144:2
**finish (1)**

8:17
**finishing (1)**
167:6
**fire (2)**
141:19;142:3
**fired (10)**
24:14;107:3;127:17;
128:11;135:7;136:8;
180:9;181:7,12,17
**firing (1)**
138:23
**firm (9)**
111:23;112:4,16,19,
22;114:6,8;175:5;
176:4
**first (35)**
6:4;16:6,11;17:2,2;
19:3;25:25;31:8;33:13,
20;39:6;42:7;45:17;
50:12,14;58:2;63:12,
19;87:16,17;100:16;
103:2;112:12;114:2;
141:11;146:19,23;
148:12;150:16,20,22;
151:19;154:25;160:4,5
**five (7)**
17:20;68:6;78:19;
80:23;82:1,2;102:17
**fix (3)**
142:11,12;143:25
**fixed (2)**
105:15,17
**fizzled (2)**
153:24;154:5
**flash (1)**
96:3
**flashes (1)**
127:21
**flipping (1)**
126:20
**Flodstrom (2)**
129:2;130:21
**Flodstrom's (1)**
130:10
**flu (1)**
41:6
**Flying (3)**
20:24;22:1;140:21
**FMLA (58)**
41:9,9,23;42:1,7,8,
13,21;45:25;46:1,5,12,
15,19,21;47:6,8;48:8,
22,24;49:3;50:4,24;
51:21;82:15;83:1,7;
85:20;86:3;102:19,21,
25;103:3,13,20;104:2;
106:11;108:23;109:2,
18,19;116:22;117:19;
118:8,15,16,19,21,23;
121:2,11;129:1;
149:21;159:7;163:21;
164:3,4;171:19
**focused (1)**

48:22
**folder (1)**
33:1
**follow (2)**
78:23;140:5
**following (5)**
36:24,25;150:11;
177:20;179:7
**follows (2)**
6:4;135:25
**follow-up (4)**
27:19;46:2;70:1;
176:10
**foot (2)**
151:20;152:4
**force (1)**
144:15
**forever (2)**
139:24;162:2
**forget (1)**
160:14
**forgot (1)**
71:10
**form (10)**
39:9,16;46:10;49:2;
57:19;79:16;80:6;
117:10;182:4;183:2
**forms (4)**
117:16,18,20;118:8
**forth (1)**
118:21
**forties (3)**
123:10;125:8;172:14
**forward (4)**
93:2;145:10;161:24;
163:14
**forwarded (1)**
56:22
**found (5)**
22:11;97:3;114:1;
131:7,10
**four (9)**
59:8,12,20,23;68:17;
103:15;129:16;165:15;
166:7
**Franklin (2)**
12:24;30:18
**freaking (1)**
181:16
**free (2)**
83:8;163:25
**F-R-E-E-D-M-A-N (1)**
97:4
**Freeman (6)**
56:17;84:21;96:23;
97:21;100:20;104:20
**F-R-E-E-M-A-N (1)**
97:4
**frequent (1)**
122:24
**frequently (1)**
79:14
**fresh (2)**

80:21,24
**Friday (2)**
11:8;167:10
**friend (2)**
71:4,6
**front (1)**
93:21
**frustrated (1)**
183:19
**fulfill (2)**
52:19;104:21
**fulfilled (2)**
59:16;96:20
**full (9)**
15:3,4,22,24;16:5;
17:13;18:8;29:1;34:12
**fully (4)**
10:9;11:1;16:16;
37:2
**funny (3)**
42:10;68:5;92:13
**further (4)**
68:21;102:1;136:2;
164:12
**future (3)**
116:22,25;117:3

---

## G

**Garden (2)**
20:24;21:22
**Garron (1)**
159:9
**gave (10)**
79:2;86:7;122:17;
131:1,2;132:12;
160:18;162:19;169:10,
13
**general (5)**
9:1;47:4;53:17;
110:14;144:15
**generally (2)**
38:6;142:17
**generated (2)**
54:11,18
**gestures (1)**
8:8
**gig (2)**
22:11,12
**given (6)**
7:14;15:19;46:16;
91:24;108:24,25
**giving (4)**
122:16;123:24;
153:16;164:2
**glad (1)**
166:4
**glanced (1)**
83:20
**glitch (1)**
53:16
**Global (1)**
13:24

**God (1)**
136:8
**goes (4)**
27:23;125:25,25;
159:15
**good (22)**
22:12,25;32:5,12;
33:25;34:22,24;36:24;
38:3;51:16,18;66:14;
71:24;76:23;82:16;
83:2;96:8;115:20;
130:9;136:7;141:10;
149:15
**gosh (1)**
52:24
**grade (2)**
124:4,21
**graduated (2)**
23:6,11
**grandson (9)**
34:16;56:7;58:22;
107:15;108:20;109:24;
140:21;148:12;151:20
**granted (1)**
155:6
**great (2)**
33:14,23
**grievance (9)**
81:9,10,19,22;82:4,
8;108:6;136:23;
146:12,16,17
**grievances (1)**
136:10
**ground (2)**
7:20;9:6
**grounded (1)**
68:15
**guarantee (1)**
122:4
**guess (51)**
7:19;8:23;13:23;
14:19,23;17:1;18:9;
28:9,22;33:18;40:16;
43:16;47:19;49:17;
50:6;52:10;54:20;55:3;
56:24;58:8;62:21;
67:18;70:2;73:22;74:7;
97:23;99:21;107:9;
116:17;123:8,16;
124:10;133:21;137:16,
20;140:13,23;141:18,
21;144:17;147:20;
160:21;168:14,15,17;
171:6;173:13;175:12;
177:19;182:17;183:13
**guessing (1)**
26:10
**guidelines (1)**
83:7

---

## H

**H4's (1)**

**NEFF v.**
**CHAMPAIGN UNIT 4 SCHOOL**

DEBORAH NEFF
May 20, 2024

51:2
**Hail (1)**
　82:4
**half (9)**
　16:5;34:7,7;67:22;
　155:17;167:14,15;
　168:9,10
**halfway (5)**
　19:23;27:20;60:11;
　84:5;98:9
**halves (1)**
　168:6
**hand (4)**
　26:14;27:16;75:18;
　142:22
**handing (1)**
　75:9
**handle (1)**
　167:4
**handled (2)**
　126:19,20
**hands (1)**
　118:2
**happen (3)**
　70:7;131:12;148:21
**happened (11)**
　33:10;36:16;37:5;
　55:10;67:1;96:15;
　131:13;133:4;153:10;
　164:21;174:24
**happening (2)**
　137:11;166:20
**happens (1)**
　106:12
**happy (3)**
　35:13;36:15;145:21
**harassed (6)**
　125:18;137:17,21;
　138:20;145:18;146:3
**harassing (1)**
　139:13
**harassment (9)**
　137:14,18;138:2,22;
　144:19,22,24;146:9,20
**hard (10)**
　8:8;15:13;33:9;
　107:1;139:22;159:11,
　12,15;161:3;178:19
**hardly (1)**
　182:13
**harm's (1)**
　35:21
**harsh (1)**
　140:1
**Hartwell (1)**
　12:19
**hate (2)**
　66:3;149:13
**head (11)**
　8:6,6;80:13;119:17;
　133:5;134:13;151:13,
　15;166:14;167:3;
　168:16

**health (14)**
　118:14;122:11,20;
　123:5;125:25;128:9,
　14,21;164:17;165:11,
　19;168:24;169:4;
　171:15
**healthy (2)**
　126:17;164:19
**hear (7)**
　7:20,22;8:23;79:9;
　112:21;149:14,19
**heard (1)**
　7:24
**hearing (8)**
　155:10,20;161:11;
　162:6,8,14;163:9,10
**heart (4)**
　165:14;167:19;
　169:18;170:2
**heavy (2)**
　96:2,3
**held (4)**
　20:13;61:11,18;
　133:23
**help (6)**
　41:8;58:21;109:25;
　132:1;134:25;140:22
**helped (3)**
　109:24;169:8,9
**helping (2)**
　110:1,2
**herein (1)**
　6:3
**Here's (1)**
　156:15
**herself (1)**
　152:1
**hey (11)**
　55:9,11;79:21;80:3,
　13;84:12,22;88:10;
　91:25;97:22;123:18
**high (11)**
　81:23;95:18,19,25;
　123:4;165:23,24,24;
　167:6,10;169:5
**higher (3)**
　23:2,3;122:10
**highest (1)**
　13:13
**Hilton (2)**
　20:23;21:22
**hindsight (1)**
　98:14
**hire (2)**
　77:4;126:8
**hired (7)**
　17:9;18:7;28:12,19;
　94:12;122:13,15
**hiring (1)**
　126:23
**history (1)**
　14:17
**hit (2)**

130:16;178:15
**Hitler (1)**
　136:7
**hold (3)**
　70:21;108:8;163:24
**home (11)**
　35:3;69:7;89:4,12;
　99:24;107:16,23,25;
　108:1;111:9,10
**Honestly (5)**
　108:14;113:14;
　127:1;135:24;151:6
**Hopefully (1)**
　168:8
**hoping (1)**
　105:9
**Hopper (2)**
　162:1,23
**hospital (5)**
　88:19,21;89:8;
　107:17,23
**hot (7)**
　61:21;67:25;71:25;
　96:3,6;126:17;127:21
**hotel (4)**
　153:8,21;154:9,17
**hotels (1)**
　154:17
**hour (3)**
　20:17;67:22;155:17
**hourly (1)**
　16:1
**hours (9)**
　15:9,13,17,18;17:17,
　17,21:19;41:3;57:13
**house (1)**
　107:18
**HR (38)**
　45:19,19,22,23;
　47:12,13,25;57:10,23;
　59:9;60:12,15,18,20,
　21;76:2,6;80:2,6,12;
　103:8,22,25;109:19;
　117:10,12;118:8;
　119:11,16,17;120:3,24;
　121:8,25;140:25;
　150:9,11,17
**huge (9)**
　35:16;63:18;80:14;
　127:20,21;133:12;
　153:17;161:5;166:17
**Human (14)**
　25:12;26:18,20;42:4,
　15;43:25;44:1;52:4;
　57:2,6;74:24;75:4;
　137:3;146:7
**humans (1)**
　54:18
**hundred (1)**
　169:10
**hundreds (1)**
　178:9
**husband (9)**

13:6;23:8;56:9;
　77:14;89:14;150:24;
　163:7,12;168:23

**I**

**idea (9)**
　54:1;58:15;61:9;
　64:3;127:7;131:25;
　134:25;180:11,17
**ideas (1)**
　137:22
**identical (1)**
　130:22
**identified (7)**
　32:6;34:19;50:8;
　62:17;129:16;138:3;
　139:12
**identify (9)**
　18:23;25:9;26:16;
　47:20;92:12;100:5;
　147:12;177:21;179:20
**ignored (1)**
　100:24
**illegal (1)**
　116:13
**Illinois (7)**
　6:11;12:20,25;13:18;
　21:9;153:8;161:15
**illness (2)**
　120:10,15
**immediately (3)**
　14:18;101:24;117:7
**impact (2)**
　10:20;127:12
**imperative (1)**
　150:9
**implicit (7)**
　68:20;69:3,11,19,25;
　70:2;127:13
**important (2)**
　8:4;159:21
**incidents (2)**
　39:5;139:13
**included (1)**
　21:3
**including (1)**
　76:2
**income (3)**
　154:21,22;155:2
**inconsistent (3)**
　149:8,21;150:2
**increase (1)**
　21:20
**increases (1)**
　27:14
**Indeed (4)**
　152:24;153:5;178:9,
　20
**Indiana (1)**
　21:8
**indicate (1)**
　142:2

**indicated (5)**
　93:11;94:3;100:12;
　101:2;182:18
**indicates (2)**
　101:13,18
**Indicating (1)**
　182:13
**individuals (1)**
　32:6;129:16;172:4
**information (5)**
　24:21;27:10;100:20;
　115:2;128:3
**informed (3)**
　148:5,5;151:2
**initial (3)**
　54:23;55:2;101:1
**initially (2)**
　54:21;176:21
**Inn (2)**
　20:24;21:22
**inside (1)**
　151:23
**instances (4)**
　39:23;128:21;
　145:16;146:2
**instead (7)**
　35:16;85:2;97:23;
　121:16,24;155:8;
　159:20
**institution (1)**
　136:3
**instructing (2)**
　176:5,8
**intend (2)**
　145:12;151:2
**intending (2)**
　104:4;169:12
**interests (1)**
　23:11
**interfered (1)**
　40:21
**interject (1)**
　11:10
**interrogatories (3)**
　156:12,15,25
**interrogatory (2)**
　156:7;157:4
**interrupted (1)**
　39:22
**interviewed (2)**
　153:7;154:6
**into (19)**
　20:10;34:5;38:17;
　39:17;45:20,22;53:13;
　54:19;71:23;72:6;
　78:16;80:16;95:15;
　96:7;97:1,14;141:21;
　149:17;166:1
**introduced (1)**
　65:13
**investigation (2)**
　112:3;141:21
**involved (4)**

13:7;126:10;127:22;
159:16
**Ira (1)**
42:6
**issue (17)**
34:19;37:9;39:7,12;
70:18;73:2,5;78:9;
85:25;94:7;124:1;
134:16;161:9;164:15,
17,21;180:11
**issues (9)**
10:23;24:3;35:14;
94:14;96:3,3;141:18;
167:17;171:15

**J**

**Jackie (1)**
30:10
**Jackson (1)**
30:9
**January (49)**
26:6;27:4,6;28:2,10;
53:7;54:25;55:3,4;
56:7,13;74:4;84:5;
86:21,25;87:1,2,18,20,
22;88:4,7,8;90:21;
91:1;92:5,18,18,22;
94:22;97:24;100:13,
21;104:21;106:8,21;
107:5;109:9,10;
118:13;134:8;147:18,
20,24;148:9,14,16;
149:20;150:5
**Jefferson (1)**
30:18
**Jen (1)**
66:25
**Jennifer (8)**
31:10,11;87:8;89:19;
92:18;103:7,19;104:1
**Jersey (4)**
90:11;99:7,12,18
**Jewish (2)**
69:6,6
**job (15)**
14:17;22:16;23:13,
15;25:20;29:21;41:18;
54:12;78:12;84:11;
90:16;138:14;169:6;
178:5,14
**jobs (4)**
152:22;153:4,18;
178:17
**July (1)**
49:9
**jump (1)**
26:12
**June (3)**
66:9;114:20;130:6
**JW (2)**
38:22,23

167:19;182:11

**K**

**Kallman (1)**
7:1
**K-A-L-L-M-A-N (1)**
7:2
**KANE (22)**
6:6;7:4;18:9,13;
66:16,21;115:14,19,25;
116:4;144:3,7;170:20;
175:15,17,20,25;176:5,
10;182:7;184:13,14
**keep (8)**
24:21;36:9;84:19;
134:6;135:20;178:6;
182:11,16
**Kelly (1)**
39:21
**Kelsey (2)**
173:7,9
**Kelsey's (1)**
173:11
**Kemah (1)**
20:24
**Ken (13)**
75:23;76:9,15;77:6;
78:21;93:25;119:11,
14;120:4,6,7;125:12;
128:2
**Ken's (1)**
77:12
**Kenwood (10)**
18:7;30:23,24,24;
31:2,5;53:21;58:24;
59:3;60:13
**kept (4)**
137:7;159:23;162:9;
165:25
**key (1)**
80:25
**kick (1)**
44:13
**kicked (2)**
44:12;58:2
**kid (6)**
32:16;35:12;131:4;
132:2,2;136:12
**kids (13)**
23:11;35:18;62:25;
71:14,15,16,17,20,20;
79:21;96:4;167:13;
174:14
**Killean (1)**
32:2
**killed (1)**
136:8
**kind (19)**
8:6;13:22;14:16;
18:14,16;58:2,16;80:1;
85:15;109:23;111:16;
113:19;118:1;124:10;
130:8;153:24;154:18;

**Kleber (6)**
75:24;119:12;120:1;
121:8,25;125:12
**K-L-E-B-E-R (1)**
120:1
**knew (10)**
40:24;62:1;64:2;
87:10;91:11,15;104:3,
3,5;134:8
**knocked (1)**
167:21
**knowing (3)**
24:13;113:17;134:5
**knowledge (3)**
143:7;183:24;184:2
**known (8)**
10:23;33:8;41:20;
45:15;53:23;97:1;
182:24;183:8
**knows (1)**
98:5
**Kohler (3)**
39:18,19,21

**L**

**labeled (1)**
158:17
**labor (5)**
41:2;107:1,7;139:22;
152:2
**laid (1)**
37:2
**LAMPERT (33)**
11:10;18:11;66:2,14,
17;111:25;112:16,18,
21;113:2,12;115:16,22,
24;132:20;144:2;
145:23;156:14;160:1;
165:3;167:21;175:6,
10,13,16,19,22;176:2,
8;182:4;183:2;184:10,
16
**landing (1)**
139:24
**landscape (1)**
21:1
**Landscaping (1)**
22:3
**language (3)**
74:21;139:25;140:7
**Laramie (1)**
21:23
**large (4)**
159:13,16,18;161:4
**larger (1)**
161:12
**last (8)**
68:24;70:9,14;93:10;
116:7;152:20;167:6;
180:13
**lasted (1)**

33:11
**late (4)**
65:9,11,12;109:14
**later (5)**
41:16;106:24;
129:25;152:18;155:17
**laughing (2)**
133:11,16
**law (8)**
112:4,16,18,21;
114:6,8;123:16;176:4
**laws (2)**
82:15;83:1
**lawsuit (8)**
7:6;9:11;12:10;13:7;
40:16;145:13;156:8;
177:13
**lawsuits (2)**
13:10;14:14
**lays (1)**
77:6
**learning (1)**
68:12
**least (4)**
61:11;85:4;97:23;
106:24
**leave (117)**
22:20;40:18,22;
41:10,23;42:1,8,21;
43:16,17,19;44:3,4;
45:6,12,13;46:6,12,15,
19,21;47:3,4,6,9;48:9,
10,14,14,19,22;50:4,
12;51:1,4,21,22;52:11,
12,18,21;53:18;54:21;
55:17,23;56:11,11,11;
57:13,19;58:4,8,11,12,
20;68:1;71:15,17;
73:13;74:5,6,13,20,22,
23;75:6,11,22;76:20,
23;78:23;79:1;81:20;
82:9,9;83:7;86:22;
89:23;90:22;91:2,6;
94:10,23;95:1,3,8;
98:6;100:6;101:4,14;
102:2,7,7;104:2;108:9,
23;109:2,18;116:22;
118:21;122:17,19,23;
123:10,15,25;124:5,9,
11,12,22;125:2;129:1,
13,14;146:24;149:20;
171:20
**leaving (7)**
35:2;41:16;53:19;
71:9;87:24;117:7;
140:1
**Lee (2)**
6:19,19
**L-E-E (1)**
6:20
**left (24)**
14:18,19;16:23;21:7,
21;22:14;31:25;41:21;

53:25;61:20,20;68:1;
71:11,20;106:9,24;
124:23,25;139:21;
140:15;148:7;154:23;
164:13;174:10
**leg (1)**
138:10
**legal (3)**
6:21;136:14;182:5
**Leinart (2)**
163:19;164:13
**length (3)**
41:11;88:13,15
**lengthy (1)**
93:13
**less (1)**
63:21
**letter (24)**
11:21;12:4,6;25:14,
17;26:19;27:5;38:19,
21;86:8;91:25;108:16;
147:13,15;149:7,8,24;
150:3;151:1;152:4,8,
10,11;174:21
**letters (2)**
38:21;162:9
**letting (2)**
85:2;181:1
**level (2)**
13:13;102:16
**license (4)**
78:7,13,15,17
**licenses (1)**
14:7
**life (3)**
14:6;67:12;164:22
**Lindenwood (1)**
13:20
**line (3)**
108:6;127:23;135:23
**lined (3)**
100:13,18;101:3
**lines (1)**
101:10
**link (3)**
83:13,18;102:25
**List (3)**
22:12;36:7;77:5
**lists (1)**
143:21
**literally (1)**
178:14
**litigation (1)**
157:23
**little (18)**
27:24;29:9;32:10,18,
18;33:21;35:17;37:3;
45:4;51:5;62:13;80:3;
107:15;114:3;127:9;
136:2;138:25;164:12
**live (3)**
12:18,23;13:1
**lived (3)**

NEFF v.
CHAMPAIGN UNIT 4 SCHOOL

DEBORAH NEFF
May 20, 2024

12:21;21:24;22:2
**lives (2)**
13:4;56:7
**long (16)**
10:1;12:21;13:1;
33:11;40:25;45:16;
60:14;71:7;84:13;
98:24;124:14;152:3;
162:11;166:14,22;
174:11
**longer (3)**
41:15;86:22;97:7
**long-term (1)**
171:12
**look (21)**
8:10;11:20;18:19;
44:16;47:17;52:7;54:9;
83:8,18;92:9;96:25;
97:2;100:5;105:3;
142:9;149:4;163:25;
175:4,4;176:23;179:19
**looked (10)**
21:17,18;67:17,17;
75:7;83:21,22;114:1;
125:17;166:20
**looking (17)**
19:18,22;21:5;29:24;
59:21,23;68:17;72:24;
84:4;92:25;98:3;
112:23;116:6;118:12;
127:20;137:7;173:12
**looks (48)**
19:2,8,11;25:17;
26:25;27:25;47:3;
51:20;56:20,24;57:5,
12,22;58:1,19;59:6;
60:12,19;62:16;63:22;
72:12,19;73:1;74:3,15;
76:1,9,15,16;77:12;
78:21;82:3,13;83:5;
87:7,17;88:24;89:21;
92:25;94:3,21;102:1,5,
15;104:20,23;105:7;
109:8
**loophole (2)**
159:1,5
**Lori (7)**
80:11;84:12;87:7,9;
96:18;97:15;105:12
**lose (1)**
77:10
**lost (2)**
44:8;168:14
**lot (24)**
21:17;35:24;38:24;
62:10;68:25;95:6,24;
99:24;111:8;125:25;
129:4;133:18;140:2;
141:1;147:1;148:23,
25;153:6;165:10,17;
166:18;174:15;176:21;
179:11
**loud (4)**

8:5,12;51:20;161:3
**Louis (1)**
22:6
**love/hate (1)**
149:16
**low (1)**
154:20
**Luckily (3)**
163:7;167:6,10
**lunch (11)**
15:19;34:19;35:15;
67:24;71:14,19;72:2,3,
3;115:20;137:9
**lying (3)**
63:10,15;67:5

## M

**mad (1)**
139:10
**mail (2)**
106:10;150:24
**main (5)**
31:7;33:15;128:2;
133:4;160:4
**Mainly (6)**
31:13;109:24;
110:14;135:7;141:18;
166:22
**maintain (2)**
14:7;155:21
**makes (3)**
56:2;90:18;151:22
**man (1)**
161:17
**Management (2)**
23:18,21
**manager (1)**
24:1
**many (11)**
9:4;15:9;17:17,17;
65:16,17;69:13;
127:20;132:7;138:11;
170:10
**March (1)**
25:17
**Mark (7)**
56:17;84:21;96:23;
97:21;100:20;104:20;
164:14
**marked (7)**
24:25;46:25;49:11;
50:20;104:17;135:8;
147:7
**marking (1)**
156:10
**married (1)**
23:10
**Mary (1)**
82:4
**Maryland (2)**
90:11;99:3
**massive (1)**

165:14
**master (2)**
14:3,5
**mastered (1)**
14:3
**Master's (3)**
13:15,18,25
**matching (1)**
67:23
**materials (2)**
18:17;19:7
**maternity (4)**
123:15,25;129:13,14
**matter (2)**
33:22;69:17
**may (14)**
8:19;50:25;54:16;
77:1;83:20;93:23;
96:25;106:13;111:20;
117:19;150:19;153:14;
163:19;164:9
**maybe (48)**
11:7;13:2;17:20,21,
24;20:19;27:6;30:8;
37:19;42:6;44:20;
64:14,15;68:11;69:12;
74:2;80:23;88:9;89:2;
94:1;95:5;98:5;99:7,9,
14;107:12,25;108:18,
18;109:11,14;115:19;
123:14;127:6,9;
129:25;130:21;132:6;
135:25;138:24;140:5;
141:6;143:25;153:21;
165:7;168:15;180:19;
181:19
**mean (65)**
15:16;16:23;17:16;
21:13;22:12;38:8;
44:16;50:11,13;51:17;
54:7;56:2;65:21;70:9;
71:1,23;72:19;81:2;
86:3,4;88:7;95:17;
98:21;99:14;111:15;
113:25;122:2;132:21,
25;133:3;134:12;
135:7;137:23;138:22;
139:4,21;141:4,13;
145:19,22;149:9;
151:6,18;157:6,10,21;
160:16,21;161:2,12;
163:23;168:8;169:11;
170:1;171:17;175:4,5,
10;176:2;177:2;
178:14;179:10,10;
180:19,19
**meanness (1)**
38:24
**means (6)**
9:19;45:21;115:12,
15;116:8,11
**meant (2)**
121:24;174:14

**media (1)**
155:21
**Medical (6)**
40:18,22;42:8;47:3;
124:9;179:24
**medication (2)**
134:17,18
**medications (2)**
10:12,16
**medicine (2)**
131:3,9
**meds (1)**
132:12
**meet (5)**
61:7;115:23;134:4,5;
174:17
**meeting (88)**
39:10;43:24;61:5,9,
11,13,14,15,16,19,19,
23,24;62:2,4,6,12,20,
22,24;63:2,5,7,8,13,23,
25;64:6,6,7,11,12,16,
16,18,22;65:1,2,3,6,8;
66:23;67:2,3,5,14,19;
68:1,3,8,14;69:20,21,
23;71:9,11,21,23;72:7,
12;73:20,25;76:16,18,
21,25;93:6,7,15,18;
131:18,19;133:9,20,21,
23,25;134:6,7,11;
140:7,13,16,24;141:16,
18,20,22
**meetings (6)**
62:6;63:1;65:17,17;
131:16,21
**Mellon (1)**
25:12
**member (4)**
85:14,24;176:16,20
**memory (4)**
10:17,23;27:2;130:9
**menopause (1)**
126:18
**mental (9)**
10:8;33:25;48:6,7;
124:6,6;135:4;165:5,
19
**mentality (1)**
137:25
**mentally (2)**
33:9;167:9
**mention (3)**
48:21;81:18;103:6
**mentioned (37)**
13:22;34:20;35:8;
36:1;39:4,13;41:25;
43:9;45:6,17;54:23;
62:20;64:25;78:2;85:9;
93:23;95:6;99:16;
103:3,19;111:7;
124:19;126:11;133:19;
134:24;154:19;160:11;
168:11;169:7,18;

172:4,5;173:19;174:8;
177:18;178:3;184:5
**message (2)**
150:12,16
**messages (7)**
91:5;148:24;149:1,5;
179:8;180:18;181:5
**messed (1)**
41:21
**met (3)**
11:7;77:3;93:10
**middle (2)**
30:18;106:25
**midway (1)**
98:5
**might (18)**
9:4;22:13;27:7;29:9;
31:10;45:25;50:2;
51:21;55:18;65:9;69:3;
73:14;79:15;97:1,5;
99:8;138:8;178:25
**Mikai (2)**
38:14;70:21
**mind (13)**
15:12;43:21;54:24;
64:10;72:7;83:25;
84:22;106:25;119:21;
137:8;152:18,20;155:9
**mine (1)**
124:18
**minimum (1)**
154:5
**minutes (8)**
11:8;36:13;38:16;
66:17;68:6;115:22;
143:25;170:16
**misconduct (1)**
134:22
**Miss (35)**
6:17;7:4;18:19;37:7,
7,7,8;46:3;62:6;93:6;
123:12,14;124:3,19;
129:2,2,3,23;130:2,10,
11,18,21;131:20;
132:23;134:16;137:23;
172:5,10,12,17,19,20;
174:15;184:13
**missed (8)**
61:14,19;64:6;65:17;
68:8;150:10;174:16;
181:15
**missing (2)**
61:16;65:18
**mixed (6)**
18:16;23:24;91:5;
148:23;149:1;155:13
**mode (2)**
151:18;155:14
**mom (3)**
38:21,22;180:1
**moment (1)**
152:19
**Monday (2)**

62:25;89:22

**money (5)**
159:14,20;161:19;
165:7;168:12
**month (2)**
41:13;133:24
**months (14)**
44:24;58:12,13;
59:17;68:11,11;73:12;
85:4;121:21;124:17;
134:13;138:11;165:8;
168:12
**morally (1)**
159:1
**more (33)**
21:18;22:11;27:8;
31:24;33:7;41:1;46:13;
47:17;61:8;62:9;75:16;
79:10;90:18,24;93:20,
25;111:4;119:23;
122:23;123:4,15;
125:15;126:9;129:17;
130:23;132:3;133:5;
137:24;138:1,22,24;
159:21;179:17
**morning (1)**
107:12
**most (2)**
33:2;56:2
**mother (3)**
35:7;131:2,3
**mothers (1)**
129:10
**mother's (2)**
123:17;131:3
**mouth (2)**
153:16,16
**move (9)**
27:20;30:15;84:2;
86:15;100:2;105:25;
137:6;145:9;161:24
**moved (5)**
21:8,23;22:5,6;77:24
**moving (21)**
17:1;19:17;27:18;
29:16;56:3;57:16;
58:16,17;59:5;60:9,24;
72:8;77:24;78:20;81:4;
89:17;93:2;103:14;
121:7;159:8;163:14
**Mrs (54)**
31:8,20;32:8,12;
33:7;37:6,6;39:15;
42:12,23;45:24;47:10;
50:13;63:19;64:20,21;
66:22;70:14,17,20;
71:4,6,13;76:22;78:14;
93:10,22;96:4;118:7;
127:2,2,4;132:4,6,9,21;
133:15;137:21;139:4,
8,10,11;140:5,11,24;
141:7,12,17;149:12,14,
20;166:2,23;167:18

**much (48)**
11:20;13:2;16:4;
20:13;22:14;29:9;
33:17;41:1;52:20;54:7;
62:3;68:21;70:14;72:4;
79:7;19;81:3;93:19;
95:15,17;100:6;
104:12;106:18;108:17;
110:24;117:25;122:13;
127:3;130:22;131:25;
134:15;137:8,24;
139:8;141:17;150:14,
18,22;154:15;159:20;
168:13;169:13,15;
174:15,16,24;182:13,
15
**multiple (1)**
19:15
**multiples (1)**
49:25
**Murphy (4)**
50:6;135:14,23;
136:17
**must (3)**
56:22;95:1,8
**myself (1)**
71:18

**N**

**Nadrozny (13)**
31:6,16;76:2,10,17;
87:7;92:17;93:1;94:5;
133:15;142:6;150:8,10
**name (28)**
6:18;7:4;30:8,10;
39:18;47:14;48:1;
56:17;65:22;66:2;
84:22;96:23;100:21;
104:14;113:9,12,17,19;
119:24;131:20;132:15;
143:4;158:5;173:21;
174:21;175:2,6,14
**named (1)**
51:7
**names (3)**
6:21;36:8;160:19
**Nancy (6)**
56:21,22,25;119:7,8,
9
**National (2)**
21:2;22:9
**necessary (1)**
80:17
**need (28)**
9:3,4;45:12;50:25;
52:7;53:8,8;56:11;
65:23,24;74:4;79:10,
11,13,22;84:13,23;
93:12;118:9;120:11,
16;132:14,15;159:24;
170:7,14;175:13;
176:12

**needed (16)**
16:14;24:2;43:21;
57:20,20;79:13;80:17;
94:4;95:2;109:25;
110:12;122:25;124:6,
12;168:1;176:11
**needing (1)**
45:11
**needs (6)**
8:15,21;79:16;
115:17;120:18;182:21
**NEFF (61)**
6:2,7,8,17,19,20;7:4;
18:19;24:25;25:2,6,6;
26:12,16;27:24;29:16,
18;46:25;47:2;49:11;
50:20,22;56:3,3;57:16;
60:11,24;61:2;66:22;
72:8;10;75:14,18;81:4,
6;92:9;96:4;100:2;
104:17;105:25;114:9,
10,11;116:6,6;135:9;
142:10,14,16;144:8,11;
147:8;149:6,6;156:10,
16;158:1,4;174:14;
176:14;180:1
**N-E-F-F (1)**
6:20
**negative (1)**
182:15
**neither (1)**
143:19
**new (11)**
65:14;67:9,11,12;
90:11;99:7,12,18;
173:2,6,19
**news (1)**
152:18
**next (19)**
10:3;18:20;22:1,17;
23:4;24:24;53:3;67:15;
73:7;74:20;79:8;86:16;
92:9;121:7;134:24;
150:24;159:15;166:15;
168:8
**nice (2)**
113:19;141:4
**Nicky (3)**
54:15;105:15,21
**night (4)**
107:8;109:14;110:3,
4
**nine (9)**
15:12,17;59:20,23;
60:9;83:6,10,11;
135:17
**Nobody (2)**
64:2;80:21
**nod (1)**
8:6
**non-attorney (1)**
176:7
**Non-conversations (1)**

160:20
**nondisclosure (1)**
24:17
**nondiscrimination (1)**
143:13
**None (4)**
65:18;76:24;160:13;
170:12
**non-FMLA (1)**
52:11
**non-meeting (1)**
140:8
**non-privileged (3)**
181:24;182:2,6
**nor (1)**
143:20
**note (9)**
79:6,9;80:2,9,18;
122:20,21,25;180:6
**notes (4)**
118:20;127:19,20;
170:14
**notice (4)**
6:12;33:5;148:7
**noticeably (2)**
96:5,6
**noticed (2)**
33:6;128:10
**noticing (1)**
139:7
**November (2)**
58:3;59:10
**number (9)**
6:9,9;88:17,18;
134:12;142:25;149:3,
3;163:16
**numbers (3)**
18:11,16;158:21
**nurse (4)**
67:9,10;131:7,8
**nurse/teacher (1)**
67:13

**O**

**oath (4)**
9:13,17;115:5;
116:12
**Object (1)**
182:4
**objection (2)**
8:21;183:2
**objections (1)**
8:19
**obvious (1)**
68:22
**occur (2)**
79:14;145:6
**occurred (2)**
76:17;79:24
**o'clock (1)**
107:13
**October (7)**

42:14;43:6,12,13;
48:7;56:25;57:7
**oddly (1)**
149:11
**off (18)**
30:10;58:2;74:4,19;
97:11;98:10;115:16;
132:8;144:3;147:18;
148:4;149:3;155:15,
15;158:12;161:6;
167:21;168:16
**offense (1)**
10:6
**offer (5)**
25:14,17;153:25;
154:2,7
**offering (1)**
167:1
**offers (1)**
153:19
**office (12)**
38:18;39:17;78:17;
108:18;113:4;131:5;
175:19,24;176:3,16,20;
178:4
**often (1)**
37:18
**Oklahoma (15)**
58:23;87:19;91:9;
99:22;106:18,21,23;
107:10;109:13,22;
139:24;140:21;148:11;
150:14,23
**old (8)**
49:8;66:8,10;120:23,
25;121:3,4;159:6
**older (1)**
127:9
**once (23)**
18:20;23:11;37:19,
19,19;47:23;70:5;
75:20;81:6;86:18;
92:10;97:8,13;100:3;
118:15,16;135:11;
141:5;156:20;158:3,
14;171:18;177:20
**one (113)**
7:5;9:3;13:19;18:14,
16;19:15;22:1,17;23:4;
25:5;26:15;27:15;28:8;
29:15,17;30:4;31:7,24;
32:10,19;33:15;35:1;
36:11;38:14,18;39:6,
20;40:4;43:8;44:2,9;
46:13;48:2;49:3,20;
50:1,9,9,19;51:15;
60:23;63:20;65:9,10,
11;70:12,13,14;72:21,
25;75:5;76:8;77:2,13;
78:14;88:17;90:24;
92:2,3;93:8;95:5,12,
18;97:5;98:9;99:2,4,7,
8,12,16,19;100:11,12,

18;101:3;102:3,16;
112:24;117:14,15;
128:2;130:4;131:1,17,
24;134:12;141:8;
142:22;143:22;149:3,
16;150:16;153:8,11,
25;157:7,7,9,10,14;
159:11,12;160:18;
161:23;164:22;173:22;
174:23,25;175:8;
180:12,13,25
**ones (14)**
65:10;118:23;
127:22;133:4;146:13;
147:5;153:7;160:4,10;
176:19;178:2,3,16;
182:18
**on-line (5)**
34:6,8;112:23;
113:25;152:23
**only (25)**
21:24;22:2;30:18,18,
23,24;33:14;41:16;
53:16;58:23;69:10;
82:15;83:2;86:9;
106:14;108:8;121:22;
127:2;128:16;137:23;
139:7;141:8;180:25;
181:18,20
**open (2)**
77:9;174:10
**opening (1)**
80:4
**opinion (1)**
179:24
**opportunity (3)**
122:19;144:14,18
**option (3)**
44:6;121:22;171:4
**options (2)**
117:7;122:17
**orders (2)**
136:1;140:6
**organization (1)**
71:10
**original (6)**
50:9;95:3;96:11,15,
21;98:13
**Originally (8)**
28:24;54:3;86:21;
88:7,8;90:5;175:8;
180:4
**Oscar (1)**
110:25
**others (9)**
14:10;23:3,17;69:12,
13;128:25;129:3;
133:5;153:15
**Otherwise (2)**
7:23;180:24
**out (76)**
8:5,9,12;15:5;35:1,
10,15;37:1;39:2;41:1,

5,15;45:23,24;49:3;
50:12,13;51:2,20;52:4,
10;53:20,22,24;57:20;
59:20,23;60:2;61:13;
62:25;69:11,14,17;
70:10;77:6,18;79:17;
80:13,23;84:15,18;
85:2;86:24;87:4;88:21;
96:18;97:16;98:18;
107:6;109:1,25;111:9;
112:12;113:20,22;
114:4;117:11;120:19;
126:20;131:7,11;
132:17;133:5;138:11;
139:4;140:8;150:5;
154:5;159:14;161:3;
165:6;167:16;168:4;
171:8;175:17;181:16
**outside (1)**
103:3
**over (16)**
7:20;8:14,24;12:11;
29:1;30:20;41:3;108:6;
109:6;117:22,23;
119:1;142:1;151:7;
170:22,24
**Overall (1)**
38:5
**overdid (1)**
95:7
**overlap (1)**
29:9
**own (2)**
40:20;129:8
**Ozgur (14)**
77:17,18;89:20;98:4,
6,16;99:22;107:13,19;
111:2,6;151:22,24;
171:19
**Ozgur's (1)**
107:18

**P**

**page (54)**
19:3,18,21;29:17;
56:21;58:2,17;59:8,11,
12,20,22,25;60:9,11;
68:17;72:20,25;74:20;
76:8;77:13,25;78:20;
82:1,2,12,19,20;83:6,
11;84:2,5;87:17;89:18;
98:9;100:11,17;102:3,
6;103:15;105:3;106:2;
108:3,4;109:7,7;
114:17;135:17;143:11,
15,16;158:16;159:15;
163:16
**pages (2)**
158:22;159:8
**paid (9)**
16:1;21:17;42:18,20;
76:23,25;136:11,11;

170:11
**panic (1)**
95:15
**paper (1)**
18:10
**papers (5)**
11:20;34:20;75:5,7;
103:13
**paragraph (6)**
60:6;73:8;79:8;
121:7;147:17;150:4
**parent (2)**
39:13;124:2
**parents (4)**
69:6;163:8,13;169:7
**Parks (2)**
31:20,20
**Parkway (1)**
22:18
**part (19)**
12:6;15:5,6,7,8,16;
17:14,15;39:25;40:8;
60:1;67:16;68:5;82:16,
22;83:2;157:18;162:3;
177:13
**particular (2)**
113:3;137:22
**parties (2)**
6:12,16
**partners (1)**
22:5
**part-time (1)**
15:3
**partum (1)**
180:2
**past (1)**
102:17
**Paxton (1)**
12:25
**pay (20)**
21:20;23:9;25:25;
26:5,22,25;27:3,5,14;
122:10;153:9,22;
154:15,19;166:12,16;
169:12,15;170:24;
171:5
**PDF (2)**
184:14,14
**penalty (6)**
114:20;115:9,11,15;
116:8,19
**pending (2)**
6:9;9:2
**pension (6)**
44:11,13,21;121:21;
122:12;126:7
**pension/no (1)**
122:12
**people (13)**
32:24;33:5,8;38:24,
25;62:11;69:25;86:4;
128:10;129:4,15;
139:9;174:16

Peoria (1)
13:21
**per (1)**
14:12
**percent (1)**
136:14
**perfect (1)**
122:9
**performance (5)**
24:8,12;29:24;37:16;
38:3
**performing (1)**
28:22
**period (5)**
53:10;116:22,25;
117:3;129:4
**perjury (6)**
114:20;115:9,12,15;
116:8,19
**permanent (1)**
166:5
**permission (1)**
71:12
**permitted (3)**
80:19;81:1;123:10
**person (27)**
6:15;34:12;44:5;
47:25;48:18;52:19;
54:14;55:11;56:18;
84:20;93:1;105:8;
113:9,21;120:24;
126:2,11;127:6;138:3;
139:7;161:9,18;
164:13;166:22;177:7;
178:4;180:25
**personal (13)**
50:4;51:1,24;52:12,
18;54:22;57:13;73:13;
74:6;91:18,23;149:24;
150:1
**personality (1)**
139:11
**Personnel (2)**
47:4;144:16
**person's (3)**
84:22;100:21;175:2
**pertain (1)**
61:17
**pertaining (1)**
62:3
**petition (1)**
108:5
**phone (17)**
36:13,17;37:9;38:16;
39:6;48:4,21;58:9;
113:15;117:22,24;
150:14;151:3;155:13;
176:21,22,24
**physical (3)**
10:8;34:2;35:21;
180:2
**physically (1)**
167:9

**physician (1)**
179:23
**pick (5)**
32:23;33:4,7;139:9
**picked (5)**
62:9;107:13,17;
141:8;171:3
**picks (1)**
70:15
**pile (1)**
136:10
**Place (5)**
20:23;21:16,21;33:3;
144:19
**placed (1)**
115:5
**plan (5)**
42:12;89:24;118:10;
121:9;139:22
**plane (2)**
150:7;151:18
**planned (2)**
88:3;93:2
**plans (1)**
122:1
**play (1)**
110:21
**played (1)**
110:12
**pleas (1)**
119:10
**please (31)**
6:17,23,25;7:21;
8:11,17;10:5;25:9;
27:16;75:21;78:23;
79:17;86:19;92:11;
100:1;117:19;135:20;
139:17;150:17;167:22;
177:5,12,23;178:6,12,
17;179:3,19;180:23;
183:16;184:6,7
**plugged (1)**
55:16
**plus (3)**
59:16;96:2,6
**pm (7)**
116:1,2;144:4,5;
170:17,18;184:18
**point (19)**
15:21;33:24;38:8;
46:17;54:20;60:2;62:8;
72:22;76:19;88:3;
90:20,23,25;92:4;
96:14;107:24;108:22;
109:1;175:3
**pointed (1)**
70:10
**points (1)**
126:6
**poked (1)**
70:10
**policies (6)**
34:25;35:3;36:1,3;

37:3;144:19

**policy (3)**
13:16;14:2;47:6
**popped (1)**
149:11
**portion (1)**
106:13
**position (37)**
14:25;15:3;17:5,13,
16;20:13;21:19;25:18;
26:1;28:3,13,16;29:5,
22;41:16;59:16,18;
66:6;68:25;77:6,8,10;
85:3;93:13;94:11;
124:3,20;148:18;
153:11,23;166:6;
172:10,13,18;174:10;
176:11,13
**positions (3)**
19:15;28:6,6
**possible (1)**
79:18
**possibly (6)**
89:24;91:13,22;
122:6;165:16;181:17
**post (2)**
156:3;180:2
**posted (1)**
162:9
**posting (1)**
162:13
**posts (6)**
162:21;178:21,22;
179:1,4,15
**potential (1)**
112:13
**potentially (6)**
73:4;81:19;86:3;
90:3;101:12;121:10
**practical (1)**
33:2
**prefer (1)**
36:9
**pregnancy (1)**
41:1
**pregnant (3)**
40:24;117:2;129:4
**prejudiced (1)**
69:4
**prejudices (1)**
68:21
**preparation (2)**
11:14,16
**prepare (4)**
11:3,6;12:1;184:12
**presence (2)**
120:11,16
**present (1)**
99:22
**preserve (1)**
183:16
**pretty (44)**
11:20;13:2;15:6;

18:7;21:20;22:24,25;
27:14;29:9;33:8;40:11;
43:19;44:3,11;52:20;
54:7;55:1;62:3;68:23;
72:4;75:5;81:23;83:25;
93:19;95:15,17;100:6,
20;108:10,17;112:4;
117:25;119:6;123:12;
130:22;134:15;136:6;
139:8;149:21;150:14,
22;172:2;174:23;
182:15
**prevent (2)**
10:9,13
**previous (1)**
103:16
**previously (2)**
7:13;46:24
**primary (2)**
106:12;180:1
**principal (22)**
30:12;31:7,16;39:10,
18,19;42:12,22;57:23;
93:1;94:5;103:8,11;
118:22;120:17;125:15;
132:5;141:2,3;142:6;
181:3,5
**principals (2)**
31:12;37:22
**prior (5)**
10:4,12;20:6,12;
101:14
**private (4)**
33:6;168:16,17;
182:11
**Privileged (4)**
65:20;176:1,12,13
**Probably (98)**
16:13;17:4,12;20:16;
22:14;23:24;26:7,21;
27:10;33:16,22;35:24;
36:7;37:7;38:13;44:14;
45:8;50:14;55:21;72:2;
75:4;78:17;88:6;95:18,
25;96:6;98:21,22;99:5;
103:7,11;106:17,23;
107:1;108:14;109:15,
16;112:7,10,20;114:8;
118:4,20;119:4;
120:17;122:14;123:2;
125:6;126:4,7,9,10,22;
127:1,3,12;128:2,7,10,
24;129:20,25;134:8;
136:5;142:19;144:21;
146:5;147:5;151:5;
152:16,19,23;153:1;
154:14,16;156:18;
159:6,12;163:21;
164:1,3,4,5;169:12;
172:7,14,25;173:4,6,7;
178:8,19;179:10;
180:7;181:1,16;
182:14;183:10

**problem (7)**
33:20;42:23,24;43:1;
90:25;92:14;94:8
**problems (1)**
10:9
**procedure (2)**
6:14;146:12
**proceed (4)**
9:5;50:5;52:11;
101:15
**process (1)**
159:14
**produce (3)**
179:6;182:19;183:14
**produced (2)**
12:14;182:21
**production (4)**
29:17;156:7,12;
157:5
**professional (2)**
86:4,10
**Professionals (2)**
142:24;143:5
**professor (1)**
171:22
**professors (1)**
172:1
**profile (1)**
158:10
**program (5)**
19:11,12;29:12;54:6;
67:12
**promised (1)**
115:8
**pronounced (1)**
77:16
**pronouns (1)**
174:5
**Property (8)**
20:19,22;21:10,12,
17;23:18,21;24:2
**provide (3)**
45:11;180:6,8
**provided (3)**
79:9;177:22;178:6
**providing (3)**
8:2;50:24;115:6
**provision (1)**
143:13
**provisions (1)**
6:13
**provoked (2)**
35:9;38:23
**provoking (1)**
95:14
**PS (1)**
78:7
**psych (1)**
14:1
**PTSD (3)**
165:20;166:10;
167:17
**pull (4)**

35:10;69:11,14;
156:13
**purpose (3)**
9:9;14:8;64:25
**pursuant (2)**
6:11;74:7
**pursue (2)**
73:14;145:13
**pursued (1)**
23:11
**pursuing (1)**
175:1
**put (29)**
28:4;33:1,3;41:19;
42:24;43:19;52:20;
53:2,8,13,16,22;54:7,
10,14;55:16;56:14;
87:11,12;97:9;122:5;
125:10;147:21;149:18,
20;166:6;21;168:9;
172:3
**putting (5)**
56:16;165:11,12,12;
168:5

**Q**

**qualified (4)**
83:21,24;85:11;
164:2
**qualify (7)**
83:8;84:1;85:10,16,
17;102:23;103:12
**quarter (1)**
59:24
**quick (2)**
27:17;143:24
**quickly (2)**
18:15;136:8
**quit (3)**
21:8;155:7,9
**quite (3)**
56:10;153:6;174:11
**quote (1)**
120:23

**R**

**raise (1)**
73:4
**random (2)**
70:4;153:16
**randomly (1)**
183:18
**Raphela (1)**
174:15
**rate (7)**
25:25;26:5,22,25;
27:3;95:25;122:10
**rates (1)**
17:23
**rather (1)**
48:14

**reach (7)**
45:23;51:2;52:4,10;
109:1;112:12;126:5
**reached (2)**
50:13;113:22
**reaching (1)**
50:12
**read (15)**
35:15,17;51:19;
94:17;102:22;106:23;
107:1,2;108:14;115:2;
119:23;150:24;151:10;
158:15;161:3
**reading (10)**
78:5;92:21;93:9;
98:7;100:15,16;
102:25;106:20;120:13;
135:19
**ready (6)**
18:23;106:22;110:7;
137:6;141:19;145:9
**realize (9)**
22:16;33:9;40:23;
42:20;68:10;78:13;
104:11;127:13;166:19
**realized (2)**
42:19;155:17
**really (61)**
15:12;20:20;21:3;
23:8;24:2,6,6;27:17;
35:6,13;36:15,24;
37:11;47:10;61:16,21;
64:3;70:6,19;71:1,25;
73:6;74:2;79:2,13;
81:2;85:24;95:13;
106:17;107:1,14,14;
108:21;110:1;111:15;
112:14,17,23;119:7;
120:18;131:17;136:7,
7;137:10;138:6;141:8,
9;142:4;149:19;152:5;
154:18;155:20;159:23;
160:3;164:19;165:9,
18;166:6;181:6;
182:11;183:19
**reapply (1)**
68:25
**reason (27)**
9:22;36:17;37:12;
39:2;41:19;55:17,18;
58:19;61:18;64:9;
70:17;76:13,14;77:20;
78:2,12;79:2;84:7,17;
94:4;95:5;102:8;123:6;
125:1;128:16;143:21;
162:8
**reasoning (3)**
45:13;118:5;136:12
**reasons (8)**
10:25;23:23,25;
43:17;44:9;95:5;
143:21,22
**recall (29)**

NEFF v.
CHAMPAIGN UNIT 4 SCHOOL

DEBORAH NEFF
May 20, 2024

9:12;34:14;39:24;
66:23;67:1;71:9;93:3,
7,15,17;95:11,12;
109:9,12,14,15;111:18;
113:12;115:5;133:22;
152:8;153:4;156:6,24;
174:19,21;180:18;
182:3;183:12
**receive (6)**
37:16;38:3;100:19;
118:1;153:19;170:24
**received (15)**
25:14,17;26:19;27:5;
29:5;49:2;109:20;
144:22;147:15,16;
154:7,21;155:2;161:8;
171:5
**receiving (2)**
121:21;152:11
**recently (1)**
149:10
**recitation (1)**
136:16
**recognize (12)**
18:21;25:6;61:1;
114:11;142:17;147:10,
11;156:16,17,21;157:9,
14
**recognized (1)**
103:17
**recollection (4)**
40:18;55:25;90:2;
105:5
**recommend (1)**
160:17
**recommendation (2)**
74:8,15
**recommended (3)**
52:4;74:3,12
**record (21)**
6:18,23;7:8;8:22;
18:23;25:9;31:15;
47:21;52:3;66:22;75:9;
92:12;115:17;116:5;
119:18;120:1;144:3,9;
147:12;176:14;179:20
**recorded (1)**
147:21
**recording (1)**
8:4
**recruitment (1)**
144:15
**red (2)**
96:5;155:14
**redid (1)**
78:17
**reenter (1)**
97:14
**refer (2)**
7:8;163:23
**reference (5)**
19:4;27:21;60:10;
94:22;118:3

**referenced (7)**
45:5;63:2;96:10;
123:8;125:11;140:11,
18
**references (2)**
76:15;93:6
**referencing (1)**
146:14
**referred (7)**
50:7;82:4;95:10;
132:16;138:12;160:18;
174:3
**referring (73)**
7:10;12:4,13,16;
24:5,18,24;28:5;29:3;
34:4;36:2,4;42:8;49:5;
58:7;65:19,24;69:1,18;
75:11;78:11;84:9;85:6,
18,20;91:18;94:24,25;
98:9;101:1;105:18;
111:25;114:5,6;117:1,
8;118:15,25;119:13;
120:12;121:5,12,17;
123:21,23;126:13;
127:25;128:8;133:14;
141:20;147:2;148:14,
15;151:4;159:4,17;
160:9;161:14,20;
163:3,20;164:1,8,11,
15,16,20;166:9,23;
174:5;175:20;176:15;
178:16
**refers (1)**
85:21
**reflect (3)**
20:6;25:20;29:25
**reflected (3)**
93:24;114:17;115:2
**reflection (2)**
73:16;108:12
**reflects (1)**
29:19
**refresh (2)**
27:2;90:2
**refreshes (1)**
105:4
**regarding (18)**
25:18;26:22;70:2;
76:10,19;78:22,25;
79:11;109:19;112:12;
125:12;141:21;146:8,
19,24;156:3;160:22;
182:1
**Regardless (1)**
175:23
**regret (1)**
97:10
**regular (2)**
129:13;171:6
**rehearing (2)**
155:18,19
**reiterated (1)**
101:4

**rejected (1)**
95:24
**related (12)**
9:10;36:3;81:19;
82:9;90:14;126:18;
129:6,7;155:10;178:5;
182:25;183:25
**relating (1)**
24:21
**relation (2)**
80:20;157:22
**relationship (5)**
32:12;34:23,25;
51:16;149:15
**relationships (1)**
32:5
**relevant (2)**
74:21;182:20
**remaining (1)**
166:7
**remember (65)**
7:16;8:11;9:24,25;
12:8;13:12;17:23;
20:20,23;21:4;22:13;
23:1,2;24:6,7,16;
28:19;42:3,6;45:5,7;
46:6;47:12;55:20;
64:21;65:12;67:16,16;
73:6,25;74:1,2;76:21,
25;85:24;86:12;93:20;
94:1,19;98:25;99:10,
12;105:2;106:20;
111:15,22;112:14;
113:18,20;118:4,5,19;
119:5;130:13;138:18;
145:3,4;150:21;
152:15;154:6,11,19;
160:15;173:17;175:2
**reminds (1)**
166:2
**removed (1)**
33:16
**rep (19)**
49:13,15,19,24;50:7;
51:14;62:11,17;66:25;
68:4;72:15;77:1;81:8,
12;93:7,11;103:4;
104:24;160:16
**repeatedly (3)**
121:9,18;122:1
**repeats (1)**
50:2
**rephrase (2)**
49:17;182:8
**replaced (8)**
85:1;127:6;173:3,5,
23,24;174:9,12
**report (10)**
137:2;140:23,25;
147:18,19,20,23;148:9,
21;152:13
**reporter (9)**
8:3,8,15;9:12;25:4;

135:20;151:11;184:12,
15
**represent (2)**
7:5;112:2
**representative (4)**
119:11;120:4;
146:15;176:4
**represented (2)**
40:3;143:2
**reprimanded (1)**
131:17
**request (42)**
8:25;46:5,12,15;
47:8;52:14;53:8;54:23;
55:9;57:20,22;58:11;
75:22;76:10,11,19;
78:23;79:1;80:20;
81:20;82:10;100:6;
102:2,7;117:6,9,16,18;
118:16;119:12;120:4;
121:11;124:22;146:24;
156:12,25,25;157:4;
177:4,12;178:3;183:23
**requested (10)**
57:18;58:4;74:23;
75:11;116:22;118:14,
19;148:4;155:18;
179:25
**requesting (3)**
75:6;177:14;179:2
**requests (4)**
54:13;156:7,7;157:4
**require (1)**
120:23
**requirements (1)**
56:15
**reread (1)**
119:20
**rereading (1)**
137:11
**residence (1)**
13:5
**resign (19)**
44:7;45:2;48:11,15,
16;58:10;68:25;77:5;
94:13;101:14,17,22;
121:19,23;148:17;
151:2,5,14;162:19
**resignation (6)**
73:9;121:15,17,24;
122:1;125:12
**resigning (4)**
45:1;72:21;93:25;
101:11
**Resource (1)**
25:13
**Resources (13)**
26:18,20;42:4,16;
43:25;44:1;52:4;57:3,
6;74:24;75:4;137:3;
146:8
**respond (5)**
97:19;136:20;141:3;

154:2,4
**responded (11)**
57:6;77:12;78:21;
82:13;83:5;94:21;
102:5,15;109:8;162:4,
5
**responding (2)**
8:18;162:12
**response (5)**
72:25;82:14,23;
100:23;126:17
**responses (2)**
156:11;157:3
**responsibilities (4)**
29:24;30:1;67:20,21
**responsible (1)**
181:1
**rest (3)**
96:7;165:22;183:21
**restate (1)**
145:25
**result (2)**
68:13;179:25
**resume (3)**
19:20;20:1,5
**retain (1)**
112:18
**retaliated (7)**
125:19;139:16,18,
20;145:18,19;146:3
**retaliating (1)**
140:12
**retaliation (12)**
139:25;140:4,7,10,
14,20;144:23,25;145:4,
22;146:9,20
**retired (2)**
172:22,22
**retirement (5)**
121:9,14,16,19,25
**retiring (1)**
44:25
**return (2)**
89:22;150:2
**returned (1)**
114:2
**returning (3)**
90:3;93:12;101:25
**review (17)**
11:16;18:21;29:18;
72:11;75:20;81:7;
86:18;92:11;100:4;
116:15;135:11;156:19,
20;157:2;158:3;
170:14;180:15
**reviewed (4)**
11:24;12:9;103:10;
118:24
**reviewing (1)**
156:6
**revived (1)**
167:11
**rid (1)**

NEFF v.
CHAMPAIGN UNIT 4 SCHOOL

DEBORAH NEFF
May 20, 2024

126:7

**ridiculous (2)**
162:2;167:19

**Right (45)**
15:4;26:8;27:1,15;
28:8;29:21;35:13;36:8;
40:13;49:10;52:5;
54:10,16,24;55:8;60:5;
62:13;63:22;65:21;
79:23;86:8;92:24;
100:25;101:24;103:20;
108:5,8,23;113:15;
119:14,24;133:10;
134:20;137:5;142:7,9;
148:10;152:14,18;
155:19;166:11;168:24;
172:7;181:14;184:16

**right-hand (1)**
59:21

**rights (2)**
40:17,21

**River (7)**
173:5,22,25;174:2,9,
12,17

**River's (1)**
174:5

**Robby (2)**
37:8;172:20

**Roberts (2)**
172:17,19

**rolling (1)**
50:18

**room (2)**
93:21;152:2

**round (1)**
92:2

**rug (1)**
133:13

**ruined (1)**
134:15

**rule (1)**
9:1

**rules (3)**
6:13;7:20;9:6

**run (4)**
32:17;97:1;131:4;
166:1

**Russell (4)**
37:6;137:23;138:6;
172:5

**Russell's (2)**
138:14;172:10

**S**

**salary (2)**
16:2;21:4

**Same (22)**
22:2;29:14;39:17;
43:12;70:16;77:10,20;
93:9;94:18;98:2,8;
99:9;108:3,17;124:17;
130:21;133:9;138:12;

139:10;150:4;164:13;
181:18

**Sarah (2)**
70:13;139:7

**sat (1)**
71:21

**Saturday (1)**
89:21

**Savoy (1)**
12:19

**saw (8)**
32:20;33:21;41:4;
107:15;119:20;131:12;
150:15;151:19

**saying (26)**
24:20;38:22;50:23;
55:9;56:6;76:9,22;
77:13;78:1,18;81:8;
86:20;87:18;88:10,12;
89:20;97:10;102:6;
118:23;120:18;122:25;
133:22;134:6;144:25;
158:25;164:5

**say-so (1)**
10:1

**scenario (1)**
93:20

**schedule (1)**
32:19

**scheduled (3)**
147:19;148:10;
152:14

**School (55)**
6:8,15;7:6,9;13:15,
19;14:1,3,20,22;15:1,5;
16:20;17:3;18:24;20:7;
21:11,13;22:18,25;
23:5,7;26:23;27:3;
30:2,15,25;31:2;34:7,
12;35:11;47:5;62:23,
23;69:23;105:19,20,
21;122:8;136:3,14;
138:24;143:3;145:2;
154:23;159:21;162:24;
165:23,24,24;167:6,10;
171:6;180:5;181:10

**schooled (1)**
35:3

**Schools (5)**
14:23;30:15,19;
142:25;153:11

**school's (1)**
69:2

**screaming (1)**
132:3

**se (1)**
14:12

**search (2)**
157:17,22

**seasonal (2)**
23:19,22

**second (12)**
31:9,11;33:22;39:12;

56:21;58:4;76:11,20;
79:22;93:9;113:20;
122:14

**seconds (2)**
80:4,23

**secretaries (6)**
48:3;87:10;117:14;
120:5;125:16;148:6

**secretary (15)**
42:3;46:9;49:1;
53:21;58:10;80:12;
84:12;96:18;105:12;
117:14;119:6;121:3;
149:4,9;177:18

**Section (5)**
74:16,18,20;143:12,
17

**seeing (2)**
127:20;148:11

**seek (5)**
42:7;52:11;71:12;
74:13,22

**seeking (8)**
43:16,17;54:21;
55:17;78:3;104:2;
164:25;168:12

**seem (2)**
35:1;36:2

**seemed (1)**
84:6

**seems (2)**
85:14;136:3

**semester (9)**
13:19;58:4;76:11,20;
95:6,18,19;96:1;132:7

**send (5)**
60:18;79:16;80:2,6,
12

**sending (3)**
91:1;152:8;180:18

**sends (2)**
171:17,17

**sense (4)**
56:2;59:14,15;81:9

**sent (27)**
11:18,19;49:14;
56:24;57:23;59:9;
60:15,19;68:19;72:18,
25;76:9;78:1;82:1,17;
83:18;84:4;87:17;
88:24;89:19;92:22;
104:23;105:7;106:16;
109:17;136:17;180:21

**sentence (4)**
85:23;93:10;120:14;
121:8

**separate (5)**
39:4;105:19;108:4;
144:11;147:4

**September (15)**
16:8;19:8;50:15;
65:2;103:7;112:7,8,20;
116:21,24;121:5;

136:18;165:13;169:20;
170:1

**series (1)**
8:1

**seriousness (2)**
120:10,15

**service (1)**
102:17

**Services (1)**
20:14

**serving (3)**
21:8;30:1;106:12

**session (1)**
69:19

**set (5)**
10:3;58:2;86:13;
90:8,8

**seven (3)**
44:17;82:12,20

**several (1)**
101:4

**sexual (1)**
144:24

**shake (1)**
8:6

**share (1)**
94:5

**shared (2)**
77:8;79:8

**shocked (1)**
151:17

**shorten (3)**
86:23;87:5;88:15

**shortened (2)**
97:8,13

**shortening (1)**
88:13

**show (8)**
46:24;49:10;50:20;
104:16;114:9;135:8;
147:7;158:1

**showed (1)**
28:13

**shower (1)**
111:1

**showing (2)**
72:6;156:11

**shy (1)**
13:19

**sick (19)**
51:4;52:17,18,21;
53:3,12,13;55:19,19,
21,25;91:22;116:23,
24;117:2,4,5;162:6,13

**sickness (1)**
54:3

**sign (9)**
24:17,20;38:18;
39:11;48:11;95:4;
97:17;166:8,15

**signature (2)**
114:17;184:11

**signed (9)**

38:8;96:11;98:13;
100:21;114:19;115:1;
119:21,22,22

**significance (1)**
87:22

**signing (1)**
39:11

**similar (1)**
134:22

**similarly (1)**
134:17

**Simple (2)**
110:2;161:17

**simply (1)**
120:22

**single (1)**
178:9

**sister (1)**
77:15

**sister's (1)**
138:19

**sit (1)**
71:19

**sitting (1)**
93:22

**situation (12)**
33:25;39:1;112:25;
118:13;119:11;122:5;
123:19;132:8,9;
133:11;134:8;166:2

**situations (1)**
138:1

**six (4)**
44:17;103:15;
143:13,17

**skills (1)**
67:12

**skimming (1)**
12:11

**sleeping (1)**
37:2

**small (2)**
161:17,18

**smaller (1)**
161:9

**social (1)**
155:21

**soldier (3)**
136:7;137:25;138:4

**solely (2)**
29:10;141:12

**solution (4)**
32:14;36:23;38:14;
95:23

**solutions (1)**
138:25

**somebody (16)**
30:10;38:23;41:25;
50:12;51:6;52:12;
70:15;85:1;97:20,25;
103:3;113:6;124:1;
126:8;136:6;174:19

**Somehow (1)**

162:4

**someone (18)**
69:4;70:23;100:22;
105:17;114:2;119:9;
122:13;135:25;136:5;
149:2;168:1;173:24;
174:13;175:19,22,24;
176:3;181:9

**sometime (1)**
107:2

**somewhere (2)**
95:2;167:15

**son (1)**
131:3

**son-in-law (8)**
58:21;77:18,19;78:3;
89:20;90:6;92:6;
171:19

**son-in-law's (1)**
90:9

**son's (1)**
66:10

**soon (4)**
8:23;9:3;56:12;
79:17

**Sorry (14)**
39:22;49:18;52:2;
59:8;60:10;70:6;79:9;
136:9;141:13,15,16;
149:19;163:16;167:23

**sort (1)**
90:19

**sorts (1)**
110:9

**sound (3)**
42:22,24;151:22

**sounded (1)**
81:22

**sounds (1)**
94:16

**sources (1)**
154:22

**speak (4)**
8:14,24;47:13;150:9

**special (3)**
31:13,21;36:3

**specific (1)**
28:8

**specifically (6)**
12:8;20:2;34:22;
117:12;126:13;127:24

**SPED (11)**
32:3;141:11;166:3,
11;167:13,18,24;168:3,
5,7,9

**spell (2)**
6:18,25

**spelled (1)**
119:24

**spend (1)**
79:12

**spent (3)**
111:3,4;159:19

**spoke (11)**
43:9;13;44:5;76:10;
89:20;103:9;113:9;
118:7;119:5;125:14;
160:22

**spot (1)**
173:6

**spread (1)**
171:8

**spring (2)**
154:13,14

**St (1)**
22:6

**staff (5)**
175:11,22;176:16,
20;178:4

**stamp (4)**
20:3;56:4;58:17;
135:16

**stamped (22)**
19:24;25:1;59:13;
68:17;75:19;82:3,12,
20;83:12;84:3;86:16;
89:18;92:10;100:3;
106:3;135:9;142:15;
143:17;147:8;158:2,
13;180:14

**stands (1)**
52:24

**start (14)**
14:17;16:6;25:23;
30:5;50:18;76:8;
102:16;132:3;135:21;
140:24;152:22;156:16;
158:12;166:2

**started (10)**
15:5;22:6;25:25;
28:22;36:19;61:8,25;
67:8,14;169:2

**starting (7)**
19:3;20:14;21:7;
58:1;72:20;87:16;
180:3

**starts (6)**
36:20;48:1;98:10;
113:18;147:18;150:5

**state (5)**
6:17,23;24:14;
116:21;117:6

**stated (2)**
7:13;102:8

**statement (4)**
76:12;78:18;116:17;
161:2

**stay (3)**
56:12;77:20;90:7

**stayed (2)**
41:15;71:14

**stents (1)**
165:15

**step (3)**
53:10;55:11;79:22

**stepped (3)**

33:10;84:11;166:20

**steps (3)**
77:6;101:10,11

**stick (2)**
80:13;167:13

**sticks (1)**
54:16

**still (33)**
8:20;59:11;61:5;
69:15,15;72:25;74:4;
77:9,13;82:14;83:1,20,
24,25;94:18;102:3,21;
105:9;116:17;118:23;
119:16;129:5;149:8;
152:18;153:17;163:1;
164:2;165:20,25;
166:1;173:5;176:15;
178:11

**Stillwater (4)**
56:8;58:22;87:19;
92:2

**stone (2)**
90:8,8

**stop (2)**
28:23;162:16

**stopped (1)**
23:7

**stories (3)**
35:23,23,24

**Storm (2)**
21:2;22:9

**story (1)**
35:18

**streets (1)**
163:12

**stress (2)**
126:19;131:18

**stressing (1)**
140:8

**strict (1)**
35:3

**strike (2)**
101:12;163:14

**string (7)**
58:3;62:14;72:14;
75:23;77:24;81:11;
98:8

**strong (2)**
136:6;164:19

**stronger (3)**
122:14;126:8;136:6

**struggling (1)**
79:10

**stuck (3)**
69:16;133:5;166:4

**student (5)**
34:19,21;36:10,12;
138:12

**students (8)**
36:3,8,9,25;95:22;
126:10;141:6,7

**study (2)**
163:19;164:9

**stuff (5)**
33:4;37:5;43:22;
95:25;110:14

**styles (1)**
69:7

**sub (48)**
14:9;17:23;18:2;
41:11,16;42:12;44:7,
10;45:2,21;48:11,12,
15,17;53:8,9,9;58:11;
77:10;78:7,13,15,17,
24;85:6;94:1;95:3;
96:1,14,15;97:20;
98:13,13;100:12,17;
101:2;105:9,14;
121:19,23;149:4;
151:6,7,14;162:20;
165:21;168:22;171:12

**subbed (1)**
153:9

**subbing (5)**
30:11;93:23;97:1;
105:10;153:14

**subject (2)**
136:21;137:13

**submit (9)**
46:5,11,14,16;52:14,
16;109:18;146:7,11

**submitted (5)**
19:8;28:1,2,10;58:19

**submitting (1)**
59:2

**substances (1)**
10:19

**substantial (1)**
23:9

**Substitute (16)**
15:2;17:8;29:4,6;
30:6,14,19;77:5;84:10;
93:12;94:13;101:24;
102:12;151:3;171:11;
172:21

**substituting (1)**
29:12

**sue (1)**
86:8

**sued (1)**
14:14

**suffer (1)**
165:20

**sufficient (2)**
66:12;172:9

**suggested (1)**
122:22

**suggesting (2)**
121:9;122:2

**Suites (3)**
20:23;21:16,21

**Sullivan (3)**
37:7;139:7;172:12

**summer (4)**
154:13;170:22,24;
171:9

**summertime (1)**
15:18

**Sunday (5)**
89:23;165:14;169:20

**super (2)**
107:14,14

**supervisor (4)**
30:11,12;33:14,19

**supervisors (6)**
30:5,7;31:4,17;32:7;
33:15

**supervisory (1)**
33:19

**supplement (3)**
176:12;183:20,23

**supplementing (1)**
177:4

**support (5)**
79:15;135:1;142:24;
143:5;183:9

**supporting (1)**
19:7

**supports (1)**
135:5

**supposed (8)**
35:7;36:21;70:23;
147:25;148:1,2;
155:12;180:4

**supposedly (1)**
61:19

**sure (75)**
12:17;15:6;18:7;
19:18,21;24:19;40:11,
15;42:11,13;43:19;
44:22;46:14;47:7,15;
49:16;52:24;54:13;
55:1;59:7,20;63:20;
65:9;66:16;68:23;
72:19;74:18;75:5;76:4,
7;78:8;81:2,17;83:13,
25;84:8,18;91:12;97:5,
18,20,25;98:14;
100:20;103:12;104:7;
106:20;110:24;112:4;
113:8,25;115:19;
118:18;119:6;123:9,
12;125:3;128:10;
129:3;135:15;140:4;
143:10;144:24;149:13,
18;153:15;164:8,11;
165:6;169:24;172:2;
173:4,13;181:6;183:7

**surprised (7)**
80:1,11,15;121:22;
159:22;163:20;164:10

**survive (1)**
163:7

**Swank (15)**
51:7,11,13;62:15;
70:1;72:15;81:12,16,
21;104:24;105:8;
106:6;108:4;135:14;
146:15

**Swank's (1)**
106:8
**swear (1)**
37:6
**swearing (1)**
9:13
**sweet (1)**
138:6
**switch (3)**
28:20,21;132:6
**switched (1)**
41:14
**swollen (4)**
41:4;107:14;110:1;
148:12
**sworn (2)**
6:4;116:17
**system (1)**
96:19

**T**

**table (4)**
77:3;131:11;133:8;
182:16
**talk (14)**
47:8;67:8;86:2;
109:16;113:2;115:21;
120:7;139:8;149:14;
160:1;161:7;162:7;
170:7;182:12
**talked (20)**
11:11;42:4;45:18;
46:3;47:25;48:18;63:8;
67:8;120:3,6;133:20;
135:6;146:1,16;
151:21;175:18;178:22;
179:8;183:7;184:6
**talking (22)**
46:18;48:19;54:22;
66:23;69:2;70:12,14;
86:1;96:10;103:20;
109:9,12;119:8;142:6;
151:16;162:15,16;
167:18;173:12;175:15,
23;176:3
**talks (1)**
180:19
**Tami (1)**
31:21
**Taryn (11)**
56:20,23;57:5,12;
79:16;103:9;150:5;
151:2,12,16;152:7
**taught (1)**
37:22
**teach (2)**
29:6;54:14
**teacher (34)**
15:2;17:7,8;18:3;
25:18;28:3,13,15;29:4;
30:6,19;31:13;32:3;
34:9;54:14,17;65:14,

15,19;66:7;67:10,11;
123:8;124:4,21;
130:25;131:2;132:11,
15;153:15;162:5;
172:9,21;174:13
**teachers (12)**
31:22;65:7,10,11;
70:11;122:17;123:9,
11;129:20,21;131:20;
141:11
**teachers' (1)**
62:25
**teacher's (17)**
25:21;28:22;29:3,5,
10,20,22;30:2,21;31:5;
40:6,9;66:4;138:15;
170:21;172:11,14
**teaching (1)**
17:7
**tear (1)**
165:19
**Tee (24)**
31:10,11;42:12;
43:13;45:24;46:3;
47:10;64:20;66:25;
76:17,22;78:14;87:8;
89:19;92:18;93:6,10,
22;103:7,19;104:1;
118:7;133:15;149:20
**telling (4)**
38:13;112:11;164:3;
177:11
**tells (1)**
131:22
**temporarily (2)**
21:25;22:2
**temporary (1)**
21:24
**ten (4)**
66:17;68:6;143:25;
170:16
**Teresa (4)**
70:20;137:23;138:6,
14
**terminate (3)**
128:4,13,19
**terminated (15)**
23:12;94:11;101:12,
18;127:18,22;128:1;
139:23;148:8;152:13,
19;155:8,9;169:1;
181:18
**termination (8)**
91:25;101:15;
108:16;123:6;140:1,
19;147:13,15
**testified (5)**
6:4;176:19;177:23;
178:5;182:23
**testify (3)**
9:20;10:20;11:1
**testifying (1)**
10:9

**testimony (4)**
115:6;116:18;
174:19;177:17
**texted (3)**
50:10;61:20;71:13
**thinking (24)**
18:25;19:14;37:3;
44:14,16;61:10;64:10,
14;71:16;75:8;123:2;
128:2;134:3;135:24;
136:4;138:24;139:2,4;
140:15,15;151:17;
162:7;163:6;166:15
**think-out-of-the-box (1)**
138:2
**third (6)**
33:22;124:4;135:23;
147:17;167:7,8
**thirties (15)**
123:10;125:6;
129:24,25;130:1,3,15,
17;173:3,7,8,15,20,23;
174:1
**though (8)**
25:11;42:18;53:25;
55:10;83:21;85:10;
93:25;145:4
**thought (23)**
33:10;34:8;41:12;
43:3,5;44:2;71:18;
80:2,13;87:10;89:2;
91:13;93:24;103:11;
113:1;119:16;148:4;
151:25;155:14;164:17,
18;166:21;167:2
**thread (9)**
49:19;50:1,2;56:19;
58:16;59:5;87:14;
103:14;108:3
**three (40)**
12:22;15:11;41:18;
58:12,13,17,21;59:16;
76:22;77:1;82:16;83:3;
84:16,23;85:4;89:18;
91:11,13,17,23;93:19,
21;95:4;96:11;98:13;
99:17;105:3;124:17;
134:3,13,14;140:9;
149:22,22,24;150:1;
167:3,5,7;168:9
**three-week (2)**
134:2,15
**throughout (4)**
8:2;94:6;95:11;
112:2
**throw (1)**
68:10
**throw-away (1)**
122:9
**throwing (2)**
36:19,20
**thrown (1)**
35:1

**Thursday (2)**
107:8;167:7
**Thursdays (1)**
17:20
**ticket (2)**
87:19;92:5
**tickets (1)**
92:1
**tie (1)**
158:5
**tied (5)**
74:16;118:2;167:24,
25;168:1
**times (7)**
38:14,24;95:12;
101:4;109:3;131:16;
142:5
**tired (1)**
63:16
**title (3)**
19:12;25:21;138:14
**today (34)**
7:14,15;8:3,19;9:1,4,
20,23;10:10,13,14,21;
11:1,14,17,24;70:13;
75:7;115:6,9;119:1;
145:12,16;146:1,6;
147:3,6;177:23;
178:22;182:24;183:8;
184:1,7,9
**today's (1)**
9:9
**to-e-mail (1)**
179:11
**together (2)**
43:5;99:15
**told (32)**
38:20;41:25;43:15;
45:18,23;48:24,25;
50:14;57:12;61:24;
73:16;85:10;95:21;
99:2;103:22;104:8;
110:19;118:8;121:4,
18;136:13,13;137:25;
138:7;148:21;149:12,
18,20;150:10;174:13,
24;183:25
**tomorrow (1)**
166:14
**took (16)**
35:2;37:1;53:9,21;
68:5;84:17;96:18;
97:15;108:15;116:5;
129:1;137:10;139:20;
140:7;173:6;174:23
**top (8)**
60:6;72:20;76:8;
82:22;87:16;100:16;
135:21;163:18
**total (1)**
169:13
**totally (8)**
60:1;69:5;80:22;

85:5;94:19;97:15;
105:15;126:20
**tough (1)**
89:9
**Town (4)**
20:23;21:16,21;
77:18
**toxic (2)**
32:10,13
**toy (4)**
70:20,21,22,24
**Tracy (2)**
31:12,14
**trained (1)**
145:5
**training (2)**
144:22;145:6
**transcript (2)**
8:10;177:21
**trash (1)**
184:7
**travel (3)**
21:3;22:14;56:9
**Travis (30)**
11:7;18:9;19:4;
24:24;26:13;27:18,21;
29:16;46:25;49:11;
50:21;56:4;57:16;
60:10;81:5;111:25;
112:2,4;115:14;144:1;
156:11;160:5;161:23;
165:2;168:15;170:14;
175:5;179:20;183:16;
184:15
**Travis's (3)**
176:16,20;178:4
**treated (5)**
65:25;126:24;127:4;
129:17;130:23
**Trevor (38)**
31:6,12,15;43:18,23;
45:6;57:23;60:10,18;
64:20;65:13;66:25;
67:9;69:21;70:5;75:1,
4;76:2;78:1,22,25;
79:8;87:7;92:17,22;
100:7,9,11;101:2,13;
102:2,5;103:16;
133:15;148:5;150:16;
179:10;181:19
**Trevor's (1)**
101:1
**tried (5)**
50:17;96:25;97:2,9;
154:4
**triggered (1)**
35:9
**trip (3)**
91:9,12;92:2
**trips (2)**
110:25;111:6
**trouble (4)**
35:5;132:2,25;

**NEFF v.**
**CHAMPAIGN UNIT 4 SCHOOL**

136:15

**true (4)**
114:21;115:3;
116:14,18

**truth (2)**
10:1;115:9

**truthfully (6)**
9:20,23;10:10,14,20;
11:1

**try (8)**
8:13,14,24;79:17;
106:11;110:7,19;
150:21

**trying (6)**
86:23;87:4;121:2;
159:23;165:17;175:17

**Tuesday (3)**
89:22,24;167:7

**Tuesdays (1)**
17:19

**turned (3)**
41:1;61:13;172:15

**Turning (2)**
68:16;167:16

**turns (2)**
114:3;168:4

**Tutor (9)**
19:12;28:1,23,24;
29:12;30:6,8,14,17

**two (30)**
24:2;27:8;28:24;
36:13;38:16;39:4;41:6,
17,21;53:20;54:1;
68:17;70:11;73:12;
77:25;80:4;87:10;
88:18;89:5;98:25;99:1;
102:6;127:10;131:17;
136:12;144:11;149:3;
152:17;159:8;172:15

**two-and-a-half (1)**
167:4

**type (1)**
95:22

**Typical (1)**
51:18

## U

**uh-uh (1)**
8:7

**ultimately (1)**
76:12

**Um (2)**
11:20;19:2

**unclear (1)**
102:21

**under (16)**
9:13,17;40:17,22;
71:3;74:22;83:7;
114:20;115:5,9;
116:12,19;131:11;
133:8,13;182:16

**underappreciated (1)**

140:3

**underlying (2)**
11:13;71:3

**underneath (1)**
24:4

**understood (2)**
7:24;115:8

**under-the-table (1)**
131:1

**undervalued (1)**
140:3

**unemployment (11)**
155:4,11,18;161:5,8,
14,15,16;162:10;
163:6;165:17

**Unfortunately (2)**
108:7;120:21

**union (30)**
39:25;40:3,8;49:13,
15,19,24;50:7;51:14;
62:11,17;66:25;68:4;
72:15;77:1;81:8,12;
93:7,11;103:4;104:23;
136:17,20;143:2,4,9,
20;146:12,15;160:16

**Unit (8)**
23:16;97:25;105:17;
142:25;155:7,9;
159:19;165:11

**University (4)**
13:18,20,21;153:7

**unless (5)**
47:17,20;159:14;
161:20;168:22

**unpack (2)**
45:4;62:13

**unpacking (1)**
123:7

**unpaid (2)**
74:5,13

**unrelated (1)**
138:21

**untrue (1)**
179:1

**unusually (1)**
95:19

**up (53)**
19:16;26:3;27:5;
33:4;35:2;39:21;44:17;
48:11;51:5;54:9;56:16;
67:23;69:5;72:6;82:8;
95:4,23;96:11,25;97:2,
17;98:13;100:13,18,
21;101:1,3,10;107:13,
17;108:19;114:1;
135:20;136:23;149:11;
151:21;155:13;156:13;
165:11,12,12,23;166:8,
15,21;167:6;170:13;
175:4,5;176:23;
177:20;179:7;182:17

**upon (1)**
101:24

**Upper (1)**
173:15

**upset (1)**
181:7

**upsets (1)**
182:14

**upsetting (1)**
121:20

**Urbana (24)**
14:21,23,25;16:7,12,
20;45:3;54:12,15;
97:19;105:14,18,21;
151:7;153:12,13,20;
154:8,21,25;162:21;
167:1;168:19;171:11

**urgency (1)**
119:11

**urgently (1)**
118:14

**use (8)**
36:16;40:4;52:15;
53:12;54:22;57:13;
91:19;140:2

**used (6)**
75:6;119:7;137:19;
162:5;179:11;183:12

**using (1)**
108:8

**usually (5)**
38:24;69:11;177:15,
16,25

## V

**vacation (6)**
51:1,4,24;52:11;
54:22;73:13

**vague (1)**
36:9

**valid (3)**
78:7,18,19

**Van (1)**
31:20

**varied (1)**
31:8

**varies (1)**
15:6

**verbal (1)**
154:10

**verbally (2)**
8:5,12

**via (1)**
11:7

**vice (9)**
31:7,12;37:22;39:10,
17,19;42:22;103:8,11

**victim (2)**
68:23;70:8

**view (1)**
116:15

**violated (1)**
40:17

**violence (1)**

95:23

**violent (1)**
32:17

**voice (2)**
106:9;135:20

**volunteer (1)**
60:13

## W

**wage (2)**
16:2;154:5

**wages (1)**
168:14

**wait (2)**
8:17;16:14

**waited (1)**
133:24

**waiting (8)**
52:17;61:10;131:18;
152:17;155:16,16,16;
163:8

**waive (1)**
184:11

**walk (6)**
33:4;80:23;107:15;
110:12,19;113:20

**walked (1)**
79:20

**walks (2)**
110:11,16

**wants (2)**
54:17;98:4

**warned (1)**
152:12

**watch (3)**
35:9,12;133:10

**watching (2)**
133:7,7

**Water (2)**
21:2;22:9

**way (21)**
33:2;35:21;58:23;
59:24;92:2,3;96:10;
98:12;100:23;107:16,
20,25;109:6;126:21;
145:18;146:4;165:24;
166:6;172:3;178:10;
180:10

**ways (4)**
43:20,24;44:2;
130:23

**wear (1)**
165:19

**Wednesday (1)**
167:7

**week (19)**
15:10,11,17,18;
28:25;41:6;61:21;
71:25;72:2,3;77:15,19;
95:15,16;98:23,24;
134:1;167:5,6

**weeks (13)**

41:18;58:21;77:21;
78:3;82:16;83:3;95:4;
96:12;98:13;131:17;
134:3,14;140:9

**weren't (9)**
43:4,4;63:8;67:6;
71:15;110:23;148:2;
168:12;178:25

**whatnot (1)**
111:3

**what's (10)**
12:11;13:23;46:24;
85:15;96:5,5;124:3;
135:8;137:20;147:7

**whenever (5)**
32:14;38:22;70:17;
88:6;162:20

**Whereas (3)**
126:2;131:19;137:23

**Whereupon (1)**
151:10

**Whichever (1)**
40:4

**Whitehouse (1)**
56:25

**whole (17)**
19:25;41:18;53:21,
23;54:2;55:5;67:18;
84:17;95:18;97:15;
132:9;133:24;134:4,
14,15;151:14;152:16

**whoosh (2)**
133:16,16

**who's (3)**
89:13;173:9;179:12

**whose (1)**
85:18

**wildest (1)**
64:11

**willing (2)**
77:4;154:16

**Wilson (4)**
56:20;57:5;103:9;
150:5

**win (5)**
159:12,14,16;161:3,
20

**Windom (1)**
31:21

**window (4)**
35:1;80:5,14;126:6

**wiped (1)**
53:24

**wish (1)**
97:18

**within (6)**
44:24;94:18;118:20;
135:23;139:23;144:12

**without (8)**
85:1;94:14;97:5;
102:12;112:11;126:20;
136:11;148:7

**witness (3)**

6:3;135:18;175:12
**woman (2)**
37:22;123:17
**women (2)**
123:22,24
**wondering (3)**
82:15;83:1;114:3
**word (1)**
85:15
**words (4)**
40:20;42:2;139:19;
152:5
**work (47)**
14:19;17:18;35:1,19;
36:2,14,14,15;37:14;
38:17;54:8,9;86:20;
87:1;88:4,10;90:4,14;
95:23;101:19,23;
105:20;111:2,9;
136:10;138:8,9,9;
141:11,12;144:15;
147:19,19,20,23;148:9,
22;149:3;152:13;
162:5,23;165:10,20,21;
166:12;170:22;171:12
**worked (15)**
27:6;30:17,20;33:17;
34:6;37:4;38:15;70:21;
99:23,24;111:8;132:1;
154:17;170:21;171:6
**working (16)**
16:6;19:16;20:11;
28:14;31:5;32:15;
55:12;56:10;74:19;
149:9;159:10;165:9;
166:10;167:12;168:12;
172:3
**works (2)**
111:10;175:23
**worth (3)**
160:14;166:7;175:1
**wow (1)**
33:11
**wrap (1)**
182:17
**wrapped (1)**
108:19
**wrapping (1)**
170:13
**Wresinski (1)**
7:2
**W-R-E-S-I-N-S-K-I (1)**
7:3
**Wright (44)**
31:13,14;32:8,12;
33:7,18;34:23;37:24;
39:8,15;42:23;43:9;
45:18;50:14;63:19;
64:21;67:22;69:7;
70:11,14,17;71:4,6,13;
127:2,2,4;132:5,6;
137:21;139:5,8,10,11;
140:5,12,24;141:12,17;

149:12,15;166:2,23;
167:18
**Wright's (3)**
127:8;132:9;141:7
**write (5)**
38:20;114:23,24;
141:1;183:18
**writing (1)**
11:21
**written (3)**
35:24;39:21;108:17
**wrong (3)**
96:5,5;163:16
**wrote (11)**
12:6;38:19,21;59:17,
19;73:7;80:8;108:13;
112:24;114:6,8
**Wyoming (1)**
21:23

**Y**

**Yea (1)**
39:20
**year (34)**
13:2;16:9;26:23;
27:3;31:8,9,10,11;
33:13,20,22,23;34:4,6,
10,13,14;36:24;37:1;
43:10;44:15,18,20,21;
94:6;95:11,13;141:12;
145:6;149:13;165:23;
171:3,6;172:15
**years (12)**
12:22;33:18,23;
37:20;44:18;68:24;
70:9;78:19;102:17;
127:10;130:13,16
**yelling (1)**
36:20
**Yep (1)**
83:11
**young (1)**
129:20
**younger (15)**
122:4,13;123:22,23;
126:2,11,15,19;130:11,
13,15;135:25;136:5;
137:24;164:20

**Z**

**zero (1)**
15:17
**Zilis (1)**
130:18
**Z-I-L-I-S (1)**
130:19
**Zillis (1)**
129:2
**Zoom (1)**
11:7

**0**

**000076 (1)**
47:1
**000089 (1)**
26:14
**000096 (1)**
27:22
**000110 (1)**
25:1
**000144 (1)**
19:5
**000156 (2)**
19:19,24
**000407 (1)**
89:18
**000477 (1)**
106:3
**000485 (1)**
49:12
**000493 (1)**
82:3
**000495 (2)**
82:13,21
**000497 (1)**
83:6
**000500 (1)**
84:3
**000511 (1)**
50:21
**000633 (2)**
158:13,17
**000638 (1)**
161:25
**001 (1)**
114:10

**1**

**1 (2)**
27:18,18
**1/14/23 (1)**
179:25
**1:02 (1)**
116:1
**1:30 (1)**
115:23
**1:35 (2)**
115:24,25
**1:37 (1)**
116:2
**10 (2)**
60:24;68:16
**100 (1)**
136:13
**104 (1)**
27:23
**10th (2)**
84:5,14
**11 (7)**
72:8;74:16,18,20;
75:15;89:18;107:12

**11:18 (1)**
66:18
**11:32 (1)**
66:19
**116 (2)**
14:21,24
**1-18-2023 (1)**
180:3
**11th (2)**
56:7;84:14
**12 (2)**
75:18;84:2
**12th (5)**
16:8;89:3,21;100:13;
130:12
**13 (2)**
81:4;86:14
**13th (4)**
27:7;53:7;54:25;
55:3
**14 (6)**
86:15;106:2;109:7;
143:11,16,16
**14th (8)**
27:7;88:18;89:1,5,
22,23;107:5;130:12
**15 (5)**
92:9,11;106:3;108:3;
143:17
**156 (1)**
20:3
**15th (8)**
29:10;66:9;89:23,25;
97:23;98:22;130:6;
138:17
**16 (1)**
100:2
**16th (1)**
53:19
**17 (2)**
44:19;104:17
**17th (19)**
53:19;86:21,25;87:2;
88:1;106:8,21;107:6;
109:4,5,6,9,10;147:18,
20,24;150:5;165:13;
169:20
**18 (5)**
44:19;105:4,25;
106:3;109:7
**18th (20)**
28:2;55:4;56:25;
57:7;87:20,23;88:4,10,
20;92:5;95:4;97:22;
98:14;106:24;107:10;
108:18;148:16;150:18;
165:13;169:20
**19 (4)**
44:19;114:10;116:6,
16
**1968 (1)**
138:17
**1989 (1)**

66:9
**19th (1)**
108:19
**1st (2)**
27:6;90:5

**2**

**2 (4)**
24:25;25:7,10;
142:15
**2:23 (1)**
144:4
**2:34 (1)**
144:5
**20 (10)**
17:21;44:19;92:14,
15;94:7;123:17;135:9,
17;166:13,25
**2015 (2)**
17:4,11
**2016 (1)**
17:12
**2017 (2)**
18:6;19:9
**2018 (5)**
18:7;25:18,23;28:2,
10
**2020 (1)**
34:4
**2021 (1)**
34:5
**2022 (19)**
26:23;27:3;34:10,16;
43:7,11,13;46:18;
56:25;57:7;58:3;59:10;
112:8;116:22,24;
121:5;136:18;143:1,1
**2023 (24)**
16:10,17;26:6,23;
27:3;34:17;55:6,7;
84:5;87:18;90:21;91:1;
92:22;94:22;100:13;
106:9;112:8,10,20;
114:20;118:13;148:9;
153:2;170:1
**2024 (3)**
169:21,21,24
**2026 (1)**
143:1
**20th (6)**
114:20;136:18;
148:9,14;149:25;
150:18
**21 (4)**
44:19;142:10;144:8,
12
**22 (12)**
26:7,10;44:19;82:1,
12,20;83:6,10,11;84:3;
112:9;142:14
**2-2-23 (1)**
180:3

**23 (4)**
  27:13;44:19;147:8;
  169:22
**230 (1)**
  12:24
**23CV02205 (1)**
  6:9
**24 (2)**
  26:11;158:1
**241 (1)**
  56:4
**243 (1)**
  56:4
**25 (8)**
  15:19;156:10,15,16;
  157:2,6,11,12
**250 (1)**
  180:14
**252 (1)**
  180:14
**25th (2)**
  138:17,18
**26 (5)**
  156:11,15;157:2,6,
  15
**260 (1)**
  12:24
**27 (1)**
  179:18
**28 (2)**
  57:13;180:14
**2nd (6)**
  53:7;55:1,3,5;88:9;
  100:22

---

**3**

**3 (1)**
  29:16
**3:04PM (1)**
  59:10
**3:20 (1)**
  170:17
**3:43 (1)**
  170:18
**30 (6)**
  49:9;115:22;122:5;
  123:17;126:8;130:16
**30-ish (1)**
  173:4
**30th (1)**
  173:17
**36 (1)**
  159:6
**399 (1)**
  179:21
**3rd (16)**
  25:23;29:8;50:15;
  58:3;59:10;87:18;
  88:22,23,25;89:1,2,9;
  90:5,21;91:1;104:22

---

**4**

**4 (10)**
  6:9;23:16;26:13;
  97:25;105:17;142:25;
  155:7,9;159:19;165:11
**4:07 (1)**
  184:18
**40 (4)**
  11:7;122:6,18;
  172:15
**405 (2)**
  86:16;87:17
**415 (1)**
  86:16
**418 (1)**
  57:17
**420 (1)**
  58:18
**421 (2)**
  59:9,13
**425 (1)**
  60:11
**426 (1)**
  57:17
**427 (1)**
  75:19
**433 (1)**
  75:19
**434 (1)**
  100:3
**439 (1)**
  100:3
**462 (1)**
  92:10
**463 (1)**
  92:10
**464 (2)**
  104:18;106:1
**473 (1)**
  104:18
**478 (1)**
  106:3
**48 (1)**
  41:3
**481 (1)**
  106:1
**488 (1)**
  49:12
**489 (1)**
  81:5

---

**5**

**5 (2)**
  12:19;46:25
**5:10 (1)**
  144:14
**50 (1)**
  178:9
**500 (1)**
  178:14

---

**510 (1)**
  81:5
**512 (1)**
  50:21
**5185 (1)**
  47:3
**540 (2)**
  72:9,21
**546 (1)**
  72:9
**547 (1)**
  60:25
**548 (1)**
  68:18
**550 (1)**
  60:25
**56 (1)**
  172:7
**563 (1)**
  135:10
**571 (2)**
  135:16,22
**582 (1)**
  135:10
**5th (1)**
  124:21

---

**6**

**6 (1)**
  49:11
**60 (1)**
  172:25
**627 (1)**
  158:2
**633 (2)**
  158:19,24
**635 (1)**
  159:8
**640 (1)**
  163:14
**642 (1)**
  163:17
**644 (1)**
  158:2
**645 (1)**
  144:10
**647 (1)**
  144:10
**68 (1)**
  172:6
**69 (1)**
  142:15
**6th (4)**
  87:2;88:1;92:19,22

---

**7**

**7 (1)**
  50:21
**70 (2)**
  142:10;144:9
**72 (1)**

---

**144:9**
**7-3-1966 (1)**
  125:22
**75 (1)**
  142:11
**7th (1)**
  56:11

---

**8**

**8 (1)**
  56:3
**80 (1)**
  147:9
**87 (1)**
  49:9
**89 (1)**
  130:6

---

**9**

**9 (2)**
  57:16;75:10
**9:36 (1)**
  6:1
**90 (14)**
  162:1,1,2,2,15,15,16;
  163:3,4,4,5,8,8,9
**903 (1)**
  12:19
**96 (1)**
  28:7
**9th (11)**
  84:14;86:21,25;87:1,
  25;88:8,10;92:19;
  94:22;100:21;104:21

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah – AppNo: 31239                                                                Date Submitted: 9/1/2017

## Personal Data

| Name: | Mrs.<br>(Title) | Deborah<br>(First) | L<br>(Middle Initial) | Neff<br>(Last) |
|---|---|---|---|---|

Other name(s) under which transcripts, certificates, and former applications may be listed:

| Other: | Ms.<br>(Title) | Deborah<br>(First) | L<br>(Middle Initial) | Feinberg<br>(Last) |
|---|---|---|---|---|

Email Address:       debneff377@gmail.com

## Postal Address

| Permanent Address | | Present Address | |
|---|---|---|---|
| Number & Street: | 2602 Galen Drive | Number & Street: | |
| Apt. Number: | | Apt. Number: | |
| City: | Champaign | City: | |
| State/Province: | IL | State/Province: | |
| Zip/Postal Code: | 61821 | Zip/Postal Code: | |
| Country: | United States of America | Country: | |
| Daytime Phone: | (314) 750-3072 | Phone Number: | |
| Home/Cell Phone: | (314) 750-3072 | | |

## Employment Desired

Open Vacancy Desired:

Date Last Submitted

JobID: 1216       **District Student Support Services:** AVID Program Tutors (multiple       9/1/2017
positions; assigned as needed) at Middle & High Schools

Position Desired:
**District Student Support Services**
1.  AVID Program Tutor
**Licensed Secondary Teaching – 6th thru 8th**
1.  Interventionist
**Licensed: Paraprofessional**
1.  Teacher Aide
2.  Teacher Assistant
3.  Teacher Assistant/Teacher Aide/Paraprofessional
**Non Licensed: Support Staff**
1.  Hall Monitor
**Substitute**
1.  Substitute Support Staff
2.  Substitute Teacher
3.  Substitute Teacher Assistant

## Current District

Are you currently employed by one of the organizations listed below?          **No**



**DISTRICT_000144**

ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                                      Date Submitted: 9/1/2017

## Experience

Please list ALL relevant work experience
beginning with your current position in the district.

| Current or Most Recent Position | | Employer Contact Information | | References or Supervisor (List Current Phone #) | |
|---|---|---|---|---|---|
| Echelon Counseling Services<br>Tutor / Mentor / supervision | | Willow Springs Rd<br>Urbana, IL 61801<br>217-493-0243 | | Rebecca Jones<br>217-493-0243<br>echelonservices.rjones@gmail.com | |
| Date From - Date To: | 05/2016 - 10/2022<br>(Total Yrs: 1) | Full or Part Time: | Part | Last Annual Salary: | 12-15 hour |
| Reason for Leaving: | Current part time position, planning to stay | | | | |
| Responsibilities/ Accomplishments at this Position | Mentoring and tutoring children, adolescents and adults on a weekly basis, providing crises support to families in need. Contribute to team progress meetings and responsible for providing weekly and monthly progress reports, time sheets and receipts to designated parties. | | | | |

| Previous Position Held | | Employer Contact Information | | References or Supervisor (List Current Phone #) | |
|---|---|---|---|---|---|
| Campus Property Management<br>Property Manager assistant | | 404 E Michigan Ave<br>Urbana, Il 61801<br>217-344-4145 | | Maria Meneses<br>217-239-2643 | |
| Date From - Date To: | 05/2016 - 12/2016<br>(Total Yrs: 1) | Full or Part Time: | Full | Last Annual Salary: | 37,000 |
| Reason for Leaving: | Services no longer needed | | | | |
| Responsibilities/ Accomplishments at this Position | Responsible for providing daily and weekly reports, staging, showing and leasing apartments to local and international tenants, prioritizing tasks in a multi-tasking environment, helping to resolve tenants complaints and issues, working and understanding tenants concerns from multi-national backgrounds in a high-traffic volume office. | | | | |

| Previous Position Held | | Employer Contact Information | | References or Supervisor (List Current Phone #) | |
|---|---|---|---|---|---|
| Parkway School District<br>Substitute Teacher | | 455 North Woodsmill Road<br>Chesterfield, Mo 63017<br>314-415-8100 | | Principal on duty, various<br>314-415-8100 (human resource)<br>pkwy.k12.mo.us | |
| Date From - Date To: | 10/2006 - 12/2011<br>(Total Yrs: 5) | Full or Part Time: | Sub | Last Annual Salary: | 100.00 daily |
| Reason for Leaving: | Moved | | | | |
| Responsibilities/ Accomplishments at this Position | Travelled to daily assignments, followed and / or prepared lessons and helped students resolve conflicts | | | | |

DISTRICT_000145

ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah – AppNo: 31239 | Date Submitted: 9/1/2017

## Experience Continued

| Previous Position Held | Employer Contact Information | References or Supervisor (List Current Phone #) |
|---|---|---|
| Marriott Townplace Suites Night Auditor | 603 S. Sixth St Champaign, IL 61821 217-244-1600 | Sandy Overman 312-505-1856 debbie.feinberg@yahoo.com |

| Date From - Date To: | 05/2015 - 08/2016 (Total Yrs: 1) | Full or Part Time: | Full | Last Annual Salary: | 28,000 |
|---|---|---|---|---|---|

| Reason for Leaving: | Working full time nights and part time days, Campus property offered me full time days 2 increase |
|---|---|
| Responsibilities/ Accomplishments at this Position | Providing top quality guest satisfaction, responsible for balancing and reviewing daily reports and scanning, filing and e-mailing reports. Rolling the previous day shifts, budgets and numbers to the next day using their designated computer system. Responsible for security and checking people in and out of the hotel. |

| Previous Position Held | Employer Contact Information | References or Supervisor (List Current Phone #) |
|---|---|---|
| Peoria Hebrew Day School Teacher pk-8th grade | 5414 N University St Peoria, IL 61614 309-692-2821 | Marcia Riddle / Dr. Thomas Halperin 309-692-2821 http://www.peoriahebrewdayschool.com/contact.htm |

| Date From - Date To: | 08/1997 - 06/2002 (Total Yrs: 3-4) | Full or Part Time: | Full | Last Annual Salary: | 13,000.00 year |
|---|---|---|---|---|---|

| Reason for Leaving: | Salary |
|---|---|
| Responsibilities/ Accomplishments at this Position | 1. Prepared lesson plans pre-k-8th grade, 2. Responsible for coordinating Friday and morning services. 3. I taught beginning Hebrew, Jewish Studies and physical education; 4. provided weekly newsletters.5. I orchestrated a recycling can program to raise money and create earth care awareness. 6. Students worked hard and choreographed tasteful, entertaining plays, dances and music for special occasions under my light direction. |

## Student Teaching

|  | First | Second |
|---|---|---|
| School | N/A other relevant experience instead | Parkway School Wasn't considered an intern sub onl |
| Location |  | Parkway Schoo District |
| School Phone # |  |  |
| School Year |  | 2006-20 |
| Grade Level(s)/ Subject Area(s) Taught |  | pre k to high school |
| Name and Phone of Cooperating Teacher |  | Teacher /Principal on duty |
| Name and Phone of Additional Cooperating Teacher |  |  |
| Name and Phone of University Supervising Contact |  |  |
| Academic Grade Received |  | A |

DISTRICT_000146

## ROE #9 Champaign-Ford County School Districts Online Application

| Neff, Deborah - AppNo: 31239 | Date Submitted: 9/1/2017 |
|---|---|

## Education

Please tell us about your educational background beginning with the most recent.

**High School Attended:** Centennial High School, Champaign Illinois
**Graduation Status:** H.S. Diploma

### Colleges, Universities and Technical Schools Attended:

| Name and location | Dates Attended: From - To | Major area of study and number of semester hours | Minor area of study and number of semester hours | Degree | Date Conferred or Expected |
|---|---|---|---|---|---|
| Lindenwood University | 08/2008 08/2010 | School Counseling Hrs: 44 | General Counseling Hrs: 4 | School Counseling | 05/2021 |
| University of Illinois | 01/2002 05/2004 | Educational Policy Studies Hrs: 33 | N/A Hrs: 0 | Masters | 05/2004 |
| Bradley University | 08/1994 05/1997 | Religious Studies Hrs: 160 | Global Ethics Hrs: 12 | Bachelors of Arts | 05/1998 |

## Previous Unit 4 Work History

\* Have you ever worked for Champaign Schools before in any capacity?                    No

If yes, when and in what position(s)?
n/a

Reason for leaving:
n/a

Why do you want to return to the District?
I grew up in the Champaign schools and somewhat struggled, In the maturing process, I earned a degree in in educational Policies, Global Ethics and almost hold a degree in school counseling. I have an innate understanding that children learn and develop differently but all are talented in their unique style and students should be encouraged to express and encouraged in order to  enhance and share their learning styles and traditions and in doing so learning from others and building a friendly community. currently I love tutoring and and mentoring children all ages and plan to continue to do this both in and out of the school. Each of my mentees/ tutees have a tremendous amount to offer in their unique styles and Demeanor.

---

|  | Undergraduate | Graduate |
|---|---|---|
| Overall GPA | 3.86/4 | 3.87/4 |
| Major GPA | Ethic/4 | EPS/4 |

| Highest Degree Attained | Number of graduate hours beyond your highest degree: | Grad Program Of Study |
|---|---|---|
| MA/MS/etc. | 47 | School Counseling / Educational Policy Studies |

List honors, awards or distinctions you have earned:
Phi Kappa Honor student Lindenwood University, Local Athletic awards,
Deans list

DISTRICT_000147

ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239 | Date Submitted: 9/1/2017

## Professional References

| | Reference 1 | Reference 2 |
|---|---|---|
| Name: | Heather Benz | Lorianne Bauer |
| School/Org: | Mother of mentee | Mother of a student I tutor Kindercare |
| Current Position: | Teacher | Human Resource |
| Home Phone: | 217-898-5358 | |
| Cell Phone: | | 217-722-9711 |
| Work Phone: | | |
| Mailing Address: | 200 Sunset Rantoul, Illinois | |
| Email: | heatherbenz1@gmail.com | snorkel39@hotmail.com |
| Relationship to Candidate: | mother of mentee | Mother of a student I tutor |
| Years Known: | 1 | 3 months |
| | Reference 3 | Reference 4 |
| Name: | Sandy Overman | Page Malstrom |
| School/Org: | | |
| Current Position: | General Manager Holiday Express Rantoul | General Manager |
| Home Phone: | 3125051856 | 3077455500 |
| Cell Phone: | 3125051856 | 3077455500 |
| Work Phone: | 3125051856 | 3077455500 |
| Mailing Address: | Holiday Inn Express Rantoul, Illinois | Hilton Garden Inn Grand Blvd Laramie Wyoming |
| Email: | sandyoverman@cmirt.com | page_malstrom.@hiltongardeninn.com |
| Relationship to Candidate: | General Manager at the Marriott | General Manager at Hilton Garden Inn |
| Years Known: | 2 | 2 |
| | Reference 5 | |
| Name: | Azeeb Abebe | |
| School/Org: | | |
| Current Position: | Was Manager at the Marriott | |
| Home Phone: | 217-722-3322 | |
| Cell Phone: | 217-7223-322 | |
| Work Phone: | 217-722-3322 | |
| Mailing Address: | Marriott Townplace Suites | |
| Email: | abebe@yahoo.com | |
| Relationship to Candidate: | Manager at Marriott Towneplace Suites | |
| Years Known: | 2 | |

## Language Skills

Do you know any language other than English? No

DISTRICT_000148

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                    Date Submitted: 9/1/2017

## Referrals

How did you hear about employment with us?

District Website                    Newspaper

## Base Statement

Why do you want to work for a school district in the Champaign-Ford ROE 9 consortium?

I have a wide range of life and educational experiences and understand students need to feel a part of their surroundings. It is necessary that each student learns and contributes to their educational environment. It is also important to realize students have different learning styles it is necessary they contribute their unique qualities and be a part of the whole learning experience.

## Middle School Teaching Areas

Please indicate how many semester hours you have and/or if you are endorsed in the following teaching areas.
Art:.....6  Drama:.....3  Foreign Language:.....16  Gifted Education:.....4  Home Economics:.....0  Industrial Tech.:.....0  Language Arts:.....6  Math:.....7  Music:.....0  PE/Health:.....0  Reading:.....0  Science:.....9  Social Studies:.....76

## Certification

Do you hold National Board for Professional Teaching Standards endorsement?                    **No**

Do you hold or anticipate an Illinois license?                    **License is anticipated**

How do you plan to obtain an Illinois license?                    I have been accepted into an Alternative Certification Program in Illinois.

Illinois Educator Identification Number (IEIN):                    **Look Up**

| Type | Date Anticipated | Expiration Date | Status |
|------|------------------|-----------------|--------|
| Substitute - 90 Days Teaching License | 07/31/2017 | | Current |
| Substitute - 90 Days Teaching License | 07/21/201 | | Current |
| Substitute - 90 Days Teaching License | 17/31/2017 | | Applied For |

Please list any other endorsements and/or verifications documented on your license(s):
My substitute license is accepted, I submitted my finger print and pd a 50 dollar fee. I have to pay 60 registration fee asap

* Have you applied for an Illinois license?                    Yes
* List the date you applied for certification:                    60 pay fee
* Have you received a deficiency statement?                    No

                                                            If pending, date test taken
* Have you passed the Basic Skills Exam?                    never required
* Have you passed the Content Area Exam?                    never required t

DISTRICT_000149

ROE #9 Champaign-Ford County School Districts Online Application

| Neff, Deborah - AppNo: 31239 | Date Submitted: 9/1/2017 |

## Certification (cont.)

Do you hold a current out-of-state license? No

| State | Type | License Number | Expiration Date | Current? |
|-------|------|----------------|-----------------|----------|
|       |      |                |                 | No       |

List your out-of-state certified teaching/administration fields:
Private schools, in and out of state. I have a Masters in Education, class room experience, but not official certificate

## Extracurricular Activities

| Athletic | Cross Country | Swimming | Track | Trainer |
|----------|---------------|----------|-------|---------|
|          | Weight Lifting |         |       |         |
| Club | Concessions | Cultural Awareness | Detention Supervisor | Drama |
|      | Environmental | Freshman Class | Gifted Liaison | Greenhouse |
|      | Horticulture | International | Life and Family Studies | Literary Magazine |
|      | National Honor Society | Newspaper | On Our Own | Reading |
|      | Scholastic Bowl | Science Bowl | Service | Social Science |
|      | Special Olympics | Speech Activity | Student Congress | Student Council |
|      | Student-2-Student | Test Preparation | Theatre Guide | Tickets |
|      | Variety Show | Work Program | Writing | |

Please provide more details regarding your experience or interest in your selected extra curricular activities. For instance, provide details on any experience as a participant at the high school or college level or as a director, coach, supervisor, or sponsor.

Somewhat athletic, marathon runner, triathlete, Creative writer, and will like the opportunity to inspire students to create and expand upon the details to their stories so their writings will eventually reveal explicit thoughts and experiences. Social Science, theater guide, etc, I like creativity in drama and plays to stem from students engaging with each other, thus developing great performances, with subtle muses surrounding them while they are perfecting their performances.

## NCLB Paraprofessional Certificate

* Do you hold or anticipate a NCLB (No Child Left Behind) Paraprofessional License?     No

## Highly Qualified Teacher

* Have you previously obtained Highly Qualified status from a school district?     No
If Yes, what type of school district considered you Highly Qualified?

DISTRICT_000150

ROE #9 Champaign-Ford County School Districts Online Application

| Neff, Deborah - AppNo: 31239 | Date Submitted: 9/1/2017 |
|---|---|

## Highly Qualified Teacher Continued

No information entered on Highly Qualified Teacher Subject(s)/Method(s).

## Additional Information

**List any additional information which will help in determining your professional qualifications for a position.**

I currently mentor and tutor children and adolescents in need of extra support and substitute teach. My experiences are in education and counseling.
My Masters degree is in Educational Policy Studies and and Bachelors degree is in Global Ethics. I also have multiple school counseling classes. Being hired as a teacher's aide will help fulfill a goal to assist students in developing life long learning habits.

## Additional Info. (cont.)

**Contract Status**
* Are you currently under contract?                                                                 No
  If Yes, which district?
  If Yes, when does it expire?
  When may your present employer be contacted?

**Professional Status**
* Have you obtained tenure status in any other School District?                                     No
  If Yes, where?
  When?
* Have you ever been denied tenure?                                                                 No
If Yes, explain:

* Have you ever had a teaching certificate or teaching license revoked or suspended?               No
If Yes, explain:

Have you ever failed to be rehired, been suspended or placed on administrative leave from any      No
position, been asked to resign a position, resigned to avoid termination or terminated from
employment?
If Yes, explain:

* Are you a relative of any board member, administrator, or supervisor who is currently             No
serving the School District?
  Name:
  Position:

DISTRICT_000151

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                           Date Submitted: 9/1/2017

## Additional Info. (cont.) continued

Relationship:

* Can you perform all the essential job function(s) of the position(s) for which you are          Yes
applying, with or without reasonable accommodation?

None

## Equal Opportunity Employer

All ROE #9 Champaign/Ford County School Districts are Equal Opportunity Employers. All ROE #9 Champaign/Ford County School Districts ensure equal employment opportunities regardless of race, creed, sex, color, national origin, religion, age, sexual orientation or disability. The Districts have a policy of active recruitment of qualified minority teachers and non-certified employees. Any individual needing assistance in making application for any opening should contact the ROE #9 office.

## Legal Information

Please Note: Applicants are not obligated to disclose sealed or expunged records of conviction or arrest.

* Do you have a legal right to work in the United States?                                        Yes
* Have you ever been convicted of any felony other than a minor traffic violation?               No
If yes, please explain:
* Have you ever been dismissed or asked to resign from any position?                             No
If yes, please explain:
* Have you ever had any indicated finding of child abuse filed in your name?                     No
If yes, explain, giving dates:

## Confirmation

I understand that Section 10-21.0 of the School Code of Illinois requires all applicants for employment to submit to a fingerprint-based criminal background investigation and my employment, if approved, is subject to a satisfactory criminal background investigation. Should I be a candidate for employment with any school district in Champaign/Ford (ROE #9) I agree to authorize such an investigation and will allow myself to be fingerprinted as part of this investigation.

Sec. 10-21-9. Criminal background investigation

No applicant for employment except bus drivers, whose check is done in conjunction with the issuance of a CDL, shall have been convicted, within 7 years of the application for employment with the school district, of any other felony under the laws of this State or of any offense committed or attempted in any other state or against the laws of the United States that, if committed or attempted in this State, would have been punishable as a felony, shall be punishable as a Class 3 felony. No school board shall knowingly employ a person who has been convicted for committing attempted first degree murder or for committing or attempting to commit first degree murder or a Class X felony or any one or more of the following offenses: (i) those defined in the "Criminal Code of 2012" (720 ILCS 5/1 et seq.), including Sections 11-6 (Indecent Solicitation of a Child), 11-9.1 through 11-9.5 (Sexual Exploitation and Abuse of a Child) , and 11-30 (Public Indecency) (if punished as a Class 4 felony); Sections 11-14.1-11-21 (Prostitution and Pornography Offenses); Section 11-23 (Posting of Child Pornography) (if punished as a Class 3 felony), 11-24 (Prohibition Against Child Photography by a Sex Offender), 11-25 (Grooming), and 11-26 (Traveling to Meet a Minor); and Sections 11-1.20 (Criminal Sexual Assault), 11-1.30 (Aggravated Criminal Sexual Assault), 11-1.40 (Predatory Criminal Sexual Assault), 11-1.50 (Criminal Sexual Abuse), 11-1.60 (Aggravated Criminal Sexual Abuse), 12-32 (Ritual Mutilation), 12-33 (Ritualized Abuse of a Child), 12C-45 (Drug Induced Infliction of Harm to a Child Athlete), and 26-4 (Unauthorized Video Recording and Live Video Transmission) (if punished pursuant to subdivision (4) or (5) of

DISTRICT_000152

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                                        Date Submitted: 9/1/2017

## Confirmation Continued

subsection (d) of Section 26-4); (ii) those defined in the "Cannabis Control Act" except those defined in sections 4(a), 4 (b), 4(c), 5 (a) and 5(b) of that Act; (iii) those defined in the "Illinois Controlled Substances Act"; and (iv) those defined in the "Methamphetamine Control and Community Protection Act;" and (v) any offense committed or attempted in any other state or against the laws of the United States, which if committed or attempted in this State, would have been punishable as one or more of the foregoing offenses. Further, no school board shall knowingly employ a person who has been found to be the perpetrator of sexual or physical abuse of any minor under 18 years of age pursuant to proceedings under Article II of the Juvenile Court Act of 1987.

The Cannabis Control Act is 720 ILCS 550/1 et seq.
The Controlled Substances Act is 720 ILCS 570/1 et seq.
The Methamphetamine Control and Community Protection Act is 720 ILCS 646/1 et seq.
The Juvenile Court Act is 705 ILCS 405/1 et seq.

Under the Immigration Reform and Control Act of 1986, I acknowledge that I will be required to fill out a certification verifying that I am eligible to be employed and verifying my identity. Further, I acknowledge that I will be required to provide documents confirming my identity and employment eligibility. I understand that I cannot be hired if I cannot comply with these requirements.

I certify that the facts contained in this application (and accompanying resume, if any) are true and complete. I understand that any false statement, omission, or misrepresentation on this application (or not conveyed during any interview) is sufficient cause for refusal to hire, or dismissal if I have been employed, no matter when discovered by any of the school districts in Champaign-Ford Counties (of ROE #9).

I understand that any employment is conditioned on review of my work, education, and other history. I authorize the school districts in Champaign-Ford counties (of ROE #9) to investigate all statements contained in my application or resume, and I authorize my former employers and references to disclose information regarding my former employment, character and general reputation to the Champaign-Ford school districts (of ROE #9) without giving me prior notice of such disclosure. In addition, I release Champaign-Ford school districts (of ROE #9) any former employer and all references listed above, and any other person my references suggest as additional sources of information from any and all claims, demands or liabilities arising out of or related to such investigation or disclosure. I understand that my failure to provide a requested employment or employer history which is material to my qualifications for employment or the provision of statements which I do not believe to be true may be a Class A misdemeanor under Section 22-6.5 of the School Code of Illinois. I authorize investigation of all statements contained in this application or made at any stage of the employment process as may be necessary or appropriate in arriving at an employment decision, including contacting references identified. If required for any reference or background check, I will sign an authorization and waiver to the extent permitted under Illinois law.

I understand and agree that nothing contained in this application, or conveyed during any interview, is intended to create an employment contract. I further understand and agree that if I am hired, my employment will be in accordance with Board Policy of any of the school districts in Champaign-Ford counties (of ROE #9) and employment terms and, if applicable, conditions of the collectively bargained agreement between the union(s) and the Board(s) of Education. No promises regarding employment have been made to me, and I understand that no such promise or guarantee is binding upon school districts in Champaign-Ford counties (of ROE #9) unless made in writing.

If I am offered employment I may be asked, and if asked, I agree to submit to a medical examination before starting work. If employed, I also agree to submit to a medical examination at any time deemed appropriate by school districts in Champaign-Ford counties (of ROE #9) and as permitted by law to demonstrate my continued fitness to perform the essential elements of the job. I consent to such examinations and tests and I request that the examining doctor disclose to school districts in Champaign-Ford counties (of ROE #9) the results of such examinations, which results shall remain confidential and segregated from my personnel file. I understand that if I am hired, a condition of my employment will be that I abide by the Drug and Alcohol Free Workplace Policy in the Champaign-Ford county school districts (of ROE #9).

I understand that filling out this form does not indicate there is a position open and does not obligate the school districts in Champaign-Ford counties (of ROE #9) to hire me. If hired, I agree to abide by all the rules, policies and procedures. The school districts in Champaign-Ford counties (of ROE #9) retain the right to revise their policies or procedures, in whole or in part, at any time.

**DISTRICT_000153**

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                  Date Submitted: 9/1/2017

## Confirmation Continued

I have read the application completely and understand all the information contained in it.

Deborah L. Neff
(agreed online)

## Teacher Behavior Rating Scale

External Candidates MUST visit this link and complete the Teacher Behavior Rating Scale in order to be considered for an interview.

The information entered into the form MUST match the information on your application.

If you are applying for multiple positions, you are only required to complete this survey once.

If you have previously completed this survey for Champaign Unit 4, you are not required to complete a new one.
* Once you have completed the survey, please check this box.                          Yes

## Teacher Aide/Paraprofessional Licensure

Illinois law requires Teacher Aides/Paraprofessionals to be licensed through the Illinois State Board of Education (ISBE). There are two ways to qualify for a license: 1) completing a minimum of 60 approved college hours; 2) passing the ACT WorkKeys assessment (Reading, Writing, Math, and the Instructional Support Inventory Observation Component). Once you have met the qualifications for a license, you must apply for and be granted a license by ISBE.

* If hired, are you able to provide official college/university transcripts showing successful     Yes
completion of at least 60 college hours **within 30 days of hire?**
* If you **do not** have at least 60 college hours, have you taken and passed the ACT WorkKeys     I have 60 hours
assessment as required by the State?
* Please note that applicants without 60 college hours are **not** eligible for hire unless they have     Yes
already taken and passed the ACT WorkKeys assessment. **You should not submit an
application until after you have met this requirement.**

Please contact the Human Resources Office at (217) 351-3822 if you have questions about this
requirement.

Please click the box to verify that you have read and understand this information.

DISTRICT_000154

July 7th, 2017

Dear Human Resource Hiring Staff,

I'm excited to have the opportunity to work for Unit 4 School District. I currently love mentoring and tutoring children and adolescents and some adults for Echelon services.
My wide range of life experience; raising children, teaching children and mentoring and counseling people from all walks of life gives me a deep understanding in how to pursue certain situations and in order to gain maximum benefits. My Educational Policy degree along with my Global Ethics degree and School counseling experience is sure to be an asset to your environment.

I look forward to meeting you and working as a team and discussing further qualifications in how to continue to develop a thriving population.

Thank you for your time and consideration.

Sincerely,

Deborah Neff
314-750-3072
217-359-0204
debneff377@gmail.com

**Deborah Neff**
2602 Galen Drive, Champaign, IL 61821
314-750-3072 debbie.feinberg@yahoo.com

**Objective:** Providing excellent service and being an educated established member of a friendly, efficient team.

**Education and Certificate:**

**Lindenwood University:** School Counseling 4.0/ 4.0 GPA

**University of Illinois: Masters** Educational Policy Studies 3.8/4.0 GPA

**Bradley University: Bachelors of Arts** Global Ethics 3.78 /4.0 GPA

**Parkland College:** Highway Construction Certificate 100%

**Work Experience:**

**Echelon Services Current**

Mentoring and tutoring children, adolescents and adults on a weekly basis, providing crises support to families in need. Contribute to team progress meetings and responsible for providing weekly and monthly progress reports, time sheets, receipts to designated parties.

**.Campus Property Management: Urbana Illinois**

Property Manager Assistant:

Responsible for providing daily and weekly reports, staging, showing and leasing apartments to local and international tenants, prioritizing tasks in a multi-tasking environment, helping to resolve tenants complaints and issues, working and understanding tenants concerns from multi-national backgrounds in a high-traffic volume office.

**Towneplace Suites Marriott, Champaign Illinois**

Night Auditor May, 2015 to August 2016:

Providing guest satisfaction, reviewing, scanning, filing and e-mailing daily reports, turning the previous day over to the next day using FOSSE computer system.

**Hilton Garden Inn Laramie Wyoming** 2012 to 2014

Maintenance Engineer: Preventive maintenance, keeping the grounds looking beautiful, engaging with guest and ensuring they are enjoying their stay

**Flying Dutchman Kemah Bay, Texas and Katz's Deli Houston, Texas**

Waitress (Seasonal) high volume, quality restaurants 2011-2012

**A Dora Belles Landscape / Garden Design** Aug. 2010-December 2012 Designing, maintaining lawns and gardens, helping to building patios, painting sheds...

**National Storm Water Center**

Part time National Storm Water Assistant

Travelled, facilitated and organized National Storm Water certification courses, prepared and designed Power Points appropriate for designated clientele, Researched municipal storm water laws, participants enrolled students in the courses designated to their specific municipalities, followed up and continued student training via phone, e-mail and webinars

**Parkway School District** Saint Louis, Missouri; Sept. 2006-Dec. 2010

Substitute Teacher; pre-k through high school, travelled to daily assignments and followed teacher's lesson plans and created own plans if necessary

**Peoria Hebrew Day School** 1997-2000 Pre k to 8th grade Physical education and religious studies teacher.

**SEAPCO Special Education Peoria County 2000-2006** Substitute teacher

**Other:** University of Illinois Assistantship 2002-2004 Educational Policy Studies, Field Manager, 1984 to 1987 Illinois Public Action Council, Hunter's View, executive assistant Big Orange, On the Rocks, gigs, help out with estate sales.

**Computer Skills:** Experience with Microsoft Word, Office, Excel, FOSSE

**DISTRICT_000156**

**Volunteer:** YMCA annual dinner Soup Kitchen Chicago Marathon, Champaign Marathon, Saint Jude, gift shop, art auction, **Extra Certifications:** OSHA, CPR

### Reference List
Deborah Neff
217-359-0204 or 314-750-3072
Debbie.feinberg@yahoo.com

Heather Benz (Mother of a mentee)
217-898-5358
200 Sunview Rd, Rantoul

Sandy Overman
312-505-1856
General Manager

Donald Purnell
217-390-8123
Assistant General Manager

Judy Pelmore
217-778-8339
Marriott

Azeeb Abebe
217-722-3322
Marriott Assistant General Manager

Maria Meneses
Campus Property Manager
217-239-2643 w
217-840-2725 c

**ROE #9 Champaign-Ford County School Districts Online Application**

Neff, Deborah - AppNo: 31239                                                      Date Submitted: 1/18/2018

Internal Candidate

## Personal Data

| Name: | Mrs. | Deborah | L | Neff |
|---|---|---|---|---|
| | (Title) | (First) | (Middle Initial) | (Last) |

Other name(s) under which transcripts, certificates, and former applications may be listed:

| Other: | Ms. | Deborah | L | Feinberg |
|---|---|---|---|---|
| | (Title) | (First) | (Middle Initial) | (Last) |

**Email Address:**  debneff377@gmail.com

## Postal Address

| **Permanent Address** | | **Present Address** | |
|---|---|---|---|
| Number & Street: | 2602 Galen Drive | Number & Street: | |
| Apt. Number: | | Apt. Number: | |
| City: | Champaign | City: | |
| State/Province: | IL | State/Province: | |
| Zip/Postal Code: | 61821 | Zip/Postal Code: | |
| Country: | United States of America | Country: | |
| Daytime Phone: | (314) 750-3072 | Phone Number: | |
| Home/Cell Phone: | (314) 750-3072 | | |

## Employment Desired

Position Desired:
**District Student Support Services**
 1.  AVID Program Tutor
**Licensed Secondary Teaching - 6th thru 8th**
 1.  Interventionist
**Licensed: Paraprofessional**
 1.  Teacher Aide
 2.  Teacher Assistant
 3.  Teacher Assistant/Teacher Aide/Paraprofessional
**Non Licensed: Support Staff**
 1.  Library Media Assistant
**Substitute**
 1.  Substitute Support Staff
 2.  Substitute Teacher

## Current District

Are you currently employed by one of the organizations listed below?          **Yes**
Employed at: 4
Exclude application from district? No

## Experience

Please list ALL relevant work experience
beginning with your current position in the district.

DISTRICT_000096

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                                 Date Submitted: 1/18/2018

Internal Candidate

## Experience Continued

| Current or Most Recent Position | | Employer Contact Information | | References or Supervisor (List Current Phone #) | |
|---|---|---|---|---|---|
| Unit 4<br>Substitute teacher and AVID Tutor | | 703 S New<br>Champaign, IL 61820<br>2178985358 | | Mr. Tenaka<br>2178985358<br>debbie.feinberg@yahoo.com | |
| Date From - Date To: | 08/2017 - 09/2018<br>(Total Yrs: Current) | Full or Part Time: | Full | Last Annual Salary: | 100 per day |
| Reason for Leaving: | N/a | | | | |
| Responsibilities/ Accomplishments at this Position | AVID tutoring, reviewing and discussing TRG's. Encouraging all students to ask questions to enhance and encourage the group learning experience. | | | | |

| Previous Position Held | | Employer Contact Information | | References or Supervisor (List Current Phone #) | |
|---|---|---|---|---|---|
| Echelon Counseling Services<br>Tutor / Mentor / supervision | | Willow Springs Rd<br>Urbana, IL 61801<br>217-493-0243 | | Rebecca Jones<br>217-493-0243<br>echelonservices.rjones@gmail.com | |
| Date From - Date To: | 05/2016 - 11/2017<br>(Total Yrs: 1) | Full or Part Time: | Part | Last Annual Salary: | 12.to30 per h |
| Reason for Leaving: | Echelon left | | | | |
| Responsibilities/ Accomplishments at this Position | Mentoring and tutoring children, adolescents and adults on a weekly basis, providing crises support to families in need. Contribute to team progress meetings and responsible for providing weekly and monthly progress reports, time sheets and receipts to designated parties. | | | | |

| Previous Position Held | | Employer Contact Information | | References or Supervisor (List Current Phone #) | |
|---|---|---|---|---|---|
| Campus Property Management<br>Property Manager assistant | | 404 E Michigan Ave<br>Urbana, Il 61801<br>217-344-4145 | | Maria Meneses<br>217-239-2643 | |
| Date From - Date To: | 05/2016 - 12/2016<br>(Total Yrs: 1) | Full or Part Time: | Full | Last Annual Salary: | 37,000 |
| Reason for Leaving: | Services no longer needed | | | | |
| Responsibilities/ Accomplishments at this Position | Responsible for providing daily and weekly reports, staging, showing and leasing apartments to local and international tenants, prioritizing tasks in a multi-tasking environment, helping to resolve tenants complaints and issues, working and understanding tenants concerns from multi-national backgrounds in a high-traffic volume office. | | | | |

DISTRICT_000097

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                       Date Submitted: 1/18/2018

### Internal Candidate

## Experience Continued

| Previous Position Held | Employer Contact Information | References or Supervisor (List Current Phone #) |
|---|---|---|
| Parkway School District Substitute Teacher | 455 North Woodsmill Road Chesterfield, Mo 63017 314-415-8100 | Principal on duty, various 314-415-8100 (human resource) pkwy.k12.mo.us |

| Date From - Date To: | 10/2006 - 12/2011 (Total Yrs: 5) | Full or Part Time: | Sub | Last Annual Salary: | 100.00 daily |
|---|---|---|---|---|---|
| Reason for Leaving: | Moved | | | | |
| Responsibilities/ Accomplishments at this Position | Travelled to daily assignments, followed and / or prepared lessons and helped students resolve conflicts | | | | |

| Previous Position Held | Employer Contact Information | References or Supervisor (List Current Phone #) |
|---|---|---|
| Marriott Townplace Suites Night Auditor | 603 S. Sixth St Champaign, IL 61821 217-244-1600 | Sandy Overman 312-505-1856 debbie.feinberg@yahoo.com |

| Date From - Date To: | 05/2015 - 08/2016 (Total Yrs: 1) | Full or Part Time: | Full | Last Annual Salary: | 28,000 |
|---|---|---|---|---|---|
| Reason for Leaving: | Working full time nights and part time days, Campus property offered me full time days 2 increase | | | | |
| Responsibilities/ Accomplishments at this Position | Providing top quality guest satisfaction, responsible for balancing and reviewing daily reports and scanning, filing and e-mailing reports. Rolling the previous day shifts, budgets and numbers to the next day using their designated computer system. Responsible for security and checking people in and out of the hotel. | | | | |

| Previous Position Held | Employer Contact Information | References or Supervisor (List Current Phone #) |
|---|---|---|
| Peoria Hebrew Day School Teacher pk-8th grade | 5414 N University St Peoria, IL 61614 309-692-2821 | Marcia Riddle / Dr. Thomas Halperin 309-692-2821 http://www.peoriahebrewdayschool.com/contact.ht |

| Date From - Date To: | 08/1997 - 06/2002 (Total Yrs: 3-4) | Full or Part Time: | Full | Last Annual Salary: | 13,000.00 year |
|---|---|---|---|---|---|
| Reason for Leaving: | Salary | | | | |
| Responsibilities/ Accomplishments at this Position | 1. Prepared lesson plans pre-k-8th grade, 2. Responsible for coordinating Friday and morning services. 3. I taught beginning Hebrew, Jewish Studies and physical education; 4. provided weekly newsletters.5. I orchestrated a recycling can program to raise money and create earth care awareness. 6. Students worked hard and choreographed tasteful, entertaining plays, dances and music for special occasions under my light direction. | | | | |

## Education

Please tell us about your educational background beginning with the most recent.

DISTRICT_000098

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                                Date Submitted: 1/18/2018

### Internal Candidate

**High School Attended:**       Centennial High School, Champaign Illinois
**Graduation Status:**          H.S. Diploma

### Colleges, Universities and Technical Schools Attended:

| Name and location | Dates Attended: From - To | Major area of study and number of semester hours | Minor area of study and number of semester hours | Degree | Date Conferred or Expected |
|---|---|---|---|---|---|
| Lindenwood University | 08/2008 08/2010 | School Counseling Hrs: 44 | General Counseling Hrs: 4 | School Counseling | 05/2021 |
| University of Illinois | 01/2002 05/2004 | Educational Policy Studies Hrs: 33 | N/A Hrs: 0 | Masters | 05/2004 |
| Bradley University | 08/1994 05/1997 | Religious Studies Hrs: 160 | Global Ethics Hrs: 12 | Bachelors of Arts | 05/1998 |

|  | **Undergraduate** | **Graduate** |
|---|---|---|
| **Overall GPA** | 3.86/4 | 3.87/4 |
| **Major GPA** | Ethic/4 | EPS/4 |

| **Highest Degree Attained** | **Number of graduate hours beyond your highest degree:** | **Grad Program Of Study** |
|---|---|---|
| MA/MS/etc. | 47 | School Counseling / Educational Policy Studies |

**List honors, awards or distinctions you have earned:**
Phi Kappa Honor student Lindenwood University, Local Athletic awards,
Deans list

## Professional References

|  | Reference 1 | Reference 2 |
|---|---|---|
| Name: | Lori Shaw (Mother of mentee) | Heather Benz |
| School/Org: | Fisher / Parkland | Mother of mentee |
| Current Position: | Nutritionalist | Teacher |
| Home Phone: | 217-840-1097 | 217-898-5358 |
| Cell Phone: | 217-840-1097 | |
| Work Phone: | 217-840-1097 | |
| Mailing Address: | 204 E. Sagamon Fisher, Il 61843 | 200 Sunset Rantoul, Illinois |
| Email: | | heatherbenz1@gmail.com |
| Relationship to Candidate: | Mother of previous mentee | mother of mentee |
| Years Known: | 1 | 1 |

DISTRICT_000099

**ROE #9 Champaign-Ford County School Districts Online Application**

Neff, Deborah - AppNo: 31239                                          Date Submitted: 1/18/2018

Internal Candidate

## Professional References cont.

| | Reference 3 | Reference 4 |
|---|---|---|
| Name: | Sandy Overman | Page Malstrom |
| School/Org: | | |
| Current Position: | General Manager Holiday Express Rantoul | General Manager |
| Home Phone: | 3125051856 | 3077455500 |
| Cell Phone: | 3125051856 | 3077455500 |
| Work Phone: | 3125051856 | 3077455500 |
| Mailing Address: | Holiday Inn Express Rantoul, Illinois | Hilton Garden Inn Grand Blvd Laramie Wyoming |
| Email: | sandyoverman@cmirt.com | page_malstrom.@hiltongardeninn.com |
| Relationship to Candidate: | General Manager at the Marriott | General Manager at Hilton Garden Inn |
| Years Known: | 2 | 2 |

| | Reference 5 | |
|---|---|---|
| Name: | Azeeb Abebe | |
| School/Org: | | |
| Current Position: | Was Manager at the Marriott | |
| Home Phone: | 217-722-3322 | |
| Cell Phone: | 217-7223-322 | |
| Work Phone: | 217-722-3322 | |
| Mailing Address: | Marriott Townplace Suites | |
| Email: | abebe@yahoo.com | |
| Relationship to Candidate: | Manager at Marriott Towneplace Suites | |
| Years Known: | 2 | |

## Language Skills

Do you know any language other than English? Yes

| | |
|---|---|
| Language(s): | Spanish, Hebrew |
| Oral Level: | Polite |
| Written Level: | |

## Certification

| | |
|---|---|
| Do you hold National Board for Professional Teaching Standards endorsement? | **No** |
| Do you hold or anticipate an Illinois license? | **License is held** |
| Illinois Educator Identification Number (IEIN): | **352232** |

**DISTRICT_000100**

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                                Date Submitted: 1/18/2018

**Internal Candidate**

### Certification Continued

| Type | License Number | Expiration Date | Status |
|------|----------------|-----------------|--------|
| Substitute - 90 Days Teaching License | 2381533 | 06/30/2023 | Current |
| | | | |
| Substitute - 90 Days Teaching License | | | Current |
| Substitute - 90 Days Teaching License | | | Applied For |

**Please list any other endorsements and/or verifications documented on your license(s):**
My substitute license is accepted, I submitted my finger print and pd a 50 dollar fee. I have to pay 60 registration fee asap

Do you hold a current out-of-state license? No

| State | Type | License Number | Expiration Date | Current? |
|-------|------|----------------|-----------------|----------|
| | | | | No |

**List your out-of-state certified teaching/administration fields:**
Private schools, in and out of state. I have a Masters in Education, class room experience, but not official certificate

### Equal Opportunity Employer

All ROE #9 Champaign/Ford County School Districts are Equal Opportunity Employers. All ROE #9 Champaign/Ford County School Districts ensure equal employment opportunities regardless of race, creed, sex, color, national origin, religion, age, sexual orientation or disability. The Districts have a policy of active recruitment of qualified minority teachers and non-certified employees. Any individual needing assistance in making application for any opening should contact the ROE #9 office.

### Legal Information

Please Note: Applicants are not obligated to disclose sealed or expunged records of conviction or arrest.

* Do you have a legal right to work in the United States?                                      Yes

* Have you ever been convicted of any felony other than a minor traffic violation?          No
If yes, please explain:

* Have you ever been dismissed or asked to resign from any position?                         No
If yes, please explain:

* Have you ever had any indicated finding of child abuse filed in your name?                 No
If yes, explain, giving dates:

### Confirmation

I understand that Section 10-21.0 of the School Code of Illinois requires all applicants for employment to submit to a fingerprint-based criminal background investigation and my employment, if approved, is subject to a satisfactory criminal background investigation. Should I be a candidate for employment with any school district in Champaign/Ford (ROE #9) I agree to authorize such an investigation and will allow myself to be fingerprinted as part of this investigation.

Sec. 10-21-9. Criminal background investigation

No applicant for employment except bus drivers, whose check is done in conjunction with the issuance of a CDL, shall have been convicted, within 7 years of the application for employment with the school district, of any other felony under the laws of this State or of any offense committed or attempted in any other state or against the laws of the United States that, if committed or attempted in this State, would have been punishable as a felony, under the laws of this State. No school board shall knowingly employ a person who has been convicted for committing attempted first degree murder or for committing or attempting to commit first degree murder or a Class X felony or any one or more of the following offenses: (i) those defined in the "Criminal Code of 2012" (720 ILCS 5/1 et seq.), including Sections 11-6 (Indecent Solicitation of a Child), 11-9.1 through 11-9.5 (Sexual Exploitation and Abuse of a Child) , and 11-30

Generated at 3/7/2018 11:08:01 AM Central                    Page 6 of 9

**DISTRICT_000101**

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                                      Date Submitted: 1/18/2018

**Internal Candidate**

## Confirmation Continued

(Public Indecency) (if punished as a Class 4 felony); Sections 11-14.1-11-21 (Prostitution and Pornography Offenses); Section 11-23 (Posting of Child Pornography) (if punished as a Class 3 felony), 11-24 (Prohibition Against Child Photography by a Sex Offender), 11-25 (Grooming), and 11-26 (Traveling to Meet a Minor); and Sections 11-1.20 (Criminal Sexual Assault), 11-1.30 (Aggravated Criminal Sexual Assault), 11-1.40 (Predatory Criminal Sexual Assault), 11-1.50 (Criminal Sexual Abuse), 11-1.60 (Aggravated Criminal Sexual Abuse), 12-32 (Ritual Mutilation), 12-33 (Ritualized Abuse of a Child), 12C-45 (Drug Induced Infliction of Harm to a Child Athlete), and 26-4 (Unauthorized Video Recording and Live Video Transmission) (if punished pursuant to subdivision (4) or (5) of subsection (d) of Section 26-4); (ii) those defined in the "Cannabis Control Act" except those defined in sections 4(a), 4 (b), 4(c), 5 (a) and 5(b) of that Act; (iii) those defined in the "Illinois Controlled Substances Act"; and (iv) those defined in the "Methamphetamine Control and Community Protection Act;" and (v) any offense committed or attempted in any other state or against the laws of the United States, which if committed or attempted in this State, would have been punishable as one or more of the foregoing offenses. Further, no school board shall knowingly employ a person who has been found to be the perpetrator of sexual or physical abuse of any minor under 18 years of age pursuant to proceedings under Article II of the Juvenile Court Act of 1987.

The Cannabis Control Act is 720 ILCS 550/1 et seq.
The Controlled Substances Act is 720 ILCS 570/1 et seq.
The Methamphetamine Control and Community Protection Act is 720 ILCS 646/1 et seq.
The Juvenile Court Act is 705 ILCS 405/1 et seq.

Under the Immigration Reform and Control Act of 1986, I acknowledge that I will be required to fill out a certification verifying that I am eligible to be employed and verifying my identity. Further, I acknowledge that I will be required to provide documents confirming my identity and employment eligibility. I understand that I cannot be hired if I cannot comply with these requirements.

I certify that the facts contained in this application (and accompanying resume, if any) are true and complete. I understand that any false statement, omission, or misrepresentation on this application (or not conveyed during any interview) is sufficient cause for refusal to hire, or dismissal if I have been employed, no matter when discovered by any of the school districts in Champaign-Ford Counties (of ROE #9).

I understand that any employment is conditioned on review of my work, education, and other history. I authorize the school districts in Champaign-Ford counties (of ROE #9) to investigate all statements contained in my application or resume, and I authorize my former employers and references to disclose information regarding my former employment, character and general reputation to the Champaign-Ford school districts (of ROE #9) without giving me prior notice of such disclosure. In addition, I release Champaign-Ford school districts (of ROE #9) any former employer and all references listed above, and any other person my references suggest as additional sources of information from any and all claims, demands or liabilities arising out of or related to such investigation or disclosure. I understand that my failure to provide a requested employment or employer history which is material to my qualifications for employment or the provision of statements which I do not believe to be true may be a Class A misdemeanor under Section 22-6.5 of the School Code of Illinois. I authorize investigation of all statements contained in this application or made at any stage of the employment process as may be necessary or appropriate in arriving at an employment decision, including contacting references identified. If required for any reference or background check, I will sign an authorization and waiver to the extent permitted under Illinois law.

I understand and agree that nothing contained in this application, or conveyed during any interview, is intended to create an employment contract. I further understand and agree that if I am hired, my employment will be in accordance with Board Policy of any of the school districts in Champaign-Ford counties (of ROE #9) and employment terms and, if applicable, conditions of the collectively bargained agreement between the union(s) and the Board(s) of Education. No promises regarding employment have been made to me, and I understand that no such promise or guarantee is binding upon school districts in Champaign-Ford counties (of ROE #9) unless made in writing.

If I am offered employment I may be asked, and if asked, I agree to submit to a medical examination before starting work. If employed, I also agree to submit to a medical examination at any time deemed appropriate by school districts in Champaign-Ford counties (of ROE #9) and as permitted by law to demonstrate my continued fitness to perform the essential elements of the job. I consent to such examinations and tests and I request that the examining doctor disclose to school districts in Champaign-Ford counties (of ROE #9) the results of such examinations, which results shall remain confidential and segregated from my personnel file. I understand that if I am hired, a condition of my employment will be that I abide by the Drug and Alcohol Free Workplace Policy in the Champaign-Ford county school districts (of ROE #9).

DISTRICT_000102

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239          Date Submitted: 1/18/2018

Internal Candidate

## Confirmation Continued

I understand that filling out this form does not indicate there is a position open and does not obligate the school districts in Champaign-Ford counties (of ROE #9) to hire me. If hired, I agree to abide by all the rules, policies and procedures. The school districts in Champaign-Ford counties (of ROE #9) retain the right to revise their policies or procedures, in whole or in part, at any time.

I have read the application completely and understand all the information contained in it.


Deborah L. Neff
(agreed online)


## Teacher Aide/Paraprofessional Licensure

Illinois law requires Teacher Aides/Paraprofessionals to be licensed through the Illinois State Board of Education (ISBE). There are two ways to qualify for a license: 1) completing a minimum of 60 approved college hours; 2) passing the ACT WorkKeys assessment (Reading, Writing, Math, and the Instructional Support Inventory Observation Component). Once you have met the qualifications for a license, you must apply for and be granted a license by ISBE.


| | |
|---|---|
| * If hired, are you able to provide official college/university transcripts showing successful completion of at least 60 college hours **within 30 days of hire**? | Yes |
| * If you **do not** have at least 60 college hours, have you taken and passed the ACT WorkKeys assessment as required by the State? | I have 60 hours |
| * Please note that applicants without 60 college hours are **not** eligible for hire unless they have already taken and passed the ACT WorkKeys assessment. **You should not submit an application until after you have met this requirement.** | Yes |

Please contact the Human Resources Office at (217) 351-3822 if you have questions about this requirement.

Please click the box to verify that you have read and understand this information.


## Internal Interest Statement


Why are you interested in taking another position within the District?

To establish a steadier position

**DISTRICT_000103**

## ROE #9 Champaign-Ford County School Districts Online Application

Neff, Deborah - AppNo: 31239                                    Date Submitted: 1/18/2018

**Internal Candidate**

## Internal Candidate Acknowledgement

\* Employees covered by the collective bargaining agreement with the CFT are only          Yes
considered internal applicants for other CFT positions. Employees covered by the collective
bargaining agreement with the CESP are only considered internal applicants for other CESP
positions. Please consult the applicable collective bargaining agreement or contact Human
Resources if you have questions about the internal application or interview process.
No employee is guaranteed an interview for an Administrative, District Support Personnel
(DSP), or hourly position.
Please check the box to indicate you have read and understand this information.

DISTRICT_000104



**UNIT 4 SCHOOL DISTRICT**

E.H. Mellon Administrative Center
Human Resources

703 South New Street                          Telephone: (217) 351-3822
Champaign, Illinois 61820-5818                      FAX: (217) 351-7386

TO:     Deborah Neff

FROM:   Ken Kleber, Executive Director of Human Resources

DATE:   March 9, 2018

RE:     *2017-2018 Teacher Aide/Hall Monitor Employment Acknowledgement*

I am pleased to inform you that you have been recommended to the Board of Education of Champaign Unit 4 Schools for employment as a teacher aide/hall monitor for the 2017-2018 school year! The success of the Unit 4 community and the students and families we serve begins with highly qualified employees like you. By joining Unit 4 Schools, you have the opportunity to make a difference every single day.

Your employment is contingent on final verification of your creditials, as well as clearance of a criminal background check. This letter includes important employment information and steps you will need to follow to complete the onboarding process.

- **Employment Information:**
    **Position:** Teacher Aide                    **Employee Number:** 176217
    **Location:** Kenwood                         **Hire/Start Date:** April 3, 2018

**Salary Schedule Placement:** Initial placement on the salary schedule is at Step 1 on the wage schedule pending verification of previous relevant experience. If verifications are received within forty-five (45) days of your hire date, adjustments to your placement are made and are retroactive to your hire date.

    **Number of Contract Days:** 43
    **Hours Per Day:** 7
    **Hourly Salary (Amount Paycheck is Calculated On):** $12.84

- **Criminal Background Check:** Please see the enclosed *Authorization For Release Of Criminal History Record Check* and schedule an appointment for your background check. You will need to bring this authorization form and photo ID to your scheduled appointment.

- **Unit 4 Email information:** Please see the enclosed information sheet regarding your assigned Unit 4 email address and temporary password. You will need to use your new account to complete the next bullet.

- **Other Required Employment Documents:** Using your assigned District email, please access TalentEd Records at https://champaignil.tedk12.com/records. Once you arrive at the site, click "Logging in for the first time?" and follow the prompts to acess your TalentEd account. All tasks are required to be complete within thirty (30) days of your date of hire (as listed above), so please get started ASAP.

Your signature below acknowledges your receipt of this letter and your acceptance of the position (pending final approval by the Board of Education). Please keep a copy of this letter for your records and return the original to the Human Resources Office. We are pleased to welcome you to our team, Deborah!

*on file*

_Deborah J. Neff_____                    _3-13-18_____
Employee Signature                                    Date

cc: Personnel File

**DEFENDANT'S EXHIBIT 2**

**Better Schools Build Better Communities**
www.champaignschools.org/employment

CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4
Champaign, Illinois

Title:                 Teacher Aide

Qualifications:
1. Paraprofessional License or ability to obtain license
2. Ability to work cooperatively with staff, students, and parents
3. Possess good human relations and communication skills
4. Ability to lift 30 pounds or more
5. Ability to use approved student restraints
6. Ability to bend, stoop, turn, squat or lift in order to serve student needs

Reports To:            Building Principal or Designee and Teacher(s) to Whom Assigned

Supervises:            N/A

Objective:             To assist the teacher(s) to whom assigned in a meaningful manner that will enhance the educational and
                       social-emotional development of the students.

Performance Responsibilities:

A. Is sensitive to the needs of students.
B. Prepares materials and/or works under the supervision of the teacher(s).
C. Reinforces concepts and skills introduced by the teacher(s).
D. Works with small groups and with individual students.
E. Assists in the daily supervision of students (bus-related services, inclusive programming, community training, physical
   education, lunch, etc.).
F. Assists children with needed self-care skills (toileting, care of clothes, grooming, etc.), which may include bending, stooping,
   turning or lifting.
G. Performs routine clerical tasks.
H. Assists in maintaining an orderly and neat classroom.
I. Attends faculty and special meetings as specified by the principal and/or teacher(s).
J. Provides general support to the teacher(s) with whom he/she works.
K. Follows building and classroom procedures established by the principal and teacher(s).
L. Participates in professional development as directed by his/her supervisor.
M. Performs other related duties as assigned by the teacher(s) and/or principal.

Terms of Employment:   Work year to be established by the Board of Education; salary and benefits as stipulated in the
                       collective bargaining agreement

Evaluation:            Performance will be evaluated by the Building Principal or his/her designee with input from assigned
                       teacher in accordance with the District's plan for evaluation of Educational Support Professionals (CESP)

Status:                Created April 13, 2005
                       Last Revised (with CESP input and consent) February 26, 2014

DEFENDANT'S EXHIBIT
3
tabbies

Page 1 of 1

**DISTRICT_000001**



**Administrative Center**
**Human Resources**

UNIT 4 SCHOOL DISTRICT

502 W. Windsor
Champaign, Illinois 61820

Telephone: (217) 351-3822
FAX: (217) 351-7386

To:      Deborah Neff
From:    Human Resources
Cc:      Jamie Sussen, CESP President
         Personnel File
Date:    July 21, 2022
Re:      2022-2023 Step Placement

Under the terms of the new collective bargaining agreement between the Board of Education and the Champaign Educational Support Professionals (CESP), the parties created new wage schedules for all classifications for the 2022-2023 school year.

Employees hired before July 1, 2022 will receive a $2.25/hour increase over their 2021-2022 wage for the 2022-2023 school year.  After this $2.25/hour increase, each employee will be placed at a step on their new wage schedule that is closest to the $2.25/hour increase without being below a $2.25/hour increase.  (An employee hired on or before June 1, 2022 will be placed no lower than Step 2 of their new wage schedule if the placement method described here would have resulted in them being placed on Step 1.)

Below is an explanation of how these changes affect you.  Please review the information carefully.

      Hire Date:  April 3, 2018
      Old Classification Title (Pay Lane):  Teacher Aide
      Old Step Placement:  4
      Old Hourly Wage:  $17.47

      NEW Classification Title (Pay Lane):  Aide
      NEW Step Placement:  8
      NEW Hourly Wage:  $20.10
      Difference (amount of your hourly raise effective July 1, 2022:  $2.63

**Important:  Your step placement may not correspond to your number of years in the District or your total experience in your position.**  Step placement is simply a way to identify your hourly wage using the wage schedules in the contract.  Your seniority is based on hire date, not your step!

The new wage schedules can be found on our website at www.champaignschools.org/hr.  All changes are retroactive to July 1, 2022 and updates have been made in our Payroll system.  Your new pay rate will take effect on the first day of your work calendar for the 2022-2023 school year.  **For 10 month employees, this means you will not see an adjustment to your wage until the September 2, 2022 paycheck.**  Please contact Human Resources or your CESP Representative if you have questions about this information.

We appreciate your continued service to our students and families!



**DEFENDANT'S EXHIBIT**
4

### General Personnel

## 5:185 Family and Medical Leave



DEFENDANT'S
EXHIBIT
5

<u>Implementation</u>

The District's Administration will develop and implement appropriate procedures to comply with the Family and Medical Leave Act (FMLA) and the U.S. Department of Labor's rules (Federal rules) implementing FMLA, as they may be amended from time to time. To the extent that anything in the District's policies or procedures conflicts with any applicable collective bargaining agreement, the terms of the collective bargaining agreement will be controlling with respect to the employees covered by that agreement, provided that in all cases the District will comply with its obligations under the FMLA and applicable regulations as they may be amended from time to time.

The District will not interfere with, restrain, or deny the exercise of any right provided by the FMLA, nor will it discharge or discriminate against any individual for exercising their rights under the FMLA. The District recognizes the co-existence of state and/or local laws regarding family and medical leave. Where such laws apply and provide greater family and medical leave rights than the FMLA, the District will comply with those laws.

<u>Eligibility</u>

FMLA leave is available only to certain eligible employees. To be an "eligible employee" under the FMLA, the employee must have been employed by the District for a total of at least 12 months and have worked at least 1,000 hours for the District during the twelve months before the date on which their leave is to begin.

<u>Reasons for Leave</u>

Eligible employees may take leave under the FMLA for the following reasons:

1. For a serious health condition that makes them unable to perform the essential functions of their job;
2. For the birth of a child, and to care for a newborn child;
3. For the placement with the employee of a child for adoption or foster care;
4. To care for a spouse, child (who is under 18 years of age or incapable of self-care due to a physical or mental disability), or parent (not a parent-in-law), who has a serious health condition;
5. To address "qualifying exigencies" that arise because a spouse, son, daughter, or parent is a member of the Armed Forces who is on or has been notified of an impending covered active duty deployment to a foreign country;
6. To care for a spouse, son, daughter, parent, or next of kin who is a "covered service member," while the covered service member is undergoing medical treatment, recuperation, or therapy; is in outpatient status; or is on the temporary disability retired list.

<u>Amount of Leave</u>

Generally, eligible employees are entitled to take up to 12 weeks of leave in a single 12-month period for the reasons specified above.

For the purposes of this policy, the District will use a "rolling" 12-month period measured backward from the date an employee uses any FMLA leave. Available leave is determined by subtracting the number of weeks of FMLA leave taken during this 12-month "look back" period from the 12-week total

**DISTRICT_000076**

allowed.

Any leave taken for the birth or care of a child or the placement of a child for adoption or foster care must be completed within one year after the date of birth or placement.

If both the employee and their spouse are employed by the District and eligible for FMLA leave, they will be permitted to take only a combined total of 12 weeks of leave during a 12-month for the birth and care of a child, the placement of a child for adoption or foster care, or to care for a parent (not a parent-in-law) with a serious health condition.

Eligible employees are also entitled to up to 26 workweeks of leave in a single 12-month period to care for a spouse, son, daughter, parent, or next of kin who is a "covered service member."

When an employee takes FMLA leave for their own serious health condition, to care for a family member with a serious health condition, or to care for a covered service member, they may take FMLA leave on an intermittent or reduced schedule basis, if the required health care provider's certification indicates that this is medically necessary. FMLA military family leave may also be taken on an intermittent or reduced schedule basis when necessary due to a qualifying exigency.

How to Request Leave

If an employee needs to take time off for reasons that they believe qualify for FMLA leave, the employee must comply with the District's usual and customary policies and procedures for reporting absences. They should also submit a written leave request to Human Resources.

If the need for the FMLA leave is foreseeable, an employee must provide Human Resources with at least 30 days' advance notice before the leave is to begin. If 30 days' advance notice is not practicable, the notice must be given as soon as practicable. The employee shall make a reasonable effort to schedule a planned medical treatment so as not to disrupt the District's operations, subject to the approval of the health care provider administering the treatment.

Failure to comply with Champaign Unit 4 School District's absence reporting policies and procedures or to provide documentation or information requested by Human Resources may result in delay or denial of requested time off, and/or discipline up to and including termination of employment.

Certification

It is the employee's responsibility to provide the District with any information needed, including any required certification forms, to determine whether a leave qualifies as FMLA leave. The FMLA requires employees to respond to reasonable requests for information regarding leave, and failure to do so may result in delay or denial of the requested leave.

The District may contact the health care provider to authenticate a completed certification form, may request clarification of information on the certification form, and may ask an employee to sign, or have a family member sign, a release form authorizing the health care provider to communicate with the District for the purpose of clarifying the certification.

The District may also require an employee to obtain a second and third opinion at its expense when it has reason to doubt the validity of a medical certification. In certain instances, the District may require recertification of previously approved leave.

Leave Approval

The District will provide a written notice advising whether an employee's leave will be designated as

**DISTRICT_000077**

FMLA leave. Absent extenuating circumstances, the District will provide this notice within five business days after it receives sufficient information to determine whether the requested leave is for an FMLA-qualifying reason.

<u>While on Leave</u>

FMLA leave is generally unpaid. However, if an employee has any accrued, unused vacation or sick days, this paid time off must be used concurrently with the FMLA leave, and must be exhausted before any unpaid portion of the FMLA leave commences.

If the employee is enrolled in the District's group health insurance plan and wishes to continue this coverage while on FMLA leave, the employee is responsible for paying the employee share of the premiums during any period of FMLA leave. The District will provide instructions for paying health insurance premiums during the leave. The District will continue to pay its share of the premiums for group health insurance coverage while the employee is on FMLA leave, unless the employee notifies the District of their intent not to return to work following leave. If the employee does not pay their share of health insurance premiums while they are on FMLA leave, they may be dropped from plan coverage until they return to work.

If the employee does not return to work upon completion of their FMLA leave, they may be required to repay the District for any premiums paid by the District to maintain group health insurance coverage during the leave, unless the failure to return to work was due to the recurrence or onset of a serious health condition or injury or illness of a covered servicemember, which would otherwise entitle the employee to FMLA leave, or due to other circumstances beyond their control.

Consistent with District policy for all types of leave, an employee will not accrue vacation or other benefits while on FMLA leave. The leave period will be treated as continuous service (i.e., no break-in-service) for purposes of vesting and eligibility to participate in the District's retirement plan.

The employee must notify Human Resources of any change in their expected return to work date (i.e., if they will require more leave than originally anticipated, or if they will return to work earlier than expected) within two business days after they learn of such a change. If this is not possible due to an unforeseen change in circumstances, they must notify the District of the change as soon as practicable under the circumstances.

<u>Return to Work</u>

Before returning to work from an FMLA leave for the employee's own serious health condition, the employee is required to submit a certification from their health care provider that they are able to resume work. If requested, this certification must specifically confirm that they are able to perform the essential functions of their position (with or without reasonable accommodations) as set forth in the job description provided by the District.

Classroom teachers may be required to wait to return to work until the next semester in certain situations as provided by the FMLA regulations.

If the employee timely returns from FMLA leave and used the leave for the stated purpose, they generally will be reinstated to the same position they held when they began the leave, or to an equivalent position with equivalent benefits, pay and other terms and conditions of employment. However, an employee may not be reinstated if their employment would have terminated for reasons unrelated to their FMLA leave, or if they are unable to perform any essential functions of their job (with or without any required accommodations).

**Please also refer to the applicable collective bargaining agreement(s).**

5:185

LEGAL REF.:

29 U.S.C. §2601 *et seq.*, Family and Medical Leave Act; 29 C.F.R. Part 825.

105 ILCS 5/24-6.4.

CROSS REF.: 5:180 (Temporary Illness or Temporary Incapacity), 5:250 (Leaves of Absence), 5:330 (Sick Days, Vacation, Holidays, and Leaves)

Adopted: September 12, 2022

**Champaign CUSD 4**

5:185

DISTRICT_000079

4 of 4

Google Vault - January

# January

---

**neffde@u4sd.org Deborah Neff**
To: Aedan.Murphy@ieanea.org Murphy, Aedan

Saturday, September 3, 2022 at 7:36:20 AM Central Daylight Time

Hi Aedan,

My daughter is expecting her first son, Emmit Taoman Chaprez, January 11th. She lives in Stillwater Oklahoma and we both want me to be there to help everyone the first week or so. I'm not sure how I request this time off. Is it FMLA? Personal leave, etc. Whatever it is can you please let me know how I should proceed?

Thank you!
Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**
To: Aedan.Murphy@ieanea.org Murphy, Aedan

Thursday, September 8, 2022 at 9:59:53 AM Central Daylight Time

---------- Forwarded message ---------
From: **Deborah Neff** <neffde@u4sd.org>
Date: Sat, Sep 3, 2022, 7:36 AM
Subject: January
To: Murphy, Aedan <Aedan.Murphy@ieanea.org>

Hi Aedan,

My daughter is expecting her first son, Emmit Taoman Chaprez, January 11th. She lives in Stillwater Oklahoma and we both want me to be there to help everyone the first week or so. I'm not sure how I request this time off. Is it FMLA? Personal leave, etc. Whatever it is can you please let me know how I should proceed?

Thank you!
Sincerely,

Deborah Neff

---

**Aedan.Murphy@ieanea.org Murphy, Aedan**
To: neffde@u4sd.org Deborah Neff

Thursday, September 8, 2022 at 10:22:51 AM Central Daylight Time

Hi Deborah,


I apologize for my delayed response. I was out of the office on Monday for Labor Day and then in Springfield for work. I did forward your email to Dylan Swank, your UD, so that he can better answer this question.


Thanks,

Aedan


**Aedan Murphy**

**She/Her**

**Associate Staff**

DEFENDANT'S
EXHIBIT

6

DISTRICT_000485

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Thursday, September 8, 2022 10:00 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Fwd: January

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

---------- Forwarded message ----------
**From: Deborah Neff** <neffde@u4sd.org>
Date: Sat, Sep 3, 2022, 7:36 AM
Subject: January
To: Murphy, Aedan <Aedan.Murphy@ieanea.org>

Hi Aedan,

My daughter is expecting her first son, Emmit Taoman Chaprez, January 11th. She lives in Stillwater Oklahoma and we both want me to be there to help everyone the first week or so. I'm not sure how I request this time off. Is it FMLA? Personal leave, etc. Whatever it is can you please let me know how I should proceed?

Thank you!

Sincerely,

Deborah Neff

**Attachments:**
**image002.jpg** 843

DISTRICT_000486

**image003.jpg** 852

**image004.jpg** 879

**image005.jpg** 855

**image007.png** 4.3k

**image008.png** 3.8k

---

**neffde@u4sd.org Deborah Neff**          Sunday, September 11, 2022 at 6:44:36 PM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

Thank you!

On Thu, Sep 8, 2022 at 10:22 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Hi Deborah,


I apologize for my delayed response. I was out of the office on Monday for Labor Day and then in Springfield for work. I did forward your email to Dylan Swank, your UD, so that he can better answer this question.


Thanks,

Aedan


**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906


**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Thursday, September 8, 2022 10:00 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Fwd: January

DISTRICT_000487

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ----------
From: **Deborah Neff** <neffde@u4sd.org>
Date: Sat, Sep 3, 2022, 7:36 AM
Subject: January
To: Murphy, Aedan <Aedan.Murphy@ieanea.org>

Hi Aedan,

My daughter is expecting her first son, Emmit Taoman Chaprez, January 11th. She lives in Stillwater Oklahoma and we both want me to be there to help everyone the first week or so. I'm not sure how I request this time off. Is it FMLA? Personal leave, etc. Whatever it is can you please let me know how I should proceed?

Thank you!

Sincerely,


Deborah Neff

**Attachments:**
**image002.jpg** 843
**image003.jpg** 852
**image004.jpg** 879
**image005.jpg** 855
**image007.png** 4.3k
**image008.png** 3.8k

## Leave Time

**Dylan.Swank@ieanea.org Swank, Dylan**       Thursday, September 8, 2022 at 4:00:05 PM Central Daylight Time

To: neffde@u4sd.org neffde@u4sd.org
Cc: sussenja@u4sd.org Jamie Sussen CESP President

Hi Deborah,

Thanks for reaching out to Aedan with a question around leave time for taking of your coming granddaughter in January – congratulations! I'm Dylan Swank, the UniServ Director assigned to Champaign ESP. I'm CCing Jamie Sussen, CESP President, so he's aware we communicated.

Generally, you're not entitled to FMLA time if you're not going to be providing care for the child. You may need to take other accrued benefit leave (vacation, personal, etc.) – however, I'd reach out to Unit 4's HR department and see if they'll allow you to utilize accrued sick leave. I think there's an argument to be made to allow you to utilize sick leave, but it's ultimately going to be a permissive item from the District – they may or may not allow it, and their decision is likely final on this issue. Obviously, if you were going to be serving as a primary caregiver for the child, things would be a little different.

Again, congratulations on the coming birth of your grandchild! Please don't hesitate to reach out to me directly with any further questions.

Dylan

**neffde@u4sd.org Deborah Neff**       Sunday, September 11, 2022 at 6:57:01 PM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thank you so much! It is funny because, today, I felt that using sick time makes the most sense in regards to helping my daughter give birth, since I will be the primary caregiver in my grandson's first week of life and regards to my daughter's health if she needs blood ect. during birth.

Sincerely,
Deborah Neff



DEFENDANT'S EXHIBIT
7

DISTRICT_000511

On Thu, Sep 8, 2022 at 4:00 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deborah,

Thanks for reaching out to Aedan with a question around leave time for taking of your coming granddaughter in January – congratulations! I'm Dylan Swank, the UniServ Director assigned to Champaign ESP. I'm CCing Jamie Sussen, CESP President, so he's aware we communicated.

Generally, you're not entitled to FMLA time if you're not going to be providing care for the child. You may need to take other accrued benefit leave (vacation, personal, etc.) – however, I'd reach out to Unit 4's HR department and see if they'll allow you to utilize accrued sick leave. I think there's an argument to be made to allow you to utilize sick leave, but it's ultimately going to be a permissive item from the District – they may or may not allow it, and their decision is likely final on this issue. Obviously, if you were going to be serving as a primary caregiver for the child, things would be a little different.

Again, congratulations on the coming birth of your grandchild! Please don't hesitate to reach out to me directly with any further questions.

Dylan

Fwd: Grandson

**Subject:** Fwd: Grandson
**From:** Taryn Wilson <wilsonta@u4sd.org>
**Date:** 1/20/2023, 11:29 AM
**To:** Kenneth Kleber <kleberke@u4sd.org>

---------- Forwarded message ---------
From: **Taryn Wilson** <wilsonta@u4sd.org>
Date: Tue, Oct 18, 2022 at 1:36 PM
Subject: Fwd: Grandson
To: Deborah Neff <neffde@u4sd.org>

Good afternoon,

I received your message from Nancy regarding taking some time off for the birth of your grandson. Congratulations on the addition to your family! As far as being off duty, you would be able to use your personal leave (it looks like you have 28 hours available), but that is all the time you would have available to use.

Thanks!

---------- Forwarded message ---------
From: **Nancy Whitehouse** <whitehna@u4sd.org>
Date: Tue, Oct 18, 2022 at 11:50 AM
Subject: Fwd: Grandson
To: Taryn Wilson <wilsonta@u4sd.org>

Nancy Whitehouse
Administrative Assistant - Human Resources
Champaign Unit 4 Schools - Windsor Administrative Center
502 W. Windsor Road, Champaign
217-351-3822

---------- Forwarded message ---------
From: **Deborah Neff** <neffde@u4sd.org>
Date: Tue, Oct 18, 2022 at 6:44 AM
Subject: Grandson
To: Nancy Whitehouse <whitehna@u4sd.org>



**DISTRICT_000241**

7/7/2023, 2:54 PM

Fwd: Grandson

Hi Nancy,

My daughter, Alicia,  is expecting my grandson, Emmit. January 11th. She lives in Stillwater, Oklahoma and her husband has to work. He is a professor at Oklahoma State University. They asked if I could come and help take care of Emmit since he will be working quite a bit.

I want to leave January 7th and stay until the end of January/ beginning of February. Do I put my time request in Aesop or are there other requirements?

Thanks so much for your help!
Sincerely
Deb Neff

I've asked other people as well and they weren't sure and said that you would be the best person to ask :-)


--
Taryn Wilson
Human Resources Administrative Assistant
Champaign Unit 4 Schools
Administrative Center
502 W. Windsor Rd.
Champaign, IL 61820
PH: 217-351-3822
Fax: 217-351-7386


*Reminder: Please visit the Forward Together website to find official information on the District's reopening. Safety protocols can be found here.*

*Recordatorio: Visite el sitio web Forward Together para encontrar información oficial sobre la reapertura del Distrito. Los protocolos de seguridad se pueden encontrar aquí.*

*Rappel: veuillez visiter le site Web Forward Together pour trouver des informations officielles sur la réouverture du district. Les protocoles de sécurité peuvent être trouvés ici.*


--
Taryn Wilson
Human Resources Administrative Assistant
Champaign Unit 4 Schools
Administrative Center
502 W. Windsor Rd.
Champaign, IL 61820
PH: 217-351-3822
Fax: 217-351-7386

DISTRICT_000242

*Reminder: Please visit the Forward Together website to find official information on the District's reopening. Safety protocols can be found here.*

*Recordatorio: Visite el sitio web Forward Together para encontrar información oficial sobre la reapertura del Distrito. Los protocolos de seguridad se pueden encontrar aqui.*

*Rappel: veuillez visiter le site Web Forward Together pour trouver des informations officielles sur la réouverture du district. Les protocoles de sécurité peuvent être trouvés ici.*

**DISTRICT_000243**

## Leave of absence

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 11:59:01 AM Central Daylight Time
To: hr@u4sd.org Hr Department, nadroztr@u4sd.org Trevor Nadrozny

Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 12:38:40 PM Central Daylight Time
To: hr@u4sd.org Hr Department, nadroztr@u4sd.org Trevor Nadrozny

Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**hr@u4sd.org Hr Department**                    Thursday, November 3, 2022 at 12:51:42 PM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: nadroztr@u4sd.org Trevor Nadrozny

There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need leave,
will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff



DEFENDANT'S
EXHIBIT
9

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 1:17:34 PM Central Daylight Time
To: hr@u4sd.org Hr Department

Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need
leave, will suffice.

Thanks!

DISTRICT_000418

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                Thursday, November 3, 2022 at 1:19:10 PM Central Daylight Time
To: hr@u4sd.org Hr Department, nadroztr@u4sd.org Trevor Nadrozny

Hello again...

I am requesting a leave of absence 2nd semester

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**hr@u4sd.org Hr Department**                Thursday, November 3, 2022 at 2:19:03 PM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: nadroztr@u4sd.org Trevor Nadrozny

What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022, 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

I am requesting a leave of absence 2nd semester

DISTRICT_000419

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onoDBQ0AY4KfPzmv VUw MKKfHx          2/9

Google Vault   Leave of absence

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
  Thank you

  On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
    There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need
    leave, will suffice.

    Thanks!

    On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
      Please send me the request hard copy:

      Deb Neff
      903 Hartwell Drive Apt 5
      Savoy Illinois,
      61874

      On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
        Can I please request a leave of absence for 2nd semester?

        Sincerely,

        Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 3:02:25 PM Central Daylight Time
To: hr@u4sd.org Hr Department

I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm
Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
  What is the reasoning for requesting a leave of absence?

  Thanks!

  On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
    Hello again...

    I am requesting a leave of absence 2nd semester

    Sincerely,

    Deborah Neff

    On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
      Thank you

      On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
        There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you
        need leave, will suffice.

        Thanks!

        On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
          Please send me the request hard copy:

DISTRICT_000420

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                 Thursday, November 3, 2022 at 3:04:23 PM Central Daylight Time
To: hr@u4sd.org Hr Department

I totally understand if I'm denied.

On Thu, Nov 3, 2022, 3:02 PM Deborah Neff <neffde@u4sd.org> wrote:
I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm
Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

I am requesting a leave of absence 2nd semester

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you
need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                 Thursday, November 3, 2022 at 3:06:05 PM Central Daylight Time

DISTRICT  000421

To: hr@u4sd.org Hr Department

Actually, I expect to be denied.

Thank you for your consideration and understanding, either way.

On Thu, Nov 3, 2022, 3:04 PM Deborah Neff <neffde@u4sd.org> wrote:
I totally understand if I'm denied.

On Thu, Nov 3, 2022, 3:02 PM Deborah Neff <neffde@u4sd.org> wrote:
I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

I am requesting a leave of absence 2nd semester

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 3:09:00 PM Central Daylight Time
To: hr@u4sd.org Hr Department

But I would love it if you accepted my request.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 3:04 PM Deborah Neff <neffde@u4sd.org> wrote:

DISTRICT_000422

I totally understand if I'm denied.

On Thu, Nov 3, 2022, 3:02 PM Deborah Neff <neffde@u4sd.org> wrote:
I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

I am requesting a leave of absence 2nd semester

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 3:10:39 PM Central Daylight Time
To: hr@u4sd.org Hr Department

If I'm denied, I would love to hold at Kenwood!

On Thu, Nov 3, 2022, 3:04 PM Deborah Neff <neffde@u4sd.org> wrote:
I totally understand if I'm denied.

On Thu, Nov 3, 2022, 3:02 PM Deborah Neff <neffde@u4sd.org> wrote:
I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

DISTRICT_000423

Google Vault   Leave of absence

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

I am requesting a leave of absence 2nd semester

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason you need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 3:20:44 PM Central Daylight Time
To: nadroztr@u4sd.org Trevor Nadrozny

How

On Thu, Nov 3, 2022, 3:10 PM Deborah Neff <neffde@u4sd.org> wrote:
If I'm denied, I would love to hold at Kenwood!

On Thu, Nov 3, 2022, 3:04 PM Deborah Neff <neffde@u4sd.org> wrote:
I totally understand if I'm denied.

On Thu, Nov 3, 2022, 3:02 PM Deborah Neff <neffde@u4sd.org> wrote:
I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

DISTRICT_000424

I am requesting a leave of absence 2nd semester

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences. An email or letter requesting the leave and the reason you need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**        Thursday, November 3, 2022 at 3:22:04 PM Central Daylight Time
To: hr@u4sd.org Hr Department

In any case, if denied, I'd like to volunteer at Kenwood.

How long will it take before you decide?

On Thu, Nov 3, 2022, 3:10 PM Deborah Neff <neffde@u4sd.org> wrote:
If I'm denied, I would love to hold at Kenwood!

On Thu, Nov 3, 2022, 3:04 PM Deborah Neff <neffde@u4sd.org> wrote:
I totally understand if I'm denied.

On Thu, Nov 3, 2022, 3:02 PM Deborah Neff <neffde@u4sd.org> wrote:
I committed to my daughter and son- in- law I would help them for 3 weeks for the birth of my grandson, Emmit, I'm Stillwater Oklahoma and this is the only way I can come back to being an Aide at Kenwood.

Sincerely,

Deborah Neff

On Thu, Nov 3, 2022, 2:19 PM Hr Department <hr@u4sd.org> wrote:
What is the reasoning for requesting a leave of absence?

Thanks!

On Thu, Nov 3, 2022 at 1:19 PM Deborah Neff <neffde@u4sd.org> wrote:
Hello again...

I am requesting a leave of absence 2nd semester

Sincerely,

Google Vault   Leave of absence

Deborah Neff

On Thu, Nov 3, 2022, 1:17 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you

On Thu, Nov 3, 2022, 12:51 PM Hr Department <hr@u4sd.org> wrote:
There is not a request form for leave of absences.  An email or letter requesting the leave and the reason
you need leave, will suffice.

Thanks!

On Thu, Nov 3, 2022 at 12:38 PM Deborah Neff <neffde@u4sd.org> wrote:
Please send me the request hard copy:

Deb Neff
903 Hartwell Drive Apt 5
Savoy Illinois,
61874

On Thu, Nov 3, 2022, 11:59 AM Deborah Neff <neffde@u4sd.org> wrote:
Can I please request a leave of absence for 2nd semester?

Sincerely,

Deborah Neff

DISTRICT_000426

# Thanks!

**neffde@u4sd.org Deborah Neff**                Wednesday, November 2, 2022 at 8:41:20 AM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thank you so much for coming yesterday.

I have 4 years of being picked on bottled up. I am the only one in this whole building that would be called out for that kind of meeting for such a long time.

Who was responsible for the meeting?

I don't think it is fair that I feel like I am constantly defending my character.

Thank you again!

Sincerely,

Deborah Neff

---

**Dylan.Swank@ieanea.org Swank, Dylan**            Wednesday, November 2, 2022 at 1:46:40 PM Central Daylight Time
To: neffde@u4sd.org Deborah Neff

Hi Deb,


I'm glad I was able to attend on your behalf.


That meeting would have been scheduled by your principal, ostensibly to discuss your absence on that particular day in September. I want to be clear: I don't think that investigatory meetings like the one we sat through are always an indictment of character, but I understand that it might be hard not to feel that way. Sometimes, administrators have a good-faith duty to manage their folks.


That said, like we discussed, I think that if you feel like you've been consistently targeted or called out in ways that your peers aren't, obviously that's a different story.


Please let me know if you hear any more from your administrators regarding this issue, or if there's ever an issue you want to discuss — I know that we had wanted some time to follow up on your leave of absence in January/February, and I know that we wanted to touch base on a couple of other items, too, so please let me know if there's a time in the next week or so that works for you.


Thanks!


Dylan

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Wednesday, November 2, 2022 at 8:41 AM



**DEFENDANT'S EXHIBIT**

_10_

DISTRICT_000547

**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Thanks!

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you so much for coming yesterday.

I have 4 years of being picked on bottled up. I am the only one in this whole building that would be called out for that kind of meeting for such a long time.

Who was responsible for the meeting?

I don't think it is fair that I feel like I am constantly defending my character.

Thank you again!

Sincerely,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 9:15:14 AM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thanks.

Honestly, the hardest deepest blow was  the only issue the meeting could address I had no idea the one issue was the one issue. t. I have been stressed out for over a month and the past 2 nights couldn't sleep because of anxiety attacks. You probably would feel attacked too if you or anyone experienced consistent attacks solely towards you, your style and specific outside the 'cultural norm, 'upbringing when  similar issues are completely brushed off with 'cultural norm'.

Anyway, I do understand implicit bias, prejudices exist, extended much further than the African American and other obvious cultures, I'm pretty sure that is what I have been a victim of the last few years.  Also, if im being asked to resign my position, and I reapply that says a lot.

You did say I may have other options, but I don't know what they are

Sincerely,

Deborah

On Wed, Nov 2, 2022, 1:46 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

DISTRICT  000548

I'm glad I was able to attend on your behalf.

That meeting would have been scheduled by your principal, ostensibly to discuss your absence on that particular day in September. I want to be clear: I don't think that investigatory meetings like the one we sat through are always an indictment of character, but I understand that it might be hard not to feel that way. Sometimes, administrators have a good-faith duty to manage their folks.

That said, like we discussed, I think that if you feel like you've been consistently targeted or called out in ways that your peers aren't, obviously that's a different story.

Please let me know if you hear any more from your administrators regarding this issue, or if there's ever an issue you want to discuss – I know that we had wanted some time to follow up on your leave of absence in January/February, and I know that we wanted to touch base on a couple of other items, too, so please let me know if there's a time in the next week or so that works for you.

Thanks!

Dylan

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Wednesday, November 2, 2022 at 8:41 AM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Thanks!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you so much for coming yesterday.

I have 4 years of being picked on bottled up. I am the only one in this whole building that would be called out for that kind of meeting for such a long time.

Who was responsible for the meeting?

I don't think it is fair that I feel like I am constantly defending my character.

Thank you again!

DISTRICT_000549

1/31/24, 11 58 AM

Google Vault   Thanks!

Sincerely,


Deborah Neff

DISTRICT_000550

# Options

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 11:07:51 AM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan

I know you said there are other options besides resignation but as of now, I have too much anxiety to ask.

That was the other biggest blow...

And why I have been suffering anxiety attacks

---

**Dylan.Swank@ieanea.org Swank, Dylan**                    Thursday, November 3, 2022 at 11:44:39 AM Central Daylight
                                                                                              Time
To: neffde@u4sd.org Deborah Neff
Cc: jsussen84@icloud.com Jamie Sussen

Hi Deb,


I'm replying to this email as a way of responding to your prior two, as well. It's easier for me to track things if we stay in a single email thread.


I do not believe ageism is an issue here – you left school, they weren't sure why, and they wanted to follow up. We did a good job of explaining why and the rationale behind your decision. I believe that single meeting was as simple as that. Of course, there may be more at work outside of that single meeting, and as I alluded to, if you feel you're being singled out in ways or for reasons your peers are not, that's a different story and we need to follow up on that.


As far as options go, yes, there are several. To be clear, they are NOT asking for your resignation – they DID say that if you were to take two months of time and didn't have accrued vacation or personal leave to cover that time, then they might pursue disciplinary action. They're entitled to do that, even if it's a crappy decision.


Here's the option I'd recommend if you still need to take that time off in January/February: apply for an unpaid leave of absence for the days that your accrued personal leave won't cover. This is my recommended path if you can afford the unpaid leave; it does not constitute a break in service, so you'd retain all of your accrued sick leave, your years of service, etc. Of course, you can resign instead, but that does constitute a break in service and you would lose seniority and accrued leave. There may be substitute positions available, too, that you could apply for without constituting a break in service, but I'd reach out to HR to see how they'd like you to handle that process if you choose that path.


A note: that District may not be required to grant leaves of absence. That said, my argument would likely be that the language requires they not be unreasonably denied, so if you'd like to take this option, I'd encourage you to apply for it as soon as possible so that we have time to prepare any necessary follow-ups if they Board does seek to deny it. Another note: you may not be placed back into your old position upon return; it may be an aide position in a different room, or even a different building. See the language below. Please let me know your thoughts ASAP.


Thanks.

DEFENDANT'S
EXHIBIT

11

tabbies

Google Vault  Options

Relevant language from the CESP CBA in regards to leave of absence:

## Section 11. Leave of Absence

The Board and the CESP agree that leaves of absence without pay may be granted by action of the Board of

Education for employees having completed two full years of service to the District. Employee requests for leave of

absence without pay shall state the reason for the leave and the length of time requested. Other employment may not

be a reason for requesting a leave of absence. Any request for a leave of absence shall be submitted in writing by the

employee to the Superintendent or their designee.

A leave of absence shall not exceed one (1) year. An employee may request up to an additional year of extension.

Any denial of a leave of absence shall be given to the employee in writing in a timely fashion.


While on leave of absence, the employee shall have the opportunity to continue in the major medical insurance

program at the employee's expense.

All accumulated benefits and rights of employment previously gained shall be reinstated upon return. Return to

employment will be contingent upon the availability of a position deemed by the Board to be suitable for the

employee who was on leave.




**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, November 3, 2022 at 11:08 AM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Options

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


I know you said there are other options besides resignation but as of now, I have too much anxiety to ask.


That was the other biggest blow...

DISTRICT 000541

Google Vault   Options

And why I have been suffering anxiety attacks

---

**neffde@u4sd.org Deborah Neff**                    Thursday, November 3, 2022 at 12:40:36 PM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan
Cc: jsussen84@icloud.com Jamie Sussen

Thank you.

I just requested for HR to send me a hard copy to apply for leave of absence.

Thank you

On Thu, Nov 3, 2022, 11:44 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I'm replying to this email as a way of responding to your prior two, as well. It's easier for me to track things if we stay in a single email thread.

I do not believe ageism is an issue here – you left school, they weren't sure why, and they wanted to follow up. We did a good job of explaining why and the rationale behind your decision. I believe that single meeting was as simple as that. Of course, there may be more at work outside of that single meeting, and as I alluded to, if you feel you're being singled out in ways or for reasons your peers are not, that's a different story and we need to follow up on that.

As far as options go, yes, there are several. To be clear, they are NOT asking for your resignation – they DID say that if you were to take two months of time and didn't have accrued vacation or personal leave to cover that time, then they might pursue disciplinary action. They're entitled to do that, even if it's a crappy decision.

Here's the option I'd recommend if you still need to take that time off in January/February: apply for an unpaid leave of absence for the days that your accrued personal leave won't cover. This is my recommended path if you can afford the unpaid leave; it does not constitute a break in service, so you'd retain all of your accrued sick leave, your years of service, etc. Of course, you can resign instead, but that does constitute a break in service and you would lose seniority and accrued leave. There may be substitute positions available, too, that you could apply for without constituting a break in service, but I'd reach out to HR to see how they'd like you to handle that process if you choose that path.

A note: that District may not be required to grant leaves of absence. That said, my argument would likely be that the language requires they not be unreasonably denied, so if you'd like to take this option, I'd encourage you to apply for it as soon as possible so that we have time to prepare any necessary follow-ups if they Board does seek to deny it. Another note: you may not be placed back into your old position upon return; it may be an aide position in a different room, or even a different building. See the language below. Please let me know your thoughts ASAP.

Thanks.

Relevant language from the CESP CBA in regards to leave of absence:

DISTRICT_000542

## Section 11. Leave of Absence

The Board and the CESP agree that leaves of absence without pay may be granted by action of the Board of

Education for employees having completed two full years of service to the District. Employee requests for leave of

absence without pay shall state the reason for the leave and the length of time requested. Other employment may not

be a reason for requesting a leave of absence. Any request for a leave of absence shall be submitted in writing by the

employee to the Superintendent or their designee.

A leave of absence shall not exceed one (1) year. An employee may request up to an additional year of extension.

Any denial of a leave of absence shall be given to the employee in writing in a timely fashion.


While on leave of absence, the employee shall have the opportunity to continue in the major medical insurance

program at the employee's expense.

All accumulated benefits and rights of employment previously gained shall be reinstated upon return. Return to

employment will be contingent upon the availability of a position deemed by the Board to be suitable for the

employee who was on leave.


**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, November 3, 2022 at 11:08 AM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Options

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


I know you said there are other options besides resignation but as of now, I have too much anxiety to ask.


That was the other biggest blow...

DISTRICT 000543

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onp0XINIK72 6m pW0W eWn79tv                    4/7

Google Vault   Options

And why I have been suffering anxiety attacks

---

**neffde@u4sd.org Deborah Neff**                              Thursday, November 3, 2022 at 12:41:15 PM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan
Cc: jsussen84@icloud.com Jamie Sussen

Hope my anxiety fades enough for me to work tomorrow

On Thu, Nov 3, 2022, 12:40 PM Deborah Neff <neffde@u4sd.org> wrote:
Thank you.

I just requested for HR to send me a hard copy to apply for leave of absence.

Thank you

On Thu, Nov 3, 2022, 11:44 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I'm replying to this email as a way of responding to your prior two, as well. It's easier for me to track things if we stay in a single email thread.

I do not believe ageism is an issue here – you left school, they weren't sure why, and they wanted to follow up. We did a good job of explaining why and the rationale behind your decision. I believe that single meeting was as simple as that. Of course, there may be more at work outside of that single meeting, and as I alluded to, if you feel you're being singled out in ways or for reasons your peers are not, that's a different story and we need to follow up on that.

As far as options go, yes, there are several. To be clear, they are NOT asking for your resignation – they DID say that if you were to take two months of time and didn't have accrued vacation or personal leave to cover that time, then they might pursue disciplinary action. They're entitled to do that, even if it's a crappy decision.

Here's the option I'd recommend if you still need to take that time off in January/February: apply for an unpaid leave of absence for the days that your accrued personal leave won't cover. This is my recommended path if you can afford the unpaid leave; it does not constitute a break in service, so you'd retain all of your accrued sick leave, your years of service, etc. Of course, you can resign instead, but that does constitute a break in service and you would lose seniority and accrued leave. There may be substitute positions available, too, that you could apply for without constituting a break in service, but I'd reach out to HR to see how they'd like you to handle that process if you choose that path.

A note: that District may not be required to grant leaves of absence. That said, my argument would likely be that the language requires they not be unreasonably denied, so if you'd like to take this option, I'd encourage you to apply for it as soon as possible so that we have time to prepare any necessary follow-ups if they Board does seek to deny it. Another note: you may not be placed back into your old position upon return; it may be an aide position in a different room, or even a different building. See the language below. Please let me know your thoughts ASAP.

Thanks.

DISTRICT_000544

Google Vault  Options

Relevant language from the CESP CBA in regards to leave of absence:

**Section 11. Leave of Absence**

The Board and the CESP agree that leaves of absence without pay may be granted by action of the Board of

Education for employees having completed two full years of service to the District. Employee requests for leave of

absence without pay shall state the reason for the leave and the length of time requested. Other employment may not

be a reason for requesting a leave of absence. Any request for a leave of absence shall be submitted in writing by the

employee to the Superintendent or their designee.

A leave of absence shall not exceed one (1) year. An employee may request up to an additional year of extension.

Any denial of a leave of absence shall be given to the employee in writing in a timely fashion.

While on leave of absence, the employee shall have the opportunity to continue in the major medical insurance

program at the employee's expense.

All accumulated benefits and rights of employment previously gained shall be reinstated upon return. Return to

employment will be contingent upon the availability of a position deemed by the Board to be suitable for the

employee who was on leave.

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, November 3, 2022 at 11:08 AM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Options

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I know you said there are other options besides resignation but as of now, I have too much anxiety to ask.

That was the other biggest blow...

DISTRICT_000545

And why I have been suffering anxiety attacks

DISTRICT_000546

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onp0XINIK72 6m  pW0W  eWn79tv   7/7

## Leave Request

**kleberke@u4sd.org Ken Kleber**                     Wednesday, November 9, 2022 at 5:47:19 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff
Cc: nadroztr@u4sd.org Trevor Nadrozny, hr@u4sd.org Hr Department, casillda@u4sd.org Daniel Casillas

Hi Deb:

I spoke with Dr. Nadrozny regarding your request for a Leave of Absence for second semester.  He does not support granting a leave for reasons I believe he has already shared with you.  As he and Ms. Tee discussed with you last week (and I later discussed with your union representative), we are willing to hire you onto our substitute list if you resigned your permanent position.  If you are interested in this, here's the steps you need to take.

1. Submit a resignation from your TA position to hr@u4sd.org.
2. Apply online for any substitute positions you are interested in.
3. Send me an email stating you have completed your sub application.
4. I will have someone in my office work with you to get you started as a sub.

Thanks.

--
Ken Kleber
Assistant Superintendent of Human Resources & Organizational Effectiveness
Champaign Unit 4 Schools - Champaign, IL
(217) 351-3822

---

**neffde@u4sd.org Deborah Neff**                     Sunday, November 13, 2022 at 6:46:48 PM Central Standard Time
To: kleberke@u4sd.org Ken Kleber

My daughter's husband is not able to be there due to conferences.  My sister is there this week because Ozgur, my son-in-law is out of town for the week and my son in law doesn't want my daughter alone.  This is the same reason they want me to stay a couple of weeks.

I had a doctor's appointment and they had some  things to say about the situation.  I will let you know later.


Sincerely,

Deborah

PS I Have a sub license now....?

On Wed, Nov 9, 2022 at 5:47 PM Ken Kleber <kleberke@u4sd.org> wrote:
  Hi Deb:

  I spoke with Dr. Nadrozny regarding your request for a Leave of Absence for second semester.  He does not support granting a leave for reasons I believe he has already shared with you.  As he and Ms. Tee discussed with you last week (and I later discussed with your union representative), we are willing to hire you onto our substitute list if you resigned your permanent position.  If you are interested in this, here's the steps you need to take.

  1. Submit a resignation from your TA position to hr@u4sd.org.
  2. Apply online for any substitute positions you are interested in.
  3. Send me an email stating you have completed your sub application.
  4. I will have someone in my office work with you to get you started as a sub.

  Thanks.

  --
  Ken Kleber
  Assistant Superintendent of Human Resources & Organizational Effectiveness
  Champaign Unit 4 Schools - Champaign, IL



DEFENDANT'S
EXHIBIT

1 2

DISTRICT  000427

(217) 351-3822

---

**neffde@u4sd.org Deborah Neff**                    Sunday, November 13, 2022 at 6:53:49 PM Central Standard Time
To: kleberke@u4sd.org Ken Kleber, nadroztr@u4sd.org Trevor Nadrozny

Hello,

Trevor never mentioned why I couldn't come back.   The reason I am asking for a few weeks is because my son in law has to be away for  conferences for some of that time. This week my sister is staying there because my son-in-law doesn't want my daughter to be alone.  I had a doctors appointment this Friday and they said some things that I will have to investigate further.

Sincerely
Deborah

PS My sub license is valid now......

On Sun, Nov 13, 2022 at 6:46 PM Deborah Neff <neffde@u4sd.org> wrote:
    My daughter's husband is not able to be there due to conferences.  My sister is there this week because Ozgur, my son-in-law is out of town for the week and my son in law doesn't want my daughter alone.  This is the same reason they want me to stay a couple of weeks.

    I had a doctor's appointment and they had some  things to say about the situation.  I will let you know later.

    Sincerely,

    Deborah

    PS I Have a sub license now....?

    On Wed, Nov 9, 2022 at 5:47 PM Ken Kleber <kleberke@u4sd.org> wrote:
        Hi Deb:

        I spoke with Dr. Nadrozny regarding your request for a Leave of Absence for second semester.  He does not support granting a leave for reasons I believe he has already shared with you.  As he and Ms. Tee discussed with you last week (and I later discussed with your union representative), we are willing to hire you onto our substitute list if you resigned your permanent position.  If you are interested in this, here's the steps you need to take.

        1. Submit a resignation from your TA position to hr@u4sd.org.
        2. Apply online for any substitute positions you are interested in.
        3. Send me an email stating you have completed your sub application.
        4. I will have someone in my office work with you to get you started as a sub.

        Thanks.

        --
        Ken Kleber
        Assistant Superintendent of Human Resources & Organizational Effectiveness
        Champaign Unit 4 Schools - Champaign, IL
        (217) 351-3822

---

**kleberke@u4sd.org Ken Kleber**                    Thursday, November 17, 2022 at 3:59:02 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff, nadroztr@u4sd.org Trevor Nadrozny
Cc: wilsonta@u4sd.org Taryn Wilson

Hi Deborah:

I have asked Trevor to connect with you regarding the denial of your leave request.  Please follow the process below if you want to be a sub.

DISTRICT_000428

Trevor also shared a doctor's note you provided. I'm sorry to hear you've been struggling. We need a bit more detail from the doctor regarding the amount of time you'll need to spend away from your assigned area as well as how frequently this will occur. This will allow us to determine how we might be able to support your needs. I will have Taryn send you a form your doctor can fill out. Please try to get it back to us ASAP. In the meantime, work directly with Trevor as needed.

Thanks.

Ken Kleber
Assistant Superintendent of Human Resources & Organizational Effectiveness
Champaign Unit 4 Schools - Champaign, IL
(217) 351-3822


On 11/13/2022 6:53 PM, Deborah Neff wrote:

> Hello,
>
> Trevor never mentioned why I couldn't come back.   The reason I am asking for a few weeks is because my son in law has to be away for  conferences for some of that time. This week my sister is staying there because my son-in-law doesn't want my daughter to be alone.  I had a doctors appointment this Friday and they said some things that I will have to investigate further.
>
> Sincerely
> Deborah
>
> PS My sub license is valid now......
>
> On Sun, Nov 13, 2022 at 6:46 PM Deborah Neff <neffde@u4sd.org> wrote:
>> My daughter's husband is not able to be there due to conferences.  My sister is there this week because Ozgur, my son-in-law is out of town for the week and my son in law doesn't want my daughter alone.  This is the same reason they want me to stay a couple of weeks.
>>
>> I had a doctor's appointment and they had some  things to say about the situation.  I will let you know later.
>>
>>
>> Sincerely,
>>
>> Deborah
>>
>> PS I Have a sub license now....?
>>
>> On Wed, Nov 9, 2022 at 5:47 PM Ken Kleber <kleberke@u4sd.org> wrote:
>>> Hi Deb:
>>>
>>> I spoke with Dr. Nadrozny regarding your request for a Leave of Absence for second semester.  He does not support granting a leave for reasons I believe he has already shared with you.  As he and Ms. Tee discussed with you last week (and I later discussed with your union representative), we are willing to hire you onto our substitute list if you resigned your permanent position.  If you are interested in this, here's the steps you need to take.
>>>
>>> 1. Submit a resignation from your TA position to hr@u4sd.org.
>>> 2. Apply online for any substitute positions you are interested in.
>>> 3. Send me an email stating you have completed your sub application.
>>> 4. I will have someone in my office work with you to get you started as a sub.
>>>
>>> Thanks.
>>>
>>> --
>>> Ken Kleber
>>> Assistant Superintendent of Human Resources & Organizational Effectiveness
>>> Champaign Unit 4 Schools - Champaign, IL
>>> (217) 351-3822

DISTRICT_000429

Google Vault   Leave Request

---

**wilsonta@u4sd.org Taryn Wilson**                                    Thursday, November 17, 2022 at 4:08:16 PM Central Standard Time
To: kleberke@u4sd.org Ken Kleber
Cc: neffde@u4sd.org Deborah Neff, nadroztr@u4sd.org Trevor Nadrozny

Deborah,

Attached you will find the ADA paperwork for your doctor to complete.  You will also find a copy of your job description for your doctor to review prior to completing the paperwork.  Please let me know if you have any questions.

Thanks!

On Thu, Nov 17, 2022 at 3:59 PM Ken Kleber <kleberke@u4sd.org> wrote:
Hi Deborah:

I have asked Trevor to connect with you regarding the denial of your leave request.  Please follow the process below if you want to be a sub.

Trevor also shared a doctor's note you provided.  I'm sorry to hear you've been struggling.  We need a bit more detail from the doctor regarding the amount of time you'll need to spend away from your assigned area as well as how frequently this will occur.  This will allow us to determine how we might be able to support your needs.  I will have Taryn send you a form your doctor can fill out.  Please try to get it back to us ASAP.  In the meantime, work directly with Trevor as needed.

Thanks.

Ken Kleber
Assistant Superintendent of Human Resources & Organizational Effectiveness
Champaign Unit 4 Schools - Champaign, IL
(217) 351-3822


On 11/13/2022 6:53 PM, Deborah Neff wrote:

Hello,

Trevor never mentioned why I couldn't come back.   The reason I am asking for a few weeks is because my son in law has to be away for  conferences for some of that time. This week my sister is staying there because my son-in-law doesn't want my daughter to be alone.  I had a doctors appointment this Friday and they said some things that I will have to investigate further.

Sincerely
Deborah

PS My sub license is valid now......

On Sun, Nov 13, 2022 at 6:46 PM Deborah Neff <neffde@u4sd.org> wrote:
My daughter's husband is not able to be there due to conferences.  My sister is there this week because Ozgur, my son-in-law is out of town for the week and my son in law doesn't want my daughter alone.  This is the same reason they want me to stay a couple of weeks.

I had a doctor's appointment and they had some  things to say about the situation.  I will let you know later.


Sincerely,

Deborah

PS I Have a sub license now....?

On Wed, Nov 9, 2022 at 5:47 PM Ken Kleber <kleberke@u4sd.org> wrote:

Hi Deb:

I spoke with Dr. Nadrozny regarding your request for a Leave of Absence for second semester. He does not support granting a leave for reasons I believe he has already shared with you. As he and Ms. Tee discussed with you last week (and I later discussed with your union representative), we are willing to hire you onto our substitute list if you resigned your permanent position. If you are interested in this, here's the steps you need to take.

1. Submit a resignation from your TA position to hr@u4sd.org.
2. Apply online for any substitute positions you are interested in.
3. Send me an email stating you have completed your sub application.
4. I will have someone in my office work with you to get you started as a sub.

Thanks.

--
Ken Kleber
Assistant Superintendent of Human Resources & Organizational Effectiveness
Champaign Unit 4 Schools - Champaign, IL
(217) 351-3822

--
Taryn Wilson
Human Resources Administrative Assistant
Champaign Unit 4 Schools
Administrative Center
502 W. Windsor Rd.
Champaign, IL 61820
PH: 217-351-3822
Fax: 217-351-7386

*Reminder: Please visit the Forward Together website to find official information on the District's reopening. Safety protocols can be found here.*

*Recordatorio: Visite el sitio web Forward Together para encontrar información oficial sobre la reapertura del Distrito. Los protocolos de seguridad se pueden encontrar aquí.*

*Rappel: veuillez visiter le site Web Forward Together pour trouver des informations officielles sur la réouverture du district. Les protocoles de sécurité peuvent être trouvés ici.*

**Attachments:**

**ADA Form - Deborah Neff.pdf** 215k

**Teacher Aide 2014-02-26.pdf** 160k

---

**neffde@u4sd.org Deborah Neff**                        Thursday, November 17, 2022 at 5:17:27 PM Central Standard Time
To: kleberke@u4sd.org Ken Kleber
Cc: nadroztr@u4sd.org Trevor Nadrozny, wilsonta@u4sd.org Taryn Wilson

Thank you

On Thu, Nov 17, 2022, 3:59 PM Ken Kleber <kleberke@u4sd.org> wrote:
    Hi Deborah:

    I have asked Trevor to connect with you regarding the denial of your leave request. Please follow the process below if you want to be a sub.

    Trevor also shared a doctor's note you provided. I'm sorry to hear you've been struggling. We need a bit more detail from the doctor regarding the amount of time you'll need to spend away from your assigned area as well as how frequently this will occur.

https //ediscovery google com/discovery/DisplayMessage?m 938f846a 73fc 4b05 9750 495f417036de&at ACD7ono AS0Jpi78qsjs1L64OMZhkgD

DISTRICT_000431

5/7

This will allow us to determine how we might be able to support your needs.  I will have Taryn send you a form your doctor can fill out.  Please try to get it back to us ASAP.  In the meantime, work directly with Trevor as needed.

Thanks.

Ken Kleber
Assistant Superintendent of Human Resources & Organizational Effectiveness
Champaign Unit 4 Schools - Champaign, IL
(217) 351-3822


On 11/13/2022 6:53 PM, Deborah Neff wrote:

Hello,

Trevor never mentioned why I couldn't come back.   The reason I am asking for a few weeks is because my son in law has to be away for  conferences for some of that time. This week my sister is staying there because my son-in-law doesn't want my daughter to be alone.  I had a doctors appointment this Friday and they said some things that I will have to investigate further.

Sincerely
Deborah

PS My sub license is valid now......

On Sun, Nov 13, 2022 at 6:46 PM Deborah Neff <neffde@u4sd.org> wrote:
My daughter's husband is not able to be there due to conferences.  My sister is there this week because Ozgur, my son-in-law is out of town for the week and my son in law doesn't want my daughter alone.  This is the same reason they want me to stay a couple of weeks.

I had a doctor's appointment and they had some  things to say about the situation.  I will let you know later.


Sincerely,

Deborah

PS I Have a sub license now....?

On Wed, Nov 9, 2022 at 5:47 PM Ken Kleber <kleberke@u4sd.org> wrote:
Hi Deb:

I spoke with Dr. Nadrozny regarding your request for a Leave of Absence for second semester.  He does not support granting a leave for reasons I believe he has already shared with you.  As he and Ms. Tee discussed with you last week (and I later discussed with your union representative), we are willing to hire you onto our substitute list if you resigned your permanent position.  If you are interested in this, here's the steps you need to take.

1. Submit a resignation from your TA position to hr@u4sd.org.
2. Apply online for any substitute positions you are interested in.
3. Send me an email stating you have completed your sub application.
4. I will have someone in my office work with you to get you started as a sub.

Thanks.

--
Ken Kleber
Assistant Superintendent of Human Resources & Organizational Effectiveness
Champaign Unit 4 Schools - Champaign, IL
(217) 351-3822

DISTRICT_000432

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7ono    AS0Jpi78qSjs1L64OMZhkgD          6/7

DISTRICT_000433

# Leave of Absence

**Dylan.Swank@ieanea.org Swank, Dylan**

To: neffde@u4sd.org Deborah Neff

Tuesday, November 29, 2022 at 1:22:37 PM Central Standard Time

Hi Deb,

Hope you had a great holiday break.


I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.


Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!


Thanks,

Dylan


## Dylan Swank

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.png@01D80229.83DE0570


**Attachments:**

**image001.png** 13k

**image002.jpg** 917

**image003.jpg** 894

**image004.jpg** 955

**image005.jpg** 902

DEFENDANT'S
EXHIBIT

tabbies®

I 3

DISTRICT 000489

Google Vault   Leave of Absence

**Dylan.Swank@ieanea.org Swank, Dylan**            Thursday, December 1, 2022 at 3:46:13 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff

Hi Deb,


Following up on this, as we do want to be mindful of the grievance timeline. Let me know – thanks!


Dylan




## Dylan Swank

**UniServ Director**

**Illinois Education Association-NEA**

2110 Clearlake Blvd., Suite 103 | Champaign, IL | 61822

P: 217.384.2906     C: 309.264.8795






**From:** Swank, Dylan
**Sent:** Tuesday, November 29, 2022 1:23 PM
**To:** Deborah Neff <neffde@u4sd.org>
**Subject:** Leave of Absence


Hi Deb,

Hope you had a great holiday break.


I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.


Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!

DISTRICT  000490

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.png@(

cid2( cid2( cid2( cid2(

**Attachments:**
**image011.png** 13k
**image012.jpg** 917
**image013.jpg** 894
**image014.jpg** 955
**image015.jpg** 902
**image001.jpg** 6.8k
**image002.png** 763
**image003.png** 685
**image004.png** 729
**image005.png** 788

**neffde@u4sd.org Deborah Neff**                    Thursday, December 1, 2022 at 4:22:45 PM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

What do you think I should do? I hope you had a good holiday too! I did.

Thanks,
Deb

On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

Hope you had a great holiday break.

DISTRICT_000491

I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.

Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!

Thanks,

Dylan

## Dylan Swank

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795


cid204335118*image001.png@01D80229.83DE0570

Attachments:
**image001.png** 13k
**image002.jpg** 917
**image003.jpg** 894
**image004.jpg** 955
**image005.jpg** 902
**image005.jpg** 902
**image001.png** 13k
**image004.jpg** 955
**image003.jpg** 894
**image002.jpg** 917

**Dylan.Swank@ieanea.org Swank, Dylan**                  Friday, December 2, 2022 at 2:42:56 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff
Cc: sussenja@u4sd.org Jamie Sussen CESP President

DISTRICT_000492

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onqKroj8DggdQIS9a  eA7BYZBhK          4/22

Hi Deb,

I can't really tell you one way or the other, unfortunately.

The benefit of a grievance is that it holds the District accountable to the Contract. What does that mean? Well, they've violated the CBA by not giving you a written denial for your leave of absence request. The remedy we would seek in the grievance is a granting of your leave of absence, but there's no guarantee that the District would end up granting it after we file the grievance – in fact, I think it's fairly unlikely. Instead, I think it's likely they would issue the reasons for the denial in writing, cross their arms, and tell us they've fulfilled their contractual obligation – and I think they'd be right. If we were to go to binding arbitration, arbitrators seek to impose remedies that make a situation as if the contract violation never happened, and in this case, the specific contract violation is the failure to provide a written rationale. We may get your leave granted through a grievance, but I don't think it's likely. To borrow a sports metaphor, this grievance would essentially be a Hail Mary; there's a very low chance of success, and a high probability of outright failure. I can't decide for you whether or not that chance is worth it, but I do want to make sure you're aware of the chances.

Please let me and Jamie Sussen, CESP President, know your thoughts.

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.png

cid2   cid2   cid2   cid2

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, December 1, 2022 at 4:23 PM

**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Leave of Absence

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

What do you think I should do? I hope you had a good holiday too! I did.


Thanks,

Deb


On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

Hope you had a great holiday break.


I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted — we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.


Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!


Thanks,

Dylan


**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.png

cid2  cid2  cid2  cid2

**Attachments:**

**image001.png** 13k

**image002.jpg** 917

**image003.jpg** 894

**image004.jpg** 955

**image005.jpg** 902

---

neffde@u4sd.org Deborah Neff                        Tuesday, December 6, 2022 at 9:03:12 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thank you for your response. I'm still wondering FMLA laws since I will be the only care giver for a good part of those 3 weeks.

Thank you,
Deborah

On Fri, Dec 2, 2022, 2:43 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I can't really tell you one way or the other, unfortunately.

The benefit of a grievance is that it holds the District accountable to the Contract. What does that mean? Well, they've violated the CBA by not giving you a written denial for your leave of absence request. The remedy we would seek in the grievance is a granting of your leave of absence, but there's no guarantee that the District would end up granting it after we file the grievance – in fact, I think it's fairly unlikely. Instead, I think it's likely they would issue the reasons for the denial in writing, cross their arms, and tell us they've fulfilled their contractual obligation – and I think they'd be right. If we were to go to binding arbitration, arbitrators seek to impose remedies that make a situation as if the contract violation never happened, and in this case, the specific contract violation is the failure to provide a written rationale. We may get your leave granted through a grievance, but I don't think it's likely. To borrow a sports metaphor, this grievance would essentially be a Hail Mary; there's a very low chance of success, and a high probability of outright failure. I can't decide for you whether or not that chance is worth it, but I do want to make sure you're aware of the chances.

Please let me and Jamie Sussen, CESP President, know your thoughts.

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.
png@01D80229.83DE0570

c    c    c    c
id2  id2  id2  id2

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, December 1, 2022 at 4:23 PM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Leave of Absence

| CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |
| --- |

What do you think I should do? I hope you had a good holiday too! I did.

Thanks,

Deb

On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

Hope you had a great holiday break.

I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.

Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!

DISTRICT_000496

Google Vault   Leave of Absence

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.
png@01D80229.83DE0570

**Attachments:**
**image001.png** 13k
**image002.jpg** 917
**image003.jpg** 894
**image004.jpg** 955
**image005.jpg** 902
**image002.jpg** 917
**image005.jpg** 902
**image003.jpg** 894
**image004.jpg** 955
**image001.png** 13k

---

**Dylan.Swank@ieanea.org** Swank, Dylan            Tuesday, December 6, 2022 at 5:40:23 PM Central Standard
                                                                                    Time

To: neffde@u4sd.org Deborah Neff

Hi Deb,

There is a 10 work day timeline for the grievance procedure, so please try to give us an answer ASAP.

Here are the guidelines for leave under FMLA. I do not believe you qualify, but feel free to look: https://www.dol.gov/
general/topic/benefits-leave/fmla

Sent from my iPhone

DISTRICT 000497

https //ediscovery google com/discovery/DisplayMessage?m 938f846a 73fc 4b05 9750 495f417036de&at ACD7onqKroj8DggdQiS9a eA7BYZBhK        9/22

On Dec 6, 2022, at 9:03 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for your response. I'm still wondering FMLA laws since I will be the only care giver for a good part of those 3 weeks.

Thank you,
Deborah

On Fri, Dec 2, 2022, 2:43 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I can't really tell you one way or the other, unfortunately.

The benefit of a grievance is that it holds the District accountable to the Contract. What does that mean? Well, they've violated the CBA by not giving you a written denial for your leave of absence request. The remedy we would seek in the grievance is a granting of your leave of absence, but there's no guarantee that the District would end up granting it after we file the grievance – in fact, I think it's fairly unlikely. Instead, I think it's likely they would issue the reasons for the denial in writing, cross their arms, and tell us they've fulfilled their contractual obligation – and I think they'd be right. If we were to go to binding arbitration, arbitrators seek to impose remedies that make a situation as if the contract violation never happened, and in this case, the specific contract violation is the failure to provide a written rationale. We may get your leave granted through a grievance, but I don't think it's likely. To borrow a sports metaphor, this grievance would essentially be a Hail Mary; there's a very low chance of success, and a high probability of outright failure. I can't decide for you whether or not that chance is worth it, but I do want to make sure you're aware of the chances.

Please let me and Jamie Sussen, CESP President, know your thoughts.

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

DISTRICT_000498

cid204335118*image001.
png@01D80229.83DE0570

c        c        c        c
id2      id2      id2      id2

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, December 1, 2022 at 4:23 PM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Leave of Absence

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.

What do you think I should do? I hope you had a good holiday too! I did.

Thanks,

Deb

On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

Hope you had a great holiday break.

I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.

Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!

Thanks,

Dylan

DISTRICT_000499

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.
png@01D80229.83DE0570

---

**neffde@u4sd.org Deborah Neff**                    Tuesday, January 10, 2023 at 8:19:25 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Hi Dylan,

Everything seemed like it was covered, but now it isn't.

Reason, no coverage.  I had coverage before, so I'm not sure why I can't get coverage again.

I'm on my break and trying to find your number, but can't find it.

I will look again later.

Thank you,

I guess go ahead and file, if you think it could save my job.

Sincerely,
Deb Neff

I'll explain, the date change on the phone....

On Tue, Dec 6, 2022, 5:40 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:
Hi Deb,

There is a 10 work day timeline for the grievance procedure, so please try to give us an answer ASAP.

Here are the guidelines for leave under FMLA. I do not believe you qualify, but feel free to look: https://www.dol.gov/
general/topic/benefits-leave/fmla

Sent from my iPhone

    On Dec 6, 2022, at 9:03 AM, Deborah Neff <neffde@u4sd.org> wrote:

DISTRICT_000500

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onqKroj8DggdQiS9a eA7BYZBh          12/22

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for your response. I'm still wondering FMLA laws since I will be the only care giver for a good part of those 3 weeks.

Thank you,
Deborah

On Fri, Dec 2, 2022, 2:43 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

> Hi Deb,
>
> I can't really tell you one way or the other, unfortunately.
>
>
> The benefit of a grievance is that it holds the District accountable to the Contract. What does that mean? Well, they've violated the CBA by not giving you a written denial for your leave of absence request. The remedy we would seek in the grievance is a granting of your leave of absence, but there's no guarantee that the District would end up granting it after we file the grievance – in fact, I think it's fairly unlikely. Instead, I think it's likely they would issue the reasons for the denial in writing, cross their arms, and tell us they've fulfilled their contractual obligation – and I think they'd be right. If we were to go to binding arbitration, arbitrators seek to impose remedies that make a situation as if the contract violation never happened, and in this case, the specific contract violation is the failure to provide a written rationale. We may get your leave granted through a grievance, but I don't think it's likely. To borrow a sports metaphor, this grievance would essentially be a Hail Mary; there's a very low chance of success, and a high probability of outright failure. I can't decide for you whether or not that chance is worth it, but I do want to make sure you're aware of the chances.
>
>
> Please let me and Jamie Sussen, CESP President, know your thoughts.
>
>
> Thanks,
>
> Dylan
>
>
> **Dylan Swank**
>
> **UniServ Director**
>
> Illinois Education Association-NEA
>
> 2110 Clearlake Blvd, Suite 103
>
> Champaign, IL 61822-8932
>
> Office: (217) 384 - 2906
>
> Cell: (309) 264 - 8795
>
> cid204335118*image001.
> png@01D80229.83DE0570

DISTRICT_000501

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at ACD7onqKroj8DggdQlS9a eA7BYZBh                    13/22

1/31/24, 11 42 AM                                    Google Vault   Leave of Absence



**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, December 1, 2022 at 4:23 PM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Leave of Absence

> CAUTION: **This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

What do you think I should do? I hope you had a good holiday too! I did.

Thanks,

Deb

On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

Hope you had a great holiday break.

I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.

Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

DISTRICT_000502

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.
png@01D80229.83DE0570

---

**Dylan.Swank@ieanea.org Swank, Dylan**                    Tuesday, January 10, 2023 at 3:40:39 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff

Hi Deb,

As I said, there was a 10 day filing timeline. We are outside that window.

What do you mean by "coverage"? Class coverage on your breaks, insurance, FMLA..? Please clarify.

Thanks,

Dylan

Sent from my iPhone

On Jan 10, 2023, at 8:19 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Dylan,

Everything seemed like it was covered, but now it isn't.

Reason, no coverage.  I had coverage before, so I'm not sure why I can't get coverage again.

I'm on my break and trying to find your number, but can't find it.

I will look again later.

Thank you,

I guess go ahead and file, if you think it could save my job.

Sincerely,
Deb Neff

Google Vault   Leave of Absence

I'll explain, the date change on the phone....

On Tue, Dec 6, 2022, 5:40 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

There is a 10 work day timeline for the grievance procedure, so please try to give us an answer ASAP.

Here are the guidelines for leave under FMLA. I do not believe you qualify, but feel free to look: https://www.dol.gov/general/topic/benefits-leave/fmla

Sent from my iPhone

On Dec 6, 2022, at 9:03 AM, Deborah Neff <neffde@u4sd.org> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for your response. I'm still wondering FMLA laws since I will be the only care giver for a good part of those 3 weeks.

Thank you,
Deborah

On Fri, Dec 2, 2022, 2:43 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I can't really tell you one way or the other, unfortunately.

The benefit of a grievance is that it holds the District accountable to the Contract. What does that mean? Well, they've violated the CBA by not giving you a written denial for your leave of absence request. The remedy we would seek in the grievance is a granting of your leave of absence, but there's no guarantee that the District would end up granting it after we file the grievance – in fact, I think it's fairly unlikely. Instead, I think it's likely they would issue the reasons for the denial in writing, cross their arms, and tell us they've fulfilled their contractual obligation – and I think they'd be right. If we were to go to binding arbitration, arbitrators seek to impose remedies that make a situation as if the contract violation never happened, and in this case, the specific contract violation is the failure to provide a written rationale. We may get your leave granted through a grievance, but I don't think it's likely. To borrow a sports metaphor, this grievance would essentially be a Hail Mary; there's a very low chance of success, and a high probability of outright failure. I can't decide for you whether or not that chance is worth it, but I do want to make sure you're aware of the chances.

Please let me and Jamie Sussen, CESP President, know your thoughts.

Thanks,

Dylan

DISTRICT_000504

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.
png@01D80229.83DE0570

c       c       c       c
id2     id2     id2     id2

**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, December 1, 2022 at 4:23 PM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Leave of Absence

> CAUTION: This email originated from outside of the organization. Do not click links or
> open attachments unless you recognize the sender and know the content is safe.

What do you think I should do? I hope you had a good holiday too! I did.

Thanks,

Deb

On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

Hope you had a great holiday break.

I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a

DISTRICT 000505

Google Vault  Leave of Absence

remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.

Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.png@01D80229.83DE0570

---

**neffde@u4sd.org Deborah Neff**                    Thursday, January 12, 2023 at 9:33:06 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

I had a sub to cover my 3 weeks....

Can you call me at 314 750 3072

Thanks

On Tue, Jan 10, 2023, 3:40 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:
Hi Deb,

As I said, there was a 10 day filing timeline. We are outside that window.

What do you mean by "coverage"? Class coverage on your breaks, insurance, FMLA..? Please clarify.

Thanks,

Dylan

1/31/24, 11 42 AM

Google Vault   Leave of Absence

Sent from my iPhone

On Jan 10, 2023, at 8:19 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless
> you recognize the sender and know the content is safe.

Hi Dylan,

Everything seemed like it was covered, but now it isn't.

Reason, no coverage.  I had coverage before, so I'm not sure why I can't get coverage again.

I'm on my break and trying to find your number, but can't find it.

I will look again later.

Thank you,

I guess go ahead and file, if you think it could save my job.

Sincerely,
Deb Neff

I'll explain, the date change on the phone....

On Tue, Dec 6, 2022, 5:40 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:
Hi Deb,

There is a 10 work day timeline for the grievance procedure, so please try to give us an answer ASAP.

Here are the guidelines for leave under FMLA. I do not believe you qualify, but feel free to
look: https://www.dol.gov/general/topic/benefits-leave/fmla

Sent from my iPhone

On Dec 6, 2022, at 9:03 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Thank you for your response. I'm still wondering FMLA laws since I will be the only care
giver for a good part of those 3 weeks.

Thank you,
Deborah

On Fri, Dec 2, 2022, 2:43 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I can't really tell you one way or the other, unfortunately.

DISTRICT_000507

Google Vault   Leave of Absence

The benefit of a grievance is that it holds the District accountable to the Contract. What does that mean? Well, they've violated the CBA by not giving you a written denial for your leave of absence request. The remedy we would seek in the grievance is a granting of your leave of absence, but there's no guarantee that the District would end up granting it after we file the grievance – in fact, I think it's fairly unlikely. Instead, I think it's likely they would issue the reasons for the denial in writing, cross their arms, and tell us they've fulfilled their contractual obligation – and I think they'd be right. If we were to go to binding arbitration, arbitrators seek to impose remedies that make a situation as if the contract violation never happened, and in this case, the specific contract violation is the failure to provide a written rationale. We may get your leave granted through a grievance, but I don't think it's likely. To borrow a sports metaphor, this grievance would essentially be a Hail Mary; there's a very low chance of success, and a high probability of outright failure. I can't decide for you whether or not that chance is worth it, but I do want to make sure you're aware of the chances.


Please let me and Jamie Sussen, CESP President, know your thoughts.


Thanks,

Dylan


**Dylan Swank**

**UniServ Director**

Illinois Education Association-NEA

2110 Clearlake Blvd, Suite 103

Champaign, IL 61822-8932

Office: (217) 384 - 2906

Cell: (309) 264 - 8795

cid204335118*image001.
png@01D80229.83DE0570


c id2  c id2  c id2  c id2


**From:** Deborah Neff <neffde@u4sd.org>
**Date:** Thursday, December 1, 2022 at 4:23 PM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Leave of Absence

Google Vault  Leave of Absence

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

What do you think I should do? I hope you had a good holiday too! I did.

Thanks,

Deb

On Tue, Nov 29, 2022, 1:22 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

> Hi Deb,
>
> Hope you had a great holiday break.
>
> I wanted to touch base with you around the leave of absence you had requested. As we discussed, since you received no written rationale for the denial, you may be eligible to file a grievance. I'll remind you that a grievance doesn't guarantee that your leave will be granted – we might seek that as a remedy, but the District isn't necessarily required to grant that remedy. Instead, they may just send you an email with the reasons in writing and say that they've fulfilled their obligations.
>
> Please let me know whether or not you'd like to move forward with a grievance at your earliest convenience. I'm also happy to talk more about the process. Let me know!
>
> Thanks,
>
> Dylan
>
> **Dylan Swank**
>
> **UniServ Director**
>
> Illinois Education Association-NEA
>
> 2110 Clearlake Blvd, Suite 103
>
> Champaign, IL 61822-8932
>
> Office: (217) 384 - 2906
>
> Cell: (309) 264 - 8795

DISTRICT_000509

Google Vault   Leave of Absence

cid204335118*image001.
png@01D80229.83DE0570

DISTRICT  000510

## Confirmation of absence

**neffde@u4sd.org Deborah Neff**                Tuesday, January 3, 2023 at 4:09:30 PM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny, earllo@u4sd.org Lori Earl, barnetel@u4sd.org Elizabeth Barnett, teeje@u4sd.org
Jennifer Tee

Dear All,

Hope everyone enjoyed their break....!

My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
I will in Champaign  and able to work January 9th through January 17th.

January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....


Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff

---

**teeje@u4sd.org Jennifer Tee**                Tuesday, January 3, 2023 at 5:09:27 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff
Cc: barnetel@u4sd.org Elizabeth Barnett, earllo@u4sd.org Lori Earl, nadroztr@u4sd.org Trevor Nadrozny

Hi. Happy New Year!

Could you let me know the exact school days you will be gone.

Thanks!


On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
    Dear All,

    Hope everyone enjoyed their break....!

    My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

    I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
    I will in Champaign  and able to work January 9th through January 17th.

    January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....


    Thank you so much for all of your work!

    Thank you again!

    Sincerely,

    Deborah Neff

--
**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary



DEFENDANT'S
EXHIBIT
14

1/31/24, 11 45 AM                                   Google Vault   Confirmation of absence

1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



---

**neffde@u4sd.org Deborah Neff**                    Tuesday, January 3, 2023 at 6:39:16 PM Central Standard Time
To: teeje@u4sd.org Jennifer Tee

On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
Hi. Happy New Year!

Could you let me know the exact school days you will be gone.

Thanks!

On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
Dear All,

Hope everyone enjoyed their break....!

My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
I will in Champaign  and able to work January 9th through January 17th.

January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....

Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff

--
**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815

DISTRICT_000406



**neffde@u4sd.org Deborah Neff**                    Tuesday, January 3, 2023 at 6:52:43 PM Central Standard Time
To: teeje@u4sd.org Jennifer Tee
Cc: barnetel@u4sd.org Elizabeth Barnett, earllo@u4sd.org Lori Earl, nadroztr@u4sd.org Trevor Nadrozny

I just spoke to Ozgur, my son-in-law.
He will be back Saturday, February 12.

It looks like, my return will be, Monday February 14, or Tuesday, February, 15th.

When we leave on Sunday, February 14th, possibly driving, I'll have a clear day, if not before.

As of now, can I plan for Tuesday, February, 15th?

I'll let you know if it's sooner. Basically, now the determining factor is transportation, traveling back.

Sincerely ,
Deborah Neff


On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
   Hi. Happy New Year!

   Could you let me know the exact school days you will be gone.

   Thanks!


On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
   Dear All,

   Hope everyone enjoyed their break....!

       My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

   I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
   I will in Champaign  and able to work January 9th through January 17th.

       January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....

   Thank you so much for all of your work!

   Thank you again!

   Sincerely,

   Deborah Neff
--

DISTRICT_000407

Google Vault  Confirmation of absence

**Jennifer Tee**

**Assistant Principal**

Kenwood Elementary

1001 Stratford Dr.

Champaign, IL 61821

217-351-3815



---

**earllo@u4sd.org earllo**                    Tuesday, January 3, 2023 at 7:12:54 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff, teeje@u4sd.org Jennifer Tee
Cc: barnetel@u4sd.org Elizabeth Barnett, nadroztr@u4sd.org Trevor Nadrozny

When I am at work tomorrow, I will delete all the time you put in.  Once I do, you will need to enter it yourself.


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Deborah Neff <neffde@u4sd.org>
Date: 1/3/23 6:52 PM (GMT-06:00)
To: Jennifer Tee <teeje@u4sd.org>
Cc: Elizabeth Barnett <barnetel@u4sd.org>, Lori Earl <earllo@u4sd.org>, Trevor Nadrozny <nadroztr@u4sd.org>
Subject: Re: Confirmation of absence

I just spoke to Ozgur, my son-in-law.
He will be back Saturday, February 12.

It looks like, my return will be, Monday February 14, or Tuesday, February, 15th.

When we leave on Sunday, February 14th, possibly driving, I'll have a clear day, if not before.

As of now, can I plan for Tuesday, February, 15th?

I'll let you know if it's sooner. Basically, now the determining factor is transportation, traveling back.

Sincerely ,
Deborah Neff


On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
Hi. Happy New Year!

Could you let me know the exact school days you will be gone.

Thanks!

1/31/24, 11 45 AM          Google Vault   Confirmation of absence

On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:

Dear All,

Hope everyone enjoyed their break....!

    My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
I will in Champaign  and able to work January 9th through January 17th.

   January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....


Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff

--
**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



---

**neffde@u4sd.org Deborah Neff**        Wednesday, January 4, 2023 at 7:27:11 AM Central Standard Time
To: earllo@u4sd.org earllo
Cc: teeje@u4sd.org Jennifer Tee, barnetel@u4sd.org Elizabeth Barnett, nadroztr@u4sd.org Trevor Nadrozny

Ok, thank you.

On Tue, Jan 3, 2023, 7:12 PM earllo <earllo@u4sd.org> wrote:
When I am at work tomorrow, I will delete all the time you put in.  Once I do, you will need to enter it yourself.



Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Deborah Neff <neffde@u4sd.org>
Date: 1/3/23 6:52 PM (GMT-06:00)
To: Jennifer Tee <teeje@u4sd.org>

DISTRICT_000409

1/31/24, 11 45 AM                              Google Vault  Confirmation of absence

Cc: Elizabeth Barnett <barnetel@u4sd.org>, Lori Earl <earllo@u4sd.org>, Trevor Nadrozny <nadroztr@u4sd.org>
Subject: Re: Confirmation of absence

I just spoke to Ozgur, my son-in-law.
He will be back Saturday, February 12.

It looks like, my return will be, Monday February 14, or Tuesday, February, 15th.

When we leave on Sunday, February 14th, possibly driving, I'll have a clear day, if not before.

As of now, can I plan for Tuesday, February, 15th?

I'll let you know if it's sooner. Basically, now the determining factor is transportation, traveling back.

Sincerely ,
Deborah Neff


On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
Hi. Happy New Year!

Could you let me know the exact school days you will be gone.

Thanks!


On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
Dear All,

Hope everyone enjoyed their break....!

My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
I will in Champaign  and able to work January 9th through January 17th.

January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....


Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff
--
**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



DISTRICT_000410

https //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onpLoyuQcGD5p8iPNkPVHrUrOk          6/11

· 1/31/24, 11 45 AM

Google Vault   Confirmation of absence

---

**neffde@u4sd.org Deborah Neff**                    Wednesday, January 4, 2023 at 7:39:47 AM Central Standard Time
To: earllo@u4sd.org earllo

Basically delete January 9th to February 2nd

On Wed, Jan 4, 2023, 7:27 AM Deborah Neff <neffde@u4sd.org> wrote:
  Ok, thank you.

  On Tue, Jan 3, 2023, 7:12 PM earllo <earllo@u4sd.org> wrote:
    When I am at work tomorrow, I will delete all the time you put in.  Once I do, you will need to enter it yourself.


    Sent from my Verizon, Samsung Galaxy smartphone

    -------- Original message --------
    From: Deborah Neff <neffde@u4sd.org>
    Date: 1/3/23 6:52 PM (GMT-06:00)
    To: Jennifer Tee <teeje@u4sd.org>
    Cc: Elizabeth Barnett <barnetel@u4sd.org>, Lori Earl <earllo@u4sd.org>, Trevor Nadrozny <nadroztr@u4sd.org>
    Subject: Re: Confirmation of absence

    I just spoke to Ozgur, my son-in-law.
    He will be back Saturday, February 12.

    It looks like, my return will be, Monday February 14, or Tuesday, February, 15th.

    When we leave on Sunday, February 14th, possibly driving, I'll have a clear day, if not before.

    As of now, can I plan for Tuesday, February, 15th?

    I'll let you know if it's sooner. Basically, now the determining factor is transportation, traveling back.

    Sincerely ,
    Deborah Neff


    On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
      Hi. Happy New Year!

      Could you let me know the exact school days you will be gone.

      Thanks!


      On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
        Dear All,

        Hope everyone enjoyed their break....!

          My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

        I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
        I will in Champaign  and able to work January 9th through January 17th.

          January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....

DISTRICT_000411

Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff

--

**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



---

**earllo@u4sd.org Lori Earl**                     Wednesday, January 4, 2023 at 7:58:46 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff

I deleted all of it.  YOU go in and put the accurate dates.

On Wed, Jan 4, 2023 at 7:39 AM Deborah Neff <neffde@u4sd.org> wrote:
Basically delete January 9th to February 2nd

On Wed, Jan 4, 2023, 7:27 AM Deborah Neff <neffde@u4sd.org> wrote:
Ok, thank you.

On Tue, Jan 3, 2023, 7:12 PM earllo <earllo@u4sd.org> wrote:
When I am at work tomorrow, I will delete all the time you put in.  Once I do, you will need to enter it yourself.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Deborah Neff <neffde@u4sd.org>
Date: 1/3/23 6:52 PM (GMT-06:00)
To: Jennifer Tee <teeje@u4sd.org>
Cc: Elizabeth Barnett <barnetel@u4sd.org>, Lori Earl <earllo@u4sd.org>, Trevor Nadrozny <nadroztr@u4sd.org>
Subject: Re: Confirmation of absence

I just spoke to Ozgur, my son-in-law.
He will be back Saturday, February 12.

It looks like, my return will be, Monday February 14, or Tuesday, February, 15th.

**DISTRICT_000412**

When we leave on Sunday, February 14th, possibly driving, I'll have a clear day, if not before.

As of now, can I plan for Tuesday, February, 15th?

I'll let you know if it's sooner. Basically, now the determining factor is transportation, traveling back.

Sincerely ,
Deborah Neff


On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
Hi. Happy New Year!

Could you let me know the exact school days you will be gone.

Thanks!


On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
Dear All,

Hope everyone enjoyed their break....!

   My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

 I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
 I will in Champaign  and able to work January 9th through January 17th.

   January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....

Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff
--
**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



DISTRICT  000413

1/31/24, 11 45 AM                                    Google Vault  Confirmation of absence

**teeje@u4sd.org Jennifer Tee**                     Wednesday, January 4, 2023 at 9:47:29 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff
Cc: earllo@u4sd.org earllo, barnetel@u4sd.org Elizabeth Barnett, nadroztr@u4sd.org Trevor Nadrozny

So you will be gone January 18-February 15?

Please email back with ONLY the dates you will be gone as the way it is explained above is confusing.

Also, as Lori said, enter the dates tomorrow.

Thank you,

**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



On Wed, Jan 4, 2023 at 7:27 AM Deborah Neff <neffde@u4sd.org> wrote:
  Ok, thank you.

On Tue, Jan 3, 2023, 7:12 PM earllo <earllo@u4sd.org> wrote:
  When I am at work tomorrow, I will delete all the time you put in.  Once I do, you will need to enter it yourself.


  Sent from my Verizon, Samsung Galaxy smartphone


  -------- Original message --------
  From: Deborah Neff <neffde@u4sd.org>
  Date: 1/3/23 6:52 PM (GMT-06:00)
  To: Jennifer Tee <teeje@u4sd.org>
  Cc: Elizabeth Barnett <barnetel@u4sd.org>, Lori Earl <earllo@u4sd.org>, Trevor Nadrozny <nadroztr@u4sd.org>
  Subject: Re: Confirmation of absence

  I just spoke to Ozgur, my son-in-law.
  He will be back Saturday, February 12.

  It looks like, my return will be, Monday February 14, or Tuesday, February, 15th.

  When we leave on Sunday, February 14th, possibly driving, I'll have a clear day, if not before.

  As of now, can I plan for Tuesday, February, 15th?

  I'll let you know if it's sooner. Basically, now the determining factor is transportation, traveling back.

DISTRICT_000414

Google Vault   Confirmation of absence

Sincerely ,
Deborah Neff

On Tue, Jan 3, 2023, 5:09 PM Jennifer Tee <teeje@u4sd.org> wrote:
Hi. Happy New Year!

Could you let me know the exact school days you will be gone.

Thanks!

On Tue, Jan 3, 2023 at 4:09 PM Deborah Neff <neffde@u4sd.org> wrote:
Dear All,

Hope everyone enjoyed their break....!

My ticket to Stillwater, Oklahoma is set for Wednesday, January 18th, 7:00 AM, .

I can't figure out how to cancel my Aesop  absence January  9th through January 17th.
I will in Champaign  and able to work January 9th through January 17th.

January 6th, I will be absent, due to doctors appointments, I can't cancel or reschedule....

Thank you so much for all of your work!

Thank you again!

Sincerely,

Deborah Neff
--
**Jennifer Tee**
**Assistant Principal**
Kenwood Elementary
1001 Stratford Dr.
Champaign, IL 61821
217-351-3815



DISTRICT_000415

## Meeting

---

**nadroztr@u4sd.org Trevor Nadrozny**                    Friday, January 6, 2023 at 9:22:46 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff
Cc: teeje@u4sd.org Jennifer Tee

Hi Deb,
I wanted to follow up on our conversation yesterday about your planned absences moving forward. The last time we met with Mrs. Tee, your union representative and yourself, I had indicated that you needed to consider returning to a substitute position to accommodate your lengthy absence. I had also mentioned that the district does not support your extended absence even though we can understand your reasons for the absence. You indicated that you needed a reason for the denial of the leave. I can share that your continued absences throughout the year have been an issue and that not having any coverage for 20 days is a problem. If you go on your leave you will be terminated from your position and you will not be eligible to be hired back by the district. If you resign and become a substitute aide you will be able to come back without any issues. Also, if our position has not been filled by the time you return you would be eligible to apply for this position as well. I wanted you to know where you stand. Please reach out if you have any questions on this and would be happy to meet again if needed.
Sincerely,
Trevor

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**                    Monday, January 9, 2023 at 7:09:19 PM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

Thanks,

I can meet in person, to explain more... There is a leave of absence clause....

Is there any way you can get the original sub who signed up for the 3 weeks to sub the 18th on?

I'm sure hindsight will be 20/20.

I want to be there close to the birth of Emmet. Ozgur wants me there when he is gone.... Who knows , maybe I'll drive back midway and go back when Ozgur has to leave....

On Fri, Jan 6, 2023, 9:22 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Hi Deb,
I wanted to follow up on our conversation yesterday about your planned absences moving forward. The last time we met with Mrs. Tee, your union representative and yourself, I had indicated that you needed to consider returning to a substitute position to accommodate your lengthy absence. I had also mentioned that the district does not support your extended absence even though we can understand your reasons for the absence. You indicated that you needed a reason for the denial of the leave. I can share that your continued absences throughout the year have been an issue and that not having any coverage for 20 days is a problem. If you go on your leave you will be terminated from your position and you will not be eligible to be hired back by the district. If you resign and become a substitute aide you will be able to come back without any issues. Also, if our position has not been filled by the time you return you would be eligible to apply for this position as well. I wanted you to know where you stand. Please reach out if you have any questions on this and would be happy to meet again if needed.
Sincerely,
Trevor

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School

DEFENDANT'S
EXHIBIT
15
tabbies

DISTRICT  000462

1001 Stratford Drive
Champaign, IL 61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**        Thursday, January 12, 2023 at 9:30:15 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

    ---------- Forwarded message ---------
From: **Deborah Neff** <neffde@u4sd.org>
Date: Mon, Jan 9, 2023, 7:09 PM
Subject: Re: Meeting
To: Trevor Nadrozny <nadroztr@u4sd.org>

Thanks,

I can meet in person, to explain more... There is a leave of absence clause....

Is there any way you can get the original sub who signed up for the 3 weeks to sub the 18th on?

I'm sure hindsight will be 20/20.

I want to be there close to the birth of Emmet. Ozgur wants me there when he is gone.... Who knows , maybe I'll drive
back midway and go back when Ozgur has to leave....

On Fri, Jan 6, 2023, 9:22 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
  Hi Deb,
  I wanted to follow up on our conversation yesterday about your planned absences moving forward. The last time we
  met with Mrs. Tee, your union representative and yourself, I had indicated that you needed to consider returning to a
  substitute position to accommodate your lengthy absence. I had also mentioned that the district does not support your
  extended absence even though we can understand your reasons for the absence. You indicated that you needed a
  reason for the denial of the leave. I can share that your continued absences throughout the year have been an issue
  and that not having any coverage for 20 days is a problem. If you go on your leave you will be terminated from your
  position and you will not be eligible to be hired back by the district. If you resign and become a substitute aide you will
  be able to come back without any issues. Also, if our position has not been filled by the time you return you would be
  eligible to apply for this position as well. I wanted you to know where you stand. Please reach out if you have any
  questions on this and would be happy to meet again if needed.
  Sincerely,
  Trevor

  **Trevor Nadrozny, Ed.D.**

  *Principal*
  Kenwood Elementary School
  1001 Stratford Drive
  Champaign, IL 61821
  217-351-3815

  Care enough for a result, and you will almost certainly attain it.
  -William James

DISTRICT_000463

## Leave Request/Sub

**nadroztr@u4sd.org Trevor Nadrozny**　　　　Thursday, January 12, 2023 at 6:57:31 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff
Cc: teeje@u4sd.org Jennifer Tee

Hi Deb,
I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several times, this leave is not approved.

- If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated you are not eligible to work in the district.
- As I also stated before, if you resign you can continue as a substitute immediately upon returning.

Please let me know if you need any more clarification.

Sincerely,

Trevor

---

**neffde@u4sd.org Deborah Neff**　　　　Friday, January 13, 2023 at 5:21:21 AM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

Did you receive the Aesop information?

Mark Freeman, I'm pretty sure is the person's name who signed up to sub for me January 9th to February 2nd.

Anyway, someone could get him back?

On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Hi Deb,
I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several times, this leave is not approved.

- If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated you are not eligible to work in the district.
- As I also stated before, if you resign you can continue as a substitute immediately upon returning.

Please let me know if you need any more clarification.

Sincerely,

Trevor


DEFENDANT'S EXHIBIT

tabber

16

---

**neffde@u4sd.org Deborah Neff**　　　　Friday, January 13, 2023 at 11:05:31 AM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

Why was my leave of absence request denied?

On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Hi Deb,
I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several times, this leave is not approved.

- If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated you are not eligible to work in the district.
- As I also stated before, if you resign you can continue as a substitute immediately upon returning.

Please let me know if you need any more clarification.

DISTRICT_000434

Sincerely,

Trevor

---

**nadroztr@u4sd.org Trevor Nadrozny**                    Friday, January 13, 2023 at 3:31:35 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff

Your leave of absence request was denied because a leave for the reason you stated is not authorized.

I can share that if you choose to substitute you would be able to do return without any discipline. When you return there are many teacher aide vacancies throughout the district and our opening may also be still available.

Trevor


On Fri, Jan 13, 2023 at 11:05 AM Deborah Neff <neffde@u4sd.org> wrote:
Why was my leave of absence request denied?

On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Hi Deb,
I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several times, this leave is not approved.

- If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated you are not eligible to work in the district.
- As I also stated before, if you resign you can continue as a substitute immediately upon returning.

Please let me know if you need any more clarification.

Sincerely,

Trevor

--

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**                    Friday, January 13, 2023 at 6:32:39 PM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

So would I have to start at a level one and first year again? Or would my past 5 years of service count?

FMLA.... Seems like I could qualify, federally....?

On Fri, Jan 13, 2023, 3:31 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Your leave of absence request was denied because a leave for the reason you stated is not authorized.

I can share that if you choose to substitute you would be able to do return without any discipline. When you return there are many teacher aide vacancies throughout the district and our opening may also be still available.

Trevor


On Fri, Jan 13, 2023 at 11:05 AM Deborah Neff <neffde@u4sd.org> wrote:
Why was my leave of absence request denied?

DISTRICT_000435

1/31/24, 11 38 AM                                  Google Vault   Leave Request/Sub

On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
   Hi Deb,
   I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be
   included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several
   times, this leave is not approved.

   • If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated
     you are not eligible to work in the district.
   • As I also stated before, if you resign you can continue as a substitute immediately upon returning.

   Please let me know if you need any more clarification.

   Sincerely,

   Trevor

--

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**                    Friday, January 13, 2023 at 6:34:13 PM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny


---------- Forwarded message ---------
From: **Deborah Neff** <neffde@u4sd.org>
Date: Fri, Jan 13, 2023, 6:32 PM
Subject: Re: Leave Request/Sub
To: Trevor Nadrozny <nadroztr@u4sd.org>


So would I have to start at a level one and first year again? Or would my past 5 years of service count?

FMLA…. Seems like I could qualify, federally….?

On Fri, Jan 13, 2023, 3:31 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
   Your leave of absence request was denied because a leave for the reason you stated is not authorized.

   I can share that if you choose to substitute you would be able to do return without any discipline. When you return there
   are many teacher aide vacancies throughout the district and our opening may also be still available.

   Trevor


On Fri, Jan 13, 2023 at 11:05 AM Deborah Neff <neffde@u4sd.org> wrote:
   Why was my leave of absence request denied?

   On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
      Hi Deb,
      I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be
      included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several
      times, this leave is not approved.

      • If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated
        you are not eligible to work in the district.
      • As I also stated before, if you resign you can continue as a substitute immediately upon returning.

DISTRICT_000436

Please let me know if you need any more clarification.

Sincerely,

Trevor

--

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL 61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**nadroztr@u4sd.org Trevor Nadrozny**                    Friday, January 13, 2023 at 9:07:06 PM Central Standard Time
To: neffde@u4sd.org Deborah Neff

Your previous experience would be recognized.

On Fri, Jan 13, 2023 at 6:32 PM Deborah Neff <neffde@u4sd.org> wrote:
So would I have to start at a level one and first year again? Or would my past 5 years of service count?

FMLA.... Seems like I could qualify, federally....?

On Fri, Jan 13, 2023, 3:31 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Your leave of absence request was denied because a leave for the reason you stated is not authorized.

I can share that if you choose to substitute you would be able to do return without any discipline. When you return there are many teacher aide vacancies throughout the district and our opening may also be still available.

Trevor

On Fri, Jan 13, 2023 at 11:05 AM Deborah Neff <neffde@u4sd.org> wrote:
Why was my leave of absence request denied?

On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
Hi Deb,
I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several times, this leave is not approved.

- If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated you are not eligible to work in the district.
- As I also stated before, if you resign you can continue as a substitute immediately upon returning.

Please let me know if you need any more clarification.

Sincerely,

Trevor

--

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL 61821
217-351-3815

DISTRICT_000437

Care enough for a result, and you will almost certainly attain it.
-William James

--

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL 61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**                    Saturday, January 14, 2023 at 5:55:36 AM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

Alicia will definitely need me there!!!!! She had a c section. She said that she and Emmet worked very hard to get out naturally, but he was too big and she was too small. Her water broke the 12th,
Emmet was born the 14th. She is in love!
She said, "He worked so hard"

On Fri, Jan 13, 2023, 9:07 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
  Your previous experience would be recognized.

  On Fri, Jan 13, 2023 at 6:32 PM Deborah Neff <neffde@u4sd.org> wrote:
    So would I have to start at a level one and first year again? Or would my past 5 years of service count?

    FMLA.... Seems like I could qualify, federally....?

    On Fri, Jan 13, 2023, 3:31 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
      Your leave of absence request was denied because a leave for the reason you stated is not authorized.

      I can share that if you choose to substitute you would be able to do return without any discipline. When you return there are many teacher aide vacancies throughout the district and our opening may also be still available.

      Trevor


      On Fri, Jan 13, 2023 at 11:05 AM Deborah Neff <neffde@u4sd.org> wrote:
        Why was my leave of absence request denied?

        On Thu, Jan 12, 2023, 6:57 PM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
          Hi Deb,
          I am responding in email to your text because you included Ellen Schultz and Kari Flodstrom who should not be included on that text. We do not have a sub for you as there is no one lined up or available. As I reiterated several times, this leave is not approved.

          - If you choose not to resign prior to your leave the district will proceed with termination. If you are terminated you are not eligible to work in the district.
          - As I also stated before, if you resign you can continue as a substitute immediately upon returning.

          Please let me know if you need any more clarification.

          Sincerely,

          Trevor

          --

          **Trevor Nadrozny, Ed.D.**

          *Principal*
          Kenwood Elementary School

DISTRICT  000438

1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

--

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

DISTRICT_000439

## Aesop Substitute Found - Notification For Confirmation # 537484038

**netpost@aesoponline.com**                    Saturday, December 10, 2022 at 5:28:49 PM Central Standard Time
To: netpost@aesoponline.com
To: neffde@u4sd.org

The absence that starts on 1/9/2023 has been fulfilled. The following are the details of the job: ************* Job Summary ************* Starting On : 1/9/2023 School : Kenwood Elementary Title : TEACHER AIDE Substitute : FREEDMAN, MARK Confirmation # : 537484038 ********* Job Days ********* School ------------------------------------- Kenwood Elementary Date: 1/10/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------- --------- Kenwood Elementary Date: 1/11/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/12/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/9/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/13/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM -------------- ------------------------- Kenwood Elementary Date: 1/18/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/17/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/19/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/20/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM -------------- ------------------------- Kenwood Elementary Date: 1/30/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/23/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/24/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/25/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM -------------- ------------------------- Kenwood Elementary Date: 1/26/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/27/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 1/31/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 2/1/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ---------------- ----------------------- Kenwood Elementary Date: 2/2/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------- Kenwood Elementary Date: 2/3/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org Thank you for using the substitute assignment system. Powered by Aesop

**neffde@u4sd.org Deborah Neff**                    Friday, January 13, 2023 at 5:16:46 AM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

---------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>

The absence that starts on 1/9/2023 has been fulfilled.
 The following are the details of the job:
*************
 Job Summary
*************
Starting On          : 1/9/2023
School               : Kenwood Elementary
Title                : TEACHER AIDE
Substitute           : FREEDMAN, MARK
Confirmation #       : 537484038

*********
 Job Days
*********
School



DISTRICT  000464

Google Vault  Aesop Substitute Found  Notification For Confirmation # 537484038

```
----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
```

DISTRICT_000465

----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**neffde@u4sd.org Deborah Neff**                    Friday, January 13, 2023 at 5:28:49 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

This was the person who was going to sub for me.

I'm hoping he still can, when my dates changed he was erased completely from subbing.

The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

Thanks,

Deborah Neff

---------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>

The absence that starts on 1/9/2023 has been fulfilled.

DISTRICT_000466

The following are the details of the job:
*************
Job Summary
*************
Starting On        : 1/9/2023
School             : Kenwood Elementary
Title              : TEACHER AIDE
Substitute         : FREEDMAN, MARK
Confirmation #     : 537484038

**********
Job Days
**********
School

----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM

DISTRICT_000467

Google Vault   Aesop Substitute Found   Notification For Confirmation # 537484038

----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**Dylan.Swank@ieanea.org Swank, Dylan**                      Friday, January 13, 2023 at 8:54:40 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff

Hi Deb,

I can give you a call this afternoon. Thanks,

DISTRICT 000468

Dylan

Sent from my iPhone

On Jan 13, 2023, at 5:29 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This was the person who was going to sub for me.

I'm hoping he still can, when my dates changed he was erased completely from subbing.

The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

Thanks,

Deborah Neff

---------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>

The absence that starts on 1/9/2023 has been fulfilled.
 The following are the details of the job:
*************
 Job Summary
*************
Starting On         : 1/9/2023
School            : Kenwood Elementary
Title              : TEACHER AIDE
Substitute        : FREEDMAN, MARK
Confirmation #     : 537484038

**********
 Job Days
**********
School

----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary

DISTRICT 000469

1/31/24, 11 36 AM                Google Vault  Aesop Substitute Found  Notification For Confirmation # 537484038

Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary

DISTRICT  000470

Date: 2/1/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**neffde@u4sd.org Deborah Neff**                    Tuesday, January 17, 2023 at 9:20:53 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thanks

On Fri, Jan 13, 2023, 8:54 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:
    Hi Deb,

    I can give you a call this afternoon. Thanks,

    Dylan

    Sent from my iPhone

        On Jan 13, 2023, at 5:29 AM, Deborah Neff <neffde@u4sd.org> wrote:


        | CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |

        This was the person who was going to sub for me.

        I'm hoping he still can, when my dates changed he was erased completely from subbing.

        The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

        Thanks,

        Deborah Neff

        ---------- Forwarded message ---------
        From: <netpost@aesoponline.com>
        Date: Sat, Dec 10, 2022, 5:29 PM

DISTRICT 000471

Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>


The absence that starts on 1/9/2023 has been fulfilled.
 The following are the details of the job:
*************
 Job Summary
*************
Starting On        : 1/9/2023
School             : Kenwood Elementary
Title              : TEACHER AIDE
Substitute         : FREEDMAN, MARK
Confirmation #        : 537484038


**********
 Job Days
**********
School


----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM

DISTRICT  000472

--------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
--------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**Dylan.Swank@ieanea.org Swank, Dylan**                    Tuesday, January 17, 2023 at 10:51:12 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff

DISTRICT_000473

# Aesop Substitute Found - Notification For Confirmation # 537484038

**netpost@aesoponline.com**                          Saturday, December 10, 2022 at 5:28:49 PM Central Standard Time
To: netpost@aesoponline.com
To: neffde@u4sd.org

The absence that starts on 1/9/2023 has been fulfilled. The following are the details of the job: ************* Job Summary ************* Starting On : 1/9/2023 School : Kenwood Elementary Title : TEACHER AIDE Substitute : FREEDMAN, MARK Confirmation # : 537484038 ********** Job Days ********** School ------------------------------------ Kenwood Elementary Date: 1/10/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/11/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/12/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/9/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/13/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/18/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/17/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/19/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/20/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/30/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/23/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/24/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/25/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/26/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/27/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 1/31/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 2/1/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 2/2/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM ------------------------------------ Kenwood Elementary Date: 2/3/2023 Employee Times: 7:20 AM - 2:35 PM Substitute Report Times: 7:20 AM - 2:35 PM Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org Thank you for using the substitute assignment system. Powered by Aesop

---

**neffde@u4sd.org Deborah Neff**                          Friday, January 13, 2023 at 5:16:46 AM Central Standard Time
To: nadroztr@u4sd.org Trevor Nadrozny

---------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>

The absence that starts on 1/9/2023 has been fulfilled.
The following are the details of the job:
*************
Job Summary
*************

Starting On        : 1/9/2023
School             : Kenwood Elementary
Title              : TEACHER AIDE
Substitute         : FREEDMAN, MARK
Confirmation #     : 537484038

**********
Job Days
**********

School



DEFENDANT'S
EXHIBIT

_18_

DISTRICT 000464

----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM

DISTRICT  000465

----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

_____

**neffde@u4sd.org Deborah Neff**                          Friday, January 13, 2023 at 5:28:49 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

This was the person who was going to sub for me.

I'm hoping he still can, when my dates changed he was erased completely from subbing.

The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

Thanks,

Deborah Neff

---------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>


The absence that starts on 1/9/2023 has been fulfilled.

DISTRICT  000466

The following are the details of the job:
*************
Job Summary
*************
Starting On        : 1/9/2023
School             : Kenwood Elementary
Title              : TEACHER AIDE
Substitute         : FREEDMAN, MARK
Confirmation #     : 537484038


*********
Job Days
*********
School


----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

DISTRICT  000467

----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**Dylan.Swank@ieanea.org Swank, Dylan**          Friday, January 13, 2023 at 8:54:40 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff

Hi Deb,

I can give you a call this afternoon. Thanks,

DISTRICT  000468

Dylan

Sent from my iPhone

On Jan 13, 2023, at 5:29 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This was the person who was going to sub for me.

I'm hoping he still can, when my dates changed he was erased completely from subbing.

The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

Thanks,

Deborah Neff

---------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>


The absence that starts on 1/9/2023 has been fulfilled.
 The following are the details of the job:
*************
 Job Summary
*************
Starting On        : 1/9/2023
School             : Kenwood Elementary
Title              : TEACHER AIDE
Substitute         : FREEDMAN, MARK
Confirmation #     : 537484038

**********
 Job Days
**********
School


----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary

DISTRICT 000469

Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary

DISTRICT_000470

Date: 2/1/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**neffde@u4sd.org Deborah Neff**                    Tuesday, January 17, 2023 at 9:20:53 AM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thanks

On Fri, Jan 13, 2023, 8:54 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:
   Hi Deb,

   I can give you a call this afternoon. Thanks,

   Dylan

   Sent from my iPhone

        On Jan 13, 2023, at 5:29 AM, Deborah Neff <neffde@u4sd.org> wrote:


        | CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |

        This was the person who was going to sub for me.

        I'm hoping he still can, when my dates changed he was erased completely from subbing.

        The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

        Thanks,

        Deborah Neff

        ---------- Forwarded message ---------
        From: <netpost@aesoponline.com>
        Date: Sat, Dec 10, 2022, 5:29 PM

DISTRICT 000471

Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>

The absence that starts on 1/9/2023 has been fulfilled.
The following are the details of the job:
*************
Job Summary
*************

Starting On          : 1/9/2023
School               : Kenwood Elementary
Title                : TEACHER AIDE
Substitute           : FREEDMAN, MARK
Confirmation #       : 537484038

**********
Job Days
**********

School

----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM

DISTRICT  000472

----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**Dylan.Swank@ieanea.org Swank, Dylan**                    Tuesday, January 17, 2023 at 10:51:12 AM Central Standard Time
To: neffde@u4sd.org Deborah Neff

DISTRICT  000473

1/31/24, 11 36 AM

Deb,

I called last night and left a brief voicemail. Again, while I do not believe you're eligble for FMLA, you can certainly try filing and see what happens; if you'll be serving as the primary caregiver for a portion of time, you may be eligible for FMLA leave for that portion of time only. Again, the issue seems to be your lack of accrued benefit time – while there is a Leave of Absence provision in the Contract, the District exercised its right to deny your petition and the timeline to file a grievance over that decision has elapsed. Unfortunately, the District does have the right to hold you accountable for only using accrued leave that you actually have, and they have been pretty clear about consequences for exceeding that time.

I'm sorry that this is happening. I can only imagine how frustrating and scary it is. Sometimes, though, my job is to deliver bad news, and I don't think there's a whole lot more we can do here in terms of trying to get you that full slate of time. Again, you can certainly try filing for FMLA for the portion of time that you'll be serving as a primary caregiver, but that might be the only other avenue open right now.

Thanks. Happy to talk more if needed.

Dylan

**Dylan Swank**

**UniServ Director**

**Illinois Education Association-NEA**

2110 Clearlake Blvd., Suite 103 | Champaign, IL | 61822

P: 217.384.2906   C: 309.264.8795

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Tuesday, January 17, 2023 9:21 AM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Aesop Substitute Found - Notification For Confirmation # 537484038

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks

On Fri, Jan 13, 2023, 8:54 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

DISTRICT 000474

I can give you a call this afternoon. Thanks,

Dylan

Sent from my iPhone

On Jan 13, 2023, at 5:29 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This was the person who was going to sub for me.

I'm hoping he still can, when my dates changed he was erased completely from subbing.

The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....

Thanks,

Deborah Neff

––––––– Forwarded message –––––––
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>

The absence that starts on 1/9/2023 has been fulfilled.
 The following are the details of the job:
*************
 Job Summary
*************
Starting On        : 1/9/2023
School             : Kenwood Elementary
Title          : TEACHER AIDE
Substitute         : FREEDMAN, MARK
Confirmation #        : 537484038

**********
 Job Days
**********

DISTRICT  000475

1/31/24, 11 36 AM

School

----------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023

DISTRICT  000476

Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
---------------------------------------
Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

---

**Attachments:**

**image006.jpg** 6.9k

**image007.png** 761

**image008.png** 685

**image009.png** 729

**image010.png** 788

---

**neffde@u4sd.org Deborah Neff**                    Tuesday, January 17, 2023 at 3:35:05 PM Central Standard Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Can you call now,?

On Tue, Jan 17, 2023, 10:51 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Deb,

I called last night and left a brief voicemail. Again, while I do not believe you're eligble for FMLA, you can certainly try filing and see what happens; if you'll be serving as the primary caregiver for a  portion of time, you may be eligible for FMLA leave for that portion of time only. Again, the issue seems to be your lack of accrued benefit time – while there is

DISTRICT  000477

a Leave of Absence provision in the Contract, the District exercised its right to deny your petition and the timeline to file a grievance over that decision has elapsed. Unfortunately, the District does have the right to hold you accountable for only using accrued leave that you actually have, and they have been pretty clear about consequences for exceeding that time.

I'm sorry that this is happening. I can only imagine how frustrating and scary it is. Sometimes, though, my job is to deliver bad news, and I don't think there's a whole lot more we can do here in terms of trying to get you that full slate of time. Again, you can certainly try filing for FMLA for the portion of time that you'll be serving as a primary caregiver, but that might be the only other avenue open right now.

Thanks. Happy to talk more if needed.

Dylan

## Dylan Swank

**UniServ Director**

**Illinois Education Association-NEA**

2110 Clearlake Blvd., Suite 103 | Champaign, IL | 61822

P: 217.384.2906     C: 309.264.8795

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Tuesday, January 17, 2023 9:21 AM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** Re: Aesop Substitute Found - Notification For Confirmation # 537484038

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks

On Fri, Jan 13, 2023, 8:54 AM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

Hi Deb,

I can give you a call this afternoon. Thanks,

DISTRICT  000478

Dylan

Sent from my iPhone


On Jan 13, 2023, at 5:29 AM, Deborah Neff <neffde@u4sd.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


This was the person who was going to sub for me.


I'm hoping he still can, when my dates changed he was erased completely from subbing.


The reason for my termination was lack of coverage, however, originally, I had coverage and hope to still have coverage....


Thanks,


Deborah Neff


--------- Forwarded message ---------
From: <netpost@aesoponline.com>
Date: Sat, Dec 10, 2022, 5:29 PM
Subject: Aesop Substitute Found - Notification For Confirmation # 537484038
To: <neffde@u4sd.org>


The absence that starts on 1/9/2023 has been fulfilled.
 The following are the details of the job:
*************
 Job Summary
*************
Starting On          : 1/9/2023
School               : Kenwood Elementary
Title                : TEACHER AIDE
Substitute           : FREEDMAN, MARK
Confirmation #       : 537484038

*********
 Job Days
*********
School

------------------------------------
Kenwood Elementary
Date: 1/10/2023
Employee Times: 7:20 AM   - 2:35 PM

DISTRICT  000479

1/31/24, 11 36 AM
Google Vault  Aesop Substitute Found  Notification For Confirmation # 537484038

Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/11/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/12/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/9/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/13/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/18/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/17/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/19/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/20/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/30/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/23/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/24/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/25/2023
Employee Times: 7:20 AM   - 2:35 PM
Substitute Report Times: 7:20 AM   - 2:35 PM
----------------------------------------
Kenwood Elementary
Date: 1/26/2023
Employee Times: 7:20 AM   - 2:35 PM

DISTRICT_000480

Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------

Kenwood Elementary
Date: 1/27/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------

Kenwood Elementary
Date: 1/31/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------

Kenwood Elementary
Date: 2/1/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------

Kenwood Elementary
Date: 2/2/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM

----------------------------------------

Kenwood Elementary
Date: 2/3/2023
Employee Times: 7:20 AM    - 2:35 PM
Substitute Report Times: 7:20 AM    - 2:35 PM


Please do not reply to this system generated message. If you need help or have additional questions, please send an email to aesop@u4sd.org

Thank you for using the substitute assignment system. Powered by Aesop

_____

**Attachments:**
**image006.jpg** 6.9k
**image007.png** 761
**image008.png** 685
**image009.png** 729
**image010.png** 788
**image007.png** 761
**image009.png** 729
**image006.jpg** 6.9k
**image008.png** 685
**image010.png** 788

DISTRICT  000481

EECO CDO REC'D 6/20/2023

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2023-08912 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mrs. Deborah Neff | ▉ | ▉ |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| ▉ | ▉ | ▉ |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Nathan Volheim, Sulainan Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@sulaimanlaw.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Champaign Unit 4 school District | 15+ | 217-351-3800 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 1001 Stratford Drive Champaign, IL 61821 | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 9/2022    Latest 1/13/2023
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Deborah Neff, was hired at Champaign Unit 4 school District as a Teacher's Aide in 2017 until I was unlawfully terminated on or around January 13, 2023, on the basis of my age. I have also been subjected to age-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the age-based discrimination, age-based harassment, and retaliation I was subjected to:

In September 2022, I requested FMLA for a future period to take care of my sick daughter. However, my request was immediately denied, leaving me with few options.

In January 2023, faced with an emergency situation concerning my daughter's health, I urgently requested FMLA once again. Despite my pleas and the urgency of the situation, HR representative Ken Clever denied my request. I was compelled to explain the seriousness of my daughter's illness and the need for my presence to care for her. Unfortunately, I was denied this critical time off simply because my daughter was deemed "too old" to require my assistance.

These denials were deeply distressing, as my daughter was genuinely in need of my care and support. The emotional toll on both of us was immense. Despite my personal struggles, I continued to fulfill my work responsibilities against my own desires. During this time, HR Clever repeatedly asked about my retirement plans, suggesting a bias based on my age and potentially contributing to the denial of my FMLA requests. This added another layer of unfair treatment and unlawful behavior.

Shortly after, I found myself terminated from my position without any valid reason provided, further compounding the emotional distress I experienced.

The cumulative impact of these events has left me feeling marginalized, mistreated, and unjustly discriminated against. I firmly believe that my rights under the FMLA and the Age Discrimination in Employment Act (ADEA) were violated.

Thus, I have been discriminated against and harassed because of my age in violation of the Age Discrimination in Employment Act of 1967, as amended and (775ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 06 / 20 / 2023 — Date    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE *(month, day, year)* |

DEFENDANT'S EXHIBIT
19

NEFF 0001

## Grievance

**neffde@u4sd.org Deborah Neff**                    Sunday, September 18, 2022 at 9:07:35 AM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.
Thanks,
Deborah Neff

---

**Aedan.Murphy@ieanea.org Murphy, Aedan**              Monday, September 19, 2022 at 9:32:27 AM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: Dylan.Swank@ieanea.org Swank, Dylan

Good morning, Deborah,


I am adding your UD, Dylan Swank, as this is a question that he handles.


Thanks,

Aedan


**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906


**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance



DEFENDANT'S
EXHIBIT
20

ns //ediscovery google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onoQlmKB1  7r1qE3j pr4I0QkHips        1/20

DISTRICT  000563

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

**Attachments:**
**image002.jpg** 843
**image003.jpg** 852
**image004.jpg** 879
**image005.jpg** 855
**image007.png** 4.3k
**image008.png** 3.8k

---

**Dylan.Swank@ieanea.org Swank, Dylan**         Monday, September 19, 2022 at 2:39:28 PM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: jsussen84@icloud.com jsussen84@icloud.com, Aedan.Murphy@ieanea.org Murphy, Aedan

Hi Deborah,

I'm CCing your CESP president Jamie Sussen so he's aware we're communicating about a potential grievance.

Can I ask what issue is giving rise to your wish to file a grievance? As you may know, a grievance is an allegation that the Collective Bargaining Agreement between CESP and Unit 4 has been violated. Is there a certain provision of the Contract that you feel has been violated?

All public education contracts in Illinois must contain a grievance procedure. The CESP-Unit 4 procedure is outlined on page 9 of our existing CBA. Each step has built-in timelines: a number of days for the grievant to file, and a number of days for the District to respond. Step One is an informal step, during which an alleged violation of the Contract is brought to the attention of the grievant's immediate supervisor. Here is that language:

*"The Board and CESP acknowledge that it is usually most desirable for a member and his/her immediate*

*supervisor to resolve problems through free and informal communications. A grievance must be presented*

*in the informal process within ten (10) school days of the date of the occurrence that gives rise to the*

*grievance, or within ten (10) school days from the time it can be reasonably expected that such knowledge*

*would be available, or no rights will be entitled to the grievant."* (Page 9, CESP-Unit 4 CBA.)

As you can see, there is likely a problem with attempting to grieve an incident from July: we are well past the 10 day timeline to file. There would certainly be some time still for an incident which occurred on September 14th. Again, please let us know more about what you feel is the potential CBA violation and we can proceed from there. If it's easier, please

DISTRICT 000564

feel free to give me a call. My cell is (309) 264 8795. I'm in meetings most of the rest of the afternoon, but have some time tomorrow afternoon.

Thanks,

Dylan

**Dylan Swank**

**UniServ Director**

**Illinois Education Association-NEA**

2110 Clearlake Blvd., Suite 103 | Champaign, IL | 61822

P: 217.384.2906    C: 309.264.8795

**From:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Sent:** Monday, September 19, 2022 9:32 AM
**To:** Deborah Neff <neffde@u4sd.org>
**Cc:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** RE: Grievance

Good morning, Deborah,

I am adding your UD, Dylan Swank, as this is a question that he handles.

Thanks,

Aedan

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

DISTRICT_000565

https //ediscovery google com/discovery/DisplayMessage?m 938f846a 73fc 4b05 9750 495f417036de&at ACD7onoQlmKB1 7rTqE3j pr4l0QkHips    3/20

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

---

**Attachments:**
**image017.png** 4.3k
**image018.jpg** 843
**image019.jpg** 852
**image020.jpg** 879
**image021.jpg** 855
**image022.png** 3.8k
**image001.jpg** 6.9k
**image006.png** 761
**image008.png** 685
**image009.png** 729
**image010.png** 788

---

**neffde@u4sd.org Deborah Neff**                     Monday, September 19, 2022 at 3:37:31 PM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

Really no big deal just  little ridiculous how fast pay can be deducted and all the extra time put in, ignored..... Really it may be settled with our a greivance

On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Good morning, Deborah,

I am adding your UD, Dylan Swank, as this is a question that he handles.

DISTRICT_000566

Thanks,

Aedan


**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906


**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

---

**Attachments:**
**image002.jpg** 843
**image003.jpg** 852
**image004.jpg** 879
**image005.jpg** 855
**image007.png** 4.3k
**image008.png** 3.8k

DISTRICT 000567

**image002.jpg** 843
**image005.jpg** 855
**image007.png** 4.3k
**image004.jpg** 879
**image003.jpg** 852
**image008.png** 3.8k

---

**neffde@u4sd.org Deborah Neff**                    Monday, September 19, 2022 at 3:38:38 PM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

If it comes down to it, I'll explain it to him

On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Good morning, Deborah,


I am adding your UD, Dylan Swank, as this is a question that he handles.


Thanks,

Aedan


**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906


**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

DISTRICT_000568

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

**Attachments:**

**image002.jpg** 843

**image003.jpg** 852

**image004.jpg** 879

**image005.jpg** 855

**image007.png** 4.3k

**image008.png** 3.8k

**image003.jpg** 852

**image002.jpg** 843

**image004.jpg** 879

**image005.jpg** 855

**image008.png** 3.8k

**image007.png** 4.3k

---

**neffde@u4sd.org Deborah Neff**                    Tuesday, September 20, 2022 at 12:03:15 PM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

Actually, I need to file a grievance and I need a representative at a meeting that both Jen and Trevor will both have to be there. It has to do with me leaving September meeting/ school. Meeting 12 45, school 1.... There is logical reasoning, which I can explain later. I have time for a little detail now.... My lunch was scheduled at 11 15. I am in a classroom at that time. One student, I was told he needed 100 percent coverage and the school could be in legal trouble if we didn't follow his IEP. No big deal, I'll take my lunch later. The next day I was told he only needed 88 percent coverage. The other issue has to do with me not having a break due to small reading groups were scheduled during my break. I am a helper in the small reading groups. Apparently, unknown to me, my break time changed to a reasonable time. 8 05. However, I wasn't given this information until after the September 12th.meeting. Not to mention spending 9 plus hours on safe school training, no pay, and all of the meetings with Mrs. Wright, well over contracted time. I assumed we got paid considering the staff is making a huge deal about me leaving a meeting at 1. Contraily (sp) , we don't get paid for safe schools, ect. 30 minutes early, if you put my lunch and breaks in there. 30 minutes doesn't even cover one day of not taking, basically a stressful break anyway.....

I am sorry there are so many typos I did not proofread but I am running late and I wasn't even going to explain all of this so I hope it does make sense I will try to prove it later. Thank you I also did talk to another aid and from what it sounds like the meeting was solely for teachers so it would be like sitting in kindergarten foreign class or something.

I hope this is not true for all of the meetings because every meeting I have attended it is usually focused solely for teachers and talking about things that we are not even introduced to but maybe this will change

During covid it was different because I was one of the leaders on the  committee so when we broke in groups, I had know and read my part.
Sincerely,
Deborah Neff

On Mon, Sep 19, 2022, 3:38 PM Deborah Neff <neffde@u4sd.org> wrote:

DISTRICT  000569

If it comes down to it, I'll explain it to him

On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Good morning, Deborah,

I am adding your UD, Dylan Swank, as this is a question that he handles.

Thanks,

Aedan

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

https //ediscovery google com/discovery/DisplayMessage?m 938f846a 73fc 4b05 9750 495f417036de&at ACD7onoQlmKB1 7rTqE3j pr4I0QkHips    8/20

DISTRICT 000570

**neffde@u4sd.org Deborah Neff**                                    Tuesday, September 20, 2022 at 12:25:55 PM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

And yes Trevor made himself perfectly clear he wants me to take my lunch at 11: 45 to12 15. Yes it is perfectly clear to me meeting is first priority and from now on I will attend the whole meeting and take my lunch at 11:45 to 12:15 do we really need to meet for all of this? Honestly I'm thinking it's age discrimination and maybe they want someone younger who just follows orders blindlessly. My main and soul concern is the kids I deeply care about them I understand them and I relate to them as well as they really relate to me. So that's always been my first priority. My mistake but that's how I will always be. It seems the institution School whatever doesn't understand my thinking and like I said they probably want someone younger and I am pretty strong but stronger and someone that's a really good soldier. That really isn't me Hitler would have fired me quickly thank God or killed me sorry I'm just babbling but I definitely want to pile grievances because I think that all the work that I've done without being paid I should be paid too and my reasoning was for the kid and just two days ago I told I was told but if he didn't have 100% coverage the school could get in legal trouble. Thanks and again I'm just parked and I'm going to drive again this is just been on my mind and I swear I thought it was over I just thought live and let live I know next time but no I don't know things just don't make sense to me a lot of times like this thank you for reading this and I hope that you will truly represent me thanks again for I hope representing me and seeing my side and fighting for me again I'm talking too much I got to get it off my mind okay enjoy the rest of your day sincerely
 deb neff

On Tue, Sep 20, 2022, 12:03 PM Deborah Neff <neffde@u4sd.org> wrote:
   Actually, I need to file a grievance and I need a representative at a meeting that both Jen and Trevor will both have to be there. It has to do with me leaving September meeting/ school. Meeting 12 45, school 1.... There is logical reasoning, which I can explain later. I have time for a little detail now.... My lunch was scheduled at 11 15. I am in a classroom at that time. One student, I was told he needed 100 percent coverage and the school could be in legal trouble if we didn't follow his IEP. No big deal, I'll take my lunch later. The next day I was told he only needed 88 percent coverage. The other issue has to do with me not having a break due to small reading groups were scheduled during my break. I am a helper in the small reading groups. Apparently, unknown to me, my break time changed to a reasonable time. 8 05. However, I wasn't given this information until after the September 12th.meeting. Not to mention spending 9 plus hours on safe school training, no pay, and all of the meetings with Mrs. Wright, well over contracted time. I assumed we got paid considering the staff is making a huge deal about me leaving a meeting at 1. Contraily (sp) , we don't get paid for safe schools, ect. 30 minutes early, if you put my lunch and breaks in there. 30 minutes doesn't even cover one day of not taking, basically a stressful break anyway.....

   I am sorry there are so many typos I did not proofread but I am running late and I wasn't even going to explain all of this so I hope it does make sense I will try to prove it later. Thank you I also did talk to another aid and from what it sounds like the meeting was solely for teachers so it would be like sitting in kindergarten foreign class or something.

   I hope this is not true for all of the meetings because every meeting I have attended it is usually focused solely for teachers and talking about things that we are not even introduced to but maybe this will change

   During covid it was different because I was one of the leaders on the  committee so when we broke in groups, I had know and read my part.
   Sincerely,
   Deborah Neff

   On Mon, Sep 19, 2022, 3:38 PM Deborah Neff <neffde@u4sd.org> wrote:
      If it comes down to it, I'll explain it to him

      On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

         Good morning, Deborah,


         I am adding your UD, Dylan Swank, as this is a question that he handles.



         Thanks,

         Aedan

DISTRICT_000571

https //ediscovery google com/discovery/DisplayMessage?m 938f846a 73fc 4b05 9750 495f417036de&at ACD7onoQlmKB1 7r1qE3j pr4l0QkHips        9/20

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

---

**neffde@u4sd.org Deborah Neff**                    Tuesday, September 20, 2022 at 2:37:17 PM Central Daylight Time
To: Aedan.Murphy@ieanea.org Murphy, Aedan

I'm still hoping no meeting. I just wrote Trevor a nice understanding note. Honestly, I don't care if I'm paid. I just hope we are on the same page and my note will result in no meeting
Sincerely ,
Deb Neff

On Tue, Sep 20, 2022, 12:25 PM Deborah Neff <neffde@u4sd.org> wrote:
And yes Trevor made himself perfectly clear he wants me to take my lunch at 11: 45 to12 15. Yes it is perfectly clear to me meeting is first priority and from now on I will attend the whole meeting and take my lunch at 11:45 to 12:15 do we really need to meet for all of this? Honestly I'm thinking it's age discrimination and maybe they want someone younger who just follows orders blindlessly. My main and soul concern is the kids I deeply care about them I understand them and I relate to them as well as they really relate to me. So that's always been my first priority. My mistake but that's how I will always be. It seems the institution School whatever doesn't understand my thinking and like I said they probably

DISTRICT 000572

want someone younger and I am pretty strong but stronger and someone that's a really good soldier. That really isn't me Hitler would have fired me quickly thank God or killed me sorry I'm just babbling but I definitely want to pile grievances because I think that all the work that I've done without being paid I should be paid too and my reasoning was for the kid and just two days ago I told I was told but if he didn't have 100% coverage the school could get in legal trouble. Thanks and again I'm just parked and I'm going to drive again this is just been on my mind and I swear I thought it was over I just thought live and let live I know next time but no I don't know things just don't make sense to me a lot of times like this thank you for reading this and I hope that you will truly represent me thanks again for I hope representing me and seeing my side and fighting for me again I'm talking too much I got to get it off my mind okay enjoy the rest of your day sincerely
deb neff

On Tue, Sep 20, 2022, 12:03 PM Deborah Neff <neffde@u4sd.org> wrote:
Actually, I need to file a grievance and I need a representative at a meeting that both Jen and Trevor will both have to be there. It has to do with me leaving September meeting/ school. Meeting 12 45, school 1.... There is logical reasoning, which I can explain later. I have time for a little detail now.... My lunch was scheduled at 11 15. I am in a classroom at that time. One student, I was told he needed 100 percent coverage and the school could be in legal trouble if we didn't follow his IEP. No big deal, I'll take my lunch later. The next day I was told he only needed 88 percent coverage. The other issue has to do with me not having a break due to small reading groups were scheduled during my break. I am a helper in the small reading groups. Apparently, unknown to me, my break time changed to a reasonable time. 8 05. However, I wasn't given this information until after the September 12th.meeting. Not to mention spending 9 plus hours on safe school training, no pay, and all of the meetings with Mrs. Wright, well over contracted time. I assumed we got paid considering the staff is making a huge deal about me leaving a meeting at 1. Contraily (sp) , we don't get paid for safe schools, ect. 30 minutes early, if you put my lunch and breaks in there. 30 minutes doesn't even cover one day of not taking, basically a stressful break anyway.....

I am sorry there are so many typos I did not proofread but I am running late and I wasn't even going to explain all of this so I hope it does make sense I will try to prove it later. Thank you I also did talk to another aid and from what it sounds like the meeting was solely for teachers so it would be like sitting in kindergarten foreign class or something.

I hope this is not true for all of the meetings because every meeting I have attended it is usually focused solely for teachers and talking about things that we are not even introduced to but maybe this will change

During covid it was different because I was one of the leaders on the committee so when we broke in groups, I had know and read my part.
Sincerely,
Deborah Neff

On Mon, Sep 19, 2022, 3:38 PM Deborah Neff <neffde@u4sd.org> wrote:
If it comes down to it, I'll explain it to him

On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Good morning, Deborah,

I am adding your UD, Dylan Swank, as this is a question that he handles.

Thanks,

Aedan

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

https //ediscovery google com/discovery/DisplayMessage?m 938f846a 73fc 4b05 9750 495f417036de&at ACD7onoQlmKB1 7r1qE3j pr4l0QkHip

DISTRICT_000573

11/20

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

---

**Dylan.Swank@ieanea.org Swank, Dylan**                    Thursday, September 22, 2022 at 4:06:18 PM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: jsussen84@icloud.com jsussen84@icloud.com

Hi Deborah,

Aedan is our associate staff-person; she passed your emails onto me. Would there be a time we could sit down and talk further about this? I want to make sure I fully understand what's going on here before I offer any advice. If its more convenient, a phone call would be just fine, but I'm also happy to come out to the building, or you can swing by our office here in town after the school day. Let me know what you'd prefer.

Thanks,

Dylan

## Dylan Swank

**UniServ Director**

**Illinois Education Association-NEA**

DISTRICT_000574

2110 Clearlake Blvd., Suite 103 | Champaign, IL | 61822

P: 217.384.2906    C: 309.264.8795

**From:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Sent:** Tuesday, September 20, 2022 3:12 PM
**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** FW: Grievance

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Tuesday, September 20, 2022 2:37 PM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Re: Grievance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm still hoping no meeting. I just wrote Trevor a nice understanding note. Honestly, I don't care if I'm paid. I just hope we are on the same page and my note will result in no meeting

DISTRICT_000575

Sincerely ,

Deb Neff


On Tue, Sep 20, 2022, 12:25 PM Deborah Neff <neffde@u4sd.org> wrote:

And yes Trevor made himself perfectly clear he wants me to take my lunch at 11: 45 to12 15. Yes it is perfectly clear to me meeting is first priority and from now on I will attend the whole meeting and take my lunch at 11:45 to 12:15 do we really need to meet for all of this? Honestly I'm thinking it's age discrimination and maybe they want someone younger who just follows orders blindlessly. My main and soul concern is the kids I deeply care about them I understand them and I relate to them as well as they really relate to me. So that's always been my first priority. My mistake but that's how I will always be. It seems the institution School whatever doesn't understand my thinking and like I said they probably want someone younger and I am pretty strong but stronger and someone that's a really good soldier. That really isn't me Hitler would have fired me quickly thank God or killed me sorry I'm just babbling but I definitely want to pile grievances because I think that all the work that I've done without being paid I should be paid too and my reasoning was for the kid and just two days ago I told I was told but if he didn't have 100% coverage the school could get in legal trouble. Thanks and again I'm just parked and I'm going to drive again this is just been on my mind and I swear I thought it was over I just thought live and let live I know next time but no I don't know things just don't make sense to me a lot of times like this thank you for reading this and I hope that you will truly represent me thanks again for I hope representing me and seeing my side and fighting for me again I'm talking too much I got to get it off my mind okay enjoy the rest of your day sincerely

deb neff


On Tue, Sep 20, 2022, 12:03 PM Deborah Neff <neffde@u4sd.org> wrote:

Actually, I need to file a grievance and I need a representative at a meeting that both Jen and Trevor will both have to be there. It has to do with me leaving September meeting/ school. Meeting 12 45, school 1.... There is logical reasoning, which I can explain later. I have time for a little detail now.... My lunch was scheduled at 11 15. I am in a classroom at that time. One student, I was told he needed 100 percent coverage and the school could be in legal trouble if we didn't follow his IEP. No big deal, I'll take my lunch later. The next day I was told he only needed 88 percent coverage. The other issue has to do with me not having a break due to small reading groups were scheduled during my break. I am a helper in the small reading groups. Apparently, unknown to me, my break time changed to a reasonable time. 8 05. However, I wasn't given this information until after the September 12th.meeting. Not to mention spending 9 plus hours on safe school training, no pay, and all of the meetings with Mrs. Wright, well over contracted time. I assumed we get paid considering the staff is making a huge deal about me leaving a meeting at 1. Contraily (sp) , we don't get paid for safe schools, ect. 30 minutes early, if you put my lunch and breaks in there. 30 minutes doesn't even cover one day of not taking, basically a stressful break anyway.....


I am sorry there are so many typos I did not proofread but I am running late and I wasn't even going to explain all of this so I hope it does make sense I will try to prove it later. Thank you I also did talk to another aid and from what it sounds like the meeting was solely for teachers so it would be like sitting in kindergarten foreign class or something.


I hope this is not true for all of the meetings because every meeting I have attended it is usually focused solely for teachers and talking about things that we are not even introduced to but maybe this will change


During covid it was different because I was one of the leaders on the  committee so when we broke in groups, I had know and read my part.

Sincerely,

Deborah Neff


On Mon, Sep 19, 2022, 3:38 PM Deborah Neff <neffde@u4sd.org> wrote:

DISTRICT_000576

If it comes down to it, I'll explain it to him

On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Good morning, Deborah,

I am adding your UD, Dylan Swank, as this is a question that he handles.

Thanks,

Aedan

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

DISTRICT 000577

**Attachments:**

**image012.png** 4.3k

**image013.jpg** 843

**image014.jpg** 852

**image015.jpg** 879

**image016.jpg** 855

**image017.png** 3.8k

**image002.jpg** 6.9k

**image003.png** 761

**image004.png** 685

**image005.png** 729

**image007.png** 788

---

**neffde@u4sd.org** Deborah Neff                          Saturday, September 24, 2022 at 3:44:56 PM Central Daylight Time
To: Dylan.Swank@ieanea.org Swank, Dylan

Thanks. We are on intercession now and I really thought it was all forgotten. I really hope that's still the case one reason being religious LOL. I am Jewish and after the high holy days actually when the high holy days begin and the last week of Elul, we are supposed to let by gones be by gones and start a fresh.
Sincerely,
Deb Neff

On Thu, Sep 22, 2022, 4:06 PM Swank, Dylan <Dylan.Swank@ieanea.org> wrote:

> Hi Deborah,
>
> Aedan is our associate staff-person; she passed your emails onto me. Would there be a time we could sit down and talk further about this? I want to make sure I fully understand what's going on here before I offer any advice. If its more convenient, a phone call would be just fine, but I'm also happy to come out to the building, or you can swing by our office here in town after the school day. Let me know what you'd prefer.
>
>
> Thanks,
>
> Dylan
>
>
> # Dylan Swank
>
> **UniServ Director**
>
> **Illinois Education Association-NEA**
>
> 2110 Clearlake Blvd., Suite 103 | Champaign, IL | 61822
>
> P: 217.384.2906    C: 309.264.8795
>
>
> **From:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
> **Sent:** Tuesday, September 20, 2022 3:12 PM

DISTRICT_000578

**To:** Swank, Dylan <Dylan.Swank@ieanea.org>
**Subject:** FW: Grievance

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Tuesday, September 20, 2022 2:37 PM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Re: Grievance

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

I'm still hoping no meeting. I just wrote Trevor a nice understanding note. Honestly, I don't care if I'm paid. I just hope we are on the same page and my note will result in no meeting

Sincerely ,

Deb Neff

On Tue, Sep 20, 2022, 12:25 PM Deborah Neff <neffde@u4sd.org> wrote:

> And yes Trevor made himself perfectly clear he wants me to take my lunch at 11: 45 to12 15. Yes it is perfectly clear to me meeting is first priority and from now on I will attend the whole meeting and take my lunch at 11:45 to 12:15 do we really need to meet for all of this? Honestly I'm thinking it's age discrimination and maybe they want someone younger who just follows orders blindlessly. My main and soul concern is the kids I deeply care about them I understand them and I relate to them as well as they really relate to me. So that's always been my first priority. My mistake but that's how I will always be. It seems the institution School whatever doesn't understand my thinking and

DISTRICT  000579

like I said they probably want someone younger and I am pretty strong but stronger and someone that's a really good soldier. That really isn't me Hitler would have fired me quickly thank God or killed me sorry I'm just babbling but I definitely want to pile grievances because I think that all the work that I've done without being paid I should be paid too and my reasoning was for the kid and just two days ago I told I was told but if he didn't have 100% coverage the school could get in legal trouble. Thanks and again I'm just parked and I'm going to drive again this is just been on my mind and I swear I thought it was over I just thought live and let live I know next time but no I don't know things just don't make sense to me a lot of times like this thank you for reading this and I hope that you will truly represent me thanks again for I hope representing me and seeing my side and fighting for me again I'm talking too much I got to get it off my mind okay enjoy the rest of your day sincerely

deb neff


On Tue, Sep 20, 2022, 12:03 PM Deborah Neff <neffde@u4sd.org> wrote:

Actually, I need to file a grievance and I need a representative at a meeting that both Jen and Trevor will both have to be there. It has to do with me leaving September meeting/ school. Meeting 12 45, school 1.... There is logical reasoning, which I can explain later. I have time for a little detail now.... My lunch was scheduled at 11 15. I am in a classroom at that time. One student, I was told he needed 100 percent coverage and the school could be in legal trouble if we didn't follow his IEP. No big deal, I'll take my lunch later. The next day I was told he only needed 88 percent coverage. The other issue has to do with me not having a break due to small reading groups were scheduled during my break. I am a helper in the small reading groups. Apparently, unknown to me, my break time changed to a reasonable time. 8 05. However, I wasn't given this information until after the September 12th.meeting. Not to mention spending 9 plus hours on safe school training, no pay, and all of the meetings with Mrs. Wright, well over contracted time. I assumed we got paid considering the staff is making a huge deal about me leaving a meeting at 1. Contraily (sp) , we don't get paid for safe schools, ect. 30 minutes early, if you put my lunch and breaks in there. 30 minutes doesn't even cover one day of not taking, basically a stressful break anyway.....


I am sorry there are so many typos I did not proofread but I am running late and I wasn't even going to explain all of this so I hope it does make sense I will try to prove it later. Thank you I also did talk to another aid and from what it sounds like the meeting was solely for teachers so it would be like sitting in kindergarten foreign class or something.


I hope this is not true for all of the meetings because every meeting I have attended it is usually focused solely for teachers and talking about things that we are not even introduced to but maybe this will change


During covid it was different because I was one of the leaders on the  committee so when we broke in groups, I had know and read my part.

Sincerely,

Deborah Neff


On Mon, Sep 19, 2022, 3:38 PM Deborah Neff <neffde@u4sd.org> wrote:

If it comes down to it, I'll explain it to him


On Mon, Sep 19, 2022, 9:32 AM Murphy, Aedan <Aedan.Murphy@ieanea.org> wrote:

Good morning, Deborah,


I am adding your UD, Dylan Swank, as this is a question that he handles.

DISTRICT_000580

Thanks,

Aedan

**Aedan Murphy**

**She/Her**

**Associate Staff**

**Proud IEASO Member**

Illinois Education Association-NEA

2110 Clearlake Blvd. Suite 103

Champaign, IL 61822

P: 217.384-2906

**From:** Deborah Neff <neffde@u4sd.org>
**Sent:** Sunday, September 18, 2022 9:08 AM
**To:** Murphy, Aedan <Aedan.Murphy@ieanea.org>
**Subject:** Grievance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Aedan,

How do I file 2 grievances? One for July and one for Wednesday September 14th.

Thanks,

Deborah Neff

**Attachments:**

**image012.png** 4.3k

**image013.jpg** 843

**image014.jpg** 852

**image015.jpg** 879

**image016.jpg** 855

**image017.png** 3.8k

**image002.jpg** 6.9k

DISTRICT 000581

**image003.png** 761
**image004.png** 685
**image005.png** 729
**image007.png** 788
**image002.jpg** 6.9k
**image015.jpg** 879
**image003.png** 761
**image017.png** 3.8k
**image013.jpg** 843
**image016.jpg** 855
**image014.jpg** 852
**image007.png** 788
**image005.png** 729
**image012.png** 4.3k
**image004.png** 685

DISTRICT_000582

https //ediscovery.google com/discovery/DisplayMessage?m  938f846a 73fc 4b05 9750 495f417036de&at  ACD7onoQlmKB1 7r1qE3j pr4l0QkHip     20/20



DEFENDANT'S
EXHIBIT

2 1

**General Personnel**

## 5:10 Equal Employment Opportunity and Recruitment of a Diverse Workforce

The School District shall provide equal employment opportunities to all persons regardless of their race; color; creed; religion; national origin; sex; sexual orientation; gender; gender identity; age; ancestry; marital status; arrest record; military status; order of protection status; unfavorable military discharge; citizenship status, provided the individual is authorized to work in the United States; work authorization status; use of lawful products while not at work; being a victim of domestic violence, sexual violence, gender violence, or any other crime of violence; genetic information; physical or mental handicap or disability, if otherwise able to perform the essential functions of the job with reasonable accommodation; pregnancy, childbirth, or related medical conditions; credit history, unless a satisfactory credit history is an established bona fide occupational requirement of a particular position; or other legally protected categories.

The Board of Education directs the Superintendent and appropriate administrators designated by the Superintendent to develop personnel procedures with a goal of equal opportunity in all aspects of District employment. The administration shall address specific objectives in the following areas:

1. Analysis of the District's work force;
2. Identification of the District's employment practices;
3. Evaluation of the District's professional development and career advancement opportunities for personnel;
4. Dissemination of information regarding the District's equal opportunity employment practices to all persons entering into a contract with the Board of Education.

Any employee or applicant who believes he/she has not received equal employment opportunities may file a complaint under Policy 2:260, *Uniform Grievance Procedure* by contacting the District's Nondiscrimination/Title IX Coordinator using the contact information contained in Policy 1:14, *Nondiscrimination Statement*.

The Superintendent shall also use reasonable measures to inform staff members and applicants that the District is an equal opportunity employer, such as, by posting required notices and including this policy in the appropriate handbooks.

Recruitment of Employees from Diverse Groups

The Board of Education recognizes that the District's students and the entire community are best served and strengthened by employing a diverse staff from many backgrounds, which reflect various ethnic and racial groups and cultures.

It is the policy of the Board of Education of this District to actively recruit and hire teachers, other licensed employees, and all categories of non-licensed employees who reflect the diversity of the community we serve. The implementation of this policy will include advertising openings in publications, participating in job fairs, and recruiting at colleges and universities to target people of color and others who have been historically or traditionally marginalized. This policy, however, does not require or permit the District to give preferential treatment or special rights based on a protected status without evidence of past discrimination.

The Superintendent should submit an annual report to the Board outlining the hiring and promotion trends and practices among racial groups inside the District, including information regarding the racial composition of those hired from outside of the District for open positions.

5:10

LEGAL REF.:

8 U.S.C. §1324a *et seq.*, Immigration Reform and Control Act.

20 U.S.C. §1681 *et seq.*, Title IX of the Education Amendments of 1972, implemented by 34 C.F.R. Part 106.

29 U.S.C. §206(d), Equal Pay Act.

29 U.S.C. §621 *et seq.*, Age Discrimination in Employment Act.

29 U.S.C. §709 *et seq.*, Rehabilitation Act of 1973

38 U.S.C. §4301 *et seq.*, Uniformed Services Employment and Reemployment Rights Act (1994).

42 U.S.C. §1981 *et seq.*, Civil Rights Act of 1991

42 U.S.C. §2000e *et seq.*, Title VII of the Civil Rights Act of 1964, implemented by 29 C.F.R. Part 1601.

42 U.S.C §2000ff *et seq.*, Genetic Information Nondiscrimination Act of 2008.

42 U.S.C. §2000d *et seq.*, Title VI of the Civil Rights Act of 1964.

42 U.S.C. §2000e(k), Pregnancy Discrimination Act.

42 U.S.C. §12111 *et seq.*, Americans with Disabilities Act.

Ill. Constitution, Art. I, §§17, 18, and 19.

105 ILCS 5/10-20.7, 5/10-20.7a, 5/10-21.1, 5/10-22.4, 5/10-23.5, 5/22-19, 5/24-4, 5/24-4.1, and 5/24-7.

410 ILCS 130/40, Compassionate Use of Medical Cannabis Program Act.

410 ILCS 513/25, Genetic Information Privacy Act.

740 ILCS 174/, Ill. Whistleblower Act.

775 ILCS 5/1-103, 5/2-101, 5/2-102, 5/2-103, 5/2-103.1, 5/2-104(D) and 5/6-101, Ill. Human Rights Act.

775 ILCS 35/5, Religious Freedom Restoration Act.

820 ILCS 55/10, Right to Privacy in the Workplace Act.

820 ILCS 70, Employee Credit Privacy Act.

820 ILCS 112/, Ill. Equal Pay Act.

820 ILCS 180/30, Victims' Economic Security and Safety Act.

820 ILCS 260/, Nursing Mothers in the Workplace Act.

CROSS REF.: 1:14 (Nondiscrimination Statement), 2:260 (Uniform Grievance Procedure), 2:262 (General Grievance Procedure), 2:265 (Title IX Sexual Harassment Grievance Procedure), 5:20

5:10

DISTRICT_000071

(Workplace Harassment Prohibited), 5:40 (Communicable and Chronic Infectious Disease), 5:50 (Drug- and Alcohol-Free Workplace; E-Cigarette, Tobacco, and Cannabis Prohibition), 5:70 (Religious Holidays), 5:180 (Temporary Illness or Temporary Incapacity), 5:250 (Leaves of Absence), 5:270 (Employment, At-Will and Assignment), 5:300 (Schedules and Employment Year), 5:330 (Sick Days, Vacation, Holidays, and Leaves), 7:10 (Equal Educational Opportunities), 7:180 (Prevention of and Response to Bullying, Intimidation, and Harassment), 8:70 (Accommodating Individuals with Disabilities)

Adopted: September 12, 2022

**Champaign CUSD 4**

5:10

Champaign Community Unit School District 45:20

# General Personnel

## Workplace Harassment Prohibited

The District expects the workplace environment to be productive, respectful, and free of unlawful discrimination, including harassment. District employees shall not engage in harassment or abusive conduct on the basis of an individual's race, color, religion, national origin, sex, sexual orientation, gender identity, age, citizenship status, disability, or other protected status. The District will take remedial and corrective action to address unlawful workplace harassment.

### Harassment Prohibited

Harassment on the basis of a person's race, color, religion, national origin, sex, sexual orientation, age, citizenship status, disability or other protected status, including intimidating, demeaning or threatening remarks or conduct made to a person as a result of that person's protected status, is prohibited. Employees who fail to aid an employee subjected to harassment may also be deemed responsible for harassment.

### Sexual Harassment Prohibited

The District shall provide a workplace environment free of verbal, physical, or other conduct or communications constituting harassment on the basis of sex as defined and otherwise prohibited by State and federal law.

Both Illinois and federal law prohibit sexual harassment against employees in schools. Although the type of sexual harassment at issue will impact which grievance process is used to address the harassment, all sexual harassment as defined in this policy is prohibited in the District's educational programs and activities and employment.

*Sexual Harassment – Title VII and the IHRA*

Under Title VII of the Civil Rights Act of 1964 and the Illinois Human Rights Act ("IHRA"), District employees are prohibited from making unwelcome sexual advances, requesting sexual favors or engaging in any unwelcome conduct of a sexual nature when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (2) submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment. Sexual harassment prohibited by this policy includes, but is not limited to, verbal, physical, and other conduct. The terms intimidating, hostile, and offensive include, but are not limited to, conduct that has the effect of humiliation, embarrassment, or discomfort. Sexual harassment will be evaluated in light of all the circumstances.

Examples of sexual harassment include:

1. Sexually oriented "jokes" or suggestive comments;
2. Offensive gender-based comments;
3. Repeated remarks to a person with sexual or demeaning implications;
4. Unwelcome touching such as patting, or constant brushing against another's body;
5. Pressure for sexual activity accompanied by implied or explicit threats or promises of benefits.

*Sexual Harassment – Title IX*

Sexual harassment of employees as defined in regulations implementing Title IX of the Education Amendments of 1972 is prohibited. See Policies 2:260, Uniform Grievance Procedure and 2:262, Title IX Sexual Harassment Grievance Procedure for relevant definitions.

### Retaliation Prohibited

An individual will not be subjected to any adverse act because the individual reported or provided information about prohibited harassment. Retaliation against individuals who bring bona fide complaints or provide

DISTRICT_000645

LEGAL REF.:    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., implemented by 29 C.F.R. §1604.11.

Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 et seq., implemented by 34 C.F.R. Part 106. State Officials and Employees Ethics Act, 5 ILCS 430/70-5(a).

Ill. Human Rights Act, 775 ILCS 5/2-101(E), 5/2-102(D), 5/2-102(E-5), 5/5-102, and 5/5-102.2.

56 Ill. Admin.Code Parts 2500, 2510, 5210, and 5220.

Burlington Industries v. Ellerth, 524 U.S. 742 (1998). Crawford v. Metro. Gov't of Nashville & Davidson County, 555 U.S. 271 (2009). Faragher v. City of Boca Raton, 524 U.S. 775 (1998).

Franklin v. Gwinnett Co. Public Schools, 503 U.S. 60 (1992).

Harris v. Forklift Systems, 510 U.S. 17 (1993). Jackson v. Birmingham Bd. of Educ., 544 U.S. 167 (2005).

Meritor Savings Bank v. Vinson, 477 U.S. 57 (1986).

Oncale v. Sundown Offshore Services, 523 U.S. 75 (1998).

Porter v. Erie Foods International, Inc., 576 F.3d 629 (7th Cir. 2009).

Sangamon County Sheriff's Dept. v. Ill. Human Rights Com'n, 233 Ill.2d 125 (Ill. 2009).

_Vance v. Ball State University_, 133 S. Ct. 2434 (2013).

CROSS REF.:    1:14 (Nondiscrimination Statement), 2:260 (Uniform Grievance Procedure), 2:262 (General Grievance Procedure), 2:265 (Title IX Sexual Harassment Grievance Procedure), 5:10 (Equal Employment Opportunity and Recruitment of a Diverse Workforce), 7:20 (Harassment of Students Prohibited)

ADOPTED:    March 28, 2022

DISTRICT_000647

COLLECTIVE BARGAINING AGREEMENT

between the

CHAMPAIGN EDUCATIONAL SUPPORT PROFESSIONALS

and the

CHAMPAIGN COMMUNITY SCHOOLS UNIT DISTRICT
NO. 4
BOARD OF EDUCATION

for

2022-2023
2023-2024
2024-2025
2025-2026



**DISTRICT_000002**

DEFENDANT'S
EXHIBIT
22

2

DISTRICT_000003

TABLE OF CONTENTS

Page

ARTICLE I – PREAMBLE ............................................................................... 8

ARTICLE II – RECOGNITION ......................................................................... 8

ARTICLE III – NEGOTIATIONS ...................................................................... 8
   Section 1.   Bargaining Agent .................................................................. 8
   Section 2.   Right to Resource Information ............................................ 8
   Section 3.   Mediation ............................................................................. 8
   Section 4.   Negotiations Process ........................................................... 8
   Section 5.   Printing Agreement ............................................................. 8

ARTICLE IV – GRIEVANCE PROCEDURE ....................................................... 9
   Section 1.   Grievance – Defined ........................................................... 9
   Section 2.   Grievance – Purpose .......................................................... 9
   Section 3.   Grievance and Work Continuation During the Process ...... 9
   Section 4.   Presentation Procedure ...................................................... 9
      4.1        Preface ................................................................... 9
      4.2        Informal Procedure:  Step 1 Building Level ............ 9
      4.3        Formal Procedure:  Step 2 Building Level .............. 9
      4.4        Formal Procedure:  Step 3 District Level ............... 9
      4.5        Arbitration ............................................................. 10
   Section 5.   General Provisions ............................................................. 10
      5.1        Right to be Excused With Pay ................................ 10
      5.2        Presentation of Relevant Material .......................... 10
      5.3        Appropriate Step for Filing Grievance ................... 10
      5.4        Right to Appeal ...................................................... 10
      5.5        Freedom from Reprisals ......................................... 10
      5.6        Records of Grievance ............................................. 10
      5.7        Grievance Form ...................................................... 11
      5.8        Conference Times ................................................... 11
      5.9        No Outside Discussion of Grievance ...................... 11
      5.10       Arbitration Costs .................................................... 11
      5.11       Time Limit Extension ............................................. 11
      5.12       Costs of Transcripts ............................................... 11
      5.13       Withdrawal of Grievance ........................................ 11

ARTICLE V – ASSOCIATION RIGHTS ............................................................ 11
   Section 1.   Dues Deduction & Revocation ............................................. 11
   Section 2.   CESP Business on Business Time ........................................ 12
   Section 3.   Correspondence ................................................................... 12
   Section 4.   CESP Orientation Time ....................................................... 12
   Section 5.   CESP Use of Buildings ....................................................... 12
   Section 6.   CESP Use of Interschool Mail ............................................. 12
   Section 7.   CESP Use of District Equipment ........................................ 12
   Section 8.   CESP Information Requests ................................................. 12
   Section 9.   CESP and Board Meetings .................................................. 12
   Section 10.  CESP Organizational Insignia............................................. 12
   Section 11.  CESP/District Communication ........................................... 12

3

**DISTRICT_000004**

Section 12.  Association Leave ............................................... 13
Section 13.  CESP President Leave .......................................... 13

ARTICLE VI – EMPLOYEE RIGHTS AND CONDITIONS OF WORK........13
Section 1.    Right to Representation ........................................ 13
Section 2.    Personnel File Review .......................................... 13
Section 3.    Probationary Employees ....................................... 13
Section 4.    Seniority ........................................................... 13
    4.1           Definition ....................................................... 13
    4.2           Breaks in Continuous Service ........................... 13
    4.3           Seniority List ................................................. 14
Section 5.    Lay-Off and Recall ............................................ 14
    5.1           Lay-Off ......................................................... 14
    5.2           Recall ........................................................... 14
Section 6.    Nondiscrimination ............................................. 14
Section 7.    Employee Evaluation .......................................... 15
    7.1           Custodial Checklist and Evaluation ..................... 15
Section 8.    Complaints ...................................................... 15
Section 9.    Disciplinary Action and Due Process ....................... 16
    9.1           Discharge or Suspension .................................. 16
    9.2           Explanation for Action ..................................... 16
    9.3           Hearing ......................................................... 16
    9.4           Appeal .......................................................... 16
    9.5           Board Hearing ................................................ 16
    9.6           Request for Binding Arbitration ......................... 16
    9.7           Probationary Employees ................................... 16
    9.8           Right to CESP Representation ............................ 16
    9.9           Employee Due Process – Progressive Discipline ...... 17
    9.10          Employee Discipline Recommendation Resolution ...... 17
Section 10.  Job Descriptions ................................................ 17
Section 11.  Employee Orientation .......................................... 17
Section 12.  Vacancies and Transfers ....................................... 18
    12.1          Job Postings .................................................. 18
    12.2          30 Calendar Day Hiring Practices ........................ 18
    12.3          Job Application Procedure ................................ 18
    12.4          Order of Consideration for Job Vacancies ............. 19
    12.5          Involuntary Transfers ...................................... 19
    12.6          Resignations .................................................. 19
    12.7          Emergency Bus Driver Program .......................... 19
Section 13.  Health, Safety, and Licensing ................................ 20
    13.1          Bomb Threat .................................................. 20
    13.2          First Aid Courses ............................................ 20
    13.3          Reporting Safety Concerns ................................ 20
    13.4          Physical Examinations ..................................... 20
    13.5          Tuberculin Tests ............................................. 20
    13.6          Food Sanitation License ................................... 20
    13.7          Payment of Bus Driver Expenses ........................ 21
    13.8          Teacher Aide, COTA, and PTA Licensure ............... 21
    13.9          Bargaining Unit Member Who Holds a Valid Teaching License ....... 21

4

DISTRICT_000005

13.10        Interpreters for the Deaf & Hard of Hearing Licensure Terms of Hire  21
Section 14.  Emergencies ......................................................................  21
Section 15.  Training and Staff Development .............................................  22
   15.1      General Information ..............................................................  22
   15.2      Teacher Aides .....................................................................  22
   15.3      Secretaries and Campus-Level Office Managers ..........................  22
   15.4      Nurses ...............................................................................  23
Section 16.  Plan Time for Interpreters of the Deaf & Hard of Hearing ..........  23
Section 17.  Breaks and Meals ..............................................................  23
Section 18.  Medications and Procedures ................................................  23
Section 19.  Instructional Supervision ....................................................  23
Section 20.  Posting of Work Rules for Bus Drivers ...................................  23
Section 21.  Bus Driver Conditions of Work .............................................  23
   21.1      Minimum Guaranteed Hours .................................................  23
   21.2      Additional Time ..................................................................  24
   21.3      Driver Attendance Incentive Program .....................................  25
   21.4      Posting of Pertinent Information .............................................  26
   21.5      School Bus Permit Reimbursement .........................................  26
   21.6      Safety Regulations ..............................................................  26
   21.7      Bus Driver/Monitor Training ..................................................  26
   21.8      8.0 Lead Driver Positions .....................................................  26
   21.9      Mechanics Driving ...............................................................  26
   21.10     Bus Monitors ......................................................................  26
   21.11     Bus Monitors Serving as Substitute Safety Aides ......................  27
   21.12     Student Behavior – Buses ....................................................  27
Section 22.  Substitutes ......................................................................  27
Section 23.  Hours of Work and Work Year ..............................................  27
Section 24.  Assignment Notice .............................................................  27
Section 25.  Building Councils ...............................................................  27
Section 26.  Food Service Conditions of Work .........................................  27
Section 27.  Maintenance Conditions of Work ..........................................  27
Section 28.  Clothing & Uniforms Allowance .............................................  28
Section 29.  Clerical Testing .................................................................  29
Section 30.  Parent Conferences/IEPs/School-Related Functions .................  29
Section 31.  Custodian Conditions of Work ..............................................  29
Section 32.  Travel Time .......................................................................  29
Section 33.  Contracting Out ................................................................  30
Section 34.  Administrator Supervisor Assessment ....................................  30

ARTICLE VII – FRINGE BENEFITS ..........................................................  31
Section 1.   Sick Leave ........................................................................  31
   1.1       Days of Sick Leave Entitlement .............................................  31
   1.2       Doctor's Statement .............................................................  31
   1.3       Sick Leave Records .............................................................  31
   1.4       Pay Deductions Not Covered by Sick Leave .............................  31
   1.5       Accumulation of Sick Leave ..................................................  31
   1.6       Unused Sick Leave Upon Retirement ......................................  31
   1.7       Excessive Absences ............................................................  31
   1.8       Pattern of Leave Abuse .......................................................  32
   1.9       Steps for Improving Attendance ...........................................  32

5

DISTRICT_000006

| | | | |
|---|---|---|---|
| Section 2. | Sick Leave Bank | ................................................ | 32 |
| 2.1 | | Eligibility for Use of Sick Leave Bank | 32 |
| 2.2 | | Contributions to the Sick Leave Bank | 32 |
| 2.3 | | Limits on Sick Leave Bank Use | 33 |
| Section 3. | Personal Leave | ................................................ | 33 |
| 3.1 | | Request Form | 33 |
| 3.2 | | Allotment | 33 |
| 3.3 | | Personal Leave for Emergencies | 33 |
| Section 4. | Bereavement Leave | ................................................ | 33 |
| Section 5. | Vacation Leave | ................................................ | 34 |
| Section 6. | Holidays and Religious Leave | ................................................ | 35 |
| 6.1 | | Paid Holidays | 35 |
| 6.2 | | Paid Holiday Work Rules | 36 |
| 6.3 | | Religious Holiday | 36 |
| Section 7. | Parental Leave | ................................................ | 36 |
| Section 8. | Military Leave | ................................................ | 36 |
| Section 9. | Leave for Pursuit of Teacher Licensure | ................................................ | 36 |
| Section 10. | Jury Duty | ................................................ | 36 |
| Section 11. | Leave of Absence | ................................................ | 36 |
| Section 12. | Health Insurance | ................................................ | 37 |
| Section 13. | Term Life, Vision, & Dental Insurance | ................................................ | 38 |
| ARTICLE VIII – COMPENSATION | ................................................ | | 38 |
| Section 1. | Pay | ................................................ | 38 |
| 1.1 | | Pay Days | 38 |
| 1.2 | | Direct Deposit | 38 |
| 1.3 | | Mileage | 39 |
| 1.4 | | CESP Personnel Who Coach | 39 |
| 1.5 | | Bus Drivers | 39 |
| Section 2. | Wage Schedule | ................................................ | 39 |
| 2.1 | | IMRF Contribution | 39 |
| 2.2 | | General Percentage Increases | 39 |
| Section 3. | Movement on the Schedule | ................................................ | 40 |
| 3.1 | | Advancement Dates | 40 |
| 3.2 | | New Hires | 40 |
| 3.3 | | Employee Hired into Another Position | 40 |
| 3.4 | | Americans with Disabilities Act or Temporary Disability | 40 |
| 3.5 | | Summer School Work | 41 |
| Section 4. | Overtime/Call Back Rates | ................................................ | 41 |
| 4.1 | | Overtime Rates | 41 |
| 4.2 | | Call Back Rates | 41 |
| 4.3 | | Bus Driver Rates | 41 |
| 4.4 | | Routine Weekend/Holiday Building Checks | 41 |
| 4.5 | | Overtime for Custodians, Maintenance, and Storekeepers | 41 |
| Section 5. | Interim Assignments | ................................................ | 41 |
| Section 6. | Extra Duty Pay | ................................................ | 41 |
| Section 7. | Compensation for Recruiting | ................................................ | 41 |
| Section 8. | Professional Growth Stipends for Computer Technicians, Network Administrators, and System Administrators | ................................................ | 42 |
| Section 9. | Section 403(b) and 403(b)(7) Plans | ................................................ | 42 |

6

**DISTRICT_000007**

ARTICLE IX – NO STRIKE CLAUSE ………………………………………………… 42

ARTICLE X – VALIDITY …………………………………………………………… 43

APPENDICES …………………………………………………………………………… 44

    Appendix A:  Wage Schedules ……………………………………………… 45-57

    Appendix B:  Payroll Dues Deduction Form …………………………………… 58

    Appendix C:  Employee Due Process/Progressive Discipline ………………………… 59

    Appendix D:  Registered Nurse (RN) Delegation of Duties …………………………… 61

INDEX ………………………………………………………………………………… 63

7

**DISTRICT_000008**

## ARTICLE I – PREAMBLE

The following contract is entered into between the Board of Education of Champaign Community Unit School District No. 4 (hereinafter referred to as the "Board") and the Champaign Educational Support Professionals, an affiliate of the Illinois Educational Association and the National Education Association (hereinafter referred to as "CESP").

## ARTICLE II – RECOGNITION

The Board recognizes the "CESP", as the exclusive bargaining agent for all of its classified and non-certificated employees, to include secretaries, office managers, accounting clerks, cafeteria staff, custodial staff, maintenance staff, mechanics, lead mechanics, storekeepers, bus drivers, lead drivers, bus monitors, dispatcher, safety officer, teacher aides, paraprofessionals, choice specialists, truant interventionists, computer technicians, parent coordinators/liaisons, interpreters for the deaf and hard of hearing, certified physical therapy assistants, certified occupational therapy assistants, and nurses (hereinafter referred to as "employees").

Excluded from the class of employees represented by CESP are the Administrative Assistant to the Superintendent, the Administrative Assistants to each Assistant Superintendent, the Administrative Assistants and the Payroll Administrative Assistants to the Chief Financial Officer, the Administrative Assistants to the Assistant Superintendent of Human Resources, the Administrative Assistants to the School Attorney and the Administrative Assistants to the Executive Director of School Supports & Choice. Also excluded are the School Attorney, the Executive Director of Facilities & Services, Director of Facilities, Assistant Directors of Operations, Director of Food Service, Assistant Director of Food Service, Director of Transportation, Assistant Directors of Transportation, Director of Information Systems & Network Security, and any new positions created in the future that are supervisory, managerial, or of a confidential nature as defined by the Illinois Educational Labor Relations Act.

## ARTICLE III – NEGOTIATIONS

### Section 1. Bargaining Agent

The Board agrees not to negotiate with any employee organization representing classified and non-certificated employees other than the CESP. Further, the Board agrees not to negotiate with any individual employee covered by this agreement during the duration of this agreement regarding any matter covered by this agreement.

### Section 2. Right to Resource Information

The District agrees to furnish the CESP with information pertinent to fulfilling the CESP's duties as exclusive bargaining representative, upon written request, to the extent required by law.

### Section 3. Mediation

If agreement is not reached, either party may request mediation as a means of attempting resolution of the item or items in dispute. Such request must be honored by the other party. The services of the Federal Mediation and Conciliation Service shall be used. The cost for the mediator shall be equally shared by the CESP and Board.

### Section 4. Negotiations Process

The parties shall negotiate pursuant to rules and regulations promulgated by the Illinois Educational Labor Relations Board and any Court of competent jurisdiction.

### Section 5. Printing Agreement

Within forty-five (45) days or mutually agreed upon time of ratification of this agreement the Board shall have delivered to the President of the CESP one copy per bargaining unit member for distribution to employees in the bargaining unit. The cost of printing shall be shared equally.

8

**DISTRICT_000009**

## ARTICLE IV – GRIEVANCE PROCEDURE

**Section 1.  Grievance - Defined**

A grievance shall mean a claim that there has been an alleged violation, misinterpretation, or misapplication of any provision of this Agreement.

**Section 2.  Grievance - Purpose**

The primary purpose of this procedure is to secure at the lowest level possible an equitable solution to the problems of the parties.  A grievance may be filed by an individual member, a group of members, or the association.

**Section 3.  Grievance and Work Continuation During the Process**

In the event of a grievance, employees must continue to work until said grievance has been resolved unless safety is an issue.

**Section 4.  Presentation Procedure**

4.1   Preface
       Since it is important that grievances be processed as rapidly as possible, the number of days indicated at each level should be considered a maximum, with every effort made to expedite the process.  Time limits specified, however, may be extended by mutual agreement.  In the event a grievance is filed on or after June 1, which if unresolved until the beginning of the next school year could result in irreparable harm to a party in interest, the time limits set forth herein shall be adjusted by mutual consent to reach a solution by the close of school or soon thereafter.  "Work days" means days the District's central office is open.

4.2   Informal Procedure: Step 1 – Building Level
       The Board and CESP acknowledge that it is usually most desirable for a member and their immediate supervisor to resolve problems through free and informal communications.  A grievance must be presented in the informal process within ten (10) workdays of the date of the occurrence that gives rise to the grievance, or within ten (10) workdays from the time it can be reasonably expected that such knowledge would be available, or no rights will be entitled to the grievant.  When requested by either party, the CESP representative may intervene to assist in the resolution.  However, should such an informal procedure fail to resolve the problem for the grievant, the grievance may then proceed through the formal procedure.

4.3   Formal Procedure:  Step 2 – Building Level
       If the grievance is denied, or if no decision has been rendered within ten (10) workdays after the informal communication, the grievant may submit the grievance in writing on the official grievance form to their CESP representative within ten (10) work days of the date the grievance was denied or the due date for the decision.  The CESP representative will be responsible for calling a time mutually acceptable to the member, their immediate supervisor and/or principal to discuss the grievance within five (5) workdays after its receipt.  Within five (5) work days after the meeting, the principal and/or immediate supervisor shall provide the grievant with a written decision and the reasons for the decision.

4.4   Formal Procedure:  Step 3 – District Level
       If the grievance has not been satisfactorily resolved at the Step 2 level, the CESP may present the grievance on the grievance form to the Superintendent or their designee within ten (10) work days of the Step 2 answer.

       Within ten (10) work days after receiving the grievance, the Superintendent or their designee shall communicate their decision and supporting reasons on the grievance form to the Principal or Supervisor, the CESP President and the grievant.

9

**DISTRICT_000010**

4.5     Arbitration
        If the grievance has not been satisfactorily resolved at the Step 3 level, the CESP, within fifteen (15) work days after receipt of the Step 3 answer may submit in writing a demand to enter into binding arbitration. The Federal Mediation and Conciliation Service will be requested to provide a panel of arbitrators.

        The arbitrator shall promptly review the grievance and the information and decisions rendered at Steps 1, 2, and 3. As necessary, the arbitrator may confer with the parties involved in the grievance. The decision of the arbitrator shall be in writing and shall set forth the findings of fact, reasoning, and conclusions on issues submitted. The arbitrator shall make their decision strictly on the terms of the agreement and shall make no decision contrary to, or in conflict with, existing laws. The arbitrator shall have no power to add to, or subtract from, the terms and conditions of this agreement. However, it is agreed that the arbitrator is empowered to include in any award such financial reimbursements or other remedies as will make the grievant whole.

        The decision of the arbitrator shall be binding.

        The arbitrator shall not have the power to retain jurisdiction in any case after they have rendered their final decision.

**Section 5.  General Provisions**

5.1     Right to be Excused with Pay
        In all the steps on the grievance procedures, when it becomes necessary for individuals to be involved during working hours, they shall be excused with pay for that purpose by the approval of the principal or supervisor after a discussion with the CESP representative. During the grievance hearing, only those individuals who shall be called as witnesses will be excused from work with pay.

5.2     Presentation of Relevant Material
        In pursuing the grievance procedure, all parties will present all known relevant information at the lowest possible level in an effort to bring about an immediate understanding and settlement.

5.3     Appropriate Step for Filing Grievance
        If a grievance arises from the action of authority higher than the principal or supervisor, or a similar grievance occurs in more than one building, the CESP may present such grievance at the appropriate step of the grievance procedure. An informal conference shall be held as the initiating step in such a situation.

5.4     Right to Appeal
        If a grievance is of such a nature as to require immediate action, the person acting for the CESP may appeal immediately to the office or person empowered to act, and said office or person shall endeavor to resolve the matter jointly with the CESP representative. If the matter is not satisfactorily resolved, it may be appealed through the grievance procedure beginning at Step 2 of the Formal Procedure (See Section 4.3 of this Article).

        Failure at any step of the procedure to communicate the decision on a grievance within the specified time limits shall permit lodging an appeal at the next step. Failure to appeal a decision within the specified time limits shall be deemed an acceptance of the decision. When a decision is rendered, it shall include background and reasoning.

5.5     Freedom from Reprisals
        All parties involved in a grievance shall be free from restraints, coercion, or reprisal.

5.6     Records of Grievance
        All records of grievance will be kept by the Assistant Superintendent of Human Resources in files separate from personnel records.

**DISTRICT_000011**

5.7 <u>Grievance Form</u>
Forms for filing grievances, serving notices, making appeals, making reports and recommendations, and other necessary documents shall be prepared by the Superintendent and the CESP.

5.8 <u>Conference Times</u>
Conferences held under this procedure shall be conducted at a time and place which will afford a fair and reasonable opportunity for all persons entitled to be present to attend.

5.9 <u>No Outside Discussion of Grievance</u>
It is recognized as best practice and recommended that all parties not discuss the grievance with anyone not officially involved at any formal stage of the grievance procedure.

5.10 <u>Arbitration Costs</u>
Any costs involved in implementing the arbitration stage of the grievance procedure will be shared equally by the Board and the CESP, provided that each party shall be responsible for the cost of its representatives (if any) and its witnesses. Costs prior to this stage, if any, shall be borne by the party initiating the costs.

5.11 <u>Time Limit Extension</u>
The time limits specified in this procedure may be extended in any specific instance by mutual agreement in writing.

5.12 <u>Costs of Transcripts</u>
Should either party request a transcript of the proceedings, then that party will bear the full cost for that transcript. Should both parties order a transcript, then the cost of the two transcripts will be equally divided between the parties.

5.13 <u>Withdrawal of Grievance</u>
A grievance may be withdrawn at any level.

## ARTICLE V – ASSOCIATION RIGHTS

**Section 1. Dues Deduction & Revocation**

The Board will deduct from the pay of each employee all current membership dues of the CESP, provided that at the time of such deduction the Board has received a current signed authorization card for dues deduction, executed by the employee.

The Board will commence dues authorizations within thirty (30) days of notice from the CESP and in occurrence with the terms of an employee's written authorization, which is included on the CESP's dues authorization card.

The CESP shall notify the Board in writing of the name and address of the financial institution and relevant account information where such deductions should be transmitted.

The Board will direct dues revocation requests to the CESP. The CESP will process and notify the Board of any revocations. The Board will not process dues revocations that they receive directly from a bargaining unit member without review with CESP.

The Board shall rely on information provided by the CESP regarding whether dues deductions were properly authorized, revoked, canceled, or changed, and the CESP shall indemnify the Board for any damages and reasonable costs incurred for any claims made by employees for deductions made in good faith reliance on that information.

**Section 2. CESP Business on Business Time**

Duly authorized representatives of the CESP and respective affiliates shall be permitted to transact official CESP business on school property, provided that this shall not interfere with or interrupt normal school operations.

11

**DISTRICT_000012**

When District management specifically requires/requests CESP Leadership to attend meetings where official CESP or District business is being conducted during business hours, it shall not be charged against CESP association leave. CESP Leadership shall notify the Assistant Superintendent of Human Resources or Superintendent designee of a building request to be present at a meeting where official CESP or District business is being conducted. These hours shall not be charged against association leave.

**Section 3. Correspondence**

All official CESP correspondence from the Superintendent and other administrative personnel shall be sent to the local president, CESP and/or to their designee.

**Section 4. CESP Orientation Time**

The CESP and Board agree that time will be made available at the Orientation Institute for CESP purposes, at the request of the CESP.

The Board shall notify the CESP President not less than ten (10) calendar days prior to the Orientation Institute indicating the time, place, and date that said institute will be held.

**Section 5. CESP Use of Buildings**

The Board agrees to permit the CESP the use of District buildings, without cost, for organizational meetings. Such meetings may not conflict with the use of the facilities for regular school purposes. Normal school use requests shall be processed through the Business Office.

**Section 6. CESP Use of Interschool Mail**

The Board agrees to permit the CESP use of employee mailboxes and interschool mail service for a reasonable number of organizational messages.

**Section 7. CESP Use of District Equipment**

The Board and the CESP agree that school equipment may be used for CESP business purposes with the consent of the administrative personnel in charge of the equipment. Such use may not take precedence over regular school needs. Any costs that accrue shall be assumed by the CESP.

**Section 8. CESP Information Requests**

The CESP shall have a copy of all information, reports, and materials disseminated at public Board of Education meetings made available in the late afternoon prior to each Board meeting.

**Section 9. CESP and Board Meetings**

The CESP shall be placed on the agenda, upon request, of Board meetings and shall have an agenda made available in the late afternoon prior to each Board meeting.

**Section 10. CESP Organizational Insignia**

No employee shall be prevented from wearing insignia, pins, or other identification of membership in the CESP either on or off school premises as long as such wearing creates no problem of safety, or disrupts the business process.

**Section 11. CESP/District Communication**

Administration and CESP Leadership shall meet regularly in order to promote the free flow of information between the CESP and the District. Items in the categories of budgetary matters, staffing matters, revisions of policy, unsafe and hazardous working conditions, etc. are samples of items for discussion.

DISTRICT_000013

**Section 12.  Association Leave**

The CESP shall have the right to purchase for its officers and members a maximum of 50 days at the regular substitute pay rate when a substitute is required.  No more than one (1) employee from the same building may be on Association leave at the same time except in those buildings that have more than one CESP officer in which case the CESP may have two persons from that building on Association leave at the same time.

**Section 13.  CESP President Leave**

The CESP President shall have sixteen (16) hours of release time per week for District and CESP business.  This time shall be structured in coordination with the Assistant Superintendent of Human Resources so as to minimize disruption to District operations.

The CESP shall reimburse the District at the applicable wage compensation for the CESP President.  The Association will pay for a sub if one is needed.

Board-paid insurance and the contributions to the Illinois Municipal Retirement Fund of the CESP President shall be covered by the District.

This time will be separate from the Association time provided in Article V, Section 12.

**ARTICLE VI – EMPLOYEE RIGHTS AND CONDITIONS OF WORK**

**Section 1.  Right to Representation**

When an employee is required to appear before the Superintendent or their designee, the employee's immediate supervisor, or the Board regarding possible discipline, the employee shall be entitled to have a representative of the CESP present to represent them.  The employee shall also be entitled to representation during any step of the grievance procedure (Article IV).

**Section 2.  Personnel File Review**

Each employee shall have the right upon request to review the contents of their personnel file.  Only one personnel file shall be maintained by the employer.  The employee shall have the right to respond to any material placed in the file.

**Section 3.  Probationary Employees**

New employees will be placed on a probationary period of ninety (90) work days effective the first regular day of work.

**Section 4.  Seniority**

4.1    Definition
       Seniority shall be defined as an employee's length of continuous service in a given job classification within the bargaining unit since their initial date of employment.  In the event seniority is otherwise equal, the date a job application is received by the school district shall prevail.

       The length of continuous service for nurses who were first employed by the District on or before July 1, 2017 shall be the date of initial hire into any nursing position within the District, even if it was a non-bargaining unit position.

4.2    Breaks in Continuous Service
       An employee's continuous service record shall be broken by voluntary resignation, retirement, discharge, or expiration of recall rights.

13

**DISTRICT_000014**

4.3    <u>Seniority List</u>
Annually the Board shall post by job classification, a current seniority list.  The employee with the greatest seniority in a classification shall be at the top of the list followed by other employees in descending order.  A copy of the seniority list shall be given the President of the CESP when it is posted.  An employee shall have seven (7) working days from the posting of the seniority list to challenge their placement thereon.  After the seven (7) day challenge period, the seniority list shall be final.

**Section 5.  Lay-Off and Recall**

5.1    <u>Lay-Off</u>
In the event it becomes necessary to lay off employees due to a reduction in force, employees shall be laid off in the inverse order to their seniority within their specific job classification, provided any senior employee shall meet the job criteria established by the school district for a specific job held by a less senior employee; however, in the event such senior employee fails to meet said job criteria, such senior employee may be laid off instead of the less senior employee.  Employees shall be notified not less than thirty (30) days before the employee is dismissed or the hours they work are reduced.

In the event that it is necessary for the District to implement a Reduction-in-Force (RIF) of support staff members, the parties agree that support staff members are not eligible to "bump" employees within their classification who have a greater number of hours per day or a longer work calendar.

1.    RIFs within a classification will be processed by seniority (hire date) rank.

2.    Support staff members within a classification can only "bump" a less senior staff member with the same number of work calendar days.

3.    Support staff members within a classification can only "bump" a less senior staff member with the same number of work hours, or less.

4.    Employees may bump into a position with the same number or fewer hours per day or calendar days as their RIF'd position.

5.    Additionally, the parties agree that teacher aides and other staff hired as bilingual employees with a specific foreign language skill are a separate teacher aide category within their classification for the purpose of reduction-in-force.

5.2    <u>Recall</u>
In the event the Board determines to reinstate discontinued positions, employees who have been laid off shall be entitled to be recalled to a position in their specific job classification for a period (not to exceed 12 months) from the date of lay-off.  Employees shall be recalled in the reverse order of their lay-off.  An employee to be recalled shall be notified by certified mail, return receipt requested, of such recall.

Failure of the employee to affirmatively respond to such recall notice within five (5) days of receipt of attempted delivery shall preclude said employee's right to recall.  Any recalled employee shall meet the job criteria established by the school district for a specific job, or they shall be ineligible for recall.

**Section 6.  Nondiscrimination**

In the application of the terms and conditions of this Agreement, neither the Board nor the CESP shall discriminate against any employee by reason of race, creed, religion, color, national status, sexual orientation, physical or mental disability unrelated to the ability to perform the job, age, sex, national origin, membership or non-membership in the CESP, or participation in or lack of participation in CESP activities or any other basis prohibited by law.

14

**DISTRICT_000015**

**Section 7. Employee Evaluation**

The work performance of employees shall be evaluated annually the first two years and at least every other year thereafter. Such evaluation will be in writing and discussed with each employee in a conference between the employee and their evaluator. A copy of the written evaluation shall be given to the employee. The instrument used for the purpose of evaluation shall be appropriate to the category of job being evaluated and the items on the instrument shall pertain to that job. Upon initial hire, and yearly thereafter at the beginning of the school year, each employee shall be advised of the supervisor(s) to whom they are responsible and the supervisor responsible for their evaluation.

An employee shall not be responsible for the written evaluation of a fellow employee. It is the responsibility of the evaluating administrator to know the job duties of the position and the work of the person being evaluated. Evaluations shall be based on information gathered through direct observation by the evaluating administrator but may also contain information from documented conversations with other, non-managerial employees.

Prior to receiving an unsatisfactory rating, a notice of concern shall be provided to the employee. The notice shall identify the employee's performance deficiencies that, if not corrected within sixty (60) workdays, will result in an unsatisfactory rating. The notice shall also outline an improvement plan to correct the performance deficiencies.

An employee who reverts to practices or performance that resulted in them being placed on a previous 60-day remediation plan may be placed on a shorter remediation plan and face possible termination following the completion of the shorter remediation plan. The remediation plan (for non-twelve-month employees) that begins at the close of one school year will be carried over at the beginning of the next school year or when the individual's employment date commences.

New employees will be evaluated throughout the probationary period.

7.1     <u>Custodial Checklist and Evaluation</u>
       The building administrator/evaluator of custodians in conjunction with the head custodian shall do a monthly building check to determine areas in the building that may need attention. A standard building checklist (to be used by all buildings in the District) shall be developed by the O&M Administration and used as a tool for checking the building condition(s), for improving the building conditions, and for improving the work performance of building custodians. The building administrator shall indicate good performance as well as items that need attention on the building checklist and provide a copy to the head custodian and the individual custodian following the monthly building check. Should concerns continue to exist in areas of the building or with work performance of an individual custodian, the building administrator should follow the contract by providing a remediation plan or other action as indicated in the areas of evaluation or employee discipline. The building checklist may be used as documentation and included in a custodian's evaluation or related disciplinary action. At the request of CESP, the building checklist form content will be reviewed at least once a year by CESP Leadership and Administration to ensure that it addresses current work conditions.

**Section 8. Complaints**

CESP employees shall be notified within 14 working days of any complaint(s) filed against them by a staff member, parent or student. No complaint against an employee shall be placed in the employee's personnel file unless the employee is given prior notice of same and given an opportunity to attach a response to the complaint. If there is a meeting between the employee and a District administrator regarding the complaint, the employee has the right to CESP representation at the meeting.

15

**DISTRICT_000016**

**Section 9. Disciplinary Action and Due Process**

9.1     Discharge or Suspension
Disciplinary conferences may not be postponed for more than five (5) work days, and employees may not refuse to attend a conference due to a pending investigation.

9.2     Explanation for Action
An employee may be discharged and/or suspended for reasonable cause. Grounds for discharge or suspension shall include, but not be limited to:  drinking or possession of alcohol on the job; having alcohol in their system; possession or use of any controlled and/or illegal drug; being under the influence of or impaired due to a controlled substance or illegal drug; using, possessing or distributing cannabis at work or being impaired due to cannabis at work; dishonesty; infraction of rules; careless use or abuse of machinery or equipment; insubordination; smoking; excessive absences or absence abuse without just cause; absence from work for three consecutive work days without notification to the employee's supervisor; or negligence in the performance of duties.

9.3     Hearing
A formal conference with the employee shall be held by the building principal or designee to discuss any proposed suspension and/or discharge. The employee shall be given a written explanation of any such proposed suspension or discharge at this conference. Within five (5) work days of the formal conference, the building principal or designee shall give the employee his written recommendation for suspension or discharge.

9.4     Appeal
Within fifteen (15) work days of the receipt of written recommendation for suspension or discharge in Section 9.3, there shall be a hearing before the Superintendent or their designee.  A written decision shall be issued within fifteen (15) work days of the hearing.  Upon the mutual agreement of the parties, this step may be waived.

If the Superintendent or their designee upholds the recommendation for discharge, the employee's pay shall be immediately suspended pending request for a hearing as per Section 9.5.  If the employee requests a Board hearing and the Board overturns the discharge recommendation, the employee shall receive back pay for the time between the denial of the appeal by the Superintendent or their designee and the decision of the Board.

9.5     Board Hearing
Within fifteen (15) work days of the receipt of the decision at Section 9.4, the employee may appeal and the Board shall hold a hearing on the recommendation for suspension or discharge.  The Board shall issue a final decision within ten (10) work days of the hearing.

9.6     Request for Binding Arbitration
Within 15 work days of the receipt of the decision at Section 9.5, the CESP may submit a demand to enter into binding arbitration.  The demand shall be processed in accordance with Article IV, Section 4, Subsection 5 and Article IV, Section 5, Subsections 1, 5, 8, 10, 11, 12, and 13 of this Agreement.

9.7     Probationary Employees
A probationary employee is exempted from the rights provided in the disciplinary process under Article VI, Section 9, Subsections 1-6, and 9 during the term of her or his probationary period.  Probationary employees shall have the right to representation as provided in Article VI, Section 9, Subsection 8.

9.8     Right to CESP Representation
Any employee shall have the right to CESP representation in any meeting which may result in a warning, suspension and/or discharge.

16

**DISTRICT_000017**

9.9     <u>Employee Due Process – Progressive Discipline</u>
The District's Procedures for Implementing Disciplinary Action (Employee Due Process - Progressive Discipline) are set forth in Appendix C and shall be posted at each work site and shall be included in the "new hire packet" given to new employees during employee orientation under Article VI, Section 11.

9.10    <u>Employee Discipline Recommendation Resolution</u>
The parties acknowledge the long-standing practice of processing a discipline recommendation and an employee's right to a hearing before the Board of Education to have the recommendation heard. However, there are often times when an employee does not respond in a timely manner on whether or not the employee voluntarily accepts the discipline recommendation, or wishes to be heard before the Board of Education. A lack of response by the employee presents both CESP Leadership and the District in the position of an unresolved discipline issue.

The parties agree:

1.    The employee and CESP will be notified through established procedures of a discipline recommendation.

2.    The employee will have 15 work days from the date of the notification to respond to CESP Leadership and/or the District of their desire to voluntarily accept the recommendation or request a hearing before the Board of Education. As is the long-standing practice between the parties, CESP Leadership may contact the District to further discuss or negotiate the discipline recommendation within the same timeframe.

3.    If an employee fails to respond by official notice to the District within the 15-work day timeframe, the CESP and District will view the lack of a response by the employee as "implied consent" of acceptance of the discipline recommendation.

4.    If implied consent is determined, the employee will be notified of the implementation of the discipline recommendation.

5.    The employee will be informed that any concerns regarding the implementation of the recommendation should be addressed by contacting CESP Leadership.

**Section 10. Job Descriptions**

Job descriptions shall be sent to the CESP President when they are developed or revised. At the request of the CESP President, the appropriate District administrator(s) shall meet with the CESP President to discuss such job descriptions. CESP will bring job descriptions which they have reviewed and for which they propose updates or revisions to meetings with administration.

The phrase "other related duties as assigned" on any job description shall be interpreted to mean that the other duties are reasonably related to the responsibilities included on the employee's job description. Any duties that are unrelated to the others on the job description shall not be unreasonable in longevity (no more than 90 work days).

**Section 11. Employee Orientation**

Employees shall receive annual wage statements containing the following information:

         a.    number of days in work year
         b.    hours per day
         c.    hourly rate
         d.    classification

Each employee shall annually receive a work calendar with the number of paid holidays as included as part of the work calendar.

**DISTRICT_000018**

No later than September 15 of each school year or 15 days from the date of employment if hired after the start of the school year, a District/Building administrator shall meet with new employees to review job expectations and the evaluation process. At the request of the CESP President or building representative, time will be made available at such meeting for CESP purposes. In addition, no later than September 15 of each school year, a District/Building administrator shall meet with existing employees who are scheduled to be evaluated that year and review job expectations and the evaluation process. Finally, no later than September 15 of each school year or 15 days from the effective date of the change in job classifications, whichever is later, a District/Building administrator shall meet with employees who have had a change in job classification and review job expectations and the evaluation process.

A copy of the collective bargaining agreement and summary of insurance benefits will be provided in a new hire packet disseminated to new hires by the Human Resources Department.

**Section 12. Vacancies and Transfers**

12.1    Job Postings
The primary location of all Job Postings shall be the Unit #4 Web Site. Notices of all job vacancies will be disseminated through District email to all principals, office managers, the CESP union president and the CFT union president. Notices of vacancies will be posted for a minimum of three (3) business days prior to the scheduled interviews. Such notices shall state job title, date of filing, procedure for application, and the minimum job requirements or the job description.

12.2    30 Calendar Day Hiring Practices
Thirty (30) Calendar Day Hiring Practice: Following the third business day of a posting for any vacant CESP position, a District supervisor will have thirty (30) calendar days to employ a candidate in the position. Exceptions to the thirty (30) day practice may be:

   a.    when a supervisor has resigned, or is being replaced, and it is necessary to have the new supervisor hire the position. This exception should not extend beyond a semester or one hundred twenty (120) calendar days;

   b.    when it is in the best interest of the District not to employ a candidate within the thirty (30) calendar day practice because of emergency or difficult situations; or

   c.    when a 10.5 month administrator is not required to be employed by contract during the summer break

   Note: In the exceptions above, the CESP Leadership will be notified and consulted by the Assistant Superintendent of Human Resources.

12.3    Job Application Procedure
All internal and external candidates are required to use the District's online application for all posted positions. Internal applicants who wish to be identified as "internal" are to use the "Internal" online application. Internal is defined as a permanent district employee who holds an educational support professional (bargaining unit) position. External applicants are to use the "External" online application.

The hiring administrator may schedule interviews and must interview all internal applicants within the following guidelines:

   a.    Interviews may be held after the end of the business day on the third day through 48 hours or the end of the fifth business day (not including Saturday or Sunday) after the Vacancy Posting deadline. However, all internal applicants who notify the hiring administrator (up to the start of the interview process) of their interest in the vacant position have the right to be interviewed for that vacant position during this time frame.

18

**DISTRICT_000019**

b.  Interviews for bargaining unit positions will be conducted by an interview team.  In addition to District participants, the District shall make a reasonable effort so that the interview team is representative of the CESP building staff who may be working with the new hire and that one (1) or more CESP building members will be on every interview team for a bargaining unit position.  The provisions of this paragraph shall not be subject to grievance dispute.

c.  Internal applicants who notify the hiring administrator of their desire for an interview after the three-day posting and following the 48 hours or fifth business day (not including Saturday or Sunday), shall not be guaranteed an interview for the vacant position if the interviews have already been scheduled by the hiring administrator.

d.  It is the responsibility of the applicant to know when interviews will be conducted.  The applicant may contact the appropriate hiring administrator or building to determine the interview date and time.

e.  No employee who has been suspended without pay within the past two years (730 days) shall be guaranteed an interview for any position.

12.4  Order of Consideration for Job Vacancies
When vacancies exist or new jobs are created, the District shall first consider applicants from among current employees.  The term "first consider" shall be interpreted and applied to guarantee each internal applicant an interview during the District's process of hiring a qualified individual to fill the existing vacancy or new job.  If no internal applicants are acceptable, the District shall next consider applicants from those eligible employees on lay-off before hiring from outside the District.  Within ten (10) work days of a notification of rejection, the applicant may request from the hiring supervisor the reasons why they were not selected.

12.5  Involuntary Transfers
An involuntary transfer is defined as a transfer that is not agreeable to the employee involved in the transfer.  The appropriate District/Building administrator shall notify the employee of the proposed involuntary transfer when the necessity for the transfer becomes apparent.  The administrator shall discuss the reasons for the transfer with the employee.  If the employee requests, a CESP representative may be present.  Involuntary transfers shall be based on such factors as District seniority, employee job performance, the desires of the employee to the extent possible and the needs of the District.  At the time of hire, new employees will be notified that their employment is with the District, not a specific building.

12.6  Resignations
All resignations must be handwritten, emailed, or printed on paper by the resigning individual.  A "verbal resignation" shall not be binding upon the parties.

12.7  Emergency Bus Driver Program
a.  On an as-needed basis, the District will identify classifications of employees to be targeted under this program and share the list with CESP Leadership.

b.  The District will contact all employees in the selected classifications who have been employed by the District for more than three (3) years and share an internal job posting for the program.

c.  Interested employees shall apply for the program and the established hiring process will be followed to approve the employee's hire into the program.  No employee shall be required to apply for the Emergency Driver Program.

d.  Hired employees will be trained as Bus Drivers.  Training will occur outside the employee's regular work day (and will be paid at the Bus Driver rate, and may include overtime pay).

19

**DISTRICT_000020**

e.  After successful training, employees may be pulled from their regular duties to serve as an Emergency Driver no more than one day per week.

f.  Emergency Drivers will be paid at the Bus Driver rate for all hours worked as a Bus Driver. They will not be paid at their regular rate during this time; the lost time will instead be coded as Emergency Driver Leave.

g.  Employees will be paid at their regular rate upon their return to their normal position.

h.  Participation in the program may result in the employee exceeding 40 hours per week (either in their regular position or as a Bus Driver) during any week when they serve as an Emergency Driver. If so, the District will pay employees time and one half at the appropriate rate.

i.  Employees who are pulled to serve as Emergency Drivers may also be paid at their regularly hourly rate (including any required overtime pay) to complete their regularly assigned duties on an alternate schedule. The parties acknowledge that this may not be possible for certain classifications of employees.

**Section 13.  Health, Safety, and Licensing**

13.1  <u>Bomb Threat</u>
In the event that a school official is notified of a bomb threat, the employees covered by this contract shall render all possible aid in the evacuation of the building. Said employees shall also make their knowledge of the building(s) available to the proper authorities in a manner sufficient to permit an expeditious search, but in no case shall they be required to search for the bomb.

13.2  <u>First Aid Courses</u>
The school district will make arrangements for and/or sponsor first aid courses, as required.

13.3  <u>Reporting Safety Concerns</u>
Employees shall report any safety concerns to their supervisor and the CESP President.

13.4  <u>Physical Examinations</u>
The district will pay for all physical examinations requested by Unit 4, except the examination for initial employment. The deadline for providing proof of the physical examination will be within forty-five (45) days from the date of Board of Education approved employment or anniversary date thereafter. Proof of the physical examination shall be provided to the Human Resources Office by the employee.

13.5  <u>Tuberculin Tests</u>
When required by law or regulation, certain staff members (currently only Early Childhood employees), must have a tuberculin test as a condition of employment. This initial tuberculin test shall be paid for by the bargaining unit member. All food service employees are required to have an annual tuberculin test.

13.6  <u>Food Sanitation License</u>
General Cafeteria Workers will not be required to hold a food sanitation license. Within thirty (30) days of hire, all General Cafeteria Workers will be required to take and pass the Illinois Department of Public Health Food Handler Training. Failure to do so will result in the employee's immediate release from employment. Such a release will not be subject to the disciplinary procedure or grievance procedure outlined in this Agreement.

Each middle school and high school campus will have one Cafeteria Coordinator. In order to be considered for hire, a prospective Cafeteria Coordinator must hold a valid food sanitation license.

The District will pay the renewal fee for any cafeteria employee who is required to hold a food sanitation license. The fee may include the cost of the food sanitation course and any required materials with the course.

20

**DISTRICT_000021**

After initial employment, any cafeteria employee who does not have their food sanitation license will be reimbursed by the District upon successful completion of the licensing process and for renewal thereafter, regardless of whether the license is required for their current position.

Cafeteria personnel who do not possess a food sanitation license but wish to apply for a position that requires the license must possess the license prior to interviewing for the position.

Cafeteria employees will forfeit a prorated deduction of any reimbursed cost from their last paycheck should they not work for the District for a period of one calendar year from the date of reimbursement for any fee.

Any licensed employee may be temporarily reassigned to another facility based on District need at the discretion of the Director of Food Service.

13.7   Payment of Bus Driver Expenses
Bus drivers will obtain a physical examination every year as required by law. The District will pay to cover the cost of annual, random and pre-employment physicals; and annual drug and alcohol screenings. Cost will also be covered for CDL licensing, school bus driver's permit and fingerprinting. Employees will forfeit a prorated deduction of the advanced expenses from their last paycheck should they not work for the District for a period of one calendar year from their official starting date as a bus driver/substitute bus driver. The school district will reimburse bus drivers for the time involved in attending refresher courses.

13.8   Teacher Aide, COTA, PTA, and Nurse Licensure
The District will pay the licensing renewal fees of Nurses, Teacher Aides/Paraprofessionals, COTAs, and PTAs. In the event that a Teacher Aide is working under a teaching license, the District shall pay the equivalent amount of the cost of the Teacher Aide/Paraprofessional licensure renewal toward the teaching licensure renewal.

13.9   Bargaining Unit Member Who Holds a Valid Teaching License
The District and CESP agree that a bargaining unit member who holds a valid teacher license may leave his or her position to serve as a substitute teacher for a maximum of 18 weeks. The temporary transfer must be agreeable to both the employee and campus administration. The employee will be paid the substitute teacher rate and will follow the schedule of a teacher during the temporary leave from the bargaining unit position.

The employee will retain CESP leave and insurance benefits. The CESP will represent the employee if any issues of concern apply. The employee will return to the bargaining unit position that he or she left if the substitute assignment was on the same campus. The District will inform the CESP of any temporary leave assignment involving a bargaining unit member.

The District will inform the staff member that Illinois Municipal Retirement Fund contributions will not continue once the employee is participating as a licensed teacher substitute. Licensed teacher substitutes are participants of the Teachers Retirement System (TRS).

13.10   Interpreters for the Deaf and Hard of Hearing Licensure Terms of Hire
All Interpreters for the Deaf and Hard of Hearing (DHH) shall hold a valid approval in accordance with Section 25.550 of the Illinois Administrative Code. Any employee who fails to renew an approval will be released from employment. The release will be immediate and it will not be necessary to hold a formal Board Hearing to hear a recommendation for termination, or wait to release that employee during the Reduction-In-Force period.

**Section 14. Emergencies**

All employees required to come to work at an earlier time than normal or otherwise have their regular hours temporarily adjusted for emergency snow removal, emergencies, or other acts of God, shall be guaranteed at least 1.5

21

DISTRICT_000022

hours of paid time for each such call out at a rate of 1.5 times the employee's regularly hourly rate. Job classifications which are required to work on snow days or during emergencies shall be identified in the District's Emergency Closing Procedures documents.

For example, an employee who normally reports to work at 5:00 a.m. is instead asked to come in at 3:00 a.m. to remove snow. The employee only works an 8-hour day. The employee will receive 6.5 hours of pay at their regular rate and 1.5 hours of pay at 1.5 times their regular hourly rate for the adjusted day.

Nothing herein shall restrict the Board from adjusting the hours of employees to meet the regular school program, nor shall this section apply to any extended time added to the normal work day.

Effective July 1, 2022, pursuant to Public Act 102-0697, all employees shall receive their daily, regular rate of pay and benefits rendered for any school closure or E-Learning Day if the closure precludes them from performing their regularly scheduled duties and the employee would have reported for work but for the closure, except this requirement does not apply if the day is rescheduled and the employee will be paid their daily, regular rate of pay and benefits for the rescheduled day when services are rendered. In lieu of completing their regular duties from home, employees may be asked to complete professional development opportunities or other specific offline tasks as reasonable for their classification during such closures provided that such expectations are provided to employees by their supervisors prior to closure.

**Section 15. Training and Staff Development**

15.1    General Information
The Board agrees that the CESP shall appoint four representatives to the Staff Development Committee. The Board recognizes that the matter of staff development funds and programs may also be a subject raised at the Building Councils. The District will provide staff development opportunities to CESP personnel during two of the four annual staff development days. Administration shall ensure all employees are scheduled to complete annual State-mandated trainings as part of their regular paid work days.

To encourage the professional growth of employees, the Board shall establish a pool of 25 professional leave days for use by CESP employees each year. The professional leave days may be used to attend courses, seminars, workshops or other professional development activities directly related to the employee's position. Attendance at the professional development course, seminar or workshop must be recommended by the principal or supervisor and pre-approved by the Assistant Superintendent of Human Resources or designee. The employee is responsible for the cost of the course, seminar or workshop except that the District shall provide up to $250 annually for training, seminar, or conference fees supporting credentialing for Interpreters of the Deaf and Hard of Hearing and Nurses. Denial of professional leave is not subject to the grievance process.

15.2    Teacher Aides
During the first month of each school year, building level administrators will provide an annual in-service for teacher aides and classroom teachers to whom the aides are assigned.

15.3    Secretaries and Campus-Level Office Managers
Newly hired Secretaries and campus-level Office Managers may request up to forty (40) hours of training as part of their orientation to enhance performance, make the transition smooth, and ensure their success. The District shall choose a currently employed Secretary or campus-level Office Manager to provide the training and shall determine whether the training shall occur during the regular work day or outside the regular work day. For all training outside the regular workday, both employees shall be paid their regular hourly wage (plus any applicable overtime.) For all training that occurs during the regular workday, the mentor/trainer shall be paid their regular hourly wage plus an additional $10/hour.

**DISTRICT_000023**

15.4    Nurses
Nurses may use at least three (3) designated non-student attendance days for the purpose of securing Continuing Education Units (CEUs). Such days will be designated by administration and announced to nurses at the start of each school year.

### Section 16. Plan Time for Interpreters of the Deaf and Hard of Hearing

Interpreters of the Deaf and Hard of Hearing assigned to a high school shall be excused from weekly "late start" meetings as needed for the purpose of preparing specific subject-area language for interpreting.

### Section 17. Breaks and Meals

Each employee shall be entitled to a fifteen (15) minute break during each three (3) or four (4) hour period of work. Breaks and lunch periods may not be combined to reduce the workday (arriving late or leaving early) or extend the lunch hour. Special Education programs such as Functional Life Skills (FLS), Essential Skills, Emotional Disability (ED), Self-Contained and the Young Adult Program (YAP) and employees who voluntarily participate in the District's official mentoring program (CU One-to-One) shall be exempt from this prohibition when approved by the supervising administrator. Any other exemptions must be discussed and approved by CESP Leadership and Administration. All full-time employees shall be granted a duty free, uninterrupted lunch period of not less than 30 minutes during every work shift. Except for nurses, such period will be established by the individual building as close to the middle of the shift as possible and remain constant, except in emergencies, from day to day. Employees will not be paid during this period, and this period shall not be counted when differentiating between regular and overtime hours and will not be counted when computing consecutive hours of work.

### Section 18. Medications and Procedures

In accordance with State law, no bargaining unit employee, except nurses, shall be required to dispense medications, unless in an emergency. The Board shall defend and indemnify any bargaining unit employee who is required by the District to dispense or administer medication as set forth in Board Policy or State law.

Any communication with external medical staff (e.g., doctor office, clinic, or hospital) regarding medical information or procedures for any student shall be done with the assistance of nursing staff or administration, if requested. This shall not apply to routine records requests.

### Section 19. Instructional Supervision

No teacher aide, paraprofessional, library clerk, or interpreter for the hearing impaired may be required to instruct pupils unless supervised by a teacher holding a valid teaching certificate.

### Section 20. Posting of Work Rules for Bus Drivers

New rules and information bulletins shall be posted by the Board on the bulletin board in the Driver's room. A copy of all such new rules and informational bulletins shall be sent the CESP President immediately.

A complete and up-to-date notebook of all rules shall be maintained by the Board and at least one copy shall be available in the Driver's Room at all times.

The Board shall inform all new drivers of the rules, the procedure for posting, and the existence and location of the rules workbook.

### Section 21. Bus Driver Conditions of Work

21.1    Minimum Guaranteed Hours
There will be three distinct Bus Driver positions: Bus Driver – 5.0 hours/day, Bus Driver – 6.0 hours/day, and Bus Driver – 8.0 hours/day. Even though there are three distinct positions, only one wage lane will exist and all positions will be compensated using this lane. Each Driver will be guaranteed the minimum

23

**DISTRICT_000024**

number of hours stipulated in their position title for each day actually worked and all paid non-attendance days listed in the Driver work calendar.

Administration will have sole control over how these hours are scheduled, including route and trip assignments, within each of the three classifications. Prior to the start of each school year, the Director of Transportation will offer each Driver an opportunity to express their route preferences among those in their classification. Administration will consider ability, aptitude for the route, experience as a Driver, and Driver preferences when assigning routes.

All position vacancies that arise will be posted. Routes for Balanced Calendar schools will be noted in the job posting. Interviews will be conducted in accordance with District procedures. Any Driver wishing to add or subtract guaranteed hours cannot do so unless she/he successfully applies for and is hired into a vacancy.

21.2 <u>Additional Time</u>
During the school day, administration shall assign extra duty based on District need, Driver performance, and Driver interest. No Driver shall be allowed to exceed 40 actual work hours/week without the approval of the Executive Director of Facilities & Services. Drivers will complete timesheets, which shall be verified and approved by the Director of Transportation, to document all additional hours worked. Drivers will only be compensated for additional time over and above their guaranteed hours when calculated on a weekly (not daily) basis.

For all trips scheduled to conclude after all regular routes have ended for the day and on all days when school is not in session, the following process will be used to assign additional time: Drivers and other staff licensed to operate a school bus who are interested in after-hours work will place their name on an "After Hours Work" list, which shall be maintained by the Director of Transportation.

    a.    Drivers may add or subtract their name from the list at any time, but must do so in writing.

    b.    The Director of Transportation shall arrange the list in order of seniority.

    c.    Each Monday at noon, the Director of Transportation (or other administrator) shall post a list of all after-hours work scheduled for the following week where it's accessible to all Drivers. Drivers shall indicate their choices in order of preference on this sheet by noon on Wednesday. Requests made after this time will not be considered under any circumstances. To assign after hours work, the Director of Transportation (or other administrator) shall start with the most senior employee on the After Hours Work list and assign that person their top choice. The Director will then move down the list and assign all other trips by seniority. Drivers will receive notification of their assignments by 8:00 a.m. on Friday.

    d.    The following week (and on all subsequent weeks), the Director (or other administrator) shall pick up where they left off on the seniority list. The Director (or other administrator) will return to the top of the list when they reach the end.

    e.    Drivers who add their names to the list will be placed in the correct place based on their hire date with the District, even if their spot in the rotation has been passed in the current cycle.

    f.    Trips that come in after 8:00 a.m. on Monday for the following week will be scheduled individually. The Director of Transportation (or other administrator) will start in the appropriate spot on the After Hours Work list and offer it to that employee. If they refuse or do not respond to the offer within one hour (or a shorter time period in the case of an emergency situation), the Director shall move to the next person on the list and continue working downward until the assignment is filled.

24

**DISTRICT_000025**

g.   The District agrees that Drivers who are assigned to overnight trips shall be paid for all time spent on the trip except for sleep (8 hours) and up to 3 meal breaks per 24-hour period.  Each meal break shall not exceed 30 minutes.

h.   If a transportation employee exceeds 40 scheduled hours in a work week as a result of being assigned additional time through the rotation, such transportation employee shall not exceed 40 scheduled hours for the following week unless no other eligible employee on the list is willing or able to accept the assignment.

i.   Trip changes affecting a trip's duration must be communicated to the driver no less than six (6) hours prior to the trip's scheduled start time.  Failure to so notify the driver will result in the driver receiving payment for the originally scheduled duration of the trip.  If the trip is cancelled or duration shortened due to a tournament situation, inclement weather, or circumstances beyond the District's control (such as power outage at the opposing school, the field is flooded and unplayable, etc.) then the 6-hour rule does not apply. However, should the driver already be dispatched, then the driver will be paid for 1.5 hours.

j.   If, following departure, a scheduled trip becomes a deadhead trip (e.g. the coach sends the driver home because students will return with parents) the driver shall be paid for the originally scheduled duration of the trip.

k.   If a Driver either misses or cancels a scheduled additional time assignment outside of the regular school day without at least twelve (12) hours' notice to the Director of Transportation, the following penalties will apply:

1.   1st Occurrence: Written warning maintained in Director of Transportation's building notes.

2.   2nd Occurrence: Bypassed in the rotation for thirty (30) days.

3.   3rd Occurrence: Removed from the rotation for the remainder of the school year.

l.   The complement of drivers for any trips with more than one bus scheduled to conclude after all regular routes have ended for the day and on all days when school is not in session (i.e., "charter" trips) shall be disclosed to all drivers on said trip.

Nothing in this section shall prevent the District from utilizing Activity Buses driven by properly licensed coaches or activity/club sponsors at its sole discretion.

21.3   Driver Attendance Incentive Program
The District agrees to implement a Driver attendance incentive with the following criteria:

1.   All non-substitute Bus Drivers and Lead Drivers are eligible.

2.   The Driver Attendance Incentive Program will run from the first day of student attendance through the last official day of student attendance.

3.   At the end of the period, all drivers with no absences will receive a $1,000 bonus.  Those absent 3 or fewer days will receive a $500 bonus.  Drivers cannot collect both bonuses.

4.   All absences, regardless of reason, will be included in determining eligibility.  No exceptions will be made.

25

**DISTRICT_000026**

21.4 Posting of Pertinent Information
The District shall supply each Driver a roster of students assigned to their bus.

Bus drivers shall be advised of any special requirements as provided in a special education student's IEP relevant to the transportation of that student on the driver's bus.

21.5 School Bus Permit Reimbursement
The Board shall pay the cost of the Illinois School Bus Driver's Permit for all employees whose work requires such Permit, provided the employee has completed one (1) year of continuous service with the District.  (The employee shall submit the paid receipt voucher to their immediate supervisor.)

21.6 Safety Regulations
All buses shall be safe and in compliance with State of Illinois and Federal regulations and shall include an operable fire extinguisher, First Aid Kit, working lights, rearview mirrors, good windshield wipers and washers, operating heaters, flares or warning markers, broom, working speedometer, long-handled scraper, a working radio, a blood borne pathogens kit, clean rags, and operating horn.

21.7 Bus Driver/Monitor Training
Bus drivers and monitors shall receive training in student discipline and properly securing students as part of their orientation.

21.8 8.0 Lead Driver Positions
All Lead Driver positions will be 8.0 hours/day positions.

21.9 Mechanics Driving
No Mechanic may be assigned to transport students during their regular workday.  Mechanics who hold a School Bus Permit and wish to transport students may be assigned overtime at the sole discretion of Administration before the procedure outlined in Section 21.2 is used to assign additional time.

21.10 Bus Monitors
There will be three distinct Bus Monitor positions: Bus Monitor – 5.0 hours/day, Bus Monitor – 6.0 hours/day, and Bus Monitor – 8.0 hours/day.  Even though there are three distinct positions, only one wage lane will exist and all positions will be compensated using this lane.  Each Monitor will be guaranteed the minimum number of hours stipulated in their position title for each day actually worked and all paid non-attendance days listed in the Monitor work calendar.

Administration will have sole control over how these hours are scheduled, including route and trip assignments, within each of the three classifications.  Prior to the start of each school year, the Director of Transportation will offer each Monitor an opportunity to express their route preferences among those in their classification.  Administration will consider ability, aptitude for the route, experience as a Monitor, and Monitor preferences when assigning routes.

All position vacancies that arise will be posted.  Routes for Balanced Calendar schools will be noted in the job posting.  Interviews will be conducted in accordance with District procedures.  Any Monitor wishing to add or subtract guaranteed hours cannot do so unless she/he successfully applies for and is hired into a vacancy.

During the school day, administration shall assign extra time based on District need, Monitor performance, and Monitor interest.  No Monitor shall be allowed to exceed 40 hours/week without the approval of the Executive Director of Facilities & Services.  Monitors will complete timesheets, which shall be verified and approved by the Director of Transportation, to document all additional hours worked.  Monitors will only be compensated for additional time over and above their guaranteed hours when calculated on a weekly (not daily) basis.

**DISTRICT_000027**

21.11    Bus Monitors Serving as Substitute Safety Aides
The parties acknowledge the longstanding practice of the District permitting bargaining unit members to apply for and be hired onto the District's substitute list and to work as a substitute during hours when they are not employed under this Agreement.  There are times, however, when it may be necessary for a Bus Monitor to perform duties that would normally be performed by a Substitute Safety Aide during their regular work day.

Each school year, the District will internally post opportunities for Bus Monitors to also work as Safety Aides during their regular work day.  Any Monitor hired under this posting will receive a wage rate that is $1 per hour higher than the employee's current wage rate for the remainder of the school year.  The employee will retain their status as a bargaining unit member and all other terms and conditions of employment under the Agreement.

21.12    Student Behavior – Buses
The parties agree that bus drivers may discuss concerns over the level of discipline imposed on a student for misconduct on a bus with the appropriate building principal .

## Section 22. Substitutes

The District will secure qualified substitutes (if available) for employees on the first day of absence, provided the District is given reasonable notice of the absence.  Substitutes will be provided on a year-round basis, to include holiday breaks and summer working schedules.

## Section 23. Hours of Work and Work Year

In each year of this agreement, the District shall publish a work calendar that shall not be changed during that year.

## Section 24. Assignment Notice

A reasonable effort will be made to notify all employees of their tentative job assignments by June 1 or the end of the school year, whichever occurs last.

## Section 25. Building Councils

A representative(s) of the CESP Association shall be a member of the Building Councils.  The CESP Association representative(s) at each particular attendance center shall be selected by the building level CESP membership.  If no CESP Association representative is available or willing to serve on the Building Council at a particular site, the CESP seat shall remain vacant.

## Section 26. Food Service Conditions of Work

If the supervisor requests a food service employee to use his or her personal vehicle to transport food from one building to another during the work day, the food service employee will be reimbursed at the current IRS rate.

## Section 27. Maintenance Conditions of Work

The District may assign maintenance employees to a 4:00 a.m. to 1:00 p.m. work shift on an as needed basis.  The District shall first seek up to four volunteers for such an assignment.  If there are insufficient volunteers, the District may assign employees to the 4:00 a.m. to 1:00 p.m. shift in inverse order to seniority based on the skills needed to perform the work.  The parties will annually evaluate the effectiveness of the 4:00 a.m. to 1:00 p.m. shift at the end of each school year.  The parties' intent is that this Section cover work that is known or capable of being scheduled in advance, as opposed to work that is an emergency call-out situation.

27

**DISTRICT_000028**

**Section 28.  Uniforms & Clothing Allowance**

The following classifications of employees will wear a uniform at all times while on the job:

a.   Cafeteria (shirt and closed toe, closed heel, non-skid shoes)
b.   Maintenance Workers (shirt only)
c.   Storekeepers (shirt only)
d.   Bus Drivers and Monitors (shirt only)
e.   Custodians (shirt only)
f.   Computer Technicians (shirt only)
g.   Hall Monitors, Student Support Advocates, and Security Officers (shirt only)

Hall Monitors, Student Support Advocates, and Security Officers will be provided five shirts each year.  Colors and styles will be chosen by the District to ensure employees are easily identifiable to students, other employees, and visitors.

No later than July 1 of each year, the District and CESP will develop a list of work-related, reimbursable clothing (which shall include, at minimum, uniform shirts, shoes, and pants) and approved vendors for the upcoming year. Each employee in the following groups will be allotted the specified dollar amount every twelve months to be spent on items on the District and CESP approved list:

a.   Cafeteria – not to exceed $200
b.   Maintenance Workers – not to exceed $250
c.   Storekeepers – not to exceed $250
d.   Bus Drivers and Monitors – not to exceed $100
e.   Custodians – not to exceed $250
f.   Computer Tech – not to exceed $100

Reimbursement requests must be received in the Business Office no later than May 1 of each year and will be processed no later than June 15 of each year.  Any employee who has resigned their employment prior to the reimbursement being processed will not be eligible for reimbursement.

An Employee is not required to obtain new shirts, shoes and/or other specific item of work-related clothing each year but is expected to wear shirts and/or pants that are neat, clean, and free of holes.

An employee who switches positions mid-year will be reimbursed based on the position they occupied at the start of the work year.

Following the successful completion of the probationary employment period, certain classifications of employees shall become eligible for District-provided jackets:  Drivers, Bus Monitors, Hall Monitors, Student Support Advocates, Security Officers, Storekeepers, and Mechanics.

The District will provide jackets and long-sleeved liners for the Drivers and Mechanics not less often than every 3 years.  The District will provide a jacket for Bus Monitors, Hall Monitors, Student Support Advocates, Security Officers, and Storekeepers not less often than every 3 years.  It will be the responsibility of the employees to keep them neat and clean.  Jackets remain the property of the school district for one calendar year.  The jackets shall be on order by October 1.  Jackets shall be used only during the performance of the employees' duties.

Employees required to wear a uniform will also wear a District ID or name tag.  Clothing purchased through the allowance shall be worn on the job.  The parties will attempt to achieve economies of scale by ordering group purchases from a single vendor.

28

**DISTRICT_000029**

**Section 29.  Clerical Testing**

Clerical employees who are tested for a clerical position may request no more than two tests on the same day (test and retest).

Clerical employees who currently hold a position within the district and who are applying for a vacant position within the district will not be required to take a "retest" if their current position qualifications meet or exceed the qualifications of the position posted.

Current in-district clericals applying for a lateral position within the District shall not be required to retest for said position.  However, by virtue of existing contract language, in-district clericals applying for a lateral position are required to interview for said position.

**Section 30.  Parent Conferences/IEPs/School-Related Functions**

When appropriate to the particular child, nurses, teachers' aides, COTAs and PTAs will attend IEP meetings.  The Principal will invite the nurse, teachers' aide, COTA or PTA to the IEP meeting.  If problems arise, they will be discussed during CESP Leadership/Administration meetings, but not be subject to the grievance procedure.

On parent-teacher conference days, COTAs and PTAs will have the same work hours as the teachers.

Any employee required by their supervisor or appropriate building administrator to attend a parent-teacher conference, IEP, or school-related function shall be paid for a minimum of 1.5 hours of work.

**Section 31.  Custodian Conditions of Work**

A description of required first-line maintenance duties shall be posted at each work site.

The District and the CESP shall convene a joint "Custodial Staffing Needs Committee" of no less than two and no more than four representatives from each party to analyze custodial staffing needs.  This Committee shall include at least one board member from the District.  The Committee shall issue a report to the Superintendent no later than April 30, 2014.  In subsequent years, this issue will be discussed during CESP Leadership/Administration meetings at the request of either party.

**Section 32.  Travel Time**

Employees required to travel to more than one work site shall be given fifteen (15) minutes of travel time between locations.  This travel time shall not be considered as part of lunch or break time.

**DISTRICT_000030**

**Section 33.  Contracting Out**

The District shall only contract work out in accordance with then applicable State law.  The District will not contract out employment in the existing classifications in the CESP/Board of Education Collective Bargaining Agreement except for:

a.  emergency situations where additional assistance is needed immediately beyond current employee staffing.  Management will make a concerted effort to use District employees first.

b.  situations when a crisis exists in terms of completing work or tasks before deadlines or on a time line.

c.  when the District has a need to contract out services in existing employee classifications where work may be completed by an outside agency/employees to meet District needs.

d.  when the District has had a total of eight (8) or more unfilled Bus Driver/Lead Driver positions for a period exceeding thirty (30) days.  The District is committed to hiring its own drivers and will continue to interview and hire during the term of its contract with the outside vendor.

Note:

1.  No contracting out may be done at all in Item B without first discussing it with CESP Leadership.  A Committee composed of three members selected by the CESP President and three members selected by the Superintendent shall meet biweekly to review current projects with deadlines or timelines to determine whether work can be performed by current District employees or whether it should be contracted out.

2.  No contracting out may be done at all in Item C without first negotiating it with CESP.

3.  Contracting out may occur in Item A with timely notification of CESP Leadership.

4.  Pre-existing conditions of contracting out (like asbestos removal or catering the District holiday reception) are not subject to negotiations or notification of CESP Leadership.

**Section 34.  Administrator Supervisor Assessment**

The parties agree that the District will circulate annually among CESP an assessment of administrative supervisors form approved by the District and CESP.

**DISTRICT_000031**

## ARTICLE VII - FRINGE BENEFITS

**Section 1. Sick Leave**

Sick leave without loss of pay shall be useable for personal illness, quarantine at home, serious illness or death in the immediate family or household, or birth, adoption, or placement for adoption. Immediate family shall be here understood to include an employee's spouse, child, step-parent, step-child, grandchild, mother, father, brother, sister, aunt, uncle, grandparent of either the employee or the employee's spouse, parents-in-law, brothers-in-law, sisters-in-law, legal guardians, and partners in a civil union. Sick leave shall be credited annually to all regularly employed personnel on the first day of each fiscal year in accordance with the following provisions:

1.1    Days of Sick Leave Entitlement

| Months Employed | Number of Days/Hours |
|---|---|
| 12 | 15 (120) |
| 11 | 14 (112) |
| 10 | 13 (104) |
| less than 10 | 1.3 prorated on employment (rounded to the nearest 1/2) |

CESP employees who have been employed by the District for twenty (20) years or more shall receive one additional sick leave day over their annual allotment.

1.2    Doctor's Statement
A doctor's statement may be required for any personal illness charged against sick leave. If an employee is absent for serious illness or for hospitalization, a doctor's release for regular duties must be presented before returning to work.

1.3    Sick Leave Records
Official records of sick leave entitlement and use will be maintained in hours. The hours of sick leave entitlement will be calculated by multiplying the number of days entitlement by the number of hours in the staff member's work day. Sick leave may be used in increments of 0.25, 0.5, and 0.75 hours.

1.4    Pay Deductions Not Covered by Sick Leave
Deductions for loss of time not covered by sick leave shall be made at the hourly rate.

1.5    Accumulation of Sick Leave
Unused sick leave shall accumulate without limit.

1.6    Unused Sick Leave Upon Retirement
Upon retirement or resignation, an employee with ten (10) or more consecutive years of service in the District shall receive $45 for each unused sick day (8-hour day) not otherwise used for IMRF service credit.

1.7    Excessive Absences
Excessive Absences shall be defined as absences within the control of the employee, excluding scheduled vacation days, which exceed a total of sixteen (16) or more days per school year (determined by considering that employees receive 10-12 sick days and 3 personal days per year). This does not include absences attributed to serious illness or injury with proper medical documentation.

**DISTRICT_000032**

1.8     Pattern of Leave Abuse
        Pattern of Leave Abuse shall be defined as unscheduled absences that follow a consistent pattern (for example, frequent Monday or Friday absences).

1.9     Steps for Improving Attendance
        The District will make every reasonable attempt to determine the nature of any attendance problem and what may be needed to assist the employee before any discipline is considered.  This step shall include a meeting in which the employee may state any problems and explain the reasons for the absences.

        Once it is determined that an employee has excessive absences, has failed to follow appropriate attendance procedures, and/or is exhibiting a pattern of leave abuse, progressive disciplinary measures, which may include a Notice of Concern or a formal Attendance Improvement Plan, will be utilized.

**Section 2.  Sick Leave Bank**

The Board, in cooperation with the CESP, shall establish a Sick Leave Bank Program on a voluntary basis. A Sick Leave Bank Review Committee composed of two members selected by the CESP President and two members selected by the Superintendent shall be charged with developing and maintaining fair and equitable guidelines for use of this Sick Leave Bank for eligible employees consistent with this provision. The Sick Leave Bank Program is a benefit available only for serious illnesses or injuries which require extended absences.  The decisions of the Committee shall be final and not subject to the grievance procedure.

2.1     Eligibility for Use of Sick Leave Bank
        To be eligible to draw on the Sick Leave Bank, the following conditions must be met:

        a.     Employees become eligible for consideration beginning with their second school year of service.

        b.     The employee must have suffered a serious illness or injury which requires an extended absence. The Sick Leave Bank Committee shall consider the employee's previous three (3) years' use of sick leave in determining eligibility for Bank days.

        c.     The employee must have exhausted their own reserve of sick and personal leave hours.

        d.     The employee must apply to the Sick Bank Review Committee on the required form.

        e.     The Sick Leave Bank Review Committee may require a physician's report to accompany the application.

        f.     The employee must have contributed hours to the Sick Leave Bank.

2.2     Contributions to the Sick Leave Bank
        Sick leave in the Sick Leave Bank shall be established, as follows:

        a.     Within thirty days of employment for new hires, employees who wish to donate hours to the Sick Leave Bank must submit a form recommended by the Sick Leave Bank Review Committee to the CESP President and Human Resources designating a voluntary donation which is the hourly equivalent of one sick leave day.  Current employees who previously opted out shall be eligible to enter the program during the annual "open enrollment" period established by the Committee.

        b.     If, at any time in a school year, the number of sick leave hours in the Sick Leave Bank falls below 160 hours, the Sick Leave Bank Review Committee will ask for voluntary donations.  To remain eligible for the Bank, an employee must make a voluntary donation when asked by the Committee.  The donation shall be the hourly equivalent of one sick leave day.

**DISTRICT_000033**

    c.    Employees who have contributed hours to the Sick Leave Bank and who are withdrawing from the bargaining unit or leaving the employment of the District for whatever reason will not be allowed to withdraw the contributed hours.

    d.    Employees utilizing sick leave from the Bank will not be required to replace those hours.

    e.    In the event the Sick Leave Bank is dissolved, sick leave hours contributed but not used shall be returned to contributing employees in reverse order of receipt of contributions.

    f.    Maximum donation by an employee under subsections (a) and (b) is the employee's hourly equivalent of one sick leave day.

2.3    <u>Limits on Sick Leave Bank Use</u>
The following limitations apply to any employee's use of the Sick Leave Bank:

    a.    The maximum number of Sick Leave Bank hours to be used at any one time in a single school year by an employee is the employee's hourly equivalent of twenty (20) sick leave days.

    b.    The maximum number of Sick Leave Bank days which an employee may use during their employment with the District is the employee's hourly equivalent of forty (40) sick leave days.

**Section 3.  Personal Leave**

3.1    <u>Request Form</u>
Personal leave must be requested in writing two days prior to the requested leave on forms provided by the District and approved by the immediate supervisor and the Assistant Superintendent of Human Resources. The parties understand this process may not be possible in emergency situations.

Personal leave days may be used before or after a holiday under the following conditions:

    a.    Not more than one bargaining unit member per building in buildings with one (1) to twenty (20) bargaining unit members may utilize said leave and not more than two bargaining unit members per building in buildings with twenty-one (21) or more bargaining unit members may utilize said leave.

    b.    Ten (10) days written notice must be given.

    c.    A qualified substitute must be available.

3.2    <u>Allotment</u>
Employees who receive a vacation allotment may use three of the sick leave days provided for in Section 1 as personal leave.  Employees who do not receive a vacation allotment may use four of the sick leave days provided for in Section 1 as personal leave.

3.3    <u>Personal Leave for Emergencies</u>
Personal leave days may be used as emergency days when school is cancelled because of severe weather conditions or other acts of God.  Employees who are unable to report to work because of these conditions must notify their supervisor of such absence with all due haste.

**Section 4.  Bereavement Leave**

The Board will grant a full-time employee and a part-time employee employed 50% or more of the time up to two additional working days per year for the death of a member of the employee's immediate family, as defined herein. Sick leave shall not be charged for the use of these two bereavement leave days under this Section. Immediate family shall be here understood to include an employee's spouse, child, step-parent, step-child, grandchild, mother, father, brother, sister, aunt, uncle, grandparent of either the employee or employee's spouse, parents-in-law, brothers-in-law, sisters-in-law, legal guardians and partners in a civil union.  The District reserves the right to require documentation

33

**DISTRICT_000034**

of appropriate usage. Other accrued leave may be used as additional bereavement leave upon exhaustion of the two "base" bereavement leave days.

**Section 5. Vacation Leave**

All twelve (12) month employees shall receive two weeks' vacation (prorated per month) from the date of employment. An employee is entitled to use vacation days as they accrue. Upon completion of the fifth year of employment said employees shall receive one additional day each year thereafter until the maximum four weeks' vacation has been accumulated.

Ten (10) month or less employees transferring to a twelve (12) month position who meet the criteria of a minimum of four years employment history with Unit 4 shall be placed at year five on the Vacation Allotment Scale at the time of their transfer.

This agreement is retroactive to employees who have made a transfer prior to this Agreement and who meet the criteria stated above.

All eleven (11) month employees will be given half the allotment and carryover of vacation time listed on the chart below based on their years of service.

All CESP personnel who have and accumulate vacation days must notify their immediate administrative supervisor to request and have approved vacation days before they can be used according to the following guidelines:

    a.    For vacation requests of three (3) days or longer, an employee must notify their administrative supervisor at least ten (10) work days in advance of the day which begins the vacation. If two or more employees in a building in the same classification request vacation for the same days, then preference will be given to granting the request received first (by date). If all requirements are met and no building or District emergencies exist, the administrative supervisor may approve all vacation requests.

    b.    For vacation requests of shorter duration (less than three (3) days), an employee must make the request no later than 5:00 p.m. of the workday two (2) workdays before the vacation is to commence. If two or more employees in a building in the same classification request vacation for the same days, then preference will be given to granting the request received first (by day).

    c.    Appeal Process: If an employee disagrees with the supervisor's decision in items "a" and "b" above, they may immediately contact the President of the CESP and appeal it to the Assistant Superintendent of Human Resources for a final decision. The appeal should be reviewed and a decision rendered by the Assistant Superintendent of Human Resources as soon as possible and before the day(s) the employee has requested to use vacation.

        When employee emergencies exist (to be determined by the Assistant Superintendent of Human Resources based on employee information and proper documentation) that may necessitate the need to use vacation days, the Assistant Superintendent of Human Resources can automatically grant the vacation request.

    d.    All of the above time limits shall be waived should an emergency arise facilitating the need for the employee to take immediate vacation leave. Said emergency shall be determined by the Assistant Superintendent of Human Resources.

No employee will be allowed more than two consecutive weeks of vacation without written permission of their immediate supervisor and the Assistant Superintendent of Human Resources. This rule is to assure continuity of work.

**DISTRICT_000035**

Employees are encouraged to use their vacation days during the calendar year.  However, up to eleven (11) unused vacation days may be carried over into a new calendar year.  Vacation is added to each employee's paycheck by a monthly pro-rated figure based on their annual allotment.

| Years of Service | Days Allocated | Hours Allocated | Days Carryover Permitted | Hours Carryover Permitted | Maximum # of Days | Maximum # of Hours |
|---|---|---|---|---|---|---|
| 0-4 | 10 | 80 | 11 | 88 | 21 | 168 |
| 5 | 11 | 88 | 11 | 88 | 22 | 176 |
| 6 | 12 | 96 | 11 | 88 | 23 | 184 |
| 7 | 13 | 104 | 11 | 88 | 24 | 192 |
| 8 | 14 | 112 | 11 | 88 | 25 | 200 |
| 9 | 15 | 120 | 11 | 88 | 26 | 208 |
| 10 | 16 | 128 | 11 | 88 | 27 | 216 |
| 11 | 17 | 136 | 11 | 88 | 28 | 224 |
| 12 | 18 | 144 | 11 | 88 | 29 | 232 |
| 13 | 19 | 152 | 11 | 88 | 30 | 240 |
| 14+ | 20 | 160 | 11 | 88 | 31 | 248 |

**Section 6.  Holidays and Religious Leave**

5.1    Paid Holidays
Regularly employed personnel shall have the following days off duty without loss of pay if the day falls within the terms of employment:

| | |
|---|---|
| Independence Day | December 24*** |
| Labor Day | Christmas Day*** |
| Fall Holiday | New Year's Day*** |
| General Election Day* | Martin Luther King, Junior Day |
| Veterans Day** | President's Day |
| Wednesday before | Spring Holiday |
| Thanksgiving** | Monday after Easter** |
| Thanksgiving Day | Memorial Day |
| Friday after Thanksgiving | Juneteenth*** |

*  Will only be considered a non-work day if schools are required by State law to close.

** These holidays will be honored as non-working, paid holidays so long as the Board approves a school calendar that includes these three specific non-student/non-teacher attendance days.  If the days are not approved as part of an annual school calendar, employees will work their regularly-scheduled work calendars and not receive the paid days off.

*** Beginning with the 2023-2024 school year, should any of these holidays fall on a weekend, the District shall observe a day off with pay for all CESP employees on a designated week day immediately before or after the holiday.  Since employees are already compensated for all holidays, even if they fall on a weekend, no additional pay shall be earned as a result of these observed holidays.

35

**DISTRICT_000036**

The District will annually develop and publish employee work calendars. Work calendars less than twelve (12) months will be based on District need according to student attendance and/or District-scheduled professional development/training. The number of actual paid work days may fluctuate from year to year by anywhere from one to three days on each specific work calendar. Twelve-month (12) work calendars will be based on actual days scheduled during a full calendar year and approved paid holidays.

5.2 Paid Holiday Work Rules
An employee must work the last scheduled working day before and the first scheduled working day after the holiday unless the staff member is using vacation entitlement, personal leave or is ill. If the employee is ill the day before or after a holiday, a doctor's statement may be required in order to obtain holiday pay.

5.3 Religious Holiday
If a staff member takes a religious holiday other than those included in the list of approved holidays noted above, the absence shall be considered time off without pay unless the staff member elects to have it charged against vacation entitlement or personal leave.

### Section 7. Parental Leave

The Board agrees that written requests for Family and Medical Leave under the Family and Medical Leave Act (FMLA) shall be processed in accordance with the applicable FMLA rules and regulations.

### Section 8. Military Leave

Military leave and compensation will be granted in accordance with Federal and State law.

### Section 9. Leave for Pursuit of Teacher Licensure

The parties acknowledge the importance of facilitating professional growth opportunities for bargaining unit members who wish to obtain teacher licensure. The parties also acknowledge the importance of ensuring that services for students suffer minimal disruption in such instances.

A bargaining unit member may request up to thirty (30) days of unpaid leave each year for the purposes of completing coursework, observation hours, or student teaching hours as part of a teacher licensure program at a college/university. Such leave need not be consecutive days in order to accommodate a given teacher licensure program. Such requests shall be made to the Superintendent or their designee and shall be granted in their sole discretion. Denials shall not be subject to the grievance process.

### Section 10. Jury Duty

The Board shall pay full wage during the time an employee is on jury duty. Jury duty remuneration for such services while being paid by the District shall be turned over to the District, but such amounts turned over shall not exceed the wages paid by the District for such time period. If jury duty does not interfere with regular working hours, the remuneration accrues to the employee. The employee shall provide proof of jury duty service on a form provided by the District.

### Section 11. Leave of Absence

The Board and the CESP agree that leaves of absence without pay may be granted by action of the Board of Education for employees having completed two full years of service to the District. Employee requests for leave of absence without pay shall state the reason for the leave and the length of time requested. Other employment may not be a reason for requesting a leave of absence. Any request for a leave of absence shall be submitted in writing by the employee to the Superintendent or their designee.

A leave of absence shall not exceed one (1) year. An employee may request up to an additional year of extension.

Any denial of a leave of absence shall be given to the employee in writing in a timely fashion.

36

DISTRICT_000037

While on leave of absence, the employee shall have the opportunity to continue in the major medical insurance program at the employee's expense.

All accumulated benefits and rights of employment previously gained shall be reinstated upon return. Return to employment will be contingent upon the availability of a position deemed by the Board to be suitable for the employee who was on leave.

### Section 12. Health Insurance

For each month during this Agreement, the Board shall contribute the below dollar amounts for all bargaining unit members who normally work at least thirty-five (35) hours per week. The Board shall also contribute this same amount for all bargaining unit members who normally work at least thirty (30) hours per week but less than thirty-five (35) hours per week if they have been employed by the District for a period of two (2) consecutive years as of the first day of the employee's work calendar in a given year.

| | |
|---|---|
| 2022-2023 Fiscal Year: | $735.00/month |
| 2023-2024 Fiscal Year: | $783.00/month |
| 2024-2025 Fiscal Year: | $834.00/month |
| 2025-2026 Fiscal Year: | $888.00/month |

The Board shall contribute the below monthly premium amounts for all bargaining unit members who normally work at least thirty (30) hours per week but less than thirty-five (35) hours per week if they do not meet the years of consecutive service requirement outlined above. The dollar amounts below are 83% of the dollar amounts listed above.

| | |
|---|---|
| 2022-2023 Fiscal Year: | $610.05/month |
| 2023-2024 Fiscal Year: | $649.89/month |
| 2024-2025 Fiscal Year: | $692.22/month |
| 2025-2026 Fiscal Year: | $737.04/month |

Bargaining unit members may apply the dollar value toward the single, employee plus one, or family premium for any of the negotiated plans chosen by the employee.

During the term of this Agreement, the CESP and the Board agree to use plans to be negotiated each plan year. The parties agree to negotiate at least two plan options accessible to qualifying bargaining unit members for each year of this Agreement. The parties will schedule their first meeting to negotiate health care plans to occur no later than April 15 each year. The parties agree to establish a Joint Committee comprised of equal representatives to study health insurance plans.

For the 2022-2023 year, the plans will be the Health Alliance POS-C 1000d NS1 Rx8, the POS-C 2000d NS1 Rx8, and the HMO HSA 3000 Bronze NS3 Rx3.

For each bargaining unit member who selects one of the POS-C plans, the Board will also pay an additional $100 per month for members who choose an employee plus one or family plan.

For each bargaining unit member who selects the HMO HSA 3000 Bronze NS3 Rx3, the Board shall deposit the difference between the monthly premium cost and the dollar amount above plus an additional $100 into an HSA. The parties acknowledge that the HSA shall be administered in accordance with IRS regulations and participation in the HSA may prevent a bargaining unit member from also participating in the Flexible Benefit Plan.

Annually, for the life of the Agreement, the parties agree to make an effort to provide at least one low cost plan option that minimizes the single out of pocket premium cost for employees.

**DISTRICT_000038**

When two bargaining unit employees are spouses, the District shall apply one Board paid single coverage insurance premium toward the cost of single coverage and the other Board paid single coverage insurance premium toward the cost of employee plus one or family coverage.

If, during the life of this Agreement, the thirty (30) hour threshold for providing insurance to employees under the Affordable Care Act is legislatively lowered to a lesser number, the Board agrees to provide coverage for those employees so affected under the same terms listed above for those employees who normally work at least thirty (30) hours per week.

The Board may opt to implement a self-funded health insurance plan in lieu of a fully insured plan as long as the benefits associated with the plan remain substantially the same.

### Section 13.  Term Life, Vision, & Dental Insurance

Employees who normally work at least 1,000 regular hours per year shall be eligible for the following insurance benefits:

- a.   The Board shall provide each eligible employee with $25,000 of term life insurance.

- b.   The EyeMed Standard Plan Vision Plan or a comparable plan shall be provided to all eligible employees. The cost of the single premium shall be paid by the Board up to $5 per month.

- c.   Eligible employees may, at their option and cost, participate in the District's dental insurance program.

### Section 14.  Kids Plus Tuition Discount

The Board shall offer a twenty-five percent (25%) discount on Kids Plus rates for members with children who attend Unit 4 schools.

### ARTICLE VIII – COMPENSATION

### Section 1.  Pay

1.1   <u>Pay Days</u>
Twelve-month employees shall be paid on a twenty-six pay basis with the first pay being on the first Friday that falls on the district pay calendar after twelve (12) work/pay days.

Employees employed on less than a twelve (12) month basis may elect to be paid on either a 21 or 26 pay basis.  Subsequent pays will continue on alternate Fridays for the designated pays and until payment of the employee's work year is completed.  However, the last check will not be issued before the last day of the employee's work year.  The first checks may be based upon the previous year's wage schedule.

In years in which there are twenty-seven alternate Fridays, all employees paid on a twenty-six pay basis shall be paid on a twenty-seven pay basis.

Employee checks or earnings statement shall be available to the employee at their work place no later than the end of the employee's working day.

The District shall publish a pay calendar prior to the end of the school year for the following school year.

1.2   <u>Direct Deposit</u>
A voluntary direct deposit pay shall be made available by the Board to any bank serviced by the central depository and selected by the employee.

The Board shall deposit direct deposit payments at the close of bank business the day preceding a payday and shall make the credit union direct deposit available for pick up by the credit union when the payroll deduction check is tendered.

38

**DISTRICT_000039**

1.3     <u>Mileage</u>
Employees who are requested by an administrator to use their own vehicles during the school day on school business shall be reimbursed at the IRS rate; this includes employees traveling between assigned work sites. Prior approval of an administrator must be obtained. A minimum of $15.00 must be accumulated prior to being paid for such mileage. However, any balance of mileage owed to an employee remaining at the end of the fiscal year shall be paid to the employee.

1.4     <u>CESP Personnel Who Coach</u>
CESP personnel are hourly employees; therefore, they do not receive double pay for being employed in their classification and a coach/sponsor when they must depart early for practices or a game/meet.

Example: If an employee's hours are 7:30 a.m. to 3:30 p.m. and they have to leave at 2:00 p.m. for an away game/meet, then they would not be paid for the final 1 1/2 hours of work for their permanent job assignment. The employee would be serving that time as a coach, and the paid differential would cover that time. The building principal and designated payroll personnel where the employee is employed are responsible for recording that information accordingly on the payroll sheets.

The middle school or high school principal, or designee, who hires the employee for a differential position is responsible for explaining the above to the prospective coach/sponsor and making sure they understand the practice. The principal, or designee, who hired the employee for the coaching position is also responsible for informing the building administrator where the employee is employed that the employee will be taking the differential position as a coach/sponsor, and there may be times (practices/games/meets) when it is necessary for the employee to leave before the work day is complete. If possible, a list of those days should be provided in advance to the building administrator where the employee is employed.

At the sole discretion of the District, employees who serve as a coach/sponsor may utilize up to ten (10) hours of professional leave per school year when they must depart early for practices or a game/meet. Employees will be required to use Personal or Vacation Leave for all hours above ten (10) per year (or in instances when the District does not permit the employee to use professional leave) when they must leave early as a result of coach/sponsor duties. Denial of professional leave is not subject to the grievance process.

1.5     <u>Bus Drivers</u>
The District agrees to pay bus drivers for actual time spent participating in a drug test up to a maximum of 1.5 hours. Additional compensation will not be offered unless it exceeds the driver's guaranteed minimum hours for the week.

**Section 2. Wage Schedule**

2.1     <u>IMRF Contribution</u>
Effective January 1, 2007, the District shall pay 4.5% of an eligible employee's IMRF contribution on top of the employee's gross wages to the IMRF (IMRF factor equals .04712).

2.2     <u>General Percentage Increases</u>
      a.     Fiscal Year 2022-2023: New wage schedules (see Appendix A) have been created and identify the classifications that will be paid using each schedule. All current employees will receive a $2.25/hour increase over their 2021-2022 wage. Each employee shall then be placed at a step on their new wage schedule that is closest to the $2.25/hour increase without being below a $2.25/hour increase. Regardless of this language, any employee hired on or before June 1, 2022 shall be placed no lower than Step 2 of their new wage schedule. Employees hired after July 1, 2022 will be placed on the 2022-2023 wage schedule using the normal placement procedure for new hires.

**DISTRICT_000040**

b.  Fiscal Year 2023-2024:  Step + 2% for all classifications
c.  Fiscal Year 2023-2024:  Step + 2% for all classifications
d.  Fiscal Year 2024-2025:  Step + 2% for all classifications

**Section 3.  Movement on the Schedule**

3.1  <u>Advancement Dates</u>
Movement on the schedule occurs on July 1.  All employees hired between July 1 and the first day of second semester shall receive wage schedule advancement.  Those hired after the first day of second semester shall receive no wage schedule advancement for that year.

3.2  <u>New Hires</u>
To receive credit under this Section, new employees must provide proof of prior work experience prior to the expiration of their probationary employment period.

New hires on or after July 1, 2022 shall be given year-for-year credit up to twenty (20) years (which would result in a placement on a step no higher than Step 21) for full-time prior experience directly related to their position. Credit for part-time experience may be granted at the discretion of the Assistant Superintendent of Human Resources.

The District will consider previous licensed teaching experience in any accredited educational institution when calculating credit for prior experience for teacher aides/paraprofessionals.

New hires on or after July 1, 2019 shall be given year-for-year credit for up to four (4) years of documented military service as consideration of placement on the wage schedule.  This credit for military service may be combined with other prior experience directly related to their position to result in a maximum placement at Step 21 (for example, five years of mechanic experience plus four years of military service would provide for a beginning wage placement at Step 10).  New hires may not "double-dip" when experience credit is granted (for example, an employee who served as an Army mechanic for four (4) years will only receive four (4) years' credit with the District).

3.3  <u>Employee Hired into Another Position</u>
The parties acknowledge that the District benefits when employees seek more challenging positions in which to utilize their experience and expertise.

Effective July 1, 2022, if a bargaining unit member applies for and is hired to fill a vacant, new, or created position with a Step 1 wage rate that is higher than the Step 1 wage rate of their current position, the employee shall be placed at a step on the wage schedule for the new position that is the lowest wage rate equal to or greater than $2.00 per hour more than their current wage rate.  In no instance, however, shall such placement result in a wage rate that is less than what the employee would have earned if they were treated as a "new hire" into that position for the purpose of wage placement.  Employees shall have ninety (90) work days after hire into the new position to provide proof of prior experience if such experience was not already verified upon the employee's original hire into the District.

Effective July 1, 2022, if a bargaining unit member applies for and is hired to fill a vacant, new, or created position with a Step 1 wage rate that is the same as or lower than the Step 1 wage rate of their current position, the employee shall receive the wage rate of the new position at their current step placement.

3.4  <u>Americans with Disabilities Act or Temporary Disability</u>
When an employee is offered and accepts a different bargaining unit position due to an Americans with Disabilities Act (ADA) accommodation or other temporary disability, that employee will be placed in the new position at their current rate and will remain at their previous rate of pay until the rate of pay they would have otherwise earned resultant of their step accrual in the new classification surpasses their current rate, at which point such employees will step as normal in their new classification lane.

40

**DISTRICT_000041**

3.5     Summer School Work

A District employee who applies for and accepts summer school work will be compensated at a rate of pay according to the summer school position that was posted.  The employee will not receive a higher rate because their regular classification was paid at a higher rate; that is, an Office Manager who accepts a Secretary summer school position will not be paid at the Office Manager rate.

## Section 4.  Overtime/Call Back Rates

4.1     Overtime Rates

Approved overtime shall be at time and one-half after 40 hours per week.

4.2     Call Back Rates

Any person who shall be called back or called in will be paid a minimum of one and one-half hours.

4.3     Bus Driver Rates

With respect to bus drivers, extra time will be paid at the driver's hourly rate up to 40 hours.

4.4     Routine Weekend/Holiday Building Checks

Custodians shall not be required to do routine weekend/holiday building checks.

4.5     Overtime for Custodians, Maintenance and Storekeepers

Each building shall maintain a list of Custodial, Maintenance, and Storekeeper employees interested in working overtime.  Administration shall make an effort to ensure that overtime is offered equitably among all interested employees.

## Section 5.  Interim Assignments

After serving two or more consecutive work days in an interim assignment in a higher grade classification, the employee will be paid at the wage rate corresponding to the higher classification at their step placement for the remainder of the interim assignment.  The wage rate adjustment shall become effective with the third work day.

## Section 6.  Extra Duty Pay

As a last resort when a regular substitute cannot be found and providing students' IEPs are otherwise being met, Teacher Aides may be assigned by the building principal (or their designee) to supervise in their classroom or another classroom at time and a half their hourly rate of pay when a teacher is absent and a substitute teacher is not located. Only one Teacher Aide will be assigned supervisory duties (and receive the time and a half hourly rate) by the building principal or their designee for a given classroom needing such supervision, even if the classroom normally has more than one Aide.

When permitted by law, other bargaining unit members may also be assigned by the building principal (or their designee) to supervise a classroom at time and a half their hourly rate of pay when a teacher is absent and a substitute teacher is not located.  Only one bargaining unit member will be assigned supervisory duties in a given classroom (and receive the time and a half hourly rate).

## Section 7.  Compensation for Recruiting

Anyone who recruits a Bus Driver, Bus Monitor, Teacher Aide, Nurse, or campus-level Food Service employee will receive a $250 bonus if the new hire remains employed for at least six months after their hire date.

DISTRICT_000042

**Section 8.   Professional Growth Stipends for Computer Technicians, Network Administrators, and System Administrators**

Effective July 1, 2017, department administration will annually publish a list of courses and exams designed to provide professional growth for Computer Technicians, Network Administrators, and System Administrators.

The District will develop an annual training schedule allowing access to a minimum of two (2) classes and exams per school year.  Employees must pass any exams associated with a prior class before becoming eligible to take the next offered class. Training will be provided by the District at no cost to the employee.

When an employee passes a course and exam, they shall be paid a $1,000 stipend for three consecutive years (the year the exam is passed plus the next two years).  The stipend will "expire" once the three-year period has elapsed.

Employees shall be eligible to receive up to three (3) stipends in any given year.

**Section 9.  Section 403(b) and 403(b)(7) Plans**

10.1    Effective with the 2016-2017 school year, the District will switch to a "vendor pay" model for the purposes of administering its 403(b) Plan.  As a result of this change, the District will ask all vendors participating in the Plan to pay the costs of administering the plan.

10.2    If a vendor chooses not to absorb these costs and instead passes them on to the employee, the District will "make whole" any employee charged such a fee by the vendor.  To receive reimbursement for such fees, the employee will submit appropriate documentation to the Accounts Payable Department at the end of each semester or each year.  All reimbursement requests must be submitted prior to June 30 of each year.

10.3    Current employees affected by this change will be notified via letter from the Human Resources Department.  Employees who join the plan in the future will be notified of the reimbursement option via letter from the Human Resources Department in the 403(b) Plan enrollment packet.

10.4    If the expected cost savings for the District do not materialize, the District reserves the right to end the reimbursement option and return to the "employer pay" model at any time.  In such instance, affected employees will be notified via letter from the Human Resources Department.

### ARTICLE IX – NO STRIKE CLAUSE

The CESP hereby agrees not to strike, or engage in, or support or encourage any concerted refusal to render full and complete services in the school district or to engage in or support any activity which would disrupt in any manner the operation of the schools during the terms of this agreement.

DISTRICT_000043

## ARTICLE X – VALIDITY

This agreement supersedes and cancels all previous agreements, verbal or written, between the Board and the CESP and constitutes the entire agreement between the parties.

Any amendment or supplemental hereto shall not be binding upon either party unless executed in writing by the parties hereto.

If any section, paragraph, clause, or sentence of this agreement is held invalid or unconstitutional, such a decision shall not affect the remaining portion of this agreement or any section or part thereof.

The agreement shall become effective July 1, 2022 and remain in force until June 30, 2026.  Either party may request negotiations for a successor agreement by written notice to the other no later than May 15, 2026 and no earlier than April 15, 2026.

This Agreement is signed this 17th day of August, 2022.

*For the Champaign Educational Support Professionals, an affiliate of the Illinois Education Association*

_____
President

_____
Secretary

*For the Board of Education, Champaign Community Schools Unit District No. 4*

_____
President

_____
Secretary

43

**DISTRICT_000044**

**APPENDICES**

Appendix A:          Wage Schedules

Appendix B:          Payroll Dues Deduction Form

Appendix C:          Employee Due Process/Progressive Discipline

Appendix D:          Registered Nurse (RN) Delegation of Duties

DISTRICT_000045

**Appendix A – Wage Schedules**

2022-2023

2023-2024

2024-2025

2025-2026

DISTRICT_000046

<u>Pay Lane A</u>

Bus Monitor

Hall Monitor

General Cafeteria Worker

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 15.50 | 15.81 | 16.13 | 16.45 |
| 2 | 15.81 | 16.13 | 16.45 | 16.78 |
| 3 | 16.13 | 16.45 | 16.78 | 17.11 |
| 4 | 16.45 | 16.78 | 17.11 | 17.46 |
| 5 | 16.78 | 17.11 | 17.46 | 17.80 |
| 6 | 17.11 | 17.46 | 17.80 | 18.16 |
| 7 | 17.46 | 17.80 | 18.16 | 18.52 |
| 8 | 17.80 | 18.16 | 18.52 | 18.89 |
| 9 | 18.16 | 18.52 | 18.89 | 19.27 |
| 10 | 18.52 | 18.89 | 19.27 | 19.66 |
| 11 | 18.89 | 19.27 | 19.66 | 20.05 |
| 12 | 19.27 | 19.66 | 20.05 | 20.45 |
| 13 | 19.66 | 20.05 | 20.45 | 20.86 |
| 14 | 20.05 | 20.45 | 20.86 | 21.28 |
| 15 | 20.45 | 20.86 | 21.28 | 21.70 |
| 16 | 20.86 | 21.28 | 21.70 | 22.14 |
| 17 | 21.28 | 21.70 | 22.14 | 22.58 |
| 18 | 21.70 | 22.14 | 22.58 | 23.03 |
| 19 | 22.14 | 22.58 | 23.03 | 23.49 |
| 20 | 22.58 | 23.03 | 23.49 | 23.96 |
| 21 | 23.03 | 23.49 | 23.96 | 24.44 |
| 22 | 23.49 | 23.96 | 24.44 | 24.93 |
| 23 | 23.96 | 24.44 | 24.93 | 25.43 |
| 24 | 24.44 | 24.93 | 25.43 | 25.94 |
| 25 | 24.93 | 25.43 | 25.94 | 26.46 |
| 26 | 25.43 | 25.94 | 26.46 | 26.99 |
| 27 | 25.94 | 26.46 | 26.99 | 27.53 |
| 28 | 26.46 | 26.99 | 27.53 | 28.08 |
| 29 | 26.99 | 27.53 | 28.08 | 28.64 |
| 30 | 27.53 | 28.08 | 28.64 | 29.21 |
| 31 | 28.08 | 28.64 | 29.21 | 29.79 |
| 32 | 28.64 | 29.21 | 29.79 | 30.39 |

**DISTRICT_000047**

<u>Pay Lane B</u>

Production Cafeteria Worker

Lead Cafeteria Worker (Satellite)

| **Step** | **2022-2023** | **2023-2024** | **2024-2025** | **2025-2026** |
|---|---|---|---|---|
| 1 | 16.00 | 16.32 | 16.65 | 16.98 |
| 2 | 16.32 | 16.65 | 16.98 | 17.32 |
| 3 | 16.65 | 16.98 | 17.32 | 17.67 |
| 4 | 16.98 | 17.32 | 17.67 | 18.02 |
| 5 | 17.32 | 17.67 | 18.02 | 18.38 |
| 6 | 17.67 | 18.02 | 18.38 | 18.75 |
| 7 | 18.02 | 18.38 | 18.75 | 19.12 |
| 8 | 18.38 | 18.75 | 19.12 | 19.50 |
| 9 | 18.75 | 19.12 | 19.50 | 19.89 |
| 10 | 19.12 | 19.50 | 19.89 | 20.29 |
| 11 | 19.50 | 19.89 | 20.29 | 20.70 |
| 12 | 19.89 | 20.29 | 20.70 | 21.11 |
| 13 | 20.29 | 20.70 | 21.11 | 21.53 |
| 14 | 20.70 | 21.11 | 21.53 | 21.96 |
| 15 | 21.11 | 21.53 | 21.96 | 22.40 |
| 16 | 21.53 | 21.96 | 22.40 | 22.85 |
| 17 | 21.96 | 22.40 | 22.85 | 23.31 |
| 18 | 22.40 | 22.85 | 23.31 | 23.78 |
| 19 | 22.85 | 23.31 | 23.78 | 24.25 |
| 20 | 23.31 | 23.78 | 24.25 | 24.74 |
| 21 | 23.78 | 24.25 | 24.74 | 25.23 |
| 22 | 24.25 | 24.74 | 25.23 | 25.73 |
| 23 | 24.74 | 25.23 | 25.73 | 26.25 |
| 24 | 25.23 | 25.73 | 26.25 | 26.77 |
| 25 | 25.73 | 26.25 | 26.77 | 27.31 |
| 26 | 26.25 | 26.77 | 27.31 | 27.86 |
| 27 | 26.77 | 27.31 | 27.86 | 28.41 |
| 28 | 27.31 | 27.86 | 28.41 | 28.98 |
| 29 | 27.86 | 28.41 | 28.98 | 29.56 |
| 30 | 28.41 | 28.98 | 29.56 | 30.15 |
| 31 | 28.98 | 29.56 | 30.15 | 30.76 |
| 32 | 29.56 | 30.15 | 30.76 | 31.37 |

47

**DISTRICT_000048**

Pay Lane C

Lead Cafeteria Worker (On-Site Cooking)

Custodian

Secretary

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 16.50 | 16.83 | 17.17 | 17.51 |
| 2 | 16.83 | 17.17 | 17.51 | 17.86 |
| 3 | 17.17 | 17.51 | 17.86 | 18.22 |
| 4 | 17.51 | 17.86 | 18.22 | 18.58 |
| 5 | 17.86 | 18.22 | 18.58 | 18.95 |
| 6 | 18.22 | 18.58 | 18.95 | 19.33 |
| 7 | 18.58 | 18.95 | 19.33 | 19.72 |
| 8 | 18.95 | 19.33 | 19.72 | 20.11 |
| 9 | 19.33 | 19.72 | 20.11 | 20.52 |
| 10 | 19.72 | 20.11 | 20.52 | 20.93 |
| 11 | 20.11 | 20.52 | 20.93 | 21.34 |
| 12 | 20.52 | 20.93 | 21.34 | 21.77 |
| 13 | 20.93 | 21.34 | 21.77 | 22.21 |
| 14 | 21.34 | 21.77 | 22.21 | 22.65 |
| 15 | 21.77 | 22.21 | 22.65 | 23.10 |
| 16 | 22.21 | 22.65 | 23.10 | 23.57 |
| 17 | 22.65 | 23.10 | 23.57 | 24.04 |
| 18 | 23.10 | 23.57 | 24.04 | 24.52 |
| 19 | 23.57 | 24.04 | 24.52 | 25.01 |
| 20 | 24.04 | 24.52 | 25.01 | 25.51 |
| 21 | 24.52 | 25.01 | 25.51 | 26.02 |
| 22 | 25.01 | 25.51 | 26.02 | 26.54 |
| 23 | 25.51 | 26.02 | 26.54 | 27.07 |
| 24 | 26.02 | 26.54 | 27.07 | 27.61 |
| 25 | 26.54 | 27.07 | 27.61 | 28.16 |
| 26 | 27.07 | 27.61 | 28.16 | 28.73 |
| 27 | 27.61 | 28.16 | 28.73 | 29.30 |
| 28 | 28.16 | 28.73 | 29.30 | 29.89 |
| 29 | 28.73 | 29.30 | 29.89 | 30.49 |
| 30 | 29.30 | 29.89 | 30.49 | 31.09 |
| 31 | 29.89 | 30.49 | 31.09 | 31.72 |
| 32 | 30.49 | 31.09 | 31.72 | 32.35 |

DISTRICT_000049

<u>Pay Lane D</u>

Cafeteria Coordinator

Choice Specialist

| **Step** | **2022-2023** | **2023-2024** | **2024-2025** | **2025-2026** |
|---|---|---|---|---|
| 1 | 17.00 | 17.34 | 17.69 | 18.04 |
| 2 | 17.34 | 17.69 | 18.04 | 18.40 |
| 3 | 17.69 | 18.04 | 18.40 | 18.77 |
| 4 | 18.04 | 18.40 | 18.77 | 19.14 |
| 5 | 18.40 | 18.77 | 19.14 | 19.53 |
| 6 | 18.77 | 19.14 | 19.53 | 19.92 |
| 7 | 19.14 | 19.53 | 19.92 | 20.32 |
| 8 | 19.53 | 19.92 | 20.32 | 20.72 |
| 9 | 19.92 | 20.32 | 20.72 | 21.14 |
| 10 | 20.32 | 20.72 | 21.14 | 21.56 |
| 11 | 20.72 | 21.14 | 21.56 | 21.99 |
| 12 | 21.14 | 21.56 | 21.99 | 22.43 |
| 13 | 21.56 | 21.99 | 22.43 | 22.88 |
| 14 | 21.99 | 22.43 | 22.88 | 23.34 |
| 15 | 22.43 | 22.88 | 23.34 | 23.80 |
| 16 | 22.88 | 23.34 | 23.80 | 24.28 |
| 17 | 23.34 | 23.80 | 24.28 | 24.77 |
| 18 | 23.80 | 24.28 | 24.77 | 25.26 |
| 19 | 24.28 | 24.77 | 25.26 | 25.77 |
| 20 | 24.77 | 25.26 | 25.77 | 26.28 |
| 21 | 25.26 | 25.77 | 26.28 | 26.81 |
| 22 | 25.77 | 26.28 | 26.81 | 27.34 |
| 23 | 26.28 | 26.81 | 27.34 | 27.89 |
| 24 | 26.81 | 27.34 | 27.89 | 28.45 |
| 25 | 27.34 | 27.89 | 28.45 | 29.02 |
| 26 | 27.89 | 28.45 | 29.02 | 29.60 |
| 27 | 28.45 | 29.02 | 29.60 | 30.19 |
| 28 | 29.02 | 29.60 | 30.19 | 30.79 |
| 29 | 29.60 | 30.19 | 30.79 | 31.41 |
| 30 | 30.19 | 30.79 | 31.41 | 32.04 |
| 31 | 30.79 | 31.41 | 32.04 | 32.68 |
| 32 | 31.41 | 32.04 | 32.68 | 33.33 |

**DISTRICT_000050**

Pay Lane E

Teacher Aide

Student Support Advocate (SSA)

Production Cafeteria Coordinator

Elementary, Novak, & Non-Campus Head Custodian

Elementary, Novak, & Non-Campus Office Manager

Graphic Design Specialist

Substitute Coordinator

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|---|---|---|---|---|
| 1 | 17.50 | 17.85 | 18.21 | 18.57 |
| 2 | 17.85 | 18.21 | 18.57 | 18.94 |
| 3 | 18.21 | 18.57 | 18.94 | 19.32 |
| 4 | 18.57 | 18.94 | 19.32 | 19.71 |
| 5 | 18.94 | 19.32 | 19.71 | 20.10 |
| 6 | 19.32 | 19.71 | 20.10 | 20.50 |
| 7 | 19.71 | 20.10 | 20.50 | 20.91 |
| 8 | 20.10 | 20.50 | 20.91 | 21.33 |
| 9 | 20.50 | 20.91 | 21.33 | 21.76 |
| 10 | 20.91 | 21.33 | 21.76 | 22.19 |
| 11 | 21.33 | 21.76 | 22.19 | 22.64 |
| 12 | 21.76 | 22.19 | 22.64 | 23.09 |
| 13 | 22.19 | 22.64 | 23.09 | 23.55 |
| 14 | 22.64 | 23.09 | 23.55 | 24.02 |
| 15 | 23.09 | 23.55 | 24.02 | 24.50 |
| 16 | 23.55 | 24.02 | 24.50 | 24.99 |
| 17 | 24.02 | 24.50 | 24.99 | 25.49 |
| 18 | 24.50 | 24.99 | 25.49 | 26.00 |
| 19 | 24.99 | 25.49 | 26.00 | 26.52 |
| 20 | 25.49 | 26.00 | 26.52 | 27.05 |
| 21 | 26.00 | 26.52 | 27.05 | 27.60 |
| 22 | 26.52 | 27.05 | 27.60 | 28.15 |
| 23 | 27.05 | 27.60 | 28.15 | 28.71 |
| 24 | 27.60 | 28.15 | 28.71 | 29.28 |
| 25 | 28.15 | 28.71 | 29.28 | 29.87 |
| 26 | 28.71 | 29.28 | 29.87 | 30.47 |
| 27 | 29.28 | 29.87 | 30.47 | 31.08 |
| 28 | 29.87 | 30.47 | 31.08 | 31.70 |
| 29 | 30.47 | 31.08 | 31.70 | 32.33 |
| 30 | 31.08 | 31.70 | 32.33 | 32.98 |
| 31 | 31.70 | 32.33 | 32.98 | 33.64 |
| 32 | 32.33 | 32.98 | 33.64 | 34.31 |

DISTRICT_000051

Pay Lane F

| Security Officer | Mentor/Volunteer Coordinator | Data Specialist |
|---|---|---|
| Truant Interventionist (TISA) | Secondary Head Custodian | Maintenance Worker – Grounds |
| Career Services Liaison (Operation Hope) | Secondary Office Manager | Storekeeper |
| Parent Liaison | High School Registrar | |
| | Accounting Clerk | |

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|---|---|---|---|---|
| 1 | 18.25 | 18.62 | 18.99 | 19.37 |
| 2 | 18.62 | 18.99 | 19.37 | 19.75 |
| 3 | 18.99 | 19.37 | 19.75 | 20.15 |
| 4 | 19.37 | 19.75 | 20.15 | 20.55 |
| 5 | 19.75 | 20.15 | 20.55 | 20.96 |
| 6 | 20.15 | 20.55 | 20.96 | 21.38 |
| 7 | 20.55 | 20.96 | 21.38 | 21.81 |
| 8 | 20.96 | 21.38 | 21.81 | 22.25 |
| 9 | 21.38 | 21.81 | 22.25 | 22.69 |
| 10 | 21.81 | 22.25 | 22.69 | 23.15 |
| 11 | 22.25 | 22.69 | 23.15 | 23.61 |
| 12 | 22.69 | 23.15 | 23.61 | 24.08 |
| 13 | 23.15 | 23.61 | 24.08 | 24.56 |
| 14 | 23.61 | 24.08 | 24.56 | 25.05 |
| 15 | 24.08 | 24.56 | 25.05 | 25.55 |
| 16 | 24.56 | 25.05 | 25.55 | 26.07 |
| 17 | 25.05 | 25.55 | 26.07 | 26.59 |
| 18 | 25.55 | 26.07 | 26.59 | 27.12 |
| 19 | 26.07 | 26.59 | 27.12 | 27.66 |
| 20 | 26.59 | 27.12 | 27.66 | 28.21 |
| 21 | 27.12 | 27.66 | 28.21 | 28.78 |
| 22 | 27.66 | 28.21 | 28.78 | 29.35 |
| 23 | 28.21 | 28.78 | 29.35 | 29.94 |
| 24 | 28.78 | 29.35 | 29.94 | 30.54 |
| 25 | 29.35 | 29.94 | 30.54 | 31.15 |
| 26 | 29.94 | 30.54 | 31.15 | 31.77 |
| 27 | 30.54 | 31.15 | 31.77 | 32.41 |
| 28 | 31.15 | 31.77 | 32.41 | 33.06 |
| 29 | 31.77 | 32.41 | 33.06 | 33.72 |
| 30 | 32.41 | 33.06 | 33.72 | 34.39 |
| 31 | 33.06 | 33.72 | 34.39 | 35.08 |
| 32 | 33.72 | 34.39 | 35.08 | 35.78 |

**DISTRICT_000052**

<u>Pay Lane G</u>

Certified Nursing Assistant (CNA)

Bus Driver

Computer Technician

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 20.50 | 20.91 | 21.33 | 21.75 |
| 2 | 20.91 | 21.33 | 21.75 | 22.19 |
| 3 | 21.33 | 21.75 | 22.19 | 22.63 |
| 4 | 21.75 | 22.19 | 22.63 | 23.09 |
| 5 | 22.19 | 22.63 | 23.09 | 23.55 |
| 6 | 22.63 | 23.09 | 23.55 | 24.02 |
| 7 | 23.09 | 23.55 | 24.02 | 24.50 |
| 8 | 23.55 | 24.02 | 24.50 | 24.99 |
| 9 | 24.02 | 24.50 | 24.99 | 25.49 |
| 10 | 24.50 | 24.99 | 25.49 | 26.00 |
| 11 | 24.99 | 25.49 | 26.00 | 26.52 |
| 12 | 25.49 | 26.00 | 26.52 | 27.05 |
| 13 | 26.00 | 26.52 | 27.05 | 27.59 |
| 14 | 26.52 | 27.05 | 27.59 | 28.14 |
| 15 | 27.05 | 27.59 | 28.14 | 28.70 |
| 16 | 27.59 | 28.14 | 28.70 | 29.28 |
| 17 | 28.14 | 28.70 | 29.28 | 29.86 |
| 18 | 28.70 | 29.28 | 29.86 | 30.46 |
| 19 | 29.28 | 29.86 | 30.46 | 31.07 |
| 20 | 29.86 | 30.46 | 31.07 | 31.69 |
| 21 | 30.46 | 31.07 | 31.69 | 32.33 |
| 22 | 31.07 | 31.69 | 32.33 | 32.97 |
| 23 | 31.69 | 32.33 | 32.97 | 33.63 |
| 24 | 32.33 | 32.97 | 33.63 | 34.31 |
| 25 | 32.97 | 33.63 | 34.31 | 34.99 |
| 26 | 33.63 | 34.31 | 34.99 | 35.69 |
| 27 | 34.31 | 34.99 | 35.69 | 36.40 |
| 28 | 34.99 | 35.69 | 36.40 | 37.13 |
| 29 | 35.69 | 36.40 | 37.13 | 37.88 |
| 30 | 36.40 | 37.13 | 37.88 | 38.63 |
| 31 | 37.13 | 37.88 | 38.63 | 39.41 |
| 32 | 37.88 | 38.63 | 39.41 | 40.19 |

DISTRICT_000053

<u>Pay Lane H</u>

Safety Officer

Lead Bus Driver

Help Desk Specialist

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 21.50 | 21.93 | 22.37 | 22.82 |
| 2 | 21.93 | 22.37 | 22.82 | 23.27 |
| 3 | 22.37 | 22.82 | 23.27 | 23.74 |
| 4 | 22.82 | 23.27 | 23.74 | 24.21 |
| 5 | 23.27 | 23.74 | 24.21 | 24.70 |
| 6 | 23.74 | 24.21 | 24.70 | 25.19 |
| 7 | 24.21 | 24.70 | 25.19 | 25.69 |
| 8 | 24.70 | 25.19 | 25.69 | 26.21 |
| 9 | 25.19 | 25.69 | 26.21 | 26.73 |
| 10 | 25.69 | 26.21 | 26.73 | 27.27 |
| 11 | 26.21 | 26.73 | 27.27 | 27.81 |
| 12 | 26.73 | 27.27 | 27.81 | 28.37 |
| 13 | 27.27 | 27.81 | 28.37 | 28.94 |
| 14 | 27.81 | 28.37 | 28.94 | 29.51 |
| 15 | 28.37 | 28.94 | 29.51 | 30.11 |
| 16 | 28.94 | 29.51 | 30.11 | 30.71 |
| 17 | 29.51 | 30.11 | 30.71 | 31.32 |
| 18 | 30.11 | 30.71 | 31.32 | 31.95 |
| 19 | 30.71 | 31.32 | 31.95 | 32.59 |
| 20 | 31.32 | 31.95 | 32.59 | 33.24 |
| 21 | 31.95 | 32.59 | 33.24 | 33.90 |
| 22 | 32.59 | 33.24 | 33.90 | 34.58 |
| 23 | 33.24 | 33.90 | 34.58 | 35.27 |
| 24 | 33.90 | 34.58 | 35.27 | 35.98 |
| 25 | 34.58 | 35.27 | 35.98 | 36.70 |
| 26 | 35.27 | 35.98 | 36.70 | 37.43 |
| 27 | 35.98 | 36.70 | 37.43 | 38.18 |
| 28 | 36.70 | 37.43 | 38.18 | 38.94 |
| 29 | 37.43 | 38.18 | 38.94 | 39.72 |
| 30 | 38.18 | 38.94 | 39.72 | 40.52 |
| 31 | 38.94 | 39.72 | 40.52 | 41.33 |
| 32 | 39.72 | 40.52 | 41.33 | 42.15 |

DISTRICT_000054

Pay Lane I

Dispatcher/Router

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|---|---|---|---|---|
| 1 | 22.50 | 22.95 | 23.41 | 23.88 |
| 2 | 22.95 | 23.41 | 23.88 | 24.35 |
| 3 | 23.41 | 23.88 | 24.35 | 24.84 |
| 4 | 23.88 | 24.35 | 24.84 | 25.34 |
| 5 | 24.35 | 24.84 | 25.34 | 25.85 |
| 6 | 24.84 | 25.34 | 25.85 | 26.36 |
| 7 | 25.34 | 25.85 | 26.36 | 26.89 |
| 8 | 25.85 | 26.36 | 26.89 | 27.43 |
| 9 | 26.36 | 26.89 | 27.43 | 27.98 |
| 10 | 26.89 | 27.43 | 27.98 | 28.54 |
| 11 | 27.43 | 27.98 | 28.54 | 29.11 |
| 12 | 27.98 | 28.54 | 29.11 | 29.69 |
| 13 | 28.54 | 29.11 | 29.69 | 30.28 |
| 14 | 29.11 | 29.69 | 30.28 | 30.89 |
| 15 | 29.69 | 30.28 | 30.89 | 31.51 |
| 16 | 30.28 | 30.89 | 31.51 | 32.14 |
| 17 | 30.89 | 31.51 | 32.14 | 32.78 |
| 18 | 31.51 | 32.14 | 32.78 | 33.43 |
| 19 | 32.14 | 32.78 | 33.43 | 34.10 |
| 20 | 32.78 | 33.43 | 34.10 | 34.78 |
| 21 | 33.43 | 34.10 | 34.78 | 35.48 |
| 22 | 34.10 | 34.78 | 35.48 | 36.19 |
| 23 | 34.78 | 35.48 | 36.19 | 36.91 |
| 24 | 35.48 | 36.19 | 36.91 | 37.65 |
| 25 | 36.19 | 36.91 | 37.65 | 38.40 |
| 26 | 36.91 | 37.65 | 38.40 | 39.17 |
| 27 | 37.65 | 38.40 | 39.17 | 39.96 |
| 28 | 38.40 | 39.17 | 39.96 | 40.76 |
| 29 | 39.17 | 39.96 | 40.76 | 41.57 |
| 30 | 39.96 | 40.76 | 41.57 | 42.40 |
| 31 | 40.76 | 41.57 | 42.40 | 43.25 |
| 32 | 41.57 | 42.40 | 43.25 | 44.12 |

54

**DISTRICT_000055**

Pay Lane J

Nurse – LPN

DHH Interpreter

Certified Occupational Therapy Assistant (COTA)

Physical Therapy Assistant (PTA)

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 24.00 | 24.48 | 24.97 | 25.47 |
| 2 | 24.48 | 24.97 | 25.47 | 25.98 |
| 3 | 24.97 | 25.47 | 25.98 | 26.50 |
| 4 | 25.47 | 25.98 | 26.50 | 27.03 |
| 5 | 25.98 | 26.50 | 27.03 | 27.57 |
| 6 | 26.50 | 27.03 | 27.57 | 28.12 |
| 7 | 27.03 | 27.57 | 28.12 | 28.68 |
| 8 | 27.57 | 28.12 | 28.68 | 29.26 |
| 9 | 28.12 | 28.68 | 29.26 | 29.84 |
| 10 | 28.68 | 29.26 | 29.84 | 30.44 |
| 11 | 29.26 | 29.84 | 30.44 | 31.05 |
| 12 | 29.84 | 30.44 | 31.05 | 31.67 |
| 13 | 30.44 | 31.05 | 31.67 | 32.30 |
| 14 | 31.05 | 31.67 | 32.30 | 32.95 |
| 15 | 31.67 | 32.30 | 32.95 | 33.61 |
| 16 | 32.30 | 32.95 | 33.61 | 34.28 |
| 17 | 32.95 | 33.61 | 34.28 | 34.96 |
| 18 | 33.61 | 34.28 | 34.96 | 35.66 |
| 19 | 34.28 | 34.96 | 35.66 | 36.38 |
| 20 | 34.96 | 35.66 | 36.38 | 37.10 |
| 21 | 35.66 | 36.38 | 37.10 | 37.85 |
| 22 | 36.38 | 37.10 | 37.85 | 38.60 |
| 23 | 37.10 | 37.85 | 38.60 | 39.37 |
| 24 | 37.85 | 38.60 | 39.37 | 40.16 |
| 25 | 38.60 | 39.37 | 40.16 | 40.97 |
| 26 | 39.37 | 40.16 | 40.97 | 41.78 |
| 27 | 40.16 | 40.97 | 41.78 | 42.62 |
| 28 | 40.97 | 41.78 | 42.62 | 43.47 |
| 29 | 41.78 | 42.62 | 43.47 | 44.34 |
| 30 | 42.62 | 43.47 | 44.34 | 45.23 |
| 31 | 43.47 | 44.34 | 45.23 | 46.13 |
| 32 | 44.34 | 45.23 | 46.13 | 47.06 |

DISTRICT_000056

<u>Pay Lane K</u>

Maintenance Worker – Buildings

Maintenance Worker – Painter

Mechanic

Network Administrator

System Administrator

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 25.00 | 25.50 | 26.01 | 26.53 |
| 2 | 25.50 | 26.01 | 26.53 | 27.06 |
| 3 | 26.01 | 26.53 | 27.06 | 27.60 |
| 4 | 26.53 | 27.06 | 27.60 | 28.15 |
| 5 | 27.06 | 27.60 | 28.15 | 28.72 |
| 6 | 27.60 | 28.15 | 28.72 | 29.29 |
| 7 | 28.15 | 28.72 | 29.29 | 29.88 |
| 8 | 28.72 | 29.29 | 29.88 | 30.47 |
| 9 | 29.29 | 29.88 | 30.47 | 31.08 |
| 10 | 29.88 | 30.47 | 31.08 | 31.71 |
| 11 | 30.47 | 31.08 | 31.71 | 32.34 |
| 12 | 31.08 | 31.71 | 32.34 | 32.99 |
| 13 | 31.71 | 32.34 | 32.99 | 33.65 |
| 14 | 32.34 | 32.99 | 33.65 | 34.32 |
| 15 | 32.99 | 33.65 | 34.32 | 35.01 |
| 16 | 33.65 | 34.32 | 35.01 | 35.71 |
| 17 | 34.32 | 35.01 | 35.71 | 36.42 |
| 18 | 35.01 | 35.71 | 36.42 | 37.15 |
| 19 | 35.71 | 36.42 | 37.15 | 37.89 |
| 20 | 36.42 | 37.15 | 37.89 | 38.65 |
| 21 | 37.15 | 37.89 | 38.65 | 39.42 |
| 22 | 37.89 | 38.65 | 39.42 | 40.21 |
| 23 | 38.65 | 39.42 | 40.21 | 41.02 |
| 24 | 39.42 | 40.21 | 41.02 | 41.84 |
| 25 | 40.21 | 41.02 | 41.84 | 42.67 |
| 26 | 41.02 | 41.84 | 42.67 | 43.53 |
| 27 | 41.84 | 42.67 | 43.53 | 44.40 |
| 28 | 42.67 | 43.53 | 44.40 | 45.28 |
| 29 | 43.53 | 44.40 | 45.28 | 46.19 |
| 30 | 44.40 | 45.28 | 46.19 | 47.11 |
| 31 | 45.28 | 46.19 | 47.11 | 48.06 |
| 32 | 46.19 | 47.11 | 48.06 | 49.02 |

**DISTRICT_000057**

Pay Lane L

Lead Mechanic

Nurse – RN

| Step | 2022-2023 | 2023-2024 | 2024-2025 | 2025-2026 |
|------|-----------|-----------|-----------|-----------|
| 1 | 34.25 | 34.94 | 35.63 | 36.35 |
| 2 | 34.94 | 35.63 | 36.35 | 37.07 |
| 3 | 35.63 | 36.35 | 37.07 | 37.81 |
| 4 | 36.35 | 37.07 | 37.81 | 38.57 |
| 5 | 37.07 | 37.81 | 38.57 | 39.34 |
| 6 | 37.81 | 38.57 | 39.34 | 40.13 |
| 7 | 38.57 | 39.34 | 40.13 | 40.93 |
| 8 | 39.34 | 40.13 | 40.93 | 41.75 |
| 9 | 40.13 | 40.93 | 41.75 | 42.59 |
| 10 | 40.93 | 41.75 | 42.59 | 43.44 |
| 11 | 41.75 | 42.59 | 43.44 | 44.31 |
| 12 | 42.59 | 43.44 | 44.31 | 45.19 |
| 13 | 43.44 | 44.31 | 45.19 | 46.10 |
| 14 | 44.31 | 45.19 | 46.10 | 47.02 |
| 15 | 45.19 | 46.10 | 47.02 | 47.96 |
| 16 | 46.10 | 47.02 | 47.96 | 48.92 |
| 17 | 47.02 | 47.96 | 48.92 | 49.90 |
| 18 | 47.96 | 48.92 | 49.90 | 50.89 |
| 19 | 48.92 | 49.90 | 50.89 | 51.91 |
| 20 | 49.90 | 50.89 | 51.91 | 52.95 |
| 21 | 50.89 | 51.91 | 52.95 | 54.01 |
| 22 | 51.91 | 52.95 | 54.01 | 55.09 |
| 23 | 52.95 | 54.01 | 55.09 | 56.19 |
| 24 | 54.01 | 55.09 | 56.19 | 57.31 |
| 25 | 55.09 | 56.19 | 57.31 | 58.46 |
| 26 | 56.19 | 57.31 | 58.46 | 59.63 |
| 27 | 57.31 | 58.46 | 59.63 | 60.82 |
| 28 | 58.46 | 59.63 | 60.82 | 62.04 |
| 29 | 59.63 | 60.82 | 62.04 | 63.28 |
| 30 | 60.82 | 62.04 | 63.28 | 64.55 |
| 31 | 62.04 | 63.28 | 64.55 | 65.84 |
| 32 | 63.28 | 64.55 | 65.84 | 67.15 |

**DISTRICT_000058**

**Appendix B**

**SAMPLE**

Payroll Dues Deduction Form
CESP/IEA

Name: _____

Home Address: _____

Building Assignment: _____

Social Security Number: _____


I hereby authorize the Unit No. 4 Board to deduct from my pay dues to CESP/IEA annually.  This authorization shall continue in effect from year to year unless, in accordance with the contract provisions relative to dues deduction, I request in writing that this authorization be withdrawn.  The CESP shall specify the amount to be deducted in writing by August 15 of each year.


Signature: _____

Date: _____

58

**DISTRICT_000059**

**Appendix C**

Employee Due Process / Progressive Discipline
Champaign Unit #4 Schools Practice

**INTRODUCTION**

Below are items and informational steps that may be used in the process and practice of employee discipline. Employees have the right to union representation at any interview with a supervisor which the employee reasonably believes may lead to disciplinary action. Generally, it is the District's practice to permit representation whenever an employee requests it whether or not it is legally required.

Administrators/supervisors are reminded that most Unit #4 employees are covered by a collective bargaining agreement. Central Office administrator(s) should be contacted or consulted when discipline for an employee(s) is contemplated to ensure that the action(s) taken is in accordance with the agreement and District policies and practices, and that standards for discipline are consistent District-wide.

Early involvement from the Central Office administration (and with the leadership of the unions) helps in early intervention and can result in more effective problem-solving. No one expects the building administrators/supervisors to handle employee problems on their own and, in fact, the District, the unions and the employee are better served when a team approach is used and consultation takes place. Central Office administrators are there as a resource which should be used more rather than less in these situations.

1. **Building Employee File**
   This file may be maintained by an administrator/supervisor on all employees under their supervision and can contain notes, memos, or letters related to contacts, conferences or anecdotes which apply to employees in the building.

2. **District Personnel File**
   This file is maintained as required by law and negotiated agreements at the District Office on all employees and is the official personnel file for them. This file is confidential and may be seen by the employee at their request.

3. **Verbal Warning / Reprimand (Disciplinary Action)**
   It is an oral warning to an employee about work performance or behavior. The employee has a right to representation (union or otherwise). The supervisor should document the meeting and warning with a note (anecdotal or otherwise) and place it in the Building Employee File. This is not an inflexible rule; for example, no one expects the principal to document every time they tell the custodian to do a better job of mopping the entrance hallway. Documentation must be made for serious concerns and/or repetitive problems. Moreover, most documentation should be shared with the employee so that they can't claim later that they were never told about a problem.

4. **Written Warning / Reprimand (Disciplinary Action)**
   It is a written memo or letter of warning or reprimand to an employee about poor work performance or behavior. The employee has a right to representation (union or otherwise). The written warning or reprimand follows a formal meeting to provide the employee with information related to the concern or problem, and it may be placed in the Building Employee File or the District Personnel File (with the knowledge of the employee). A CESP employee (as provided by contract) may have 60 days to remedy or change the behavior. Recurring problems or concerns within the 60-day period may lead to further disciplinary action.

59

**DISTRICT_000060**

Specifics of Written Warning / Reprimand:

    a.   Be specific—who, what, when, where, why or how
    b.   Be complete— explain information or incident(s) thoroughly
    c.   Include statements of witnesses or evidence
    d.   Indicate remedy—who, what, when, where, why and how
    e.   Offer assistance and set goals for success
    f.   Indicate what will/may happen if problems or concerns continue
    g.   Include copies (cc:) to appropriate administrators or union representatives at bottom of page.

**5.   Temporary Removal (With Pay)**
It is a temporary removal of an employee from their work assignment (with pay) pending an investigation of an incident which may lead to discipline of the employee or a determination of the employee's ability to continue work. In addition to a meeting, a certified letter will be sent to the employee which documents the suspension and the reasons for it. An employee is entitled to union or other representation.

**6.   Suspension Without Pay (Disciplinary Action)**
It is a temporary removal of an employee from their work assignment (without pay) pending an investigation or determination of their status or ability to continue work. Suspension without pay may only be approved by the Board of Education following a hearing. An employee has the right to union or other representation during the process.

**7.   Notice To Remedy (Disciplinary Action)**
It is an action which can only be approved by the Board of Education following a hearing. The action places an employee (usually a certified staff member) on notice that any similar or future action will lead to termination. Employees are expected to remedy the problems or concerns and have no future recurrence of the same.

**8.   Termination (Disciplinary Action)**
It is an action approved by the Board of Education following a hearing which terminates or ends the employee's relationship and contract with Champaign Schools.

**Notes:**

A.   Disciplinary action that would involve a Board of Education hearing will need a letter/memo from the Building Administrator to the Superintendent recommending the action.

B.   A certified letter will be sent to the employee from the Superintendent indicating the time, date and location of the hearing; the purpose of the hearing; and the employee's right to union or legal representation.

C.   All administrators, supervisors and others representing the school district who may be called upon to testify will be involved in a meeting with the Assistant Superintendent of Human Resources and possibly legal counsel prior to the hearing to prepare for the hearing and review the investigation and testimony.

D.   Administrators/supervisors are expected to maintain files (Building Employee Files) which contain documentation related to employee accomplishments, commendations, incidents, situations or problems.

**DISTRICT_000061**

**Appendix D**

**REGISTERED NURSE (RN) DELEGATION OF DUTIES**

The following documents are provided for the convenience of Nurses, CNAs, Administrators, and others only and shall not be subject to grievance or arbitration procedures.

<u>**Licensed Practical Nurses (LPNs) and their Role in the Schools**</u>

The District has determined to hire Licensed Practical Nurses (LPNs) to work in the schools to provide personal care to students, assist with the activities of daily living (feeding, toileting, dressing and ambulation throughout the building) and carry out nursing interventions as delegated by the District's Registered Professional Nurses.

LPNs are required to be licensed by the State of Illinois. All LPNs hired by the District will present proof of licensure upon hire; such proof will be maintained in each LPN's personnel file.

Under the Nurse Practice Act (225 ILCS 650 and the Illinois Administrative Rules on delegation of Nursing Duties (68 Ill. Adm. Code 1300.20), LPNs may perform nursing interventions, including the administration of medication (limited to oral or subcutaneous dosage, and topical/transdermal application) when delegated such duties by a Registered Nurse. Under the Nurse Practice Act, Registered Nurses may exercise judgement to delegate tasks by considering:

1. The stability and condition of the patient;
2. The potential for harm;
3. The complexity of the nursing intervention to be delegated;
4. The predictability of outcomes; and
5. The competency of the individual to whom the nursing intervention is delegated. 225 ILCS 65/50-75(b).

Public schools are considered community-based settings. 65 Ill. Adm. Code 1300.20(a). In a community-based setting, delegation of nursing interventions may occur in-person, via telephone, or through electronic communication. 65 Ill. Adm. Code 1300.20(c)(2). In accordance with these provisions, LPNs may work independently in the schools and assist Registered Nurses with the nursing interventions required by students in the school setting.

Given these provisions, there are certain duties that a District LPN will perform as part of their independent job responsibilities, and others that will be performed pursuant to delegation by a Registered Nurse. An LPN's independent job duties include assisting students with feeding, toileting, and the activities of daily living. LPN delegated nursing interventions include tasks such as implementing a plan of care for a student, conducting focused nursing assessments, administering medications, recording of vital signs, and carrying out health plans pursuant to an IEP, 504 Plan, or diabetes care plan.

Line of sight supervision by a Registered Nurse is not necessary for the LPN to work in a community-based setting, regardless of whether the LPN is performing a delegated nursing intervention or assisting with an activity of daily living. Thus, LPNs may perform both delegated nursing interventions and their independent duties without line-of-sight supervision from a Registered Nurse, as long as they maintain their state licensure.

Under the Nurse Practice Act, Registered Nurses retain the sole discretion in determining whether a nursing intervention may be delegated to another nurse or non-medical staff. Determinations regarding delegation will therefore rest with the Registered Nurse supervising the LPN.

Should you have questions regarding the role of the LPN, please contact the Nurse Administrator.

**DISTRICT_000062**

### Certified Nurse Assistants (CNAs) and their Role in the Schools

The District has determined to hire Certified Nurse Assistants (CNAs) to work in the schools to provide personal care to students, assist with the activities of daily living (feeding, toileting, dressing and ambulation throughout the building) and carry out nursing interventions as delegated by the District's Registered Professional Nurses.

CNAs are required to complete training and pass a competency examination. Illinois maintains a list of certified CNAs on the Illinois Department of Public Health's Health Care Worker Registry (HCWR). All CNAs hired by the District will be listed on the HCWR.

Under the Nurse Practice Act (225 ILCS 650 and the Illinois Administrative Rules on delegation of Nursing Duties (68 Ill. Adm. Code 1300.20), CNAs may perform nursing interventions, including the administration of medication (limited to oral or subcutaneous dosage, and topical/transdermal application) when delegated such duties by a Registered Nurse. Under the Nurse Practice Act, Registered Nurses may exercise judgement to delegate tasks by considering:

1. The stability and condition of the patient;
2. The potential for harm;
3. The complexity of the nursing intervention to be delegated;
4. The predictability of outcomes; and
5. The competency of the individual to whom the nursing intervention is delegated. 225 ILCS 65/50-75(b).

Public schools are considered community-based settings. 65 Ill. Adm. Code 1300.20(a). In a community-based setting, delegation of nursing interventions may occur in-person, via telephone, or through electronic communication. 65 Ill. Adm. Code 1300.20(c)(2). In accordance with these provisions, CNAs may work independently in the schools and assist Registered Nurses with the nursing interventions required by students in the school setting.

Given these provisions, there are certain duties that a District CNA will perform as part of their independent job responsibilities, and others that will be performed pursuant to delegation by a Registered Nurse. The CNA's independent job duties include assisting students with feeding, toileting, and the activities of daily living. Delegated nursing interventions include tasks such as medication administration, recording of vital signs, and carrying out health plans pursuant to an IEP, 504 Plan, or diabetes care plan.

Line of sight supervision by a Registered Nurse is not necessary for a CNA to work in a community-based setting, regardless of whether the CNA is performing a delegated nursing intervention or assisting with an activity of daily living. Thus, CNAs may perform both delegated nursing interventions and their independent duties without line-of-sight supervision from a Registered Nurse. In order to maintain their positions on the HCWR, however, CNAs must work under the supervision of a Registered Nurse for at least eight hours during a 24-month period. "Supervise" in this context also does not require line-of-sight, rather, it refers to general oversight of the CNA's duties by a Registered Nurse.

Under the Nurse Practice Act, Registered Nurses retain the sole discretion in determining whether a nursing intervention may be delegated to another nurse or non-medical staff. Determinations regarding delegation will therefore rest with the Registered Nurse supervising the CNA.

Should you have questions regarding the role of the CNA, please contact either the Nurse Administrator or the Director of Special Education.

**DISTRICT_000063**

# INDEX

30 Calendar Day Hiring Practice .................................................................. 18
403(b) and 403(b)(7) Plans ....................................................................... 42
Absences - Excessive .............................................................................. 31
Absences – Pattern of Leave Abuse ............................................................. 32
Accumulation of Sick Leave ...................................................................... 31
ADA or Temporary Disability ..................................................................... 40
Administrator Supervisor Assessment ........................................................... 30
Advancement Dates – Movement on the Wage Schedule ..................................... 40
Application Procedure .............................................................................. 18
Arbitration .......................................................................................... 10
Arbitration Costs ................................................................................... 11
Assignment Notice, Tentative ..................................................................... 27
Association Leave ................................................................................... 13
Association Rights .................................................................................. 11
Bargaining Agent .................................................................................... 8
Bereavement Leave .................................................................................. 33
Board Meetings ...................................................................................... 12
Bomb Threat ......................................................................................... 20
Breaks and Meals ................................................................................... 23
Building Councils ................................................................................... 27
Building Use ......................................................................................... 12
Bus Driver Conditions of Work ................................................................... 23
        Minimum Guaranteed Hours ............................................................ 23
        Additional Time .......................................................................... 24
        Driver Attendance Incentive Program ................................................. 25
        Posting of Pertinent Information ...................................................... 26
        School Bus Permit Reimbursement .................................................... 26
        Safety Regulations ...................................................................... 26
        Bus Driver/Monitor Training ........................................................... 26
        8.0 Lead Driver Positions .............................................................. 26
        Bus Monitor ............................................................................. 26
        Bus Monitors Serving as Substitute Safety Aides ................................. 27
        Emergency Bus Driver Program ....................................................... 19
        Student Behavior - Buses .............................................................. 27
Bus Driver Expenses ............................................................................... 21
Bus Driver Posting of Work Rules ............................................................... 23
Call Back/Overtime Rates ......................................................................... 41
CESP Business on Business Time ................................................................. 12
CESP President Leave .............................................................................. 13
Clerical Testing ..................................................................................... 29
Clothing Allowance ................................................................................. 28
Coaching – CESP Who Coach ..................................................................... 39
Compensation for Recruitment .................................................................... 41
Compensation ........................................................................................ 38
Complaints ........................................................................................... 15
Computer Technicians – Professional Growth Stipends ...................................... 42
Contracting Out ..................................................................................... 30
Correspondence ..................................................................................... 12

DISTRICT_000064

Custodial Checklist and Evaluation .................................................................................. 15
Custodian Conditions of Work ....................................................................................... 29
Dental Insurance .......................................................................................................... 38
Direct Deposit ............................................................................................................. 38
Disciplinary Action & Due Process ............................................................................... 16
    Discharge of Suspension ........................................................................................... 16
    Explanation for Action ............................................................................................. 16
    Hearing .................................................................................................................. 16
    Appeal ................................................................................................................... 16
    Board Hearing ........................................................................................................ 16
    Request of Binding Arbitration ................................................................................. 16
    Probationary Employees .......................................................................................... 16
    Right to CESP Representation .................................................................................. 16
    Employee Due Process – Progressive Discipline ......................................................... 17
Discipline Recommendation Resolution .......................................................................... 17
Dispensing Student Medication ..................................................................................... 23
District Equipment – CESP Use ..................................................................................... 12
Doctor's Statement ...................................................................................................... 31
Dues Deduction & Revocation ....................................................................................... 11
Emergency Bus Driver Program ..................................................................................... 19
Emergencies ............................................................................................................... 21
Employee Evaluation .................................................................................................... 15
Employee Orientation ................................................................................................... 17
Employee Rights and Conditions of Worker .................................................................... 13
Equipment, Use of District Equipment ............................................................................ 12
Extra Duty Pay ........................................................................................................... 41
Food Sanitation License ............................................................................................... 20
Food Service Conditions of Work .................................................................................. 27
Fringe Benefits ........................................................................................................... 31
Expulsion Procedures (and Suspension) .......................................................................... 14
Extended Contracts ...................................................................................................... 32
Extra Pay .................................................................................................................... 6
Extra (Duty) Professional Services ................................................................................ 32
Faculty Meetings ......................................................................................................... 20
Fringe Benefits Provision (Reopening Conditions) ........................................................... 29
Grievance – Defined ..................................................................................................... 9
Grievance – Purpose ..................................................................................................... 9
Grievance and Work Continuation During the Process ...................................................... 9
Grievance General Provisions ........................................................................................ 10
    Right to be Excused with Pay .................................................................................... 10
    Presentation of Relevant Materials ............................................................................ 10
    Appropriate Steps for Filing Grievance ...................................................................... 10
    Right to Appeal ....................................................................................................... 10
    Freedom from Reprisals ........................................................................................... 10
    Records of Grievance .............................................................................................. 10
    Grievance Form ...................................................................................................... 11
    Conference Times .................................................................................................... 11
    No Outside Discussion of Grievance .......................................................................... 11
    Arbitration Costs ..................................................................................................... 11
    Time Limit Extension .............................................................................................. 11

**DISTRICT_000065**

Cost of Transcripts .................................................................................................... 11
Withdrawal of Grievance ........................................................................................ 11
Grievance Presentation Procedures .............................................................................. 9
Preface ...................................................................................................................... 9
Formal Procedure: Step 2 – Building Level ........................................................... 9
Formal Procedure: Step 3 – District Level ............................................................. 9
Arbitration .............................................................................................................. 10
Health Insurance .......................................................................................................... 37
Health, Safety, & Licensing ......................................................................................... 20
Bomb Threat ........................................................................................................... 20
First Aide Courses .................................................................................................. 20
Reporting Safety Concerns ..................................................................................... 20
Physical Examinations ............................................................................................ 20
Tuberculin Tests ..................................................................................................... 20
Food Sanitation License ......................................................................................... 20
Payment of Bus Driver Expenses ........................................................................... 21
Teacher Aide, COTA, PTA, and Nurse Licensure ................................................. 21
Bargaining Unit Member Who Holds Valid Teaching License ............................. 21
Interpreters for the Deaf and Hard of Hearing Licensure Terms of Hire .............. 21
Holidays and Religious Leave ...................................................................................... 35
Paid Holidays ......................................................................................................... 35
Paid Holiday Work Rules ....................................................................................... 36
Religious Holiday ................................................................................................... 36
Implied Consent ........................................................................................................... 17
IMRF Contribution ....................................................................................................... 39
Information Requests – CESP Informational Requests ................................................ 12
Instructional Supervision ............................................................................................. 23
Insurance:
Dental Insurance ..................................................................................................... 38
Health Insurance ..................................................................................................... 37
Term Life Insurance ............................................................................................... 38
Vision Insurance ..................................................................................................... 38
Interim Assignments ..................................................................................................... 41
Interpreters for DHH Licensure – Terms of Hire ........................................................ 21
Interpreters for DHH Plan Time ................................................................................... 23
Interschool Mail, CESP Use Of .................................................................................... 12
Involuntary Transfers ................................................................................................... 19
Job Application Procedures .......................................................................................... 18
Job Descriptions ........................................................................................................... 17
Job Postings .................................................................................................................. 18
Jury Duty ...................................................................................................................... 36
Lay-Off and Recall ....................................................................................................... 14
Lay Off .................................................................................................................... 14
Recall ...................................................................................................................... 14
Lead Driver Positions – 8.0 Hours ............................................................................... 26
Leave for Pursuit of Teacher Licensure ....................................................................... 36
Leave of Absence .......................................................................................................... 36
Licensure – Teacher Aides, COTA, PTA, and Nurses ................................................. 21
Life Insurance, Term ..................................................................................................... 38
Maintenance Condition of Work ................................................................................... 27

65

**DISTRICT_000066**

Mediation ....................................................................................................... 8
Medication and Procedures ............................................................................. 23
Mileage ............................................................................................................ 39
Military Leave ................................................................................................. 36
Movement on the Wage Schedule ................................................................... 40
Negotiations Process ........................................................................................ 8
Network Administrators – Professional Growth Stipends ............................... 42
New Hires – Movement on the Wage Schedule ............................................... 40
No Strike Clause .............................................................................................. 42
Nondiscrimination ........................................................................................... 14
Organizational Insignia - CESP ...................................................................... 12
Orientation Time - CESP ................................................................................. 12
Orientation ...................................................................................................... 17
Overtime/Call Back Rates ............................................................................... 41
    Emergencies, Snow Removal, Other Acts of God ...................................... 21
    Overtime Rates ........................................................................................... 41
    Call Back Rates .......................................................................................... 41
    Bus Driver Rates ........................................................................................ 41
    Custodians, Maintenance, and Storekeepers .............................................. 41
Parent Teacher Conferences/IEPs/School-Related Functions .......................... 29
Parental Leave ................................................................................................. 36
Pattern of Leave Abuse ................................................................................... 32
Pay .................................................................................................................. 38
    Pay Days ..................................................................................................... 38
    Direct Deposit ............................................................................................ 38
    Mileage ....................................................................................................... 39
    CESP Personnel Who Coach ...................................................................... 39
    Bus Drivers' Drug Tests ............................................................................. 39
Personal Leave ................................................................................................ 33
    Request Form .............................................................................................. 33
    Allotment .................................................................................................... 33
    Personal Leave for Emergencies ................................................................ 33
Personnel File Review ..................................................................................... 13
Physical Examinations ..................................................................................... 20
Plan Time for Interpreters for the Deaf and Hard of Healing .......................... 23
Posting of Work Rules for Bus Drivers ........................................................... 23
Preamble .......................................................................................................... 8
President Leave – CESP President ................................................................... 13
Printing Agreement ........................................................................................... 8
Probationary Employees .................................................................................. 13
Progressive Discipline ..................................................................................... 17
Recall – Lay-Off/Recall .................................................................................. 14
Recognition ....................................................................................................... 8
Recruiting Bonus ............................................................................................. 41
Right to Representation .................................................................................... 13
Right to Resource Information ........................................................................... 8
Seniority .......................................................................................................... 13
    Definition ................................................................................................... 13
    Breaks in Continuous Service .................................................................... 13
    Seniority List .............................................................................................. 14

DISTRICT_000067

Sick Leave Bank ................................................................................................................. 32
    Eligibility for Use of Sick Leave Bank ........................................................... 32
    Contributions to the Sick Leave Bank ............................................................ 32
    Limits on Sick Leave Use ............................................................................... 33
Sick Leave ....................................................................................................................... 31
    Days of Sick Leave Entitlement ..................................................................... 31
    Doctor's Statement ......................................................................................... 31
    Sick Leave Records ........................................................................................ 31
    Pay Deductions Not Covered by Sick Leave .................................................. 31
    Accumulation of Sick Leave .......................................................................... 31
    Unused Sick Leave Upon Retirement ............................................................ 31
    Excessive Absences ........................................................................................ 31
    Pattern of Leave Abuse .................................................................................. 32
    Steps for Improving Attendance ..................................................................... 32
Step Placement – Employee Hired Into Another Position ................................................ 40
Strike – No Strike Clause ................................................................................................. 42
Student Behavior - Buses ................................................................................................. 27
Substitutes ....................................................................................................................... 27
Summer School Work ....................................................................................................... 41
Suspension ....................................................................................................................... 16
System Administrators – Professional Growth Stipends .................................................. 42
Teacher Aide, COTA, PTA, and Nurse Licensure ........................................................... 21
Tentative Assignment Notice ........................................................................................... 27
Term Life Insurance ........................................................................................................ 38
Training and Staff Development ....................................................................................... 22
    Teacher Aides ................................................................................................ 22
    Secretaries and Campus-Level Office Managers ........................................... 22
    Nurses ............................................................................................................. 23
Travel Time ..................................................................................................................... 29
Union Leave ..................................................................................................................... 13
Vacancies and Transfers .................................................................................................. 18
    Job Postings ................................................................................................... 18
    30 Calendar Day Hiring Practice .................................................................... 18
    Job Application Procedures ............................................................................ 18
    Order of Consideration of Job Vacancies ...................................................... 19
    Involuntary Transfers .................................................................................... 19
    Resignations ................................................................................................... 19
    Emergency Bus Driver Program ..................................................................... 19
Vacation Leave ................................................................................................................ 34
Valid Teaching License, Member Who Holds .................................................................. 21
Validity ............................................................................................................................ 43
Vision Insurance .............................................................................................................. 38
Wage Schedule – General Percentage Increases .............................................................. 39

DISTRICT_000068

DISTRICT_000069



**Administrative Center**
**Human Resources**

502 W. Windsor Road
Champaign, Illinois 61820

Telephone: (217) 351-3822
FAX: (217) 351-7386

January 20, 2023

Ms. Deborah Neff
2602 Galen Drive
Champaign, IL 61821

*Via Certified & Regular U.S. Mail*

Dear Ms. Neff:

In early November 2022, you requested a Leave of Absence without pay beginning sometime in January 2023 so you could travel to Oklahoma to be with your daughter following the birth of her child. You shared that your son in-law could not be there because he had to work. You were told you had 28 hours of Personal Leave available for use. You then requested a leave of absence so you could be gone for a longer time period. Following a discussion with you, Principal Trevor Nadrozny told you this leave would not be approved. On November 9, I sent you a follow-up email reiterating the denial of your leave but offering you a spot on our Substitute list whenever you returned. I also discussed this possibility with your union representatives, Dylan Swank and Jamie Sussen. Following these discussions, it appeared that you planned to submit your resignation from your permanent position and join our Substitute pool.

After a discussion with you on January 6, 2023 where he learned that you did not intend to become a Substitute and instead planned to simply leave town, Dr. Nadrozny sent you a follow-up email making sure you understood that you would be terminated if you did so. In response to a text you sent him, he sent you another email on January 12 reiterating the denial of your leave and your possible termination.

On January 17, you did not report to work as scheduled. One of my Administrative Assistants (Taryn Wilson) attempted to contact you via telephone on January 19. You did not answer and she could not leave a message. Dr. Nadrozny contacted you today via text to tell you it was imperative that you speak with someone in Human Resources immediately. You told him you did not see any missed calls from HR but did not attempt to contact us following his text message. As a courtesy, I asked Taryn to contact you one more time from our department cell phone. You answered and informed Taryn that you did not intend to resign and become a Substitute. She shared that we would be sending you this letter.

The District has determined you have abandoned your job and are terminated effective immediately. As a result of this termination, you are no longer eligible to work in Unit 4 Schools in any capacity at any point in the future.

**We believe you may still be in possession of a District ID badge, keys, and other property. Please work with Dr. Nadrozny to arrange for their return and to collect any personal belongings you may have at Kenwood as soon as possible.**

Sincerely,

Ken Kleber
Assistant Superintendent of Human Resources

cc:    Dr. Trevor Nadrozny, Principal of Kenwood Elementary School
       Personnel File

**DEFENDANT'S EXHIBIT**
tabbies
**2 3**



😮😨😡 **27** ›                                    👍   💬

## All comments ⌄



**David Dessen**  Top Contributor

What position did you have and what reason was given for termination.

20h    Like    Reply



DEFENDANT'S
EXHIBIT

24



**Deborah Feinberg-Neff**  Author

Teacher Aide . They said I abandoned my position . I had a sub lined up and gave plenty of notice. Ultimately, DISTRICT 000627

had no idea my daughter was going to have such a difficult labor and have to stay in the hospital due to unforseen conditions.....

20h   Like   Reply                    3 


**Stephen Strain**
Deborah Feinberg-Neff how many days past your expected and covered absence, were you gone?

20h   Like   Reply


**Deborah Feinberg-Neff**
Stephen Strain None. They 'terminated me forever ' the first day! I still had sick and personal time. Basically, they didn't give me a chance to use it. And I had an approved sub who agreed to cover my absence while I was gone

18h   Like   Reply


**Deborah Feinberg-Neff** DISTRICT_000628

Stephen Strain I was gone
one day ....

18h · Like · Reply



**Deborah Feinberg-Neff**
They probably wanted
someone younger, cheaper
and physically stronger.....

18h · Like · Reply



**Deborah Feinberg-Neff**
If I was in my 30s or even
40s , I'm sure this wouldn't
have happened

18h · Like · Reply



**Deborah Feinberg-Neff**
Stephen Strain I left the
18th. I received My
termination 'forever letter the
20th. Basically didn't have a
chance to take any of it.
Initially I had an approved
sub cover me for 3 weeks.
Anyway, it was a situation

DISTRICT 000629

that would have been avoided I was younger..... Never would have happened! I would have been covered FMLA etc....

17h   Like   Reply

 **Tosha Binion**

Deborah Feinberg-Neff did you run out of allowed/paid days off? Is that how they terminated you?

20h   Like   Reply

 **Deborah Feinberg-Neff**

I wasn't allowed to use sick days. I had 3 personal days, they didn't give me the option to use.... Basically, I received the termination letter before I could use my personal days! They wrote the letter pretty much when we hung up the phone and I received it a day or so later

20h   Like   Reply

DISTRICT_000630



**Deborah Feinberg-Neff**

Tosha Binion No. They didn't give me a chance. They basically fired me via phone the day I landed in Stillwater Oklahoma and turned off airplane mode.....

18h    Like    Reply



**Deborah Feinberg-Neff**

Tosha Binion No. Didn't run out of paid time off. Initially the vice principal said I could take FMLA, which isn't paid. Also, apparently, I couldn't take FMLA anyway.

7h    Like    Reply



**Chad Hankins**

TRS or IMRF?  I won't claim to know every nitty gritty detail of those systems, but unless you withdraw your portion, I think you can leave your account alone and add to in

DISTRICT_000631

another position with those systems

Would love to hear if this is correct or not.

20h    Like    Reply                              1 

 **Deborah Feinberg-Neff**
Chad Hankins ? IMRF

18h    Like    Reply

 **Chad Hankins**
Deborah Feinberg-Neff I didn't know which retirement system you would be in. Teachers are in TRS, but I believe non-teaching employees are in IMRF (Illinois Municipal Retirement System).

18h    Like    Reply

 **Garron Anders**  Top Contributor
Are you union? If so please notify them. If you're not union contact an employment attorney and set an ISP_SCA_000632

appointment to discuss your case.

So sorry this is happening to you.

20h   Like   Reply                3 

 **Deborah Feinberg-Neff**
Garron Anders I did. No help !....

20h   Like   Reply            2 

 **Bill Schmidt**
Deborah Feinberg-Neff did
you talk to an attorney, or
only the union?  Given what
you've stated, it seems like it
could be contrary to the
Family Medical Leave Act.

18h   Like   Reply            1 

**Deborah Feinberg-Neff**
You would think that should
be the case. Especially
morally! However, there is a
loop hole 😔

18h   Like   Reply

 **Deborah Feinberg-Neff**

DISTRICT_000633

Bill Schmidt I am in contact with an attorney... Hope something changes.... Thanks!

18h    Like    Reply



**Deborah Feinberg-Neff**
Thank you though! Not everyone has given up. ACTUALLY people, even small attorney firm is taking my case. I'm sure not a big firm, if you watch Suits, but fortunately, there are people out there that still care about families, lives. Morals.... very ironic if my situation slightly different, age.... whatever, I would have avoided the radar completely and probably feel completely happy with the outcome. Fine line in age ECT. Whether you ate considered an investment or a cost. Sad. I think that this is ultimately

DISTRICT_000634

the bottom line. Life is life dependent on our age. Environment, situations,etc. The bottom line is to make sure and LIVE!!!



5h    Like    Reply

 **Deborah Feinberg-Neff**

Garron Anders I do have an attorney working on the case.... Very hard to find one! I did find one I. Also probably hard to win anything when you're dealing with large corporations!They don't take money unless we win. Such a drawn out process!!! And like I said hard to win anything

like I said I had to win anything

when large corporations are involved....

18h    Like    Reply                    1 

 **Deborah Feinberg-Neff**

Garron Anders Thank you! There
is an attorney working on the
case. Thank you again for your
support and understanding

5h    Like    Reply                    1 

 **Garron Anders**

Deborah Feinberg-Neff good
so glad to hear that and well
wishes for a good outcome

2h    Like    Reply                1 

 **Deborah Feinberg-Neff**
Thank you!

1h    Like    Reply

 **Amanda Hopper**
Deborah Feinberg-Neff you really
need to give this a rest now. You have

DISTRICT_000636

been posting things like this all over the Champaign and school groups for years now.  I am pretty sure this is like 3 years ago now.....and you STILL feel the need to bring it up!  Point blank you made the conscious decision to stay and help your daughter during a difficult time in her life...bless you for that!  Any mom would do that, but at the same time you exhausted ALL the leave you had and still said you weren't coming back!  YOU chose your path!  Absolutely NO job is going to let you use up all your time and then just hold your job until you finally feel like you are able to return! Especially when that job is working in a school with children who need support!  They needed aide support, why would they just hold that job?!?!  Come on now!  Do yourself a favor and just enjoy your new position in urbana or wherever you are and stop posting about this 3ish years later!!!!!

DISTRICT_000637

18h    Like    Reply



**Deborah Feinberg-Neff**

Amanda Hopper Less than a year and the court systems are ridiculously slow!!!! Unbelievably slow! I hope you never have to experience it

18h    Like    Reply



**Deborah Feinberg-Neff**

Amanda Hopper
 90 days 90 days 90 days forever 90 days.... Ridiculous.... Won't explain that part..... Anyway enjoy your break!

18h    Like    Reply



**Deborah Feinberg-Neff**

Amanda Hopper btw I had an approved sub cover my position. And please know the details of the situation B4 posting... Definitely didn't get the chance to use all my leave. Terminated forever way before that. But

DISTRICT_000638

thankfully I'm much happier in Urbana, have a beautiful grandson.... and enjoying my life so much more. Still pushing for change where change is pretty desperately needed....

17h   Like   Reply



**Deborah Feinberg-Neff**
Amanda Hopper Funny you thought it happened 3 years ago. The main issue is courts ECT. The system is soooo slow!!! Believe, initially I wasn't allowed a hearing for unemployment..... In the US. Many people sit in jail bc they can't have hearings or are waiting for years. Believe me. This is about so many people..... I'm happy that you are in the comfortable, confirming , happy position you are in.... See more

17h   Like   Reply



**Deborah Feinberg-Neff** STRICT_000639

17h    Like    Reply

 **Colleen Leinart**

Amanda Hopper while it seems you might know more details about this situation, "no job is going to let you use up all your time and then just hold your job" is an inaccurate statement. Employees who have worked for at least a year are allowed to use up all of their sick/personal time and then an additional 12 weeks of FMLA per year that their position must be held. If she was gone for all of her P... See more

17h    Like    Reply

 **Deborah Stevenson**

Colleen Leinart FMLA requires specific qualifying circumstances, though. Adult children do not usually qualify unless they have a permanent disability

4h    Like    Reply

 **Colleen Leinart**
Deborah Stevenson
Temporary illness, injury, impairment, physical or mental condition of a child over 18 still qualifies. If you look at the examples even a "severe depressive episode" of an adult child can qualify a parent for FMLA time. If a birth was traumatic and had complications, helping take care of an adult child post birth would qualify, all she would need is a note from her doctor.
htt... See more


DOL.GOV
Fact Sheet #28K: "Son or Daughter...

3h    Like    Reply

DISTRICT_000641



**Deborah Feinberg-Neff**

Colleen Leinart Study the details and you may be surprised

3h    Like    Reply



**Deborah Feinberg-Neff**
Hope your experienced will always be how you describe

3h    Like    Reply



**Deborah Feinberg-Neff**
Colleen Leinart ? That was never an issue.

..

1h    Like    Reply



**Deborah Feinberg-Neff**
This happened less than a year ago. If you or certain other teachers were in my position, no question you would have had a job to come back to. Believe me, Please Unit 4, courts, system don't let it drag for 3 years and

DISTRICT 001642

please let policies be created
that care exponentially more
about the family unit

12h    Like    Reply                    1 

 **Deborah Feinberg-Neff**
Amanda Hopper I didn't exhaust
my time. I flew out ,Jan 18th.
Termination letter the 20th. No
closure for the students or me.
Students sad. I was sad
 The whole situation could have
been executed better on
everyone's behalf

12h    Like    Reply                    1 

 **Deborah Feinberg-Neff**
Amanda Hopper Again not only
one year later. Emmet was born
January 14th 2023. So beautiful

12h    Like    Reply

 **Deborah Feinberg-Neff**
Amanda Hopper Any mom would
do that but you Abbey wouldn't

be terminated forever in a

day.Good for you.... I'm truly happy chances are even if you were in my exact situation, the outcome far different..... Funny you think I exhausted all my time?

3h    Like    Reply

 **Deborah Feinberg-Neff**
Anyway onward.....

3h    Like    Reply

Rules

Write a comment...

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DEBORAH NEFF, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 2:23-cv-02205 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAMPAIGN UNIT 4 SCHOOL | ) | |
| DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff, Deborah Neff, ("Plaintiff"), by and through the undersigned counsel, hereby serves their Answers to Defendant's First Set of Interrogatories, and states:

### RESERVATION OF RIGHTS AND GENERAL OBJECTIONS

Plaintiff incorporates by reference herein those Reservation of Rights and General Objections set forth in Plaintiff's Responses to Defendant's First Request for Production of Documents.

### PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Notwithstanding the foregoing objections, and without waiving the same, Plaintiff responds to each numbered paragraph of Defendant's Interrogatories in corresponding numbered paragraphs, as follows:

1.     Identify the person(s) answering each of these Interrogatories on behalf of the Plaintiff. If more than one person provided information in response to these Interrogatories, state the precise Interrogatories for which each person supplied information.

EXHIBIT
25

**ANSWER: Plaintiff objects to this Interrogatory to the extent it seeks information protected by privilege or work product doctrine and for the reason that it is overly broad and unduly burdensome. Without waiving these objections, Plaintiff Deborah Neff.**

2.    State the full name and current address of each person known to Plaintiff who has knowledge or information pertaining to the facts and/or allegations set forth in the Complaint and/or Answer filed in this case, and for each such individual describe his/her knowledge and state whether it is personal knowledge.

**ANSWER: Plaintiff objects to this Interrogatory to the extent that it seeks information protected by work product or privilege doctrine and for the reason that it is repetitive, not limited in temporal scope, and seeks information within its own possession. Without waiving these objections, see Plaintiff's Initial Disclosures.**

3.    If you, or anyone acting on your behalf, communicated with any individual concerning your allegations against Defendant, please identify the following for each individual:

    a.  The date and location of the communication;
    b.  Whether the communication was oral or written;
    c.  The name, address, telephone number and relationship to you of each person present for the communication, what each person said or, if you cannot recall, the substance of what each person said, any witnesses to the communication; and
    d.  All documents that relate or refer to the communication.

**ANSWER: Plaintiff objects to this Interrogatory to the extent that it seeks information protected by work product or privilege doctrine and for the reason that it is repetitive, overbroad an unduly burdensome, not limited in temporal scope, and seeks information within its own possession. Further, this interrogatory is vague and**

**confusing. Without waiving these objections, see Plaintiff's Initial Disclosures for individuals likely to have discoverable information.**

4.      If you, or anyone acting on your behalf, obtained any statements (oral or written) from any person relating to the allegations in your Complaint, please identify by name, address, and phone number each person who gave a statement and state the dates on which each statement was obtained.

**ANSWER: Plaintiff has not obtained any such statements.**

5.      Identify, with specificity, all damages, monetary relief or other relief that you seek (including attorney's fees) and explain in detail the manner of calculation of the amounts sought, and the nature of and factual basis for any injunctive or other non-monetary relief sought. State whether you have any documents to substantiate your claims for damages and if so, identify every such document.

**ANSWER: Plaintiff reserves the right to supplement this answer as discovery is ongoing, and Plaintiff does not have the information necessary to calculate all of her back wages. Additionally, Plaintiff's damages continue to accumulate.**

**Plaintiff seeks back pay, front pay, and liquidated damages. Plaintiff also seeks attorney's fees and costs, which continue to accrue.**

**See Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's damages and income within her possession.**

Doc ID: 84fecca526ea138e314cd996ff0320acb303470e

6.　　　Please describe all efforts you have made to obtain employment since January 2023, and for each job that you were offered or for which you applied, please state:

    a.　If you applied, the date on which you submitted your application;
    b.　The name, address, and telephone number of the employer;
    c.　The name of each person with whom you communicated about the job or your application;
    d.　The job title or position that you were offered or for which you applied;
    e.　Whether you were interviewed, and if so, when and by whom;
    f.　The date of any offer of employment that you received;
    g.　Whether you accepted the offer, and, if so, the date on which you did so; and
    h.　If the offer was declined, reason for the rejection of the offer.

**ANSWER: My job search consisted of interviews with the following: Cunningham Children's home (not hired), University of Illinois (not hired), Marriott Hotel (not hired), Urbana School District 116-hired. I was offered a job in August and after all paperwork was complete, my official hire date was September 12th, 2023. I also completed many online applications, mainly through Indeed and a handful of phone interviews. I produced all documents relating to my job search and income within my possession.**

7.　　　Identify all income you received from any source (other than Defendant) for the period from July 2017 to the present, including without limitation any amounts received in the form of self-employment, unemployment compensation, workers compensation, social security, life insurance, veteran's disability or any disability benefits of any sort, and other compensation not previously described, and for each source identify the person(s) who have custody and/or control of documents relating or referring to the income.

**ANSWER: Objection. Overbroad and unduly burdensome in time and scope. Without waiving said objection. See Plaintiff's Response to Request for Production of Documents No. 1.**

Doc ID: 84fecca826ea138e314cd996ff0320acb303470e

8.      Do you intend to call anyone at trial to offer expert testimony? If yes, state the name, address, current occupation, employer, title (if any), specialty and qualifications of any expert who you have retained or specially employed in anticipation of or to provide assistance in this litigation and who is not expected to be called to offer expert testimony.

**ANSWER: Plaintiff has not yet determined whether to call an expert witness. Plaintiff reserves the right to amend, revise, or supplement this response in accordance with the Federal Rules of Civil Procedure and the scheduling order.**

9.      State the index, docket, complaint, charge or other identification number or designation of any civil or criminal litigation, charge, complaint, administrative charge, or bankruptcy petition in which you have been a party, or in which you have been called upon to provide any sworn testimony (other than the instant action), and provide the date(s) such proceeding(s) were initiated and the current status or disposition of each such proceeding. Identify every document you relied upon in answering, or which relates in any way to the information requested in this interrogatory.

**ANSWER: Objection. Overbroad and unduly burdensome in time and scope. Further this request seeks irrelevant information that is not proportional to the needs of the case. Without waiving said objections. None.**

10.     Have you maintained any Facebook or other blog or social media account since July 1, 2017? If so, please state the name and URL of the blog or social media account; your

username; the email address associated with the account; and any other identifying information with the account.

>**ANSWER: Plaintiff objects to this Interrogatory for the reason that it is overly broad, unduly burdensome, ambiguous, seeks information not relevant to any parties' claims or defenses, is not limited to the facts of this case or in temporal scope, and not intended to lead to the discovery of admissible evidence.**

11.   State any additional information, facts, writings or evidence relating to this litigation that has not been fully and completely disclosed in your prior answers to these interrogatories and identify the person or persons possessing such information by name, address and relationship to the parties herein. This Interrogatory includes identifying any such document(s) that has been deleted, physically destroyed, discarded, or damaged since the commencement of this action.

>**ANSWER: Objection. Overbroad and unduly burdensome in time and scope. Plaintiff further objects as this request as vague and ambiguous. Plaintiff further objects to this Interrogatory to the extent that it seeks information protected by work product or privilege Without waiving these objections, Plaintiff states:**
>
>**I deleted all of the texts I had sent to the principal when I was terminated. When they gave the ultimatum to resign and sub or be fired, all of my benefits would have been lost, including my pension, any retirement benefit that they may have added monthly, my unused sick days that I should have been able to use to help my daughter.**
>
>**I had worked for Unit 4, August 17th 2017 as a sub and AVID tutor, I was offered an Aide position, April, 2018. An employee becomes 'vested', if my memory serves**

Doc ID: 84fecca826ea138e314cd996ff0320acb303470e

correctly after 6 years.  So my pension would have been vested in April or August, 2023, had I not been fired on January 18, 2023 when I flew to Stillwater Oklahoma to help my daughter. My anxiety was sky rocketing at the time I was terminated. The situation began in August, when I originally told them about my grandson being born, they acted as if everything was fine and told me to make sure that I got a sub to cover while I was absent, which I did. Then every 2 months or so policies continued to change, until ultimately, when my daughter gave birth and I went to help her and was terminated forever basically later the same day that I flew out.

/s/ *Travis Lampert, Esq.*
**Travis Lampert, Esq.**
**Nathan Volheim, Esq.**
SULAIMAN LAW GROUP LTD.
2500 South Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 581-5456
tlampert@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

Doc ID: 84fecca826ea138e314cd996ff0320acb303470e

## VERIFICATION

I hereby verify under penalty of perjury, based on reasonable inquiry, that the foregoing answers to interrogatories are true and correct to the best of my knowledge, information and belief.

**Plaintiff**

**Deborah Neff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2024, a true and correct copy

foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:


Sally J. Scott
Caroline K. Kane
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
ckk@franczek.com
sjs@franczek.com
*Attorneys for Defendants*

/s/ *Travis Lampert, Esq.*
**Travis Lampert, Esq.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| DEBORAH NEFF, | ) |
| | ) |
| Plaintiff, | )  **Case: 2:23-cv-02205** |
| | ) |
| v. | ) |
| | ) |
| CHAMPAIGN UNIT 4 SCHOOL | ) |
| DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Deborah Neff ("Plaintiff"), by and through the undersigned counsel, hereby serves their response to Defendant's First Request for Production of Documents, and states:

## RESERVATION OF RIGHTS

Any response or production of documents or information by Plaintiff, in response to Defendant's First Request for Production will be subject to Plaintiff's rights to object to the admission into evidence of any and all such information on the grounds that they, or any of them, are irrelevant to the issues on this action or otherwise inadmissible. The responses and objections herein are based upon Plaintiff's present knowledge, information, and belief, as derived from (a) the knowledge and information of Plaintiff and (b) review of files maintained by Plaintiff which would be likely to contain the information called for by Defendant's First Request for Production. The responses and objections are subject to amendment as and if Plaintiff acquires additional information and completes their review and analysis.



EXHIBIT
26

## GENERAL OBJECTIONS

Plaintiff hereby makes the following objections with respect to each and every document request made by Defendant and incorporates by reference said objections to each and every response as if set forth fully therein:

A.    To the extent that Defendant's requests, including any instructions or definitions, seek production of documents subject to the attorney-client, work-product, or other privileges or protections, Plaintiff objects to the requests.  In responding to the requests herein, Plaintiff does not waive, but rather preserves all such privileges and protections.

B.    Plaintiff objects to the requests, including any instructions or definitions, to the extent that they call for Plaintiff to undertake any action not required by the Federal Rules of Civil Procedure or seek information outside of Plaintiff's possession, custody, or control.

C.    Plaintiff objects to the request, including any instructions or definitions, to the extent they require Plaintiff to (i) create documents or other materials not already in existence or (ii) conduct any new investigation.

D.    Plaintiff objects to the requests, including any instructions or definitions, to the extent that they seek information already in the possession, custody, or control of Defendant on the grounds that it would unduly burdensome to require such a response.

E.    Plaintiff also objects to the extent that any of these requests seek electronically-stored information ('ESI') and the production of which would require Plaintiff to incur an oppressive cost or other unduly burden.

F.    Plaintiff objects to these requests to the extent that they contain no temporal or geographic limitation or seek information beyond the employing or work unit on the grounds that it is overbroad, unduly burdensome, and not relevant or reasonably calculated to lead to the

discovery of admissible evidence.

     G.     Plaintiff objects to these requests to the extent they request documents that are subject to a statutory privilege.

     H.     Plaintiff objects to these requests to the extent they seek attorney work product.

     I.     Plaintiff's responses to any of the individual requests shall be subject to, and without waiver of, these General Objections.

## PLAINTIFF'S RESPONSES AND OBJECTIONS TO
## DEFENDANT'S FIRST REQUEST FOR PRODUCTION

Notwithstanding the foregoing objections, and without waiving the same, Plaintiff responds to each numbered paragraph of Defendant's request in corresponding numbered paragraphs, as follows:

     1.     All documents that relate to or you believe support any allegations set forth in your Complaint.

     **RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Production at (NEFF 0001 – 0057) for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

     2.     All documents identified or referenced in your answers to Defendant's First Set of Interrogatories, or that you or your attorneys relied upon, referred to, considered, reviewed, or used in preparing your answers to Defendant's First Set of Interrogatories.

     **RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

3.    All documents identified or referenced in your Rule 26(a)(1) initial disclosures.

**RESPONSE: See Plaintiff's Response to Request for Production of Documents No. 1.**

4.    All documents that relate to your employment by the District. This includes, but is not limited to, documents such as: your application materials (resume, employment application, etc.); employment agreements; employee handbooks; memoranda; policies; agreements regarding computation of compensation; your job assignments and duties; promotions sought or received, transfers, previous grievances or complaints filed against the District; any correspondence between you and the District and/or its employees; complaints; and any other documents relating to such employment, including business records.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

5.    All documents relating to communications by you and any current or former employee of the District relating to any allegations in the Complaint or Defendant's Answer and Affirmative Defenses.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

6.      All correspondence or other communications (including but not limited to mail, e-mail, instant messages, text messages, social media postings or messages, and any notes or other documents that reflect or relate to verbal communications) between you and any person or entity that relate to this lawsuit or the allegations in your Complaint.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

7.      All e-mail messages that you forwarded from any District e-mail account to any non-District e-mail account owned or controlled by you.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

8.      All documents you contend contradict any part of any answer filed by the District in this lawsuit.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

9.     Statements of any witness regarding the allegations in the Complaint or Defendant's Answer and Affirmative Defenses.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

10.     All documents relating to any statement or action that you contend constitutes evidence of a violation of the Family and Medical Leave Act, discrimination, or retaliation against you by the District including all documents pertaining to any action you took in response to that alleged statement or action.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

11.     All documents that relate to any complaint, internally or externally, either filed or communicated by you alleging a violation of the Family and Medical Leave Act, discrimination, or retaliation.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own**

possession. **Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

12.    All documents other than privileged communications with your attorneys relating to any court case (civil or criminal), lawsuit, administrative proceeding, grievance, or arbitration to which you have been a party in the last 10 years, including but not limited to all documents relating to any Charge of Discrimination that you filed with the Equal Employment Opportunity Commission or any other governmental agency.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

13.    All files, calendars, diaries, notes, emails, memoranda or other documents that Plaintiff has compiled or prepared that relate to or discuss the allegations in the Complaint or the damages or remedies sought in this lawsuit.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

14.     All documents relating to the lost wages, costs, expenses, and other financial harm or other damages you claim to have suffered resulting from the allegations in the Complaint.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

15.     All documents related to any efforts you have made to obtain substitute employment following your termination from the District, including but not limited to, job applications, resumes, confirmation of online applications, calendar entries, notes, and any correspondence with prospective employers.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

16.     All documents relating to your federal and state income tax returns from tax years 2018 to the present, including, without limitation, all forms W-2 and 1099, schedules, and worksheets.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for**

**Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

17.    If you have, at any time from 2017 to present, held any position of employment or have obtained any income as a result of any services you provided for anyone other than Defendant, please provide all documents relating to such employment. Relevant documents include, but are not limited to, those that show the starting and, if applicable, ending dates of such employment, any compensation and benefits you received or to which you may be entitled, and, if applicable, the reason(s) for any discharge or termination of employment.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

18.    For each Facebook or other social media account maintained by you, please produce your account data for the period of July 1, 2017 through present. (Instructions on how to download your data from Facebook.com are currently available in the Facebook Help Center at the following address: https://www.facebook.com/help/302796099745838, visited January 16, 2024; instructions on how to download your data from Twitter.com are currently available in the Twitter Help Center at the following address https://support.twitter.com/articles/20170160-downloading-your-twitter-archive#, visited January 16, 2024; instructions on how to download your data from Linkedin.com are currently available in the LinkedIn Help Center at the following address   https://www.linkedin.com/help/linkedin/answer/a1339364/downloading-your-account-

data, visited January 26, 2024). Please provide this data in its original electronic format as downloaded without alteration.

**RESPONSE: Plaintiff objects to this request for the reason that it is overbroad, ambiguous, unduly burdensome, not related to any parties claims or defenses, not limited in temporal scope or to the facts of this case, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

19.    All posts and comments you have made on any social media site, including without limitation, Facebook, X (formally Twitter), LinkedIn, or Instagram that relate in any way to your employment by the District or any of the allegations in the Complaint.

**RESPONSE: Plaintiff objects to this request for the reason that it is overbroad, ambiguous, unduly burdensome, not related to any parties claims or defenses, not limited in temporal scope or to the facts of this case, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

20.    All documents, objects, or tangible items that you intend to introduce at trial in this matter or use as an exhibit in any deposition or any court filing in this case.

**RESPONSE: Plaintiff objects to this request for the reason that it is premature and will supplement this response pursuant to applicable rules.**

21.    To the extent that you claim entitlement to the recovery of attorneys' fees and litigation costs, provide all non-privileged documents relating to the fee and/or compensation arrangements you have made with any attorney, consultant or expert regarding this matter.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is**

repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.

22.    Any and all documents not already disclosed that relate to or support in any way the claims and allegations in the Complaint that relate to the District, the relief sought by you in connection with those claims and allegations, or your answers to any of Defendant's First Set of Interrogatories.

**RESPONSE: Plaintiff objects to this request to the extent that it requests documents protected by attorney-client privilege or work product doctrine and for the reason that it is repetitive, overbroad, ambiguous, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and because it requests documents within its own possession. Without waiving these objections, see Plaintiff's Response to Request for Production of Documents No. 1 for all documents relating to Plaintiff's employment and this case currently within her possession, custody or control.**

Respectfully submitted,

*/s/ Travis Lampert, Esq.*
**Travis Lampert, Esq.**
**Nathan Volheim, Esq.**
SULAIMAN LAW GROUP LTD.
2500 South Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 581-5456
tlampert@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2024, a true and correct copy

foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Sally J. Scott
Caroline K. Kane
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
ckk@franczek.com
sjs@franczek.com
*Attorneys for Defendants*

/s/ *Travis Lampert, Esq.*
**Travis Lampert, Esq.**

Docket Number
2308192

Legal Name: Alicia Wresinski Capraz | DOB: 7/5/1987 | Preferred Name: Alicia Wresinski Capraz

# Letter Details

**INTEGRIS**
*Obstetrics and Gynecology*
EDMOND

INTEGRIS Health Medical Group Women's Edmond
4833 INTEGRIS Parkway
Suite 200
EDMOND OK 73034
Phone: 405-657-3825
Fax: 405-657-3893

Alicia Wresinski Capraz
3008 N Lincoln Street
Stillwater OK 74075

April 10, 2023

Patient:      **Alicia Wresinski Capraz**
Date of Birth: **7/5/1987**

To Whom It May Concern,

It is my medical opinion that Alicia delivered by cesarian 01/14/2023. As a result, it is requested that her mom, Deborah Neff, act as a primary caregiver for Alicia's postpartum, emotional, and physical care starting 01/18/2023 to 02/02/23.

If you have any questions or concerns, please don't hesitate to call at 405-657-3830.

Sincerely,




Dr. Caroline Flint, MD


*This letter was initially viewed by Alicia Wresinski Capraz at 4/10/2023 10:16 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2023



EXHIBIT
27

DISTRICT_000399

**Deb**

Btw! it looks like I'm going to Stillwater January 13th... instead of the 9th..., should I tell this to Lori or HR? Thanks, Deb

Don't worry about getting back to me until after break, 😊

*Fri, Jan 10 at 9:11 PM*

Just letting you know it's going well. Love you lots. I have

---

**Deb**

good. She is acting goofy according to Ozgur..........😄

*Today, 7:24 AM*



---

**DN**
**Deb**

recently being hired after his 75th attempt, as a solar energy buyer, making triple digit salary, good benefits.... and about to be a loving uncle..... I guess leading by example has it's benefits!

Alicia dialated to an 8, baby's head looks good. She is acting goofy according to Ozgur..........😄

*Today, 7:24 AM*



---

**DN**
**Deb**

*Fri, Jan 10 at 6:27 PM*

Keith, my son besides adopting five kids, owning a CrossFit gym and being a great leader of his CrossFit gym, owning 2air bnbs having two huge dogs a big cat and living a supportive loving marriage, applying at caterpillar 75 times and getting denied, 75 times and recently being hired after his 75th

---

**Deb**

...like my x multi billionaire boyfriend. that is the tenacity and determination my family has

The baby blanket my daughter has with her is one I made her when I was pregnant with her LOL

Cool! Enjoy your weekend!

---

**DN**
**Deb**

family and my daughter and son-in-law. It is actually amazing at everything they do!!!!

That says a lot especially when I talk to other teachers with adult children I think wow I am really lucky!

Like my x multi billionaire boyfriend. that is the tenacity and determination my family has



---

**Deb**

people as I have the biggest heart as anyone he has ever met. That is what he said to my son.

And if you knew both of my children, and compared them to anyone I don't think you could find anyone who does as much as my son's family and my daughter and son-in-law. It is actually amazing at everything they do!!!!

---

**Deb**

dad, administration, looks at humanity as easily disposable, which we all are replaceable but it is hard to replace a bigger more understanding heart towards children's feelings than mine.... Oh well

My dad always described me to people as I have the biggest heart as anyone he has ever met. That is what he said to my son.

---

**Deb**

Joshua was so good today!!!!! After 4 days of getting used to me, day number 4, a charm!

Kids love me! Too bad, administration, looks at humanity as easily disposable, which we all are replaceable but it is hard to replace a bigger more understanding heart towards children's feelings than mine.... Oh well

---



EXHIBIT

28

  

**DN**

Deb >

Fri, Jan 13 at 4:11 PM

Just letting you know it's going well. Love you lots. I have my baby blanket with me.

From Alicia. She is dilated to an 8

I'm a nervous wreck today!!! Kids are sooo sweet!!!!! Joshua was so good today!!!!!! After 4 days of getting used to me, day number 4, a charm!

  Text Message 🎤



Deb

picture of him.



I just checked my email and my missed calls and didn't see anything from HR.

DISTRICT_000252

1/25/2023, 1:46 PM