# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| Deborah Neff,<br>  Plaintiff,<br>v.<br><br>Champaign Community Unit School District #4,<br>  Defendant. | Case No. 23 cv 02205 |

### AFFIDAVIT OF KEN KLEBER

I, Ken Kleber, pursuant to 28 U.S.C. § 1746(2), having been duly sworn, declare and state as follows under penalty of perjury:

1. I have personal knowledge of the facts contained in this affidavit, and if sworn as a witness at trial, could competently testify to the same.

2. I am the Assistant Superintendent of Human Resources & Organizational Effectiveness at Champaign Unit 4 Community School District ("the District") and I was employed in this position during the 2022-2023 school year. I am also over the age of 40 years old.

3. The District has a policy governing the use of Family and Medical Leave. A true and accurate copy of the Family and Medical leave policy during the 2022-2023 school year is attached hereto as Exhibit 1.

4. On September 20, 2022, Principal Nadrozny emailed Neff stating that he wants to meet to discuss her failure to attend the all staff meeting on September 12, 2022 and expectations related to her being present at all staff meetings as well as previous directives to Neff to follow her schedule. A true and accurate copy of that email is attached hereto as Exhibit 2.

5. On November 1, 2022, Neff and her Union representative met with Tee and Nadrozny to discuss Neff's performance concerns and expectations moving forward.

Page **1** of **4**

Exhibit B

6. AESOP, which is now known as Frontline Absence Management, is an automated software system that helps schools manage absences and find substitutes.

7. While AESOP streamlines the process for finding substitute coverage, this automated system does not "approve" a request for leave. Employees are still required to obtain approval from their supervisor to utilize personal leave, vacation leave, or for extended leaves; and in the case of FMLA leave, employees are required to obtain approval from Human Resources. Exhibit 1.

8. Neff did not show up to work as scheduled on January 17, 2023, nor was her absence on this date approved.

9. Neff did not contact Human Resources regarding applying for FMLA leave pursuant to Swank's email dated January 17, 2023.

10. Neff also did not show up to work on January 18, 19, or 20, 2023.

11. As of January 20, 2023, Neff utilized all of her accrued benefit time, including her 28 hours of personal time.

12. Taryn Wilson, Human Resources Administrative Assistant, attempted to contact Neff via telephone on January 19, 2023 and Neff did not answer.

13. Nadrozny contacted Neff on January 20, 2023 via text to say it was imperative that she talk to Human Resources. Neff responded stating that she did not see any missed calls from Human Resources, but did not contact Human Resources as requested.

14. Wilson reached out again on January 20, 2023 as a courtesy. Neff answered and told Wilson that she did not intend to resign and become a substitute.

15. On January 20, 2023, I sent Neff a letter notifying her that her employment had been terminated. A true and accurate copy of this letter is attached hereto as Exhibit 3.

Exhibit B

16. On April 11, 2023, Neff faxed a doctor's note to the District. A true and accurate copy of the letter the District received is attached hereto as Exhibit 4.

17. Neff's supervisors during the 2022-2023 school year, Principal Nadrozny and Assistant Principal Tee were both over the age of 40.

**FUTHER AFFIANT SAYETH NOT.**

_/s/ Ken Kleber_
Ken Kleber

Dated: 2/28/2025

## CERTIFICATION

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct.

_____
Ken Kleber

Exhibit B

**General Personnel**

## 5:185 Family and Medical Leave

DEFENDANT'S EXHIBIT 5

### Implementation

The District's Administration will develop and implement appropriate procedures to comply with the Family and Medical Leave Act (FMLA) and the U.S. Department of Labor's rules (Federal rules) implementing FMLA, as they may be amended from time to time. To the extent that anything in the District's policies or procedures conflicts with any applicable collective bargaining agreement, the terms of the collective bargaining agreement will be controlling with respect to the employees covered by that agreement, provided that in all cases the District will comply with its obligations under the FMLA and applicable regulations as they may be amended from time to time.

The District will not interfere with, restrain, or deny the exercise of any right provided by the FMLA, nor will it discharge or discriminate against any individual for exercising their rights under the FMLA. The District recognizes the co-existence of state and/or local laws regarding family and medical leave. Where such laws apply and provide greater family and medical leave rights than the FMLA, the District will comply with those laws.

### Eligibility

FMLA leave is available only to certain eligible employees. To be an "eligible employee" under the FMLA, the employee must have been employed by the District for a total of at least 12 months and have worked at least 1,000 hours for the District during the twelve months before the date on which their leave is to begin.

### Reasons for Leave

Eligible employees may take leave under the FMLA for the following reasons:

1. For a serious health condition that makes them unable to perform the essential functions of their job;
2. For the birth of a child, and to care for a newborn child;
3. For the placement with the employee of a child for adoption or foster care;
4. To care for a spouse, child (who is under 18 years of age or incapable of self-care due to a physical or mental disability), or parent (not a parent-in-law), who has a serious health condition;
5. To address "qualifying exigencies" that arise because a spouse, son, daughter, or parent is a member of the Armed Forces who is on or has been notified of an impending covered active duty deployment to a foreign country;
6. To care for a spouse, son, daughter, parent, or next of kin who is a "covered service member," while the covered service member is undergoing medical treatment, recuperation, or therapy; is in outpatient status; or is on the temporary disability retired list.

### Amount of Leave

Generally, eligible employees are entitled to take up to 12 weeks of leave in a single 12-month period for the reasons specified above.

For the purposes of this policy, the District will use a "rolling" 12-month period measured backward from the date an employee uses any FMLA leave. Available leave is determined by subtracting the number of weeks of FMLA leave taken during this 12-month "look back" period from the 12-week total

5:185

DISTRICT_000076

Exhibit 1 to Kleber Affidavit 1 of 4

allowed.

Any leave taken for the birth or care of a child or the placement of a child for adoption or foster care must be completed within one year after the date of birth or placement.

If both the employee and their spouse are employed by the District and eligible for FMLA leave, they will be permitted to take only a combined total of 12 weeks of leave during a 12-month for the birth and care of a child, the placement of a child for adoption or foster care, or to care for a parent (not a parent-in-law) with a serious health condition.

Eligible employees are also entitled to up to 26 workweeks of leave in a single 12-month period to care for a spouse, son, daughter, parent, or next of kin who is a "covered service member."

When an employee takes FMLA leave for their own serious health condition, to care for a family member with a serious health condition, or to care for a covered service member, they may take FMLA leave on an intermittent or reduced schedule basis, if the required health care provider's certification indicates that this is medically necessary. FMLA military family leave may also be taken on an intermittent or reduced schedule basis when necessary due to a qualifying exigency.

How to Request Leave

If an employee needs to take time off for reasons that they believe qualify for FMLA leave, the employee must comply with the District's usual and customary policies and procedures for reporting absences. They should also submit a written leave request to Human Resources.

If the need for the FMLA leave is foreseeable, an employee must provide Human Resources with at least 30 days' advance notice before the leave is to begin. If 30 days' advance notice is not practicable, the notice must be given as soon as practicable. The employee shall make a reasonable effort to schedule a planned medical treatment so as not to disrupt the District's operations, subject to the approval of the health care provider administering the treatment.

Failure to comply with Champaign Unit 4 School District's absence reporting policies and procedures or to provide documentation or information requested by Human Resources may result in delay or denial of requested time off, and/or discipline up to and including termination of employment.

Certification

It is the employee's responsibility to provide the District with any information needed, including any required certification forms, to determine whether a leave qualifies as FMLA leave. The FMLA requires employees to respond to reasonable requests for information regarding leave, and failure to do so may result in delay or denial of the requested leave.

The District may contact the health care provider to authenticate a completed certification form, may request clarification of information on the certification form, and may ask an employee to sign, or have a family member sign, a release form authorizing the health care provider to communicate with the District for the purpose of clarifying the certification.

The District may also require an employee to obtain a second and third opinion at its expense when it has reason to doubt the validity of a medical certification. In certain instances, the District may require recertification of previously approved leave.

Leave Approval

The District will provide a written notice advising whether an employee's leave will be designated as

5:185

FMLA leave. Absent extenuating circumstances, the District will provide this notice within five business days after it receives sufficient information to determine whether the requested leave is for an FMLA-qualifying reason.

While on Leave

FMLA leave is generally unpaid. However, if an employee has any accrued, unused vacation or sick days, this paid time off must be used concurrently with the FMLA leave, and must be exhausted before any unpaid portion of the FMLA leave commences.

If the employee is enrolled in the District's group health insurance plan and wishes to continue this coverage while on FMLA leave, the employee is responsible for paying the employee share of the premiums during any period of FMLA leave. The District will provide instructions for paying health insurance premiums during the leave. The District will continue to pay its share of the premiums for group health insurance coverage while the employee is on FMLA leave, unless the employee notifies the District of their intent not to return to work following leave. If the employee does not pay their share of health insurance premiums while they are on FMLA leave, they may be dropped from plan coverage until they return to work.

If the employee does not return to work upon completion of their FMLA leave, they may be required to repay the District for any premiums paid by the District to maintain group health insurance coverage during the leave, unless the failure to return to work was due to the recurrence or onset of a serious health condition or injury or illness of a covered servicemember, which would otherwise entitle the employee to FMLA leave, or due to other circumstances beyond their control.

Consistent with District policy for all types of leave, an employee will not accrue vacation or other benefits while on FMLA leave. The leave period will be treated as continuous service (i.e., no break-in-service) for purposes of vesting and eligibility to participate in the District's retirement plan.

The employee must notify Human Resources of any change in their expected return to work date (i.e., if they will require more leave than originally anticipated, or if they will return to work earlier than expected) within two business days after they learn of such a change. If this is not possible due to an unforeseen change in circumstances, they must notify the District of the change as soon as practicable under the circumstances.

Return to Work

Before returning to work from an FMLA leave for the employee's own serious health condition, the employee is required to submit a certification from their health care provider that they are able to resume work. If requested, this certification must specifically confirm that they are able to perform the essential functions of their position (with or without reasonable accommodations) as set forth in the job description provided by the District.

Classroom teachers may be required to wait to return to work until the next semester in certain situations as provided by the FMLA regulations.

If the employee timely returns from FMLA leave and used the leave for the stated purpose, they generally will be reinstated to the same position they held when they began the leave, or to an equivalent position with equivalent benefits, pay and other terms and conditions of employment. However, an employee may not be reinstated if their employment would have terminated for reasons unrelated to their FMLA leave, or if they are unable to perform any essential functions of their job (with or without any required accommodations).

**Please also refer to the applicable collective bargaining agreement(s).**

5:185

DISTRICT_000078

Exhibit 1 to Kleber Affidavit

3 of 4

LEGAL REF.:

29 U.S.C. §2601 *et seq.*, Family and Medical Leave Act; 29 C.F.R. Part 825.

105 ILCS 5/24-6.4.

CROSS REF.: 5:180 (Temporary Illness or Temporary Incapacity), 5:250 (Leaves of Absence), 5:330 (Sick Days, Vacation, Holidays, and Leaves)

Adopted: September 12, 2022

**Champaign CUSD 4**

# Meeting

---

**nadroztr@u4sd.org Trevor Nadrozny**       Tuesday, September 20, 2022 at 7:39:57 AM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: teeje@u4sd.org Jennifer Tee

Deb,

Thank you for reaching out regarding the issues related to your attendance on Monday, Sept. 12th. I am requesting a meeting with you regarding this issue when we return from intercession during the week of Oct. 10th. You are entitled to Union representation, but must make arrangements for such representation. I am specifically interested in talking with you about the expectations related to being present at the all staff meeting from 12:30 - 2:30pm and the previous directions you have had to follow your schedule. You had indicated that you were sick after the first part of the meeting, but did not notify anyone of this illness until Saturday, Sept. 17th when you emailed me about this illness. As you are probably aware it would be prudent to let us know as soon as possible if you were sick particularly as it relates to COVID like symptoms which you described in your email to me on Saturday, Sept. 17th. I would also like to see the evidence of your work in putting together ▆ book and the data you put together while the rest of the staff were in the meeting. Let me know of some times that you would be available to meet during the week of Oct. 10th.

SIncerely,

Trevor

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**       Tuesday, September 20, 2022 at 8:56:40 AM Central Daylight Time
To: nadroztr@u4sd.org Trevor Nadrozny

I wasn't sick. I was just sweating profusely. I didn't take my lunch at 11 45 bc students were with me and I didn't get notified that ▆ went downfrom 100 percent coverage to 88. Also I still have my previous schedule stating my break was 8 20 during reading. I didn't see my updated schedule until after the meeting.

All and all does this matter, I never felt I needed a break and my students took priority over my break.

I'm more concerned about staying with the students who I thought needed 100 percent cover. I thought I was over the sweat attacks. Hopefully, it was only a 2 day event.

I'm also thinking about the math curriculum Parkway school district in Chesterfield Mo. had and the sophisticated behavior plans implemented for students. Power struggles were rare....

Anyway, if you are interested, let me know. If I file a grievance, it is accumulation of events, which I prefer not to discuss, or for that matter prefer not to file. My preference is spending my time and energy in productive and positive ways. Anyway I guess institutions have their rules that must be followed. Hopefully, filing grievances will not be the way I'll spend my energy.

Forget about the meeting, forget about unpaid 9 plus hours doing safe testing, forget about the meetings with Tracy ect. All lasted well beyond contracted time. Just consider it water under the bridge
Sincerely,
Deborah Neff

> On Tue, Sep 20, 2022, 7:40 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
> Deb,

**Exhibit 2 to Kelber Affidavit**

DISTRICT_000591

Thank you for reaching out regarding the issues related to your attendance on Monday, Sept. 12th. I am requesting a meeting with you regarding this issue when we return from intercession during the week of Oct. 10th. You are entitled to Union representation, but must make arrangements for such representation. I am specifically interested in talking with you about the expectations related to being present at the all staff meeting from 12:30 - 2:30pm and the previous directions you have had to follow your schedule. You had indicated that you were sick after the first part of the meeting, but did not notify anyone of this illness until Saturday, Sept. 17th when you emailed me about this illness. As you are probably aware it would be prudent to let us know as soon as possible if you were sick particularly as it relates to COVID like symptoms which you described in your email to me on Saturday, Sept. 17th. I would also like to see the evidence of your work in putting together ▉ book and the data you put together while the rest of the staff were in the meeting. Let me know of some times that you would be available to meet during the week of Oct. 10th.

SIncerely,

Trevor

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL 61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**      Tuesday, September 20, 2022 at 9:07:16 AM Central Daylight Time
To: nadroztr@u4sd.org Trevor Nadrozny

I didn't mean to imply that I was sick. I had to go to the bathroom a lot probably something I ate and my sweat attacks mayne due to medication and certain environments. I have a doctor's appointment October, 7th. Following my schedule and leaving my 1 hour, different class reading group for an unneeded break, please, where is the common sense. Anyway I have my schedule with my changed break time, which I didn't have until last week or so....If you think I'm not telling the truth, I will show you the schedule I was looking at every day, hoping it's still there.
Anyway, I love, care and relate to the kids at an extremely deep level and my main concern is always the kids and their developing into loving caring, eager to learn individuals.
Sincerely,
Deborah Lee Neff

On Tue, Sep 20, 2022, 8:56 AM Deborah Neff <neffde@u4sd.org> wrote:
> I wasn't sick. I was just sweating profusely. I didn't take my lunch at 11 45 bc students were with me and I didn't get notified that ▉ went downfrom 100 percent coverage to 88. Also I still have my previous schedule stating my break was 8 20 during reading. I didn't see my updated schedule until after the meeting.
>
> All and all does this matter, I never felt I needed a break and my students took priority over my break.
>
> I'm more concerned about staying with the students who I thought needed 100 percent cover. I thought I was over the sweat attacks. Hopefully, it was only a 2 day event.
>
> I'm also thinking about the math curriculum Parkway school district in Chesterfield Mo. had and the sophisticated behavior plans implemented for students. Power struggles were rare....
>
> Anyway, if you are interested, let me know. If I file a grievance, it is accumulation of events, which I prefer not to discuss, or for that matter prefer not to file. My preference is spending my time and energy in productive and positive ways. Anyway I guess institutions have their rules that must be followed. Hopefully, filing grievances will not be the way I'll spend my energy.
>
> Forget about the meeting, forget about unpaid 9 plus hours doing safe testing, forget about the meetings with Tracy ect. All lasted well beyond contracted time. Just consider it water under the bridge
> Sincerely,
> Deborah Neff
>
> On Tue, Sep 20, 2022, 7:40 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
>> Deb,

Exhibit 2 to Kelber Affidavit
DISTRICT_000592

Thank you for reaching out regarding the issues related to your attendance on Monday, Sept. 12th. I am requesting a meeting with you regarding this issue when we return from intercession during the week of Oct. 10th. You are entitled to Union representation, but must make arrangements for such representation. I am specifically interested in talking with you about the expectations related to being present at the all staff meeting from 12:30 - 2:30pm and the previous directions you have had to follow your schedule. You had indicated that you were sick after the first part of the meeting, but did not notify anyone of this illness until Saturday, Sept. 17th when you emailed me about this illness. As you are probably aware it would be prudent to let us know as soon as possible if you were sick particularly as it relates to COVID like symptoms which you described in your email to me on Saturday, Sept. 17th. I would also like to see the evidence of your work in putting together ▓ book and the data you put together while the rest of the staff were in the meeting. Let me know of some times that you would be available to meet during the week of Oct. 10th.

SIncerely,

Trevor

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**nadroztr@u4sd.org Trevor Nadrozny**   Tuesday, September 20, 2022 at 9:56:28 AM Central Daylight Time
To: neffde@u4sd.org Deborah Neff
Cc: teeje@u4sd.org Jennifer Tee

Deb,
This is not an optional meeting. This is your opportunity to address some of your concerns. Please bring along your schedules if that would be helpful.
Trevor

**Trevor Nadrozny, Ed.D.**

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James


On Tue, Sep 20, 2022 at 9:07 AM Deborah Neff <neffde@u4sd.org> wrote:
> I didn't mean to imply that I was sick. I had to go to the bathroom a lot probably something I ate and my sweat attacks mayne due to medication and certain environments. I have a doctor's appointment October, 7th. Following my schedule and leaving my 1 hour, different class reading group for an unneeded break, please, where is the common sense.
> Anyway I have my schedule with my changed break time, which I didn't have until last week or so....If you think I'm not telling the truth, I will show you the schedule I was looking at every day, hoping it's still there.
> Anyway, I love, care and relate to the kids at an extremely deep level and my main concern is always the kids and their developing into loving caring, eager to learn individuals.
> Sincerely,
> Deborah Lee Neff
>
> On Tue, Sep 20, 2022, 8:56 AM Deborah Neff <neffde@u4sd.org> wrote:
>> I wasn't sick. I was just sweating profusely. I didn't take my lunch at 11 45 bc students were with me and I didn't get notified that ▓ went downfrom 100 percent coverage to 88. Also I still have my previous schedule stating my break was 8 20 during reading. I didn't see my updated schedule until after the meeting.
>> All and all does this matter, I never felt I needed a break and my students took priority over my break.

Exhibit 2 to Kelber Affidavit
DISTRICT_000593

I'm more concerned about staying with the students who I thought needed 100 percent cover. I thought I was over the sweat attacks. Hopefully, it was only a 2 day event.

I'm also thinking about the math curriculum Parkway school district in Chesterfield Mo. had and the sophisticated behavior plans implemented for students. Power struggles were rare....

Anyway, if you are interested, let me know. If I file a grievance, it is accumulation of events, which I prefer not to discuss, or for that matter prefer not to file. My preference is spending my time and energy in productive and positive ways. Anyway I guess institutions have their rules that must be followed. Hopefully, filing grievances will not be the way I'll spend my energy.

Forget about the meeting, forget about unpaid 9 plus hours doing safe testing, forget about the meetings with Tracy ect. All lasted well beyond contracted time. Just consider it water under the bridge
Sincerely,
Deborah Neff

On Tue, Sep 20, 2022, 7:40 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
> Deb,
>
> Thank you for reaching out regarding the issues related to your attendance on Monday, Sept. 12th. I am requesting a meeting with you regarding this issue when we return from intercession during the week of Oct. 10th. You are entitled to Union representation, but must make arrangements for such representation. I am specifically interested in talking with you about the expectations related to being present at the all staff meeting from 12:30 - 2:30pm and the previous directions you have had to follow your schedule. You had indicated that you were sick after the first part of the meeting, but did not notify anyone of this illness until Saturday, Sept. 17th when you emailed me about this illness. As you are probably aware it would be prudent to let us know as soon as possible if you were sick particularly as it relates to COVID like symptoms which you described in your email to me on Saturday, Sept. 17th. I would also like to see the evidence of your work in putting together ▇ book and the data you put together while the rest of the staff were in the meeting. Let me know of some times that you would be available to meet during the week of Oct. 10th.
>
> SIncerely,
>
> Trevor
>
> **Trevor Nadrozny, Ed.D.**
>
> *Principal*
> Kenwood Elementary School
> 1001 Stratford Drive
> Champaign, IL  61821
> 217-351-3815
>
> Care enough for a result, and you will almost certainly attain it.
> -William James

---

**neffde@u4sd.org Deborah Neff**                                             Tuesday, September 20, 2022 at 10:22:58 AM Central Daylight Time
To: nadroztr@u4sd.org Trevor Nadrozny

When? What time? And who do I have to bring? Aeden or the person s name that begins with D? I guess! I will e mail Aeden to find out. But I will bring the multiple confusing schedules.... The schedule said one time and ▇ was picked up for much longer than the schedule said. I didn't ask why, I just assumed Tracy needed him from approximately 8 to 8 50. This wasn't on anyone s schedule, then he went to Shungu at 855 to 9 20, then back to Tracy. This was confusing for all of us, especially ▇ at first, since the year didn't start that way and then changed. Nobody knew why, basically, the schedules didn't coincidence. I hope they do now.

On Tue, Sep 20, 2022, 9:56 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
> Deb,
> This is not an optional meeting. This is your opportunity to address some of your concerns. Please bring along your schedules if that would be helpful.
> Trevor
>
> **Trevor Nadrozny, Ed.D.**

Exhibit 2 to Kelber Affidavit
DISTRICT_000594

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL 61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James


On Tue, Sep 20, 2022 at 9:07 AM Deborah Neff <neffde@u4sd.org> wrote:
> I didn't mean to imply that I was sick. I had to go to the bathroom a lot probably something I ate and my sweat attacks mayne due to medication and certain environments. I have a doctor's appointment October, 7th. Following my schedule and leaving my 1 hour, different class reading group for an unneeded break, please, where is the common sense. Anyway I have my schedule with my changed break time, which I didn't have until last week or so....If you think I'm not telling the truth, I will show you the schedule I was looking at every day, hoping it's still there.
> Anyway, I love, care and relate to the kids at an extremely deep level and my main concern is always the kids and their developing into loving caring, eager to learn individuals.
> Sincerely,
> Deborah Lee Neff

On Tue, Sep 20, 2022, 8:56 AM Deborah Neff <neffde@u4sd.org> wrote:
> I wasn't sick. I was just sweating profusely. I didn't take my lunch at 11 45 bc students were with me and I didn't get notified that ▇ went down from 100 percent coverage to 88. Also I still have my previous schedule stating my break was 8 20 during reading. I didn't see my updated schedule until after the meeting.
>
> All and all does this matter, I never felt I needed a break and my students took priority over my break.
>
> I'm more concerned about staying with the students who I thought needed 100 percent cover. I thought I was over the sweat attacks. Hopefully, it was only a 2 day event.
>
> I'm also thinking about the math curriculum Parkway school district in Chesterfield Mo. had and the sophisticated behavior plans implemented for students. Power struggles were rare....
>
> Anyway, if you are interested, let me know. If I file a grievance, it is accumulation of events, which I prefer not to discuss, or for that matter prefer not to file. My preference is spending my time and energy in productive and positive ways. Anyway I guess institutions have their rules that must be followed. Hopefully, filing grievances will not be the way I'll spend my energy.
>
> Forget about the meeting, forget about unpaid 9 plus hours doing safe testing, forget about the meetings with Tracy ect. All lasted well beyond contracted time. Just consider it water under the bridge
> Sincerely,
> Deborah Neff

On Tue, Sep 20, 2022, 7:40 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
> Deb,
>
> Thank you for reaching out regarding the issues related to your attendance on Monday, Sept. 12th. I am requesting a meeting with you regarding this issue when we return from intercession during the week of Oct. 10th. You are entitled to Union representation, but must make arrangements for such representation. I am specifically interested in talking with you about the expectations related to being present at the all staff meeting from 12:30 - 2:30pm and the previous directions you have had to follow your schedule. You had indicated that you were sick after the first part of the meeting, but did not notify anyone of this illness until Saturday, Sept. 17th when you emailed me about this illness. As you are probably aware it would be prudent to let us know as soon as possible if you were sick particularly as it relates to COVID like symptoms which you described in your email to me on Saturday, Sept. 17th. I would also like to see the evidence of your work in putting together ▇ book and the data you put together while the rest of the staff were in the meeting. Let me know of some times that you would be available to meet during the week of Oct. 10th.
>
> SIncerely,
>
> Trevor
>
> **Trevor Nadrozny, Ed.D.**

**Exhibit 2 to Kelber Affidavit**

DISTRICT_000595

*Principal*
Kenwood Elementary School
1001 Stratford Drive
Champaign, IL  61821
217-351-3815

Care enough for a result, and you will almost certainly attain it.
-William James

---

**neffde@u4sd.org Deborah Neff**      Tuesday, September 20, 2022 at 10:24:15 AM Central Daylight Time
To: nadroztr@u4sd.org Trevor Nadrozny
Cc: teeje@u4sd.org Jennifer Tee

I thought I had to bring a union rep. You may really see me sweat then!!! Lol

On Tue, Sep 20, 2022, 7:40 AM Trevor Nadrozny <nadroztr@u4sd.org> wrote:
> Deb,
>
> Thank you for reaching out regarding the issues related to your attendance on Monday, Sept. 12th. I am requesting a meeting with you regarding this issue when we return from intercession during the week of Oct. 10th. You are entitled to Union representation, but must make arrangements for such representation. I am specifically interested in talking with you about the expectations related to being present at the all staff meeting from 12:30 - 2:30pm and the previous directions you have had to follow your schedule. You had indicated that you were sick after the first part of the meeting, but did not notify anyone of this illness until Saturday, Sept. 17th when you emailed me about this illness. As you are probably aware it would be prudent to let us know as soon as possible if you were sick particularly as it relates to COVID like symptoms which you described in your email to me on Saturday, Sept. 17th. I would also like to see the evidence of your work in putting together ▮▮▮ book and the data you put together while the rest of the staff were in the meeting. Let me know of some times that you would be available to meet during the week of Oct. 10th.
>
> SIncerely,
>
> Trevor
>
> **Trevor Nadrozny, Ed.D.**
>
> *Principal*
> Kenwood Elementary School
> 1001 Stratford Drive
> Champaign, IL  61821
> 217-351-3815
>
> Care enough for a result, and you will almost certainly attain it.
> -William James

## Exhibit 2 to Kelber Affidavit

DISTRICT_000596



**Champaign Unit 4 School District**
Administrative Center
Human Resources

502 W. Windsor Road
Champaign, Illinois 61820

Telephone: (217) 351-3822
FAX: (217) 351-7386

January 20, 2023

Ms. Deborah Neff
2602 Galen Drive
Champaign, IL 61821

*Via Certified & Regular U.S. Mail*

Dear Ms. Neff:

In early November 2022, you requested a Leave of Absence without pay beginning sometime in January 2023 so you could travel to Oklahoma to be with your daughter following the birth of her child. You shared that your son in-law could not be there because he had to work. You were told you had 28 hours of Personal Leave available for use. You then requested a leave of absence so you could be gone for a longer time period. Following a discussion with you, Principal Trevor Nadrozny told you this leave would not be approved. On November 9, I sent you a follow-up email reiterating the denial of your leave but offering you a spot on our Substitute list whenever you returned. I also discussed this possibility with your union representatives, Dylan Swank and Jamie Sussen. Following these discussions, it appeared that you planned to submit your resignation from your permanent position and join our Substitute pool.

After a discussion with you on January 6, 2023 where he learned that you did not intend to become a Substitute and instead planned to simply leave town, Dr. Nadrozny sent you a follow-up email making sure you understood that you would be terminated if you did so. In response to a text you sent him, he sent you another email on January 12 reiterating the denial of your leave and your possible termination.

On January 17, you did not report to work as scheduled. One of my Administrative Assistants (Taryn Wilson) attempted to contact you via telephone on January 19. You did not answer and she could not leave a message. Dr. Nadrozny contacted you today via text to tell you it was imperative that you speak with someone in Human Resources immediately. You told him you did not see any missed calls from HR but did not attempt to contact us following his text message. As a courtesy, I asked Taryn to contact you one more time from our department cell phone. You answered and informed Taryn that you did not intend to resign and become a Substitute. She shared that we would be sending you this letter.

The District has determined you have abandoned your job and are terminated effective immediately. As a result of this termination, you are no longer eligible to work in Unit 4 Schools in any capacity at any point in the future.

**We believe you may still be in possession of a District ID badge, keys, and other property. Please work with Dr. Nadrozny to arrange for their return and to collect any personal belongings you may have at Kenwood as soon as possible.**

Sincerely,

*[signature]*

Ken Kleber
Assistant Superintendent of Human Resources

cc:   Dr. Trevor Nadrozny, Principal of Kenwood Elementary School
      Personnel File

**DEFENDANT'S EXHIBIT 23**

4/10/23, 11:47 AM  INTEGRIS&Me - Letters

Docket Number
2308192

Legal Name: Alicia Wresinski Capraz | DOB: 7/5/1987 | Preferred Name: Alicia Wresinski Capraz

## Letter Details

**INTEGRIS**
*Obstetrics and Gynecology*
EDMOND

INTEGRIS Health Medical Group Women's Edmond
4833 INTEGRIS Parkway
Suite 200
EDMOND OK 73034
Phone: 405-657-3825
Fax: 405-657-3893

Alicia Wresinski Capraz
3008 N Lincoln Street
Stillwater OK 74075

April 10, 2023

Patient: **Alicia Wresinski Capraz**
Date of Birth: **7/5/1987**

To Whom It May Concern,

It is my medical opinion that Alicia delivered by cesarian 01/14/2023. As a result, it is requested that her mom, Deborah Neff, act as a primary caregiver for Alicia's postpartum, emotional, and physical care starting 01/18/2023 to 02/02/23.

If you have any questions or concerns, please don't hesitate to call at 405-657-3830.

Sincerely,



Dr. Caroline Flint, MD


*This letter was initially viewed by Alicia Wresinski Capraz at 4/10/2023 10:16 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2023


EXHIBIT 27

https://www.integrisandme.com/MyChart/inside.asp?mode=letterdetails&id=WP-24kdfBS-2BF5W8uElPgIBfZUdQ-3D-3D-24-2Fv80eJYdw86mDRxixxJem-2BDa... 1/1

DISTRICT_000399

Exhibit 4 to Kleber Affidavit