UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DEBORAH NEFF,** | ) |
| | ) |
| Plaintiff, | ) Case: 2:23-cv-02205 |
| | ) |
| v. | ) |
| | ) |
| **CHAMPAIGN UNIT 4 SCHOOL DISTRICT,** | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO DISPOSITIVE MOTION**

Plaintiff Deborah Neff and Defendant Champaign Community Unit School District #4 (collectively the "parties") hereby submit the following request for an extension of the deadline to respond to Defendant's Motion for Summary Judgment [Dkt. 18]. In support of this Motion, the parties state as follows:

1. Defendant filed their Motion for Summary Judgment on February 28, 2025, making Plaintiff's response deadline March 21, 2025. [Dkt. 18].

2. The parties have recently engaged in settlement discussions. While the parties believe they can negotiate quickly, they would like the opportunity to complete these settlement discussions prior to any dispositive motions practice.

3. Accordingly, the parties request that the current briefing schedule be extended by four additional weeks, i.e., up to and including April 18, 2025, to allow the parties to complete these settlement discussions and determine whether they will be able to resolve this matter prior to the filing of Plaintiff's response to Defendant's dispositive motion.

4.  This is the first request for modification of the dispositive motion response deadline. There is good cause for the request as successful settlement discussions would eliminate the need for dispositive motion briefing. The parties are confident they can complete negotiations within this time frame and that no additional extensions will be required.

5.  The request is for legitimate purposes and is not intended to cause unnecessary delay.

6.  No party will be prejudiced by the granting of this motion.

For these reasons, the parties respectfully request an extension of the deadline for Plaintiff to respond to Defendant's dispositive motion as laid out above.

Dated: March 19, 2025

Respectfully submitted,

| s/ *Travis Lampert, Esq.* | s/ *Caroline K. Kane.(with consent)* |
|---|---|
| Travis Lampert, Esq. | Sally J. Scott |
| Nathan Volheim, Esq. | Caroline K. Kane |
| SULAIMAN LAW GROUP LTD. | FRANCZEK P.C. |
| 2500 South Highland Ave., Ste. 200 | 300 S. Wacker Drive, Ste 3400 |
| Lombard, Illinois 60148 | Chicago, IL 60606 |
| Phone: (630) 581-5456 | ckk@franczek.com |
| tlampert@sulaimanlaw.com | sjs@franczek.com |
| nvolheim@sulaimanlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2025, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Sally J. Scott
Caroline K. Kane
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
ckk@franczek.com
sjs@franczek.com
*Attorneys for Defendants*

                                                   /s/ *Travis Lampert, Esq.*
                                                  **Travis Lampert, Esq.**